Fill in this information to identify the case:

Debtor name   Unique Ventures Group, LLC

United States Bankruptcy Court for the:
Western District of Pennsylvania, Pittsburgh Division

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ABCO Fire Protection, Inc. Po Box 931933 Cleveland, OH 44193-0004 | ABCO Fire Protection, Inc. (216) 433-7200 | Trade Debt | Disputed | | | $13,825.09 |
| 2 | Access Point P.O. Box 842447 Boston, MA 02284 | Access Point (800) 957-6468 | Trade Debt | Unliquidated | | | $8,786.08 |
| 3 | Atom-Matic Refrigeration 623 W. Federal Street Niles, OH 44446 | Atom-Matic Refrigeration (330) 652-9477 | Trade Debt | Unliquidated | | | $15,076.28 |
| 4 | Cintas Corporation 97627 Eagle Way Chicago, IL 60678 | Cintas Corporation (814) 838-2208 | Trade Debt | Unliquidated | | | $24,670.17 |
| 5 | CT Parker ENT 734 Garden Avenue Olean, NY 14760 | CT Parker ENT (716) 474-6437 | Trade Debt | Unliquidated | | | $12,131.19 |
| 6 | National Fuel P.O. BOx 371835 Pittsburgh, PA 15250 | National Fuel (800) 365-3234 | Trade Debt | Unliquidated | | | $9,756.08 |
| 7 | Ohio Edison Co. P.O. Box 3637 Akron, OH 44309 | Ohio Edison Co. (800) 633-4766 | Trade Debt | Unliquidated | | | $7,705.64 |
| 8 | Osterberg Refrigeration P.O. Box 261 Girard, PA 16417 | Osterberg Refrigeration (814) 774-2975 | Trade Debt | Unliquidated | | | $14,709.75 |

Debtor: Unique Ventures Group, LLC

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Penn Power/Penelac<br>Po Box 3687<br>Akron, OH 44309 | Penn Power/Penelac<br>(800) 720-3600 | Trade Debt | Unliquidated | | | $24,412.08 |
| 10 | Perkins & Marie Callenders, LLC<br>6075 Poplar Avenue, Suite 800<br>Memphis, TN 38119 | Perkins & Marie Callenders, LLC<br>(901) 766-6489 | Trade Debt | Unliquidated | | | $149,230.04 |
| 11 | Regional Roofing & Construction<br>3478 Creed Avenue<br>Hubbard, OH 44425 | Regional Roofing & Construction<br>(330) 501-7523 | Trade Debt | Unliquidated | | | $7,900.00 |
| 12 | Reinhart Foodservice<br>6250 N. River Road<br>Des Plaines, IL 60018 | Reinhart Foodservice<br>(724) 696-2200 | Trade Debt | Unliquidated | | | $242,571.97 |
| 13 | Republic Waste Services<br>P.O. Box 9001099<br>Louisville, KY 40290 | Republic Waste Services<br>(800) 247-3644 | Trade Debt | Unliquidated | | | $13,361.29 |
| 14 | Staples Advantage<br>P.O. Box 415256<br>Boston, MA 02241 | Staples Advantage<br>(877) 826-7755 | Trade Debt | Unliquidated | | | $7,222.59 |
| 15 | T&D Landscape & Lawn Care<br>1977 Sharon Hogue Road<br>Masury, OH 44438 | T&D Landscape & Lawn Care<br>(330) 534-1379 | Trade Debt | Unliquidated | | | $11,551.87 |
| 16 | Trabon<br>P.O. Box 87-8700<br>Kansas City, MO 64187 | Trabon<br>(816) 361-6279 | Trade Debt | Unliquidated | | | $8,487.72 |
| 17 | Travaglini Ent Inc.<br>231 Chestnut Street<br>Meadville, PA 16335 | Travaglini Ent Inc.<br>(814) 724-4880 | Trade Debt | Unliquidated | | | $9,212.76 |
| 18 | Tri Mark SS Kemp<br>4567 Willow Parkway<br>Cleveland, OH 44125 | Tri Mark SS Kemp<br>(216) 429-8613 | Trade Debt | Unliquidated | | | $12,244.27 |
| 19 | United Asphalt & Seal Coating<br>P.O. Box 213<br>Pulaski, PA 16143 | United Asphalt & Seal Coating<br>(724) 714-7314 | Trade Debt | Unliquidated | | | $9,550.00 |
| 20 | W C Zabel Co<br>645 Market Street<br>Youngstown, OH 44502 | W C Zabel Co<br>(330) 744-4377 | Trade Debt | Unliquidated | | | $16,161.78 |