# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: §
§
Unique Ventures Group, LLC § Bankruptcy Case No. 17-20526
§
§
Debtor. § Chapter 11
§

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

    Please enter the appearance of Norma Hildenbrand on behalf of the United States Trustee in the above captioned matter.

    Respectfully Submitted,

    ANDREW R. VARA
    ACTING UNITED STATES TRUSTEE
    Region 3

BY:    /s/Norma Hildenbrand
    Norma Hildenbrand, Trial Attorney
    PA ID 70421
    Liberty Center, Suite 970
    1001 Liberty Avenue
    Pittsburgh, Pennsylvania 15222
    (412) 644-4756 Telephone
    (412) 644-4785 Facsimile
    Norma.L.Hildenbrand@usdoj.gov