Case 17-20526-TPA    Doc 80    Filed 02/23/17    Entered 02/23/17 15:51:07    Desc Main
Document    Page 1 of 1

FILED
2/23/17 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| UNIQUE VENTURES GROUP, LLC | : | Case No. 17-20526 TPA |
| *Debtor* | : | Chapter 11 |
| | : | |
| UNIQUE VENTURES GROUP, LLC | : | Related to Document No. 31, 34 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| SABATINI FAMILY LIMITED | : | |
| PARTNERSHIP, et al., | : | |
| *Respondents* | : | |

## ORDER

*AND NOW*, this **23rd** day of **February, 2017,** in light of the Order dated February 22, 2017 filed at Document No. 72 scheduling evidentiary hearings on Expedited Motion to Excuse Compliance with Section 543 at Document No. 31, and Motion to Appoint Trustee at Document No. 34 for **March 6, 2017** at **9:30 A.M.**, and **March 7, 2017** at **9:30 A.M.**, the evidentiary hearings previously scheduled for March 6 and 7, 2017 at 10:00 A.M. on the above matters are *CANCELLED.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
All Counsel Record