UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Liberty Center, Suite 970
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
Norma.L.Hildenbrand@usdoj.gov

By: Norma Hildenbrand, Esquire (Pennsylvania ID (70421)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| Unique Ventures Group, LLC, | 17-20526-TPA |
| DEBTOR | CHAPTER 11 |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above referenced case:

1. 3D Acquisitions, LP, 1520 Gilmore Drive, Jefferson Hills, PA 15025
   Attn: Vincent A. DiAntonio
   Tel. (412) 233-5342
   Email: vdiantonio@aol.com

2. Perkins & Marie Callenders, LLC, 6075 Poplar Avenue, Suite 800, Memphis, TN 38119
   Attn: Andy Whiteley
   Tel. (901) 766-6479 Fax (901) 766-6482
   Email: andywhiteley@prkm.c.com

3. Osterberg Refrigeration, Inc., 7965 Meadville Road, Girard, PA 16417
   Attn: Jessica Berry
   Tel. (814) 744-2975 Fax (814) 774-0109
   Email: osterrefrig@velocity.net

4. T & D Landscape & Lawn Care, Inc., 1977 Sharon Hogue Road, Masury, OH 44438
   Attn: Don Michaels
   Tel. (330) 448-1623
   Email: dmichaels@tdscapes.com

5.      Cintas Corporation, 320 Westec Drive, Mt. Pleasant, PA 15666
   Attn: James Ford
   Tel. (724) 613-5900 Fax (724) 696-5641
   Email: taylorm@cintas.com

6.      Access Point Inc., 1100 Crescent Green, Suite 109, Gary, NC 27518
   Attn: Larry C. Woolard
   Tel. (919) 827-0419 Fax (919) 851-5422
   Email: accesspoint@nc.com

7.      Thomas Quality Cleaning, 929 Maryland Avenue, New Castle, PA 16101
   Attn: John C. Thomas
   Tel. (724) 971-3349
   Email: bigziggync@yahoo.com

Date: March 2, 2017               ANDREW R. VARA
                                            ACTING UNITED STATES TRUSTEE
                                            Region 3


                                            By: /s/Norma Hildenbrand
                                                 Norma Hildenbrand
                                                  Trial Attorney
                                           Norma.L.Hildenbrand@usdoj.gov