**Fill in this information to identify the case:**

Debtor name   **Unique Ventures Group LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **17-20526**

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 31, 2017        X /s/ Eric Bononi
                                    Signature of individual signing on behalf of debtor

                                    **Eric Bononi**
                                    Printed name

                                    **Receiver**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Unique Ventures Group LLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)      **17-20526**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................................   $   **1,697,008.52**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................................   $   **1,680,035.86**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................................   $   **3,377,044.38**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **1,582,798.94**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **2,745,054.56**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$   **2,936,749.57**

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b

$   **7,264,603.07**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Unique Ventures Group LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **17-20526** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Community Bank N.A.** | **Depository Checking** | **0667** | $376.34 |
| 3.2. | **The Huntington National Bank** | **Depository Checking** | **3219** | $0.00 |
| 3.3. | **The Huntington National Bank** | **Depository Checking** | **7960** | $1,248.13 |
| 3.4. | **Northwest Bank** | **Depository Checking** | **8022** | $17,896.62 |
| 3.5. | **Northwest Bank** | **Depository Checking** | **8855** | $0.00 |
| 3.6. | **PNC Bank** | **Depository Checking** | **0706** | $0.00 |
| 3.7. | **PNC Bank** | **Checking** | **0946** | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* **17-20526** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.8. | **PNC Bank** | **Depository Checking** | **2983** | **$0.00** |
| 3.9. | **PNC Bank** | **Checking** | **4525** | **$475,412.90** |
| 3.10. | **Chemical Bank** | **Depository Checking** | **1608** | **$13,473.60** |
| 3.11. | **Chemical Bank** | **Depository Checking** | **6072** | **$8,464.12** |
| 3.12. | **Chemical Bank** | **Checking** | **6080** | **$0.00** |
| 3.13. | **Chemical Bank** | **Depository Checking** | **6098** | **$0.00** |
| 3.14. | **Chemical Bank** | **Escrow Savings** | **3754** | **$92,026.68** |
| 3.15. | **Citizens Bank** | **Depository Checking** | **5893** | **$0.00** |
| 3.16. | **Citizens Bank** | **Checking** | **5907** | **$0.00** |
| 3.17. | **Citizens Bank** | **Checking** | **5931** | **$0.00** |
| 3.18. | **Citizens Bank** | **Checking** | **6067** | **$0.00** |
| 3.19. | **Citizens Bank titled in Elite Resturant Group** | **Checking** | **6590** | **$100.00** |
| 3.20. | **Citizens bank Merchant Account titled in Elite Resturant Group LP** | **Checking** | **6593** | **$0.00** |
| 3.21. | **Citizens Bank Account Elite Resturant Group LP** | **Checking** | **6589** | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number *(If known)* **17-20526** |
|---|---|---|---|
| | Name | | |

| 3.22. | **Citizens Bank Account Depository Account** | **Checking** | **6606** | **$8,832.05** |
|---|---|---|---|---|

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$617,830.44** |
|---|---|

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Cleveland Electrical Illumination Company** | **$1,521.90** |
|---|---|---|

| 7.2. | **Pennelec** | **$34,344.56** |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | **$35,866.46** |
|---|---|

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| | **Note due from purchase of Damon's resturant in the amount in excess of $1,000,000. Michael Rusnock principal in the** | | |
| 14.1. | **LLC** | | **Unknown** |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Debtor | **Unique Ventures Group LLC** | Case number *(If known)* **17-20526** |
|---|---|---|
| | Name | |

| Name of entity: | % of ownership | |
|---|---|---|
| 15.1.  **CBK Futures** | **95** % | **Unknown** |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**                                                                                    **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Food Inventory** | | **$0.00** | **Replacement** | **$50,000.00** |

23.     **Total of Part 5.**                                                                                    **$50,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value        **300000**  Valuation method                    Current Value        **300000**

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | | Case number *(If known)* | **17-20526** |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment** | $0.00 | Liquidation | $1,000.00 |

| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| --- | --- | --- | --- |

| 43. **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $1,000.00 |
| --- | --- | --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2003 Workhorse Food Truck - Office - Meadville, PA - titled in DAAHG LLC** | $10,000.00 | Tax records | $0.00 |
| 47.2. **2009 Ford Focus - Office - Meadville, PA** | $13,365.65 | Tax records | $3,564.17 |
| 47.3. **2009 Chevy Impala - Office - Meadville, PA** | $15,606.33 | Tax records | $6,762.73 |
| 47.4. **2008 Chevy Impala - Office - Meadville, PA** | $16,718.65 | Tax records | $3,343.73 |
| 47.5. **2013 Cadillac (Teaberry) - Office - Meadville, PA - Disputetd** | $37,208.90 | Tax records | $26,666.38 |
| 47.6. **2015 Jeep Grand Cherokee - Office - Meadville, PA** | $42,838.40 | Tax records | $39,982.51 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number *(If known)* **17-20526** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.7. | **2015 Jeep Grand Cherokee (J Rusnock) - Office - Meadville, PA** | $42,874.40 | Tax records | $40,016.11 |
| 47.8. | **2014 Jeep Grand Cherokee (M Rusnock)- Office - Meadville, PA** | $49,713.94 | Tax records | $39,771.16 |
| 47.9. | **2015 Jeep Grand Cherokee (Schumacher) - Office - Meadville, PA** | $51,486.90 | Tax records | $48,054.44 |
| 47.10. | **BMW 328xi GT (Kuhn) - Office - Meadville, PA** | $54,842.80 | Tax records | $53,471.73 |
| 47.11. | **Food truck titled in DAAHG LLC 2003 Workhorse** | $55,000.00 | Comparable sale | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Worktop freezer 27" - Ashland, OH | $1,688.51 | Tax records | $0.00 |
| 48 in Sandwich Top Refrigerated - Ashland, OH | $2,069.63 | Tax records | $1,675.42 |
| Sandwich Prep 48" Wide 12 CU Ft - Ashland, OH | $2,597.58 | Tax records | $1,144.18 |
| Atom-matic Refrig - Ashland, OH | $2,728.50 | Tax records | $2,013.89 |
| Coffee system - Ashland, OH | $5,367.63 | Tax records | $0.00 |
| 48 in Sandwich Top Refrigerated - Ashtabula, OH | $2,064.27 | Tax records | $1,253.30 |
| 48 in Sandwich Top Refrigerated - Ashtabula, OH | $2,064.27 | Tax records | $1,327.02 |
| Freezer worktop 48" - Ashtabula, OH | $2,220.04 | Tax records | $1,797.17 |
| Atom-matic Refrig - Ashtabula, OH | $2,722.13 | Tax records | $2,009.19 |
| Coffee system - Ashtabula, OH | $5,369.00 | Tax records | $0.00 |
| Dean Fryer/4 wheels - Austintown, OH | $1,008.06 | Tax records | $588.03 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Unique Ventures Group LLC**
Name

Case number (If known) **17-20526**

| | | | |
|---|---|---|---|
| **EA Table, Sand Prep 27" 1 DR - Austintown, OH** | $1,297.78 | Tax records | $988.78 |
| **Freezer work top 27" - Austintown, OH** | $3,056.58 | Tax records | $2,401.60 |
| **Coffee system - Austintown, OH** | $5,370.00 | Tax records | $0.00 |
| **Iced Tea/Iced Coffee Brewer - Boardman, OH** | $1,138.00 | Tax records | $0.00 |
| **40lb. Vat Electric Fryer - Boardman, OH** | $1,318.30 | Tax records | $1,271.22 |
| **Sub Table - Boardman, OH** | $1,948.00 | Tax records | $0.00 |
| **48" Freezer, 35.5in. H. Work Top - Boardman, OH** | $2,128.79 | Tax records | $1,343.17 |
| **Refrigerated Sandwich Prep Table - Boardman, OH** | $2,250.80 | Tax records | $2,063.23 |
| **800lb air cooled self contained unit - Boardman, OH** | $4,387.00 | Tax records | $3,081.35 |
| **Satellite Coffee System - Boardman, OH** | $4,654.00 | Tax records | $0.00 |
| **Condensing Unit - Boardman, OH** | $4,868.50 | Tax records | $3,825.25 |
| **72 cu. fr. Freezer - Boardman, OH** | $5,321.11 | Tax records | $4,877.68 |
| **Walk-In Freezer - Boardman, OH** | $6,366.50 | Tax records | $5,684.37 |
| **Prism Systems POS - Boardman, OH** | $18,750.00 | Tax records | $10,937.50 |
| **Refrig Sand Top 27" 1DR 10" CB - Bradford, PA** | $1,346.70 | Tax records | $833.66 |
| **Refrig Sandwich 2S 10" CB12 - Bradford, PA** | $2,064.27 | Tax records | $1,277.87 |
| **Motor for Hasting MUAU - Bradford, PA** | $2,578.80 | Tax records | $2,118.30 |
| **Coffee system - Bradford, PA** | $5,369.00 | Tax records | $0.00 |
| **Cooler - Brooklyn, OH** | $1,451.93 | Tax records | $864.24 |

Debtor  __Unique Ventures Group LLC__  Case number *(If known)* __17-20526__
Name

| | | | |
|---|---|---|---|
| Turbo Air Freezer - Brooklyn, OH | $2,326.70 | Tax records | $1,135.64 |
| Koolaire Ky0600 Ice Machine - Brooklyn, OH | $3,478.19 | Tax records | $2,815.68 |
| Coffee system - Brooklyn, OH | $5,369.00 | Tax records | $0.00 |
| 49 cu. ft. Reach In Refrigerator - Canfield, OH | $3,190.28 | Tax records | $2,962.40 |
| Manitowoc 600 Air Cooled Unit - Canfield, OH | $3,351.95 | Tax records | $2,569.84 |
| Sign Awning - Canfield, OH | $3,816.00 | Tax records | $2,014.00 |
| Coffee system - Canfield, OH | $5,369.00 | Tax records | $0.00 |
| A/C Unit - Canfield, OH | $8,025.00 | Tax records | $7,590.30 |
| Air Conditioning Unit - Canfield, OH | $9,660.88 | Tax records | $9,077.21 |
| Dean Fryer - Natural Gas - Canton, OH | $901.00 | Tax records | $278.90 |
| Dean Fryer - Natural Gas - Canton, OH | $901.00 | Tax records | $278.90 |
| 27" Refrigerated Display - Canton, OH | $1,637.32 | Tax records | $1,481.38 |
| TUF 485D Freezer - Canton, OH | $1,987.50 | Tax records | $402.22 |
| 4' Sandwich Unit - Canton, OH | $2,130.60 | Tax records | $380.47 |
| Refrig sandwich 2S 10" CB12 - Canton, OH | $2,196.66 | Tax records | $1,725.95 |
| 48in freezer 35.5 in H work top - Canton, OH | $2,344.51 | Tax records | $1,870.03 |
| Half Cube Style Ice Maker w/560lb - Canton, OH | $2,428.45 | Tax records | $1,676.79 |
| 51" Reach-In Refrigerator - Canton, OH | $3,280.14 | Tax records | $3,162.99 |
| Coffee system - Canton, OH | $5,370.00 | Tax records | $0.00 |
| Merch DR Swing 27"W 23 VCUFT - Clarion, PA | $1,660.06 | Tax records | $843.85 |
| Turbo Air - Clarion, PA | $2,093.50 | Tax records | $1,116.53 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Unique Ventures Group LLC**                    Case number *(If known)* **17-20526**
     Name

| | | | |
|---|---|---|---|
| Turbo Air - Clarion, PA | $2,173.00 | Tax records | $1,213.26 |
| 48 in Sandwich Top Refrigerated - Clarion, PA | $2,244.51 | Tax records | $1,736.83 |
| Turbo Air 12 Pan - Clarion, PA | $2,252.50 | Tax records | $1,220.10 |
| Turbo Air Freezer - Clarion, PA | $3,295.00 | Tax records | $1,839.71 |
| A/C Cuber Small Ice - Clarion, PA | $4,102.12 | Tax records | $2,832.41 |
| Coffee system - Clarion, PA | $5,369.00 | Tax records | $0.00 |
| Oven - Conneaut, OH | $2,765.25 | Tax records | $2,567.73 |
| Coffee system - Conneaut, OH | $5,369.00 | Tax records | $0.00 |
| Coffee system - Corry, PA | $5,369.00 | Tax records | $0.00 |
| Equipment - Parker Gallery - Edinboro, PA | $1,850.00 | Tax records | $0.00 |
| 48.38" Sandwich Unit - Edinboro, PA | $2,049.22 | Tax records | $1,390.53 |
| Coffee system - Edinboro, PA | $5,369.00 | Tax records | $0.00 |
| Carpeting - Edinboro, PA | $5,871.12 | Tax records | $0.00 |
| 1400 Series Booth Table Top Table - Edinboro, PA | $25,273.59 | Tax records | $13,539.43 |
| 48 in Sandwich Top Refrigerated - Elm Road, OH | $2,071.66 | Tax records | $1,603.07 |
| OEM Blower Assembly - Make Up Air - Elm Road, OH | $2,315.06 | Tax records | $2,067.02 |
| Undercounter Freezer Turbo Air - Elm Road, OH | $2,326.70 | Tax records | $1,080.24 |
| Ice Machine - Elm Road, OH | $5,204.06 | Tax records | $4,150.85 |
| Coffee system - Elm Road, OH | $5,370.00 | Tax records | $0.00 |
| Sandwich Prep Cooler - Erie East, PA | $1,584.70 | Tax records | $924.40 |

| Debtor | **Unique Ventures Group LLC** | | Case number *(If known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2 Fryers - Erie East, PA | $4,408.29 | Tax records | $0.00 |
| Coffee system - Erie East, PA | $5,370.00 | Tax records | $0.00 |
| Prism Systems POS - Erie East, PA | $18,750.00 | Tax records | $10,937.50 |
| Pizza Prep Turbo Air - Erie South, PA | $1,253.62 | Tax records | $238.78 |
| Elite Electric Fryer 40lb capacity - Erie South, PA | $1,326.22 | Tax records | $852.57 |
| Freezer - Erie South, PA | $1,584.70 | Tax records | $735.74 |
| Imperial Fryer - Erie South, PA | $1,797.76 | Tax records | $791.88 |
| Electric Floor Fryer - Erie South, PA | $1,807.04 | Tax records | $0.00 |
| Electric Floor Fryer - Erie South, PA | $1,807.04 | Tax records | $0.00 |
| Turbo Air Sandwich Prep - Erie South, PA | $2,001.28 | Tax records | $0.00 |
| Refrig Sandwich 2S 10" CP12 - Erie South, PA | $2,064.27 | Tax records | $1,277.87 |
| Hot Water Tank - Erie South, PA | $3,252.19 | Tax records | $0.00 |
| Out Door Walk-In Freezer - Erie South, PA | $4,050.00 | Tax records | $3,519.64 |
| Ice machine - Erie South, PA | $4,134.00 | Tax records | $0.00 |
| Coffee system - Erie South, PA | $5,370.00 | Tax records | $0.00 |
| Freezer Worktop 48" - Erie West, PA | $2,253.79 | Tax records | $1,529.36 |
| Cube style ice maker - Erie West, PA | $2,328.45 | Tax records | $1,496.85 |
| water service - Erie West, PA | $5,100.00 | Tax records | $2,635.00 |
| Coffee system - Erie West, PA | $5,370.00 | Tax records | $0.00 |
| 48 in Sandwich Top Refrigerated - Greenville, PA | $2,126.25 | Tax records | $1,594.69 |
| Turbo Air Freezer - Greenville, PA | $2,326.70 | Tax records | $1,107.94 |

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 10

| Debtor | **Unique Ventures Group LLC** | | Case number *(If known)* **17-20526** | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Turbo Air Cooler - Greenville, PA** | $2,385.00 | **Tax records** | $1,135.73 |
| **Coffee system - Greenville, PA** | $5,370.00 | **Tax records** | $0.00 |
| **Turbo Air Sandwich Prep - Grove City, PA** | $1,290.02 | **Tax records** | $0.00 |
| **Elite Electric Fryer 40lb capacity - Grove City, PA** | $1,326.22 | **Tax records** | $852.57 |
| **Elite Electric Fryer 40lb capacity - Grove City, PA** | $1,331.06 | **Tax records** | $887.38 |
| **Fryer Elite 40 lb Snaptherm 208 - Grove City, PA** | $1,396.91 | **Tax records** | $947.90 |
| **48 in freezer 35.5in H work top 2 - Grove City, PA** | $2,244.51 | **Tax records** | $1,763.55 |
| **Turbo Air Cooler Sandwich Table - Grove City, PA** | $2,326.70 | **Tax records** | $1,163.34 |
| **Coffee system - Grove City, PA** | $5,370.00 | **Tax records** | $0.00 |
| **Iced Tea/Iced Coffee Brewer - Indiana, PA** | $1,137.55 | **Tax records** | $0.00 |
| **Heated Proof & Hold Cabinet - Indiana, PA** | $1,799.85 | **Tax records** | $1,714.14 |
| **48 in Sandwich Top Refrigerated - Indiana, PA** | $2,071.66 | **Tax records** | $1,603.07 |
| **Turbo Air 48" Sub Table - Indiana, PA** | $2,266.70 | **Tax records** | $1,303.35 |
| **2 - Fryer Elite 40 lb. Snaptherm - Indiana, PA** | $2,393.06 | **Tax records** | $1,168.03 |
| **3 Full Door Freezer - Indiana, PA** | $3,646.43 | **Tax records** | $0.00 |
| **Satellite Coffee System - Indiana, PA** | $4,652.20 | **Tax records** | $0.00 |
| **Iced Tea/Iced Coffee Brewer - Mars, PA** | $1,138.00 | **Tax records** | $0.00 |
| **27" Mega Top Sandwich Salad Unit - Mars, PA** | $1,690.79 | **Tax records** | $1,127.20 |
| **Turbo Air - Mars, PA** | $2,326.70 | **Tax records** | $1,024.84 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor __Unique Ventures Group LLC__        Case number _(if known)_ __17-20526__
Name

| | | | |
|---|---|---|---|
| Satellite Coffee System - Mars, PA | $4,654.00 | Tax records | $0.00 |
| Sandwich Cooler - Meadville, PA | $2,064.27 | Tax records | $1,204.15 |
| Gelato Machine - Meadville, PA | $2,149.00 | Tax records | $0.00 |
| Refrigerated Sandwich Prep Table - Meadville, PA | $2,386.61 | Tax records | $2,074.08 |
| Manitowoc Ice Machine - Meadville, PA | $4,558.00 | Tax records | $2,468.92 |
| Coffee system - Meadville, PA | $5,370.00 | Tax records | $0.00 |
| Prism Systems POS - Meadville, PA | $18,750.00 | Tax records | $10,937.50 |
| TWR285D Cooler Equipment - Middleburg, OH | $1,190.00 | Tax records | $297.50 |
| Refrigerated Merchandiser - Middleburg, OH | $1,672.32 | Tax records | $1,532.96 |
| Refrig Sandwich 2S 10" CP12 - Middleburg, OH | $2,105.88 | Tax records | $1,178.29 |
| 48" Freezer 35.5in H Work Top 2 - Middleburg, OH | $2,128.79 | Tax records | $1,343.17 |
| Gelato Machine - Middleburg, OH | $2,149.00 | Tax records | $0.00 |
| 48" Freezer Worktop - Middleburg, OH | $2,305.09 | Tax records | $2,030.67 |
| Turbo Air Sandwich Unit - Middleburg, OH | $2,326.70 | Tax records | $1,080.24 |
| Fryer Elite 40 lb Snaptherm 208 - Middleburg, OH | $2,393.06 | Tax records | $1,225.01 |
| Hot Water Tank - Middleburg, OH | $3,252.19 | Tax records | $0.00 |
| Floor Fryer - Middleburg, OH | $3,420.72 | Tax records | $0.00 |
| Coffee system - Middleburg, OH | $5,370.00 | Tax records | $0.00 |
| Prism Systems POS - Middleburg, OH | $18,750.00 | Tax records | $10,937.50 |
| Coffee system - New Castle, PA | $5,370.00 | Tax records | $0.00 |

| Debtor | **Unique Ventures Group LLC** | | Case number *(If known)* **17-20526** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 27" Reach In Refrigerator Freezer 2 - Niles, OH | $4,077.30 | Tax records | $3,155.05 |
| Coffee system - Niles, OH | $5,370.00 | Tax records | $0.00 |
| 48 in Sandwich Top Refrigerated - Olean, NY | $2,071.66 | Tax records | $1,603.07 |
| 48 in Sandwich Top Refrigerated - Olean, NY | $2,126.25 | Tax records | $1,620.00 |
| Ice Maker, Half cube, 560lb/24-Hr. - Olean, NY | $2,328.45 | Tax records | $1,302.81 |
| Upright Cooler/Refrigerator - Olean, NY | $2,401.85 | Tax records | $2,230.29 |
| Copeland Compressor KAM007EC - Olean, NY | $2,565.19 | Tax records | $1,923.89 |
| Coffee system - Olean, NY | $5,370.00 | Tax records | $0.00 |
| Elite Electric Fryer 40lb capacity - Sharon, PA | $1,331.06 | Tax records | $887.38 |
| Fryer Elite 40 lb Snaptherm 208 - Sharon, PA | $1,397.00 | Tax records | $947.97 |
| Turbo Air Freezer - Sharon, PA | $1,537.00 | Tax records | $896.58 |
| Refrigerated Sandwich Prep Table - Sharon, PA | $2,215.80 | Tax records | $2,031.15 |
| Coffee system - Sharon, PA | $5,370.00 | Tax records | $0.00 |
| Heated Proof & Hold Cabinet - Titusville, PA | $1,791.80 | Tax records | $1,642.48 |
| Coffee system - Titusville, PA | $5,370.00 | Tax records | $0.00 |
| Coffee system - Warren, PA | $5,370.00 | Tax records | $0.00 |
| Sign - Ashland, OH | $4,121.30 | Tax records | $1,991.98 |
| Recovered Awnings & Sunbrella - Ashland, OH | $5,729.85 | Tax records | $4,456.55 |
| Carpet - Austintown, OH | $7,999.96 | Tax records | $1,809.52 |
| Carrier RTU #48TCED08AA - Bradford, PA | $9,829.94 | Tax records | $9,543.23 |
| Awnings & Light Bulbs - Brooklyn, OH | $6,900.00 | Tax records | $5,328.33 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Unique Ventures Group LLC**
Name

Case number *(If known)*  **17-20526**

| | | | |
|---|---|---|---|
| Air Conditioning Unit - Canton, OH | $7,386.54 | Tax records | $6,971.05 |
| Rooftop, Low ambient seer kit - Clarion, PA | $2,939.56 | Tax records | $2,318.99 |
| Roof top furnace - Clarion, PA | $7,155.00 | Tax records | $4,213.50 |
| 5 Awnings - Erie East, PA | $3,275.40 | Tax records | $1,692.29 |
| Carpet - Erie South, PA | $8,562.12 | Tax records | $4,138.37 |
| Booth Remodel - Erie South, PA | $26,114.44 | Tax records | $12,622.00 |
| Carpet - Erie West, PA | $6,081.80 | Tax records | $506.81 |
| Roof top heat exchanger unit - Erie West, PA | $8,030.00 | Tax records | $8,030.00 |
| 5 Awnings Fabricated - Greenville, PA | $3,233.00 | Tax records | $307.89 |
| 7.5 ton Air conditioning unit - Grove City, PA | $5,022.81 | Tax records | $4,374.03 |
| 304,000 BTU Captive Air Make Up Unit - Grove City, PA | $8,414.00 | Tax records | $8,238.71 |
| Train 7.5 Ton Rooftop A/C - Indiana, PA | $7,570.00 | Tax records | $3,322.36 |
| Lennox Roof Top Unit - Indiana, PA | $9,050.00 | Tax records | $8,503.23 |
| Roof Top 15 Ton BTU Heat - Mars, PA | $8,391.85 | Tax records | $6,433.74 |
| Bryant 10-ton HVAC - Mars, PA | $9,267.00 | Tax records | $9,151.16 |
| 18-ton Rooftop Unit - Mars, PA | $14,992.00 | Tax records | $14,929.53 |
| Curb adaptor and damper - Middleburg, OH | $7,886.60 | Tax records | $6,917.19 |
| Captive Air Heated MUA - Middleburg, OH | $9,939.47 | Tax records | $9,401.08 |
| 10 Ton 210,000 BTU Roof Unit - Middleburg, OH | $10,167.81 | Tax records | $7,456.41 |
| 2 Awnings - New Castle, PA | $1,971.60 | Tax records | $187.75 |
| Roof Top Units - New Castle, PA | $7,025.00 | Tax records | $7,010.36 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Unique Ventures Group LLC**                          Case number *(If known)*  **17-20526**
          Name

| | | | |
|---|---|---|---|
| **Carpet - Olean, NY** | **$7,349.42** | **Tax records** | **$874.91** |
| **4 Fabricated Awnings - Sharon, PA** | **$5,084.82** | **Tax records** | **$302.68** |
| **7.5 ton 3 phase unit fresh air damper - Sharon, PA** | **$10,050.00** | **Tax records** | **$9,421.87** |
| **Outside Awnings - Warren, PA** | **$2,514.32** | **Tax records** | **$1,117.49** |
| **Wall covering - Warren, PA** | **$4,210.24** | **Tax records** | **$551.36** |
| **Carpeting - Warren, PA** | **$7,910.30** | **Tax records** | **$0.00** |
| **Captive Air Handler 304,000 BTU - Warren, PA** | **$8,105.00** | **Tax records** | **$7,649.08** |

51.     **Total of Part 8.**                                                                        **$658,291.07**
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ■ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Elm Road - Elm Road, OH** | **Buiding on Ground Lease** | **$634,728.00** | **Tax records** | **$489,608.54** |
| 55.2.  **R. 358 Hadley Rd. PA - Greenville, PA** | **Buiding on Ground Lease** | **$453,518.00** | **Tax records** | **$349,829.03** |

| Debtor | **Unique Ventures Group LLC** | | Case number *(If known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

| 55.3. | Wilmington Rd., PA -<br>New Castle, PA | Buiding on<br>Ground Lease | $1,111,754.00 | Tax records | $857,570.95 |
|---|---|---|---|---|---|

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

> **$1,697,008.52**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill**<br>**Goodwill - Pittsburgh, PA** | $781,761.99 | Tax records | $317,047.89 |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

> **$317,047.89**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Unique Ventures Group LLC**
          Name                                                          Case number *(If known)*  **17-20526**

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number *(If known)* **17-20526** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $617,830.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $35,866.46 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $50,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $658,291.07 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $1,697,008.52 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $317,047.89 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,680,035.86 | + 91b. $1,697,008.52 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,377,044.38 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Unique Ventures Group LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)     **17-20526**

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **ALLY** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PAYMENT PROCESSING**
**PO BOX 901**
**LOUISVILLE, KY**
**40290-1953**

**Jeep Grand Cherokee**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5515**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **ALLY** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PAYMENT PROCESSING**
**PO BOX 901**
**LOUISVILLE, KY**
**40290-1953**

**Jeep Grand Cherokee**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2574**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Unique Ventures Group LLC**                                   Case number (if know)   **17-20526**
         Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **ALLY** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PAYMENT PROCESSING
PO BOX 901
LOUISVILLE, KY
40290-1953**

Creditor's mailing address

**Jeep Grand Cherokee**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0359**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **MIDLAND LOAN SERVICES, INC** | Describe debtor's property that is subject to a lien | **$704,050.69** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**SPIRIT REALTY CAPITAL
PO BOX 642
PITTSBURGH, PA 15264**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
9872**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Perkins Holding, LLC** | Describe debtor's property that is subject to a lien | **$4,347.33** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**14875 Northeast Tangent
Road
Newberg, OR 97132**

Creditor's mailing address

**348 West Main Street
Conneaut, Ohio**

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if know) | **17-20526** |
|---|---|---|---|
| | Name | | |

**Lease**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Spirit Finance Acquisitions, LLC** | Describe debtor's property that is subject to a lien | $14,965.36 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**14631 N Scottsdale Rd  Ste 200
Scottsdale, AZ 85254-2711**

**UCC1 on Property, appliances, furniture and equipment of Debtor at 3870 Elm Rd NE, Warren OH 44483 and 3334 Wilmington Rd, New Castle PA 16105.  See attached Schedule "D" Secured Creditors**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/6/2016**

■ No

**Last 4 digits of account number**
**9916**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Spirit Master Funding III, LLC** | Describe debtor's property that is subject to a lien | $29,744.37 | $399,400.00 |
|---|---|---|---|---|

Creditor's Name

**2727 N Harwood St  Ste 300
Dallas, TX 75201**

**3334 Wilmington Road, New Castle, PA, 16105, Tax ID: 25409602.  See attached Schedule "D" Secured Creditors**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**vrichmond@spiritrealty.com**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2/6/2007**

■ No

**Last 4 digits of account number**
**9916**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Unique Ventures Group LLC** | Case number (if know) | **17-20526** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Spirit Master Funding III, LLC** | | | $16,981.80 | $195,370.00 |

Creditor's Name

**2727 N Harwood St  Ste 300
Dallas, TX 75201**

Creditor's mailing address

**vrichmond@spiritrealty.com**

Creditor's email address, if known

**Date debt was incurred
2/6/2007
Last 4 digits of account number
9929**
**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**3870 Elm Road, NE, Warren, OH, 44483, Tax ID: 28903475.  See attached Schedule "D" Secured Creditors**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Spirit Master Funding III, LLC** | | | $12,133.61 | $86,500.00 |

Creditor's Name

**2727 N Harwood St  Ste 300
Dallas, TX 75201**

Creditor's mailing address

**vrichmond@spiritrealty.com**

Creditor's email address, if known

**Date debt was incurred
2/6/2007
Last 4 digits of account number
0044**
**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Route 358 Hadley Road, Greenville, PA, 16125, Tax ID: 9675993.  See attached Schedule "D" Secured Creditors**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Spirit Master Funding III, LLC** | | | $0.00 | $0.00 |

Creditor's Name

**2727 N Harwood St  Ste 300
Dallas, TX 75201**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC1 to secure the payment of all Rental and other Monetary Obligations under Master Lease Agreement.  See attached Schedule "D" Secured Creditors**

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if know) | **17-20526** |
|---|---|---|---|
| | Name | | |

vrichmond@spiritrealty.com

Creditor's email address, if known

**Date debt was incurred**
**9/6/2016**

**Last 4 digits of account number**
**9872**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Spirit Master Funding IV, LLC** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2727 N Harwood St  Ste 300**
**Dallas, TX 75201**

Creditor's mailing address

vrichmond@spiritrealty.com

Creditor's email address, if known

**Date debt was incurred**
**7/30/2012**

**Last 4 digits of account number**
**1155**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC1 on Property, appliances, furniture and equipment of Lessee at 2945 E State St, Hermitage PA 16148.  See attached Schedule "D" Secured Creditors**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Spirit Master Funding IV, LLC** | | $70,148.10 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2727 N Harwood St  Ste 300**
**Dallas, TX 75201**

Creditor's mailing address

vrichmond@spiritrealty.com

Creditor's email address, if known

**Date debt was incurred**
**4/23/2012**

**Last 4 digits of account number**
**0992**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**UCC1 on Property, appliances, furniture and equipment of Lessee at 5180 Tideman Rd, Brooklyn OH 44144.  See attached Schedule "D" Secured Creditors**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 7

| Debtor | **Unique Ventures Group LLC** | | Case number (if know) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Contingent
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Disputed

---

| 2.13 | **Spirit Master Funding IV, LLC** | Describe debtor's property that is subject to a lien | **$9,994.23** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**658 US Route 250
Ashland, OH 44805**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.14 | **Spirit Master Funding, LLC** | Describe debtor's property that is subject to a lien | **$24,558.45** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**219 East Central Aveneu
Titusville, PA 16354**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.15 | **US Foods, Inc** | Describe debtor's property that is subject to a lien | **$695,875.00** | **$695,875.00** |
|---|---|---|---|---|

Creditor's Name

**9399 W Higgins Rd
Des Plaines, IL 60018**

**UCC1 of all sold to Applicant by Seller, and other assets of Applicant.  See attached Schedule "D" Secured Creditors**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number (if know) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2/26/2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,582,798.94**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**@UNIQUEVENDDRESSGROUP**

Spirit Master Lease
Spirit Lease
Spirit Mortgage
Lease

| | Lease/Mortgage #. | Lease or Mortgage ? | Maturity Date | Perkins Family Restaurant (20 locations in NY, OH, PA) | | | | County | Monthly Payment | TAX PARCEL |
|---|---|---|---|---|---|---|---|---|---|---|
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 7175 Eagle Road | Middleburg Heights | OH | 44130 | Cuyahoga | $207,567.61 | 371-22-005 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 1601 Prospect Road | Ashtabula | OH | 44004 | Ashtabula | | 530200133016 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 4334 Buffalo Road | Erie | PA | 16510 | Erie | | 2705115000120100 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 1871 Oakland Avenue | Indiana | PA | 15701 | Indiana | | 42033416 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 587 East Main Street | Canfield | OH | 44406 | Mahoning | | 28-026-0-026 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 115 Ludlow Street | Warren | PA | 16365 | Warren | | WN4966700000000 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 2714 West Lake Road | Erie | PA | 16505 | Erie | | 3301505000070100 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 915 West Main Street | Grove City | PA | 16127 | Mercer | | 59007790 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 78 Perkins Road | Clarion | PA | 16214 | Clarion | | 1906100 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 18276 Conneaut Lake Rd | Meadville | PA | 16335 | Crawford | | 65-0-052205 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 207 Plum Street | Edinboro | PA | 16412 | Erie | | 1101103700200000 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 1953 Niles-Cortland Rd | Warren | OH | 44484 | Trumbull | | 28-902324 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 4403 Peach Street | Erie | PA | 16509 | Erie | | 1805309801040000 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 31-35 Bolivar Drive | Bradford | PA | 16701 | McKean | | 70805 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 2728 West State Road | Olean | NY | 14760 | Cattaraugus | | 412000040620002000800 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 310 West Columbus Ave | Corry | PA | 16407 | Erie | | 7012047000505001 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 5550 Interstate Blvd | Austintown | OH | 44515 | Mahoning | | 48-050-0-007.01-0 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 4866 Everhard Road | Canton | OH | 44718 | Stark | | 1619 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 804 Boardman-Poland Rd | Youngstown | OH | 44512 | Mahoning | | 29-017-0-091.00 |
| Spirit Leasing Master Lease | 30259872 | Master Lease | 2/28/2027 | 19 Greenville Plaza | Greenville | PA | 16125 | Mercer | | |
| | | | | | | | | | | |
| Spirit Lease | 30264894 | Lease | 2/28/2027 | 219 East Central Avenue | Titusville | PA | 16354 | Crawford | $5,517.13 | 59-0-047627 |
| Spirit Lease | 30260992 | Lease | 2/28/2027 | 5180 Tiedeman Road | Brooklyn | OH | 44144 | Cuyahoga | $14,340.01 | 433-17-015 |
| Spirit Lease | 30291165 | Lease | 2/28/2027 | 2945 E. State Street | Hermitage | PA | 16148 | Mercer | $10,475.75 | |
| Spirit Lease | 30202?7 | Lease | 2/28/2027 | 658 335 Boots 250 | Ashland | OH | 44805 | Ashland | $6,995.95 | 125014.5.0000.01 |
| | | | | | | | | | | |
| Spirit Mortgage | 30289916 | Mortgage | 3/1/2027 | 3334 Wilmington Road | New Castle | PA | 15105 | Lawrence | $10,369.34 | 25405 |
| Spirit Mortgage | 30289929 | Mortgage | 3/8/2027 | 3870 Elm Road, NE | Warren | OH | 44483 | Trumbull | $5,937.24 | 2890026 |
| Spirit Mortgage | 30260044 | Mortgage | 3/9/2027 | Route 358 Hadley Road | Greenville | PA | 16125 | Mercer | $4,242.20 | 967 |
| | | | | | | | | | | |
| 3D Acquisitions LLC | | Lease | | 20013 RT. 19 | Main | PA | 19066 | Butler | $14,836.56 | |
| Perkins Holdings LLC | | Lease | | 348 West Main St. | Conneaut | OH | 44030 | Ashtabula | $9,691.48 | |
| | | | | | | | | | $290,003.28 | Monthly |



File Number: 2012073109193
Date Filed: 07/30/2012 08:00 AM
Carol Aichele
Secretary of the Commonwealth

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

c/o Esquire Assist (Counter)

Commonwealth of Pennsylvania
UCC1 Initial Filing 2 Page(s)

T1221241247

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Unique Ventures Group, LLC | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 663 Woodcrest Drive | Pittsburgh | PA | 15205-1529 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLC | Pennsylvania | 3693253 | ☐NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Spirit Master Funding IV, LLC | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 14631 N. Scottsdale Road, Suite 200 | Scottsdale | AZ | 85254-2711 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All personal property, appliances, furniture and equipment of Lessee situated on or used in connection with any of the Properties described on Exhibit A attached hereto and incorporated herein by reference, which lien and security interest shall secure the payment of all Rental and other Monetary Obligations payable by Lessee to Lessor under that certain Lease Agreement dated February 6, 2007.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☑LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors ☐ Debtor 1 ☐ Debtor 2 | |

8. OPTIONAL FILER REFERENCE DATA
File with the Pennsylvania Department of State        34191689

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)



**PARCEL ONE:**

ALL THAT CERTAIN piece or parcel of land situate in the City of Hermitage formerly Township of Hermitage (formerly Hickory), County of Mercer and State of Pennsylvania, being known as Lot "A" in a Replat of Lots No. 2, 3 and 4 of the Hitchcock Plan, said Replat being recorded in the Records of Mercer County, Pennsylvania, in Plan Book 7, page 40, and the original Hitchcock Plan being recorded in Plan Book 5, page 27, and said lot being further bounded and described as follows:

ON the North by Lot No. 9 in the Hitchcock Plan, a distance of 150 feet;

ON the East by Lot "B" in said Replat, a distance of 300 feet;

ON the South by the Sharon-Mercer Road, being U.S. Business Route No. 62, a distance of 150 feet; and

ON the West by Lot No. 1 in the Hitchcock Plan of Lots, a distance of 300 feet.

**PARCEL TWO:**

ALL THAT CERTAIN piece or parcel of land situate in the City of Hermitage formerly Township of Hermitage (formerly Hickory), County of Mercer and State of Pennsylvania, being Lot No. 9 in the Hitchcock Plan of Lots, as recorded in the Records of Mercer County, Pennsylvania, in Plan Book 5, page 27 and said lot being bounded and described as follows:

BOUNDED on the North by Lot No. 10 in said Plan, a distance of three hundred (300) feet;

ON the East by part of Lot No. 12 in said Plan, a distance of one hundred (100) feet;

ON the South by Lots No. 1, 2 and 3 in said Plan, a distance of three hundred (300) feet; and

ON the West by Highway Route No. 43091, known as Dutch Lane, a distance of one hundred (100) feet.

BEING the same premises which Mercer County Industrial Development Authority, also known as Mercer County Industrial Development Authority & Municipal Authority by Deed dated 9/9/1993 and recorded 1/31/1994 in the Office of the Recorder of Deeds in and for the County of Mercer in Record Book 94-DR-01540, granted and conveyed unto Sanray Corporation, in fee.

AND WHEREAS by various mergers and amendments to its Articles of Incorporation the said Sanray Corporation is now known as Travaglini Enterprises, Inc.

Spirit / Unique Ventures Group
2985 E. State St., Hermitage, PA 16148
6162/02-5026

File Number: 2012042407009
Date Filed: 04/23/2012 08:00 AM
Carol Aichele
Secretary of the Commonwealth

## UCC FINANCING STATEMENT
FOLLOW  INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

# CT - COUNTER

Commonwealth of Pennsylvania
UCC1 Initial Filing 2 Page(s)

T1211567002

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Unique Ventures Group, LLC | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 663 Woodcrest Drive | Pittsburgh | PA | 15205-1529 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLC | Pennsylvania | 20-5731752 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Spirit Master Funding IV, LLC | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 14631 N. Scottsdale Road, Suite 200 | Scottsdale | AZ | 85254-2711 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All personal property, appliances, furniture and equipment of Debtor situated on or used in connection with any of the Properties described on Exhibit A attached hereto and incorporated herein by this reference, which lien and security interest shall secure the payment of all Rental and other Monetary Obligations, as each term is defined in the Lease, payable by Debtor to Secured Party under that certain Lease Agreement dated February 6, 2007.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
File with: Pennsylvania Secretary of the Commonwealth

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)
ALUCC1FNAT- 10/01/02 C T Corporation System



**EXHIBIT**

A

Situated in the City of Brooklyn, County of Cuyahoga, and State of Ohio, and known as Parcel A on map of Lot Split made for Forest City Enterprises, Inc., being part of Original Brooklyn Township Lot 1, as shown by the recorded plat in Volume 255, Page 37 and bounded and described as follows:

Beginning at the intersection of the centerlines of Brookpark Road, 100 feet wide, and Tiedeman Road, 80 feet wide, from which point an iron monument found bears North 16° 02' 00" West, 0.10 feet;

Thence North 16° 02' 00" West along the centerline of Tiedeman Road, 341.73 feet to its intersection with the Northerly line of a parcel of land conveyed to G-N Distributing Company by deed recorded in Volume 14696 Page 639 of Cuyahoga County Records, and the principal place of beginning of the parcel herein described;

Thence North 86° 30' 30" West along the Northerly line of said land conveyed to G-N Distributing Company, and passing through an iron pin set in the westerly line of Tiedeman Road, 285.01 feet to a drill hole found at its intersection with the Easterly line of a parcel of land conveyed to Joseph A. & Marie A. Cerni by deed recorded in Volume 14411 Page 871 of Cuyahoga County Records;

Thence North 3° 30' 44" East along the Easterly line of said land conveyed to Joseph A. & Marie A. Cerni, 23.00 feet to an iron pin found at its intersection with the Northerly line of said land so conveyed;

Thence North 87° 12' 53" West along the Northerly line of said land conveyed to Joseph A. & Marie A. Cerni, and along the Northerly line of a parcel of land conveyed to Jerrco, Inc. by deed recorded in Volume 15483 Page 195 of Cuyahoga County Records, 164.46 feet to an iron pin set at its intersection with the Easterly line of Parcel 1 of land conveyed to Forest City Rental Properties Corporation by deed recorded in Volume 14278 Page 77 of Cuyahoga County Records;

Thence North 3° 35' 17" East along the Easterly line of said Parcel 1 of land conveyed to Forest City Rental Properties Corporation, 194.50 feet to an iron pin found at an angle point therein;

Thence South 87° 12' 53" East, and passing through an iron pin set in the Westerly line of Tiedeman Road, 371.12 feet to a point in the centerline of Tiedeman Road;

Thence South 16° 02' 00" East along the centerline of Tiedeman Road, 233.47 feet to the principal place of beginning, and containing 85,817 square feet or 1.9701 acre of land, of which 9,328 square feet or 0.2141 acres lie within the right-of-way of Tiedeman Road, all according to the survey by Donald G. Bohning & Associates, Inc. dated May, 1991.

The courses used in this description are given to an assumed meridian and are used to indicate angles only.

Spirit / Unique Ventures Group
5180 Tiedeman Road, Brooklyn, OH 44144
6162/02-5024

File Number: 2007022200703
Date Filed: 02/20/2007 03:48 PM
Pedro A. Cortés
Secretary of the Commonwealth

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A NAME & PHONE OF CONTACT AT FILER [optional]
Kelly G. Reynoldson, Esq.

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT CORP-COUNTER

Commonwealth of Pennsylvania
UCC1 Initial Filing 3 Page(s)

T0705263096

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1 DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Unique Ventures Group, LLC | | | | |
| 1b INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 663 Woodcrest Drive | Pittsburgh | PA | 15205-1529 | USA |
| 1d SEE INSTRUCTIONS | ADD'L INFO RE 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
| | ORGANIZATION DEBTOR | Limited Liability Comp Pennsylvania | 20-5731752 | □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d SEE INSTRUCTIONS | ADD'L INFO RE 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID # if any | |
| | ORGANIZATION DEBTOR | | | □ NONE |

3 SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Spirit Finance Acquisitions, LLC | | | | |
| 3b INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 14631 N. Scottsdale Road, Suite 200 | Scottsdale | AZ | 85254-2711 | USA |

4 This FINANCING STATEMENT covers the following collateral:

All the furniture, furnishings, fixtures, inventory, equipment and other articles of tangible personal property located on or used in connection with the following properties and as described on Exhibit A attached hereto and incorporated herein by this reference, which lien and security interest shall secure the payment of all Obligations payable by Debtor to Lender under that certain Loan Agreement dated February 6, 2007.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
Spirit/Unique Ventures Group (6162/02-5000) - Pennsylvania Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV 05/22/02)
PAUCCTPNAT- 10/01/02 CT Corporation System

## EXHIBIT A

### LEGAL DESCRIPTION

Situated in the Township of Bazetta and Township of Howland, County of Trumbull and State of Ohio and known as being part of Section 2 in said Haviland Township and part of Sections 97 and 98 in said Bazetta Township and further known as being part of a tract of land conveyed to Elmhurst Properties, Inc. by Official Record 512 Page 271 as recorded in the Trumbull County Recorders record of deeds, and being more fully bounded and described as follows:

Beginning at the intersection of the northerly right of way of Blair Drive (50' R/W) and the easterly right of way of Elm Road Extension (R/W varies), said point being the TRUE PLACE OF BEGINNING for the parcel hereinafter described:

Thence with a curve to the right with an arc length of 512.38, with a radius of 11404.19 feet, with a chord bearing of North 30 degrees 34 minutes 33 seconds East, and a chord length of 512.34 feet to a point;

Thence North 64 degrees 07 minutes 21 seconds East a distance of 46.97 feet to a point;

Thence South 57 degrees 56 minutes 09 seconds East a distance of 175.03 feet to a point;

Thence South 30 degrees 38 minutes 16 seconds West a distance of 403.50 feet to a point;

Thence North 60 degrees 24 minutes 35 seconds West a distance of 42.30 feet to a point;

Thence South 29 degrees 35 minutes 25 seconds West a distance of 128.76 feet to a point;

Thence with a curve to the right with an arc length of 94.53 feet, with a radius of 447.46 feet, with a chord bearing of North 66 degrees 54 minutes 50 seconds West, and a chord length of 94.35 feet to a point;

Thence North 60 degrees 51 minutes 43 seconds West a distance of 66.89 feet to the TRUE PLACE OF BEGINNING and containing 2.393 acres of land, more or less, of which no acres lies within the public right of way.

Spirit/Unique Ventures
3870 Elm Road, NE, Warren OH 44483
6162/02-5021

**EXHIBIT A**

**LEGAL DESCRIPTION**

ALL THAT CERTAIN piece, parcel or lot of land situate, in Field Club Commons, Neshannock Township, Lawrence County, Pennsylvania, being more particularly bounded and described as follows, to wit:

BEGINNING at the northwesterly corner of lands herein described, said point being located the following two (2) courses and distances from the intersection of the centerline of Nesbit Road and the centerline of Wilmington Road, S.R. 0018:

1. along said centerline of Wilmington Road, S.R. 0018, North 06 degrees 59' 00" West, a distance of 736.99 feet to a point;

2. North 83 degrees 01' 00" East, a distance of 72.49 feet to a point, the point of beginning;

thence, from said point of beginning, North 83 degrees 01' 00" East, a distance of 158.25 feet to a point

thence, South 06 degrees 59' 00" East a distance of 259.40 feet to a point;

thence, South 83 degrees 01' 00" West, a distance of 158.25 feet to a point;

thence North 06 degrees 59' 00" West, a distance of 259.40 feet to a point, the point of beginning.

Containing an area of 41,050.05 square feet or 0.942 acres.

| File Number: 2011082403312 |
| --- |
| Date Filed: 08/24/2011 01:05 PM |
| Carol Aichele |
| Secretary of the Commonwealth |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Diligenz Inc                    (425) 609-1700

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

        Diligenz Inc
        801 Adlai Stevenson Dr
        Springfield IL 62703
        EMail: filingdept@cscinfo.com

Barcode too big to fit in this area

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**2007022200703**

1b.  ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ ASSIGNMENT (full or partial)

5. AMENDMENT (PARTY INFORMATION): This Amendment affects  ☐ Debtor or ☐ Secured Party of record
   ☐ CHANGE name and/or address          ☐ DELETE name          ☐ ADD name

6. CURRENT RECORD INFORMATION:

OR | 7a. ORGANIZATION'S NAME UNIQUE VENTURES GROUP, LLC | | |
--- | --- | --- | ---
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

8. AMENDMENT (COLLATERAL CHANGE)

Describe collateral  ☐ deleted or  ☐ added, or give entire  ☐ restated collateral description, or describe collateral  ☐ assigned

9. NAME of SECURED PARTY of RECORD AUHTORIZING THIS AMENDMENT    ☐ DEBTOR authorizing this amendment

OR | 9a. ORGANIZATION'S NAME SPIRIT FINANCE ACQUISITIONS, LLC | | |
--- | --- | --- | ---
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10 OPTIONAL FILER REFERENCE DATA
**59470134A0538 030260044/llb Debtor: UNIQUE VENTURES GROUP, LLC**

Filling# : 2016090600468
Date Filed : 09/06/2016
Pedro A. Cortés
Secretary of the Commonwealth

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company-(800) 858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
filingdept@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Corporation Service Company COUNTER
Springfield
IL 62703
United States

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER:**
2007022200703

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT:** (Full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law;

**5.** ☐ **PARTY INFORMATION CHANGE**

Check one of these two boxes:              AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a ORGANIZATION'S NAME | | |
|---|---|---|
| UNIQUE VENTURES GROUP, LLC | | |
| **6b INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)**    **SUFFIX** |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's Name)

| 7a ORGANIZATION'S NAME | | |
|---|---|---|
| | | |
| **7b INDIVIDUAL'S SURNAME** | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c | MAILING ADDRESS | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|---|
| | | | | | |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate Collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a ORGANIZATION'S NAME | | |
|---|---|---|
| SPIRIT FINANCE ACQUISITIONS, LLC | | |
| **9b INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)**    **SUFFIX** |

**10. OPTIONAL FILER REFERENCE DATA:**
030280044/tc Debtor:UNIQUE VENTURES GROUP, LLC

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



File Number: 2007022200676
Date Filed: 02/20/2007 03:48 PM
Pedro A. Cortés
Secretary of the Commonwealth

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]
Kelly G. Reynoldson, Esq.
B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT CORP-COUNTER

Commonwealth of Pennsylvania
UCC1 Initial Filing 30 Page(s)

T0705263091

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names
1a. ORGANIZATION'S NAME
Unique Ventures Group, LLC

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 663 Woodcrest Drive | Pittsburgh | PA | 15205-1529 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Limited Liability Comp | Pennsylvania | 20-5731752 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names
2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)
3a. ORGANIZATION'S NAME
Spirit Master Funding III, LLC

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 14631 N. Scottsdale Road, Suite 200 | Scottsdale | AZ | 85254-2711 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All personal property, appliances, furniture and equipment of Lessee situated on or used in connection with any of the Properties described on Exhibit A attached hereto and incorporated herein by this reference, which lien and security interest shall secure the payment of all Rental and other Monetary Obligations payable by Lessee to Lessor under that certain Master Lease Agreement dated February 6, 2007.

5. ALTERNATIVE DESIGNATION (if applicable): ☑ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]    ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
Spirit/Unique Ventures Group (6162/02-5000) - Pennsylvania Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV 05/22/02)
PAUCC1NAT- 10/01/02 C T Corporation System



**EXHIBIT**
A

**PARCEL 1:**

ALL that tract or parcel of land, situate in the City of Olean, New York, being part of Lot No. 16 Rollin Pratt's resurvey of the Allegany City Tract, described as follows:

BEGINNING at a point in the Northerly line of West State Street, said point being South 89 degrees 32 minutes 45 seconds East 340.46 feet from the Westerly line of the City of Olean as measured along the Northerly line of the West State Street;

THENCE North 0 degrees 28 minutes 17 seconds West along a line parallel with the Easterly line of the property of the Bowlean Corporation, 300 feet to a point;

THENCE South 89 degrees 32 minutes 45 seconds East 150 feet to a point;

THENCE South 0 degrees 28 minutes 17 seconds East a distance of 300 feet to the Northerly line of West State Street;

THENCE North 89 degrees 32 minutes 45 seconds, 150 feet to the point or place of BEGINNING.

EXCEPTING from the premises herein conveyed a certain area located along the North line of said premises, said area running 28 feet along the North line of said premises to a depth of 8-1/2 feet, which area contains a certain pumphouse and light standard which are presently used in the operation of the Grantor's adjoining premises.

**PARCEL 2:**

ALL that tract or parcel of land, situate in the City of Olean, County of Cataraugus and State of New York, being part of Lot 16 of Rollin Pratt's resurvey of the Allegany City Tract, and more particularly bounded and described as follows:

COMMENCING at a point in the Northerly line of West State Street, said point being South 89 degrees 32 minutes 45 seconds East a distance of 490.46 feet from the Westerly line of the City of Olean as measured along the Northerly line of West State Street, which point is the point or place of beginning: thence along the following courses and distances, to wit:

1) North 00 degrees 28 minutes 17 seconds West a distance of 178.5 feet along the East bounds of lands heretofore conveyed by Grantor to Grantee to a point; thence

2) South 89 degrees 32 minutes 45 seconds East a distance of 3.5 feet to a point; thence

3) South 00 degrees 28 minutes 17 seconds East a distance of 160 feet and parallel with the first mentioned boundary in item (1) above; thence

4) South 89 degrees 32 minutes 45 seconds East a distance of 8.5 feet to a point; thence

5) South 00 degrees 28 minutes 17 seconds East a distance of 18.5 feet to a point in the Northerly line of West State Street; thence

6) North 89 degrees 32 minutes 45 seconds West a distance of 12 feet to the point or place of BEGINNING.

Spirit / Unique Ventures Group
2728 West State Road, Olean, NY  14760
6162/02-5001



EXHIBIT

A

Situated in the Township of Austintown, County of Mahoning, and State of Ohio, and also known as being Lot No. 1 in Sanray Plat No. 1, part of Tract 5, and a Replat of Dorothy Hood Plat # 1, recorded in Volume 83, at page 104 of the Mahoning County Record of Plats on December 27, 1990, and being further described as follows:

Beginning at a point in the centerline of the Canfield-Niles Road (SR 46), said point being N. 01° 45′ 45″ W., 1236.58 feet from the intersection of the centerline of the Canfield-Niles Road with the centerline of Silica Road; said point also being N. 41° 65′ 45″ W., 342.05 feet from the intersection of the northerly line of the A.E. Sanderson Plat No. 1, as recorded in Volume 45 at page 278 in the Mahoning County Records of Plats, as extended easterly to the centerline of the Canfield-Niles Road; said point being N. 88° 14′ 15″ E., 33.00 feet from an iron pin set on the westerly right-of-way line of the Canfield-Niles Road;

Thence S. 88° 14′ 15″ W., 33.00 feet to an iron pin set on the existing west right-of-way of the Canfield-Niles Road and being the True Point of Beginning of the parcel described herein;

Thence along a curve to the southwest, said curve having a central angle of 91° 15′, a radius of 40.00 feet, a tangent length of 40.53 feet, an arc length of 63.75 feet, a chord bearing of S. 43° 53′ 45″ W., with a chord length of 57.22 feet to an iron pin;

Thence S. 89° 33′ 15″ W. along a new division line severing the lands of the PKS Development Corp. as recorded in Official Record Volume 1063, at page 5 in the Mahoning County Record of Deeds, 326.00 feet to an iron pin set;

Thence N. 01° 45′ 45″ W., parallel to the centerline of the Canfield-Niles Road, and along a new division line severing the lands of the PKS Development Corp. 405.06 feet to an iron pin set;

Thence S. 89° 33′ 15″ W., along a new division line severing the lands of the PKS Development Corp. and being parallel to and 20.00 feet at right angles distant from the southerly line of the Meander Inn Plat No. 1 as recorded in Plat Volume 75 at page 100 of Mahoning County Records of Plats, 412.34 feet to an iron pin set;

Thence N. 01° 45′ 45″ W. continuing along a new division line parallel to the westerly line of and 20.00 feet by rectangular measurement from the westerly line of said aforementioned Meander Inn Plat, 330.02 feet to an iron pin set;

Thence S., 89° 36′ 04″ W. along said new division line being parallel to and 20.00 feet from the westerly line of the aforementioned Meander Inn Plat, 83.02 feet to an iron pin set;

Thence N. 01° 49′ 22″ W. along said new division line, parallel to and 20.00 feet by rectangular measurement from the westerly line of the aforementioned Meander Inn Plat and a northerly extension of said westerly plat line, 382.33 feet to an iron pin set in the southerly right-of-way line of Interstate

Spirit / Unique Ventures Group
5550 Interstate Blvd., Austintown, OH  44515
6162/02-5003



Route 80, as obtained by the Ohio Department of Transportation and record in Volume 1110 at page 152 of the Mahoning County Record of Deeds;

Thence S. 73° 42' 47" E., along said southerly right-of-way line of Interstate 80 as previously mentioned, 393.11 feet to an existing iron pin in the northerly line of the aforementioned Meander Inn Plat;

Thence S. 89° 31' 11" W. along the northerly line of said plat 353.74 feet to an iron pin found at the northwest corner of said plat;

Thence southerly and easterly along the westerly line of said plat the following courses and distances:

S. 01° 49' 22" E., 248.91 feet to an iron pin found;

N. 89° 36' 94" E., 83.94 feet to an iron pin set;

S. 01° 45' 45" E., 330.00 feet to an iron pin set;

N. 89° 33' 15" E., 479.30 feet to an iron pin set, at the northwest corner of the Replat of the Armour Plat No. 1 as recorded in Plat Volume 72 at page 210 of the Mahoning County Record of Plats;

Thence S. 01° 45' 45" E., along the west line of the aforementioned Replat of the Armour Plat No. 1, 200.44 feet to an iron pin set at the southwest corner of said replat;

Thence N. 89° 33' 15" E., along the south line of the aforementioned Replat of the Armour Plat No. 1, 258.00 feet to an iron pin set in the westerly right-of-way line of the Canfield-Niles Road;

Thence S. 01° 45' 45" W., along said westerly right-of-way line, as obtained by the State of Ohio in Appropriation Case No. 177685, 14.37 feet to an iron pin set;

Thence S. 14° 10' 03" E., continuing along said westerly right-of-way line 102.39 feet to an iron pin set;

Thence S. 01° 45' 45" E. continuing along said westerly right-of-way line 74.27 feet to the point of beginning and containing within said bounds 3.2358 acres of land as surveyed by Lynn, Kittinger & Noble, Inc., Professional Surveyors, Warren, Ohio, with description prepared by Robert J. Noble, P.S., Ohio NO. 5509, September 1999

Spirit / Unique Ventures Group
5550 Interstate Blvd., Austintown, OH 44515
6162/02-5003



EXHIBIT

A

Situated in the City of Mahoning and State of Ohio:

And known as being Lot Number 1696 according to the latest enumeration of lots in said City as shown in a Plat thereof recorded in Volume 63, Page 297, Mahoning County Records of Plats.

Said Canfield City Lot No 1696 has a frontage of 124 feet on the South line of Boardman-Canfield Road, and extends back on its East line 268 feet and extends back on its west line 268 feet, and having a rear line of 124 feet as appears by said plat.

Spirit / Unique Ventures Group
587 E. Main Street, Canfield, OH 44406
6162/02-5004



EXHIBIT

A

Situated in the Township of Jackson, County of Stark, and State of Ohio:

Known as and being part of Lot 34 in Belpar No. 2, as recorded in Plat Book 48, pages 147-149, in the Stark County Records of Plats and part of Lot 47 in Belpar No. 3, as recorded in Plat Book 49, pages 70 & 71, in said plat records, situated in part of the Southwest Quarter Section 24, Township 11 (Jackson Township) Range 9, Stark County, Ohio and being more particularly bounded and described as follows:

Beginning for the same at a point marked by an iron pin found at the northeast corner of Lot 33 in said Belpar No. 2;

Thence N. 78° 37' 59" W. along a portion of the south line of Belpar Street N.W. (80 feet wide), a distance of 292.72 feet to a point marked by an iron pin set and being the true place of beginning for the tract of land herein described;

Thence S. 34° 29' 51" W., a distance of 213.77 feet to a point marked by an iron pin set;

Thence S. 64° 07' 51" E., a distance of 66.83 feet to a point marked by an iron pin set on the east line of said Lot 34;

Thence S. 34° 29' 51" W., along a portion of the east line of said Lot 34, a distance of 250.66 feet to a point marked by an iron pin set on the north line of a 6.480 acre tract of land now or formerly owned by Society Bank of Eastern Ohio, as recorded in Official Record Volume 272, page 503, in the Stark County Records of Deeds;

Thence N. 64° 07' 51" W. along a portion of the north line of said 6.480 acre tract of land, a distance of 303.43 feet to a point marked by an iron pin found on the east line of Everhard Road N.W. (80 feet wide);

Thence N. 34° 29' 51" E. along a portion of the east line of said Everhard Road N.W., a distance of 200.00 feet to a point marked by an iron pin found at the southwest corner of an 0.841 acre tract of land now or formerly owned by Firestone Tire and Rubber Co., as recorded in Official Record Volume 446, page 171, in said deed records;

Thence S. 78° 37' 59" E. along the south line of said 0.841 acre tract of land, a distance of 200.00 feet to a point marked by an iron pin found;

Thence N. 34° 29' 51" E. along the east line of said 0.841 acre tract of land, a distance of 200.00 feet to a point marked by an iron pin found on the south line of said Belpar Street N.W.;

Thence S 78° 37' 59" E. along a portion of the south line of said Belpar Street N.W., a distance of 54.37 feet to a point marked by an iron pin set and being the true place of beginning and containing 1.857 acre of land, more or less, of which 1.745 acre is in Lot 34, and 0.112 acre is in Lot 47.

Spirit / Unique Ventures Group
4896 Everhard Rd., Canton, OH  44718
6362/02-5005

**EXHIBIT**

*A cont'd*

The above property is more particularly described on a plat of survey made by Cooper & Associates, Consulting Engineers and Surveyors, dated September 16, 1986, entitled "Plat of Survey of Part of Lot 34 in Belpar No. 2 and Part of Lot 47 in Belpar No. 3, Situated in Part of the S.W. Qtr. Sec. 24, T-11 (Jackson Twp.) R-9, Stark County, Ohio", a copy of which is attached to and recorded with this deed.

Spirit / Unique Ventures Group
4836 Everhard Road, Canton, OH  44718
6162/02-5005



EXHIBIT

A

Situated in the City of Middleburg Heights, County of Cuyahoga and State of Ohio and known as being part of Original Middleburgh Township Section No. 7, and further bounded and described as follows:

Beginning at an iron pin monument at the intersection of the centerline of Engle Road with the centerline of Bagley Road, said centerline of Engle Road being the west line of said Section No. 7;

Thence North 01° 43' 00" East along said centerline of Engle Road a distance of 180.00 feet to the Northerly line of a parcel of land conveyed to the Union Oil Company by deed recorded in Volume 13867, page 643 of Cuyahoga County Deed Records;

Thence South 88° 22' 00" East along said Northerly line a distance of 40.00 feet to an iron pin found marking the Easterly right of way line of said Engle Road and the Principal Place of Beginning of the parcel of land intended herein to be described;

Thence North 01° 43' 00" East along said Easterly line of Engle Road a distance of 270.70 feet to an iron pin found in the Southerly line of land conveyed to the Standard Oil Company by deed recorded in Volume 13167, Page 911 of Cuyahoga County Deed Records;

Thence South 88° 17' 00" East along said Southerly line of the Standard Oil Company and along the Southerly line of land conveyed to A. J. Asher and G. M. Harriston by deed recorded in Volume 14683, page 171 of Cuyahoga County Deed Records a distance of 389.40 feet to an iron pin found;

Thence South 01° 38' 00" West a distance of 178.71 feet to an iron pin found;

Thence North 88° 22' 00" West a distance of 150.00 feet to an iron pin found;

Thence South 01° 38' 00" West a distance of 231.42 feet to an iron pin found marking the Northerly line of said Bagley Road;

Thence North 88° 22' 00" West along said Northerly line of Bagley Road a distance of 100.00 feet to the Easterly line of Union Oil Company as aforesaid;

Thence North 01° 43' 00" East along said Easterly line a distance of 140.00 feet to an iron pin found at the Northeasterly corner thereof;

Thence North 88° 22' 00" West along said Northerly line a distance of 140.00 feet to the Principal Place of Beginning and containing 2.424 acres of land as surveyed by John B. Hoy Registered Ohio Professional Land Surveyor No. 4800 in April 1987 be the same more or less but subject to all legal highways.

Spirit / Unique Ventures Group
7175 Engle Road, Middleburg Heights, OH  44130
6162/02-5006



**EXHIBIT**

A

Being situated in the Township of Howland, County of Trumbull, State of Ohio, and being known as part of Section No. 42 in the original survey of said Township but being more fully bounded and described as follows:

Beginning at a point on the East right of way line of State Route 46 (Niles-Cortland Road), said point being the southwest corner of lands now or formerly of F. Stosik as recorded in Deed Volume O.R. 341, Page 289 in Trumbull County Records of Deeds, said point also being the true place of beginning of the parcel herein described.

Thence, along the South line of said lands now or formerly of F. Stosik, North 89° 19' 41" East a distance of 305.01 feet to a point, said point being the northwest corner of a 0.46 cemetery parcel as referenced in Deed Volume 76, Page 460.

Thence, along the West line of said cemetery parcel, South 00° 14' 28" East a distance of 55.00 feet to a point.

Thence, along the South line of said cemetery parcel, North 89° 19' 41" East a distance of 235.01 feet to a point.

Thence, along a line severing lands of the Grantor, the following fourteen (14) courses and distances:

1. South 00° 14' 28" East a distance of 389.07 feet to a point.

2. Along a curve to the right having a radius of 145.00 feet and an arc length of 91.33 feet which chord bears South 68° 26' 46" West a chord distance of 89.82 feet to a point of tangency.

3. South 89° 44' 00" West a distance of 64.12 feet to a point of curvature.

4. Along a curve to the left having a radius of 550.00 feet and an arc length of 171.74 feet which chord bears South 80° 47' 17" West a chord distance of 171.04 feet to a point of tangency.

5. South 71° 50' 34" West a distance of 56.70 feet to a point of curvature.

6. Along a curve to the left having a radius of 260.00 feet and an arc length of 57.04 feet which chord bears South 65° 33' 28" West a chord distance of 56.93 feet to a point of reverse curvature.

7. Along a curve to the right having a radius of 90.00 feet and an arc length of 48.93 feet which chord bears South 74° 50' 49" West a chord distance of 48.33 feet to a point of tangency.

8. North 89° 36' 11" West a distance of 33.25 feet to a point of curvature.

9. Along a curve to the right having a radius of 43.97 feet and an arc length of 45.24 feet which chord

Spirit / Unique Ventures Group
1953 Niles-Cortland Rd., Warren, OH  44484
6162/02-5007



EXHIBIT
A cont'd

bears North 60° 07' 56" West a chord distance of 43.27 feet to a point on the aforementioned East right of way line of State Route 46.

10. Along the said East right of way line of State Route 46, North 00° 14' 28" West a distance of 226.57 feet to a point.

11. Continuing along the said East right of way line of State Route 46, North 89° 45' 32" East a distance of 26.96 feet to a point.

12. Continuing along the said East right of way line of State Route 46, North 0° 14' 28" West a distance of 38.28 feet to a point.

13. Continuing along the said East right of way lien of State Route 46, South 89° 45' 32" West a distance of 26.96 feet to a point.

14. Continuing along the said East right of way line of State Route 46, North 0° 14' 28" West a distance of 265.54 feet to the true place of beginning for the parcel herein described.

Containing 5.8912 acres of land within said bounds but subject to all legal highways and easements of record.

Basis of bearings for the above described parcel being the centerline of State Route 46 being held at North 00° 14' 28" West.

Now Known As:

Situated in the Township of Howland, County of Trumbull and State of Ohio and known as being Lot # 1B in the Rayson Commercial Plat as recorded in Volume 46, page 56 of the Trumbull County Record Plats.

Spirit / Unique Ventures Group
1953 Niles-Cortland Rd., Warren, OH  44484
6162/02-5007



Situated in the Township of Boardman, County of Mahoning, and State of Ohio, and known as being Lot Number Seven (7) in Mayo & Oryets Plat No. 5, as recorded in Volume 76 of Plats, Page 120, Mahoning County Records.

Spirit / Unique Ventures Group
804 Boardman-Poland Rd., Youngstown, OH 44512
6162/02-5008



ALL THAT CERTAIN piece of land situate, lying and being in Warrant 3489 in Foster Township, McKean County, Pennsylvania, bounded and described as follows, to wit:

BEGINNING at an iron pipe in the southerly line of crossroad crossing the Tuna Valley from the Foster Brook Road to the Bolivar Run Road, said iron pipe being six hundred eighty-three (683) feet on a course of S. 87°49' W. from the westerly line of the highway on the easterly side of Tuna Valley; said iron pipe also marking the northeast corner of lot conveyed to Hugh B. Hamilton by Mary E. Clark, et al, by deed dated October 15th, 1918; thence S. 2°11' E., at right angles to said line, two hundred thirty-eight (238) feet to an iron pipe; thence S. 87°49' W., parallel with the south line of said crossroad, fifty (50) feet to a point; thence N. 2°11' W., at right angles to said crossroad, two hundred thirty-eight (238) feet to a point in the southerly line of said road; thence N. 87°49' E. along the southerly line of said road, fifty (50) feet to an iron pipe at the place of beginning.

ALSO, ALL that certain piece or parcel of land situate in the Township of Foster, County of McKean and State of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a point in the south line of the Foster Brook Road ninety-one and five-tenths (91.5) feet from the northwest corner of land now or formerly of Allen Guthrie; thence running west along the south line of said Foster Brook road ninety-one and five tenths (91.5) feet to an iron post in the northeast corner of lands of Mary E. Clark and Ellen C. Hanna; thence running south along the east line of the lands of said Mary E. Clark and Ellen C. Hanna two hundred and thirty-eight and five-hundredths (238.05) feet to an iron post in the southeast corner of said lands of Mary E. Clark and Ellen C. Hanna; thence running east along the south line of lands of George Raynor ninety-one and five-tenths (91.5) feet to a point; thence running north along the parallel to the east line of lands of said Mary E. Clark and Ellen C. Hanna two hundred thirty-eight and five hundredths (238.05) feet to the place of beginning.

CONTAINING one-half acre.

BEING the same premises which Golfview Manor, Inc. by Deed dated 4/19/1977 and recorded 5/11/1977 in the Office of the Recorder of Deeds in and for the County of McKean in Record Book Volume 504 page 660, granted and conveyed unto McKean County Industrial Development Authority, in fee.

Spirit / Unique Ventures Group
31-35 Bolivar Drive, Bradford, PA  16701
6162/02-5009



ALL that certain piece or parcel of land situate in Monroe Township, Clarion County, Pennsylvania, bounded and described as follows:

BEGINNING at an iron pin corner on North line of a 50 foot Access Right of Way, which forms the Southern boundary line of the herein described tract, said point being 260.00 feet measured in a Northwesterly direction along the center line of said Access Right of Way from the center line of Route 68, being a Southeast corner and common to land now of Selker Brothers and the herein described tract; thence along the North line of said Access Right of Way; North 86°09' West, a distance of 300.00 feet to an iron pin corner at other land of James A. Mays; thence leaving said Right of Way and through land of James A. Mays, of which this is a part, North 6°15' East, a distance of 403.53 feet to an iron pin corner; thence through land of same, South 86°09' East, a distance of 318.70 feet to an iron pin corner at land now of Selker Brothers; thence by land now of Selker Brothers, South 13°48' West, a distance of 206.00 feet to an iron pin corner; thence by same, South 3°51' West, a distance of 200.00 feet to an iron pin corner, the place of beginning. CONTAINING an area of 2.67 acres, more or less, as surveyed by E.J. Weibel, a registered surveyor, October 5, 1973.

LESS AND EXCEPT:

ALL that certain piece or parcel of land situate in Monroe Township, Clarion County, Pennsylvania, bounded and described as follows:

BEGINNING at a point at the Northeast corner of land of the Golfview Manor, Inc., (now Sanray Corporation), said point being also the Northwest corner of property conveyed to Morgan Guaranty Trust Company of New York in Deed Book 274, page 004 and being N. 85°26' W. 210.10 feet from the West line of Pa. Route 68, the Sligo Clarion Road; thence along said line of property of Morgan Guaranty Trust Company of New York S. 13°48' W a distance of 206 feet to a point; thence through property of the grantor herein N. 1°38' E. a distance of 94.88 feet to a point; thence continuing through property of the grantor herein N. 13°48' E. a distance of 110.00 feet to a point; thence S. 85°26' E. a distance of 20.26 feet to a point at the place of beginning.

The above description was drawn from survey of Tait Engineering dated March 25, 1982.

LESS AND EXCEPT:

ALL that certain piece or parcel of land situate in Monroe Township, Clarion County, Pennsylvania, bounded and described as follows:

BEGINNING at a 1 inch iron pipe found on the northwest corner of the tract herein described and also the northwest corner of the larger parcel of which this was a part. Thence, by lands now or formerly of



**EXHIBIT**
*A cont'd*

the Glimcher Group, south 86°09'00" east, 2998.40 feet to a rebar to be set. Said point being located north 86°09'00" west, 20.30 feet from an existing 1 inch iron pipe. Thence, by lands now or formerly of Burger King Corp., south 13°48'00" west, 109.74 feet to a rebar to be set. Thence, by the same, south 01°38'00" west, 48.84 feet to a rebar to be set. Thence, through the lands of which this is a part, north 86°57'53" west, 203.23 feet to an existing rebar and cap. (Fike Associates). Thence, by the same south 04°29'39" west, 243.56 feet to a rebar to be set on the north right of way line of T-790, Perkins Road; Thence, by said right of way line, north 86°09'00" west, 92.29 feet to a cotton spike set. Thence, by lands now or formerly of the Glimcher Group, also being the eastern line of Staples Road, north 06°15'05" east, 403.68 feet to the place of beginning. Containing 67,532 square feet or 1.55 acres.

BEING PART OF the same premises which James A. Mays and Esther S. Mays, his wife by Deed dated 2/22/1974 and recorded 3/2/1976 in the Office of the Recorder of Deeds in and for the County of Clarion in Record Book 241 page 1043, granted and conveyed unto Golfview Manor, Inc., a Pennsylvania corporation, in fee.

AND WHEREAS by various mergers and amendments to its Articles of Incorporation the said Golfview Manor, Inc. is now known as Travaglini, Inc.



ALL THAT CERTAIN lot or piece of ground situate in the Third Ward of the City of Corry, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a point at the intersection of the centerline of U.S. Rt. 6 with the centerline of Worth Street; thence proceeding along the centerline of U.S. Rt. 6 South 74 degrees 39' 34" West 222.55 feet along the chord distance to a point; thence South 0 degrees 31' East 191.0 feet from the centerline of U.S. Rt. 6 to a point; thence North 89 degrees 37' East 215.0 feet to a point in the centerline of Worth Street; thence proceeding along the centerline of Worth Street North 0 degrees 31' West 249 00 feet to the place of beginning.

TOGETHER with an easement in common with Grantors, their respective heirs, executors, administrators and assigns, for ingress and egress of persons and vehicles to and from the above-described property and the parking of vehicles, over, across and upon the following parcel of land:

ALL that certain lot or piece of ground situate in the Third Ward of the City of Corry, County of Erie and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a point being South 74 degrees 30' 34" West 222.55 feet from the intersection of the centerline of U.S. Rt. 6 with the centerline of Worth Street; thence South 0 degrees 31 minutes East 191.0 feet from the centerline of U.S. Rt. 6 to a point; thence North 89 degrees 37' East 215.0 feet to a point in the centerline of Worth Street; thence South 00 degrees 31' East 50.00 feet along the centerline of Worth Street to a point; thence South 89 degrees 37' West 270.0 feet to a point; thence North 0 degrees 31 minutes West 225.23 feet to a point in the centerline of U.S. Rt. 6; and thence North 74 degrees 30'34" East 57.21 feet along the centerline of U.S. Rt. 6 to the place of beginning.

TOGETHER with an easement in common with Grantors, their respective heirs, executors, administrators and assigns, for ingress and egress of persons and vehicles to and from the above-described property, over, across and upon an existing driveway abutting the above-described easement for access and parking purposes on the western side thereof and maintaining an equal width of 35 feet throughout from U.S. Rt. 6 along said easement and beyond to other lands of Grantors.

BEING the same premises which Frank Beshara and Mary L. Beshara, his wife and Irwin Thomases and Ada Thomases, his wife and Doris D. Scott and Walter A. Scott, Jr., her husband and R. Stewart Scott and Sheila W. Scott, his wife by Deed dated 12/28/1976 and recorded 2/4/1977 in the Office of the Recorder of Deeds in and for the County of Erie in Deed Book 1252 page 263, granted and conveyed unto Erie County Industrial Development Authority, in fee

Spirit / Unique Ventures Group
310 N. Columbus Ave., Corry, PA  16407
6162/02-5011



AND BEING the same premises which Erie County Industrial Development Authority by Installment Sale Agreement dated ___/___/_____ conveyed an equitable interest in the above described premises unto Golfview Manor, Inc. (not recorded)

AND by Certificate of Merger recorded 2/27/1989 in Record Book 78 page 2370 the said Golfview Manor, Inc. became known as Sanray Corporation, now known as Travaglini Enterprises, Inc.

Spirit / Unique Ventures Group
310 W. Columbus Ave., Corry, PA  16407
6162/02-5011



**EXHIBIT**

**A**

ALL THAT CERTAIN parcel of land situated in the Township of Cranberry, County of Butler, and State of Pennsylvania more particularly bounded and described as follows:

Commencing at a point on the western right of way line of United States Route No. 19 and the lands now or formerly of X.A. Chakeres;

Thence N 5°31'50" W with the said western right of way line of United States Route 19 a distance of 101.05 feet to the point of beginning of this parcel;

Thence continuing N 5°31'50" W with said western right of way line of United States Route 19 a distance of 241.85 feet;

Thence S 84°28'10" W a distance of 91.5 feet;

Thence N 39°00'40" W a distance of 100.85 feet;

Thence N 5°31'50" W parallel to the western right of way line United States Rt. 19 a distance of 107.00 feet to a point;

Thence S 67°52' W a distance of 33.00 feet;

Thence N 89°02' W to a cross on the concrete wing wall of a bridge, also being on the line of the Pennsylvania Turnpike; a distance of 113.35 feet;

Thence with the line of said Penn. Turnpike, S 2°17'24" W a distance of 150.00 feet;

Thence S 38°42'36" E a distance of 123.00 feet;

Thence S 2°17'24" W parallel with the Pa. Turnpike a distance of 147.63 feet;

Thence S 87°14'30" E to the western right of way line of United States 19 and the point of beginning, a distance of 267.37 feet, and containing 2.032 acres, more or less.

Together with a non-exclusive, perpetual easement and right of way for utility lines to and from the premises, upon, over and across the following area:

Commencing at a point on the western right of way line of United States Route 19 and north line of lands now or formerly of X.A. Chakeres;

Spirit / Unique Ventures Group
20013 Route 19, Cranberry Township, PA 16066
6162/02-5012



Thence N 5°31'50" with the said western right of way line of United States Rt. 19 a distance of 101.05 feet;

Thence N 87°14'30" W a distance of 267.37 feet;

Thence N 2°17'24" E a distance of 60.00 feet to the centerline of an 18.00 foot easement for utilities, said easement being further described as follows:

Being a parcel of land 9.00 on each side of the following centerline, S 89°12'46" W to the east line of the Pennsylvania Turnpike, a distance of 80.80 feet.

EXCEPTING THEREOUT AND THEREFROM that portion of subject premises conveyed by Sanray Corporation, a Pennsylvania corporation unto Service Station Holdings Inc., a Delaware corporation by Deed dated 5/20/1997 and recorded 5/30/1997 in Butler County in Record Book Volume 2743 page 1 and described as follows:

ALL THAT CERTAIN parcel of land, being a portion of Lot 19 in the Dutilh Park Plan of Lots, situate in Cranberry Township, Butler County, Pennsylvania, more particularly bound and described as follows:

BEGINNING at a point common to the line dividing Lot 2 in the Lescho Plan as recorded in the Office of the Recorder of Deeds of Butler County, Pennsylvania, in Plan Book Volume 89, page 4 and Lot 19 in the Dutilh Park Plan of Lots as recorded in the Office of the Recorder of Deeds of Butler County, Pennsylvania in Rack File 11, page 13 and the line dividing lands of Service Station Holdings Inc. and lands of Sanray Corporation, thence from said point of beginning by a line through Lot 19 in said Dutilh Park Plan of Lots, said line also being the line dividing lands of Service Station Holdings Inc. and lands of Sanray Corporation S 09°02'14" E a distance of 86.09 feet to a point, thence continuing by a line through Lot 19 in said Dutilh Park Plan of Lots and by a line through lands of Sanray Corporation S 80°57'46" W a distance of 60.00 feet to a point, thence continuing by same N 09°02'14" W a distance of 80.00 feet to a point on the line dividing Lot 19 in said Dutilh Park Plan of Lots and Lot 2 in said Lescho Plan, thence by the line dividing Lot 19 in said Dutilh Park Plan of Lots and Lot 2 in said Lescho Plan N 87°34'00" E a distance of 28.54 feet to a point, thence continuing by same N 64°28'00" E a distance of 33.00 feet to a point on the line dividing lands of Service Station Holdings Inc. and lands of Sanray Corporation, at the point of beginning. Containing an area of 4,795 square feet or 0.110 acre.

BEING the same premises which Harley Hotels, Inc. formerly known as Hospitality Motor Inns, Inc. by Deed dated 7/20/1987 and recorded 9/3/1987 in the County of Butler in Record Book Volume 1364 page 549, granted and conveyed unto Churchills Family Restaurants, Inc., a Pennsylvania corporation

AND BY Certificate of Merger recorded 3/9/1993 in Record Book Volume 2290 page 241 the said Churchills Family Restaurants, Inc. did merge with and into Sanray Corporation

Spirit 1 Unique Ventures Group
20013 Route 19, Cranberry Township, PA  16066
6162/02-5012



AND WHEREAS by various mergers and amendments to its Articles of Incorporation the said Sanray Corporation is now known as Travaglini Enterprises, Inc

Spirit / Unique Ventures Group
20013 Route 19, Cranberry Township, PA  16066
6162/02-5012



**PREMISES "A"**

ALL THAT CERTAIN piece or parcel of land situate in the Borough of Edinboro, Erie County, Pennsylvania, bounded and described as follows, to wit"

BEGINNING at a point in the center line of Mill Street, at the point of intersection of center line of Mill Street with the North line of land, if projected, of the Erie County G.L.F. Cooperative, Inc., as per Deed Book 389, at page 533; thence Westwardly and along the north line of lands of the said Erie County G.L.F. Cooperative, Inc. property One Hundred Seventy-five (175) feet, more or less, to a stake in the east line of lands of Wayne Skelton; thence northerly and along the east line of lands of the said Wayne Skelton One Hundred Twenty-five and one-half (125.5) feet, more or less, to a stake in the south line of lands of William Roberts; thence eastwardly and along the south line of lands of said William Roberts One Hundred Seventy-five (175) feet, more or less to a point in the center line of Mill Street; thence southwardly along the center line of Mill Street One Hundred Twenty-five and one-half (125.5) feet, more or less, to a point in the place of beginning.

**PREMISES "B"**

ALSO, ALL THAT CERTAIN piece or parcel of land situate in the Borough of Edinboro, Erie County, Pennsylvania, being more fully bounded and described as follows, to wit:

BEGINNING at a point on the south line of Plum Street, formerly Market Street, south 79 degrees 30 minutes east Sixty-six (66) feet from the point where the east line of land of Vernon Mathews intersects the south line of Plum Street, formerly Market Street, and which east line of land of Vernon Mathews is described in Erie County Deed Book 826, page 245; which point of beginning is also defined as the northwest corner of the piece herein described; thence south 7 degrees 14 minutes west Two Hundred Eighty-one and Forty-five Hundredths (281.45) feet; thence south 70 degrees 34 minutes east Fifty-nine and Two Tenths (59.2) feet; thence north 18 degrees 54 minutes east Two Hundred Ninety-two and Thirty-seven Hundredths (292.37) feet to a point in the south line of Plum Street, formerly Market Street; thence north 79 degrees 30 minutes west along the south line of Plum Street, formerly Market Street, One Hundred Twenty (120) feet to the place of beginning.

BEING AS TO PREMISES "A" the same premises which Nellie Fetterolf, widow, by Elizabeth B Fetterolf, her lawful attorney in fact by Deed dated 8/13/1980 and recorded 8/13/19/1980 in the Office of the Recorder of Deeds in and for the County of Erie in Deed Book 1394 page 554, granted and conveyed unto Sanray Corporation, a Pennsylvania corporation, in fee.

BEING AS TO PREMISES "B" the same premises which Myron R. Brink and Anne M. Brink, his wife, and Patrick L. Simonetta and Madeline P. Simonetta, his wife by Deed dated 8/12/1971 and recorded

Spirit / Unique Ventures Group
207 Plum St., Edinboro, PA  16412
6162/02-5013



8/12/1971 in the Office of the Recorder of Deeds in and for the County of Erie in Deed Book 1050 page 229, granted and conveyed unto Edinboro Pancake House, Inc., a Pennsylvania corporation, in fee.

AND by Certificate of Merger recorded 2/27/1989 in Record Book 78 page 2370 the said Edinboro Pancake House, Inc., became known as Sanray Corporation, now known as Travaglini Enterprises, Inc.

AND WHEREAS by various mergers and amendments to its Articles of Incorporation the said Sanray Corporation is now known as Travaglini Enterprises, Inc

Spirit / Unique Ventures Group
207 Plum St., Edinboro, PA 16412
6162/02-5013



EXHIBIT

A

ALL that certain piece or parcel of land situate in the Township of Harborcreek-Tract 242 and Township of Lawrence Park-Tract 246, being more particularly bounded and described as follows, to wit:

BEGINNING at the Southeast corner of the piece at the intersection of the West line of Nagle Road (50 foot right of way) with the North line of Buffalo Road – US Route 20 (80 foot right of way); thence 57 degrees 23' 00" West, along the North line of Buffalo Road, a distance of 151.38 feet to an iron survey point; thence North 24 degrees 52' West, along the residue of the whole piece, a distance of 296.79 feet to an iron survey point; thence North 65 degrees 8' East, along the residue of the whole piece, a distance of 150 feet to an iron survey point in the West line of Nagle Road; thence South 24 degrees 52' East, along the West line of Nagle Road, a distance of 276.28 feet to an iron survey point and the place of beginning.

EXCEPTING AND RESERVING THEREFROM all that certain piece or parcel of land gifted to Harborcreek Township, a Municipal Corporation from Sanray Corporation, a Pennsylvania Corporation, by Quit-Claim Deed dated December 2, 1988 and recorded February 27, 1989 in Erie County Record Book 78, page 2371 for the purpose of widening Buffalo Road at or about the intersection of Buffalo Road and Nagle Road.

Being part of the same premises which Tops, Inc., a Pennsylvania Corporation, by Deed dated 8/17/1973 and recorded 8/23/1973 at Erie County in Deed Book 1104 page 132 conveyed unto Golf View Manor, Inc., a Pennsylvania Corporation, in fee.

AND BY Certificate of merger recorded 2/27/1989 in Record Book 78 page 2370 the said Erie Pancake House, Inc., became known as Golf View Manor Inc., had become Sanray Corporation, now known as Travaglini Enterprises, Inc.

Spirit / Unique Ventures Group
4334 Buffalo Road, Erie, PA  16510
6162/02-5014



EXHIBIT

A

ALL that certain piece or parcel of land situate in the City of Erie, County of Erie and State of Pennsylvania, being all of Lots Nos. 9 and 18 in the subdivision of Academy Lot No. 10 made by Doris Bagnoni, owner, a plat of which subdivision was recorded July 9, 1947 in the office of the Recorder of Deeds for Erie County, Pennsylvania in Map Book 4 at page 87, and a part of Academy Lot No. 10 which part of Academy Lot No. 10 is bounded and described as follows, to wit:

BEGINNING at a point in the Easterly line of Peach Street at the Northwest corner of the aforesaid Lot No. 9 of the Doris Bagnoni Subdivision, said beginning point being 334.16 feet Northwardly from the intersection of the Easterly line of Peach Street with the Northerly line of Miller Avenue; thence Northwardly, along the East line of Peach Street, 35 feet to a point; thence Eastwardly on a line parallel to the North line of said Academy Lot No. 10, 195 feet to a point; thence Northwardly, along a line parallel to the Easterly line of Peach Street, 85 feet to a point; thence Eastwardly on a line parallel to the North line of said Academy Lot No. 10, 333 feet to a point; thence Southwardly along a line parallel to the Easterly line of Peach Street 120 feet to a point; thence Westwardly, on a line parallel with the North line of said Academy Lot No. 10 and passing along the North line of Lots 9 and 18 of the Doris Bagnoni Subdivision, 528 feet to a point in the Easterly line of Peach Street, the place of beginning.

BEING the same premises which Nordmere Corporation, a Pennsylvania Corporation, by Indenture bearing date 5/16/1972 and recorded 5/18/1972 in the Office of the Recorder of Deeds, in and for the County of Erie in Deed Book 1068 page 416 etc, granted and conveyed unto Erie Pancake House, Inc, a Pennsylvania Corporation, in fee.

AND BY Certificate of merger recorded 2/27/1989 in Record Book 78 page 2370 the said Erie Pancake House, Inc. Became known as Sanray Corporation, now known as Travaglini Enterprises, Inc.

Spirit / Unique Ventures Group
4403 Peach St., Erie, PA  16509
6162/02-5015



EXHIBIT
A

ALL that certain piece or parcel of land situate in the Township of Millcreek, County of Erie and State of Pennsylvania, bounded and described as follows to wit:

BEGINNING at a point on the Northerly line of the West Lake Road 100 feet Westwardly of its intersection with the Westerly line of Lowell Avenue (the Westerly line of Lowell Avenue being also the West line of Algeria Farm Subdivision as recorded in Erie County Map Book 4 at pages 280 and 281); thence Westwardly along the Northerly line of the West Lake Road 105 feet to a point; thence Northwardly and parallel to the Westerly line of Lowell Avenue 200 feet to a point; thence Eastwardly and parallel to the Northerly line of the West Lake Road 205 feet to a point on the Westerly line of Lowell Avenue; thence Southwardly along the Westerly line of Lowell Avenue 80 feet to a point; thence Westwardly and parallel with the Northerly line of the West Lake Road 100 feet to a point; thence Southwardly and parallel to the Westerly line of Lowell Avenue 120 feet to a point of the Northerly line of the West Lake Road to the place of beginning.

Being the same premises which Most Reverend Alfred M. Watson, Successor Bishop of the Roman Catholic Diocese of Erie, Pennsylvania, as Successor to John Mark Gannon, Roman Catholic Bishop of Erie, dated 5/18/1972 and recorded 5/18/1972 in the Office of the Recorder of Deeds, in and for the County of Erie in Deed Book 1068 page 423 etc , granted and conveyed unto Erie Pancake House, Inc., a Pennsylvania Corporation, in fee.

AND BY Certificate of merger recorded 2/27/1989 in Record Book 78 page 2370 the said Erie Pancake House, Inc., became known as Sanray Corporation, now known as Travaglini Enterprises, Inc.

Spitit / Unique Ventures Group
2714 W. Lake Rd., Erie, PA 16505
6167/02-5016



EXHIBIT
A

ALL THAT CERTAIN tract of land situate in the Borough of Grove City, Mercer County, Pennsylvania, bounded and described as follows:

BEGINNING at a point South 59° East 132 feet from the Southwest corner of the J.E. Black Estate; thence North 33°45' East 515.50 feet to a point; thence Northeasterly 111 feet, more or less, to the South line of the B & L.E.R.R.; thence Southeasterly along the B. & L. B. R. R. 55.33 feet, more or less, to a point which is the Northeast corner of the former J.E. Black Estate; thence South 33°45' West 625.50 feet, more or less, to a point on the North line of the Mercer road which point is the Southeast corner of the former J.E. Black Estate; thence along the North line of the Mercer road North 59° West 66 feet, more or less, to the place of beginning.

ALSO ALL THAT CERTAIN tract of land situate in the Borough of Grove City, Mercer County, Pennsylvania, bounded and described as follows:

BEGINNING at a point at the Southwest corner on the north side of West Main Street; thence North 33°45' East by lands of J.E. Black 505.5 feet; thence Northerly by J.E. Black 121 feet, more or less; thence Eastwardly 27.665 feet, more or less; thence Southwesterly by other lands of Lois Clark, formerly Lois Black, 111 feet, more or less; thence by same, South 33°45' West 515.50 feet to a point on the north side of West Main Street; thence North 59° West by the north side of West Main Street 33 feet, more or less, the place of beginning.

BEING the same premises which Lois Clark, formerly Mary Lois Black, widow by Deed dated 8/1/1975 and recorded 10/20/1975 in the Office of the Recorder of Deeds in and for the County of Mercer in Record Book 1975-DR-3443, granted and conveyed unto Golfview Manor, Inc , in fee.

AND WHEREAS by various mergers and amendments to its Articles of Incorporation the said Golfview Manor, Inc. is now know as Travaglini Enterprises, Inc.

Spirit / Unique Ventures Group
915 W. Main St., Grove City, PA  16127
6162/02-5017



EXHIBIT

A

## TRACT I

All those certain pieces, parcels or lots of ground situate in the Township of White, County of Indiana and state of Pennsylvania, bounded and described as follows:

Beginning at a point on the southern line of Gompers Avenue at the northeast corner of Lot No. 130 in the Getty Heights Plan of Lots; thence along Gompers Avenue, North 53° 50' East 150 feet to a point at the northwest corner of Lot No. 134 in said plan, now the property of Reschini; then by the west line of Lot No. 134 in said plan, South 36° 10' East 140 feet to a point on the northern line of an alley; thence by the northern line of said alley, South 53° 50' West 150 feet to the southeast corner of Lot No. 130 in said plan; thence by the east line of Lot No. 130, North 36° 10' West 140 feet to the place of beginning, and being Lots Nos. 131, 132 and 133 in the Getty Heights Plan of Lots of White Township, Indiana County, Pennsylvania, which plan is of record in Plan Book 2, page 9.

## TRACT II

All those certain pieces, parcels or lots of ground situate in the Township of White, County of Indiana and State of Pennsylvania, bounded and described as follows:

Beginning at a point on the southern boundary line of State Highway Route 286 (formerly Route 80), said point being on a line projected from the eastern boundary line of Lot No. 133 in the Getty Heights Plan of Lots; thence along the southern right of way line of State Highway Route 286, South 43° 30' West 152 feet, more or less, to a point on the line projected from the west line of Lot No. 131 in the aforesaid plan; thence South 36° 10' East 18 feet, more or less, to Gompers Avenue; thence by the north line of Gompers Avenue, North 53° 50' East 150 feet to a point; then North 36° 10' West 45 feet to the place of beginning.

Excepting and reserving from this grant, all the coal of whatever kind in and under the said described lots of ground, together with the mining rights, privileges and release of damages, as contained in deed from Samuel J. Getty, et al., to B. M. Clark. Said deed being recorded in Deed Book Vol. 215, page 571.

## TRACT III

All that certain piece or parcel of land situate in the Township of White, County of Indiana, Commonwealth of Pennsylvania bounded and described as follows, to wit:

Beginning at a point in the South line of Gompers Avenue, said point being the Northwest corner of Parcel First above; then North 36° 10' West, 50 feet to a point in the North line of Gompers Avenue as shown in the Getty Heights Plan of Lots, said point being the Southwest corner of Parcel Second above;



thence North 55° 50' East along the North line of Gompers Avenue, a distance of 150 feet to a point, the Southeast corner of Parcel Second above; thence South 36° 10' East, a distance of 50 feet to a point in the South line of Gompers Avenue, said point being the Northeast corner of Parcel First above; thence South 55° 50' West, 150 feet along the South line of Gompers Avenue. Being a portion of Gompers Avenue as laid out on the Getty Heights Plan of Lots as recorded in Plan Book 2, Page 9 of the records of Indiana County.

BEING the same premises which Leisure Industries, Inc. (also known as Leisure Industries Incorporated), a corporation, by Indenture bearing date 12/7/1982 and recorded 12/22/1982 in the Office of the Recorder of Deeds, in and for the County of Indiana in Deed Book 825 page 776, etc., granted and conveyed unto Indiana County Industrial Development Authority, a municipal corporation, in fee.

Spirit / Unique Ventures Group
1871 Oakland Ave., Indiana, PA  15701
6162/02-5018



EXHIBIT
A

ALL that certain piece or parcel of land situate in Vernon Township, Crawford County, Pennsylvania, bounded and described as follows:

BEGINNING at a point in the North line of Route 6-19-322, said point being the southwest corner of Lot Number 69 of the Shaw Subdivision Revised Plan recorded in Crawford County Plan Book 4, Page 16; thence Westerly along the North line of said Route 6-19-322 a distance of 220.12 feet to a point, the Southeast corner of land formerly of Mark Figetakis, et ux; thence Northerly along the line of said Figetakis 297.60 feet to a point in the North line of said Shaw Subdivision; thence Easterly along the North line of said Shaw Subdivision a distance of 260.90 feet , more or less, to a point, said point being the Northwest corner of Lot Number 73; thence South along the West line of Lots Number 69, 70, 71, 72 and 73 a distance of 419.79 feet, more or less, to the point of beginning.

Said land further described in Property Survey of Sam J. Lovecchio, dated March 22, 1969, revised September 8, 1971, Drawing Number N-234, prepared by C.E. Stiles and Associates.

LESS AND EXCEPT

All that certain piece or parcel of land situate in Vernon Township, Crawford County, Pennsylvania, bounded and described as follows, to wit:

BEGINNING at an iron pipe in the North line of U.S. Route 322, said point being the Southeast corner of the parcel herein described and the Southwest corner of other land of Sun Refining and Marketing Company; thence North 70° 33' 40" West, a distance of 7.00 feet along the North line of U.S. Route 322 to an iron pin; thence North 18° 13' East a distance of 34.00 feet to an iron pin; thence South 70° 33' 40" East, a distance of 7.00 feet to an iron pin; thence South 18° 13' West, a distance of 34.00 feet to an iron pipe, the point or place of beginning. 65-13 P. 60.

The above description was prepared from survey of Sun Oil Company property prepared by C.E. Stiles & Associates dated 5/4/83, Drawing No. J-582, N.B.

BEING the same premises which Crawford County Industrial Development Authority, a Pennsylvania Industrial Non-Profit Corporation, by Indenture bearing date 1/17/1992 and recorded 4/26/1999 in the Office of the Recorder of Deeds, in and for the County of Crawford in Deed Book 433 page 512 etc., granted and conveyed unto Sanray Corporation, a Pennsylvania Business Corporation, in fee.

And whereas by various mergers and amendments to its Articles of Incorporation the said Sanray Corporation is now known as Travaglini Enterprises, Inc.

Spirit / Unique Ventures Group
18276 Conneaut Lake Rd., Meadville, PA  16335
6162/02-5019

## EXHIBIT A

### LEGAL DESCRIPTION

**PARCEL NO. 1**

ALL THOSE CERTAIN pieces or parcels of land situate and being in the Borough of Warren (now City of Warren), County of Warren, and Commonwealth of Pennsylvania, and being Lots known and designated as numbers 295, 296, 297, 298, and 299 on the map or plot of lands of the West Warren Real Estate Company, which map or plot was dilly recorded in Deed Book 88 at page 796 and Deed Book 115 at page 797 of the records of the Recorder of Deeds of Warren County, Pennsylvania, each lot having a frontage of about fifty (50) feet on the east side of Ludlow Street and extending back about One Hundred Fifty (150) feet.

BEING the same premises conveyed to Warren County Industrial Development Authority by Deed of Lawrence E. Cole and wife, dated August 16, 1979, and recorded in Warren County Deed Book 413 at page 631.

**PARCEL NO. 2**

ALL THAT CERTAIN piece or parcel of land situate in the Borough of Warren (now City of Warren), County of Warren and State of Pennsylvania, bounded and described as follows:

BEING Lots Nos. 244, 245, and 246 of the West Warren Real Estate Company Plat as numbered and described on a certain map recorded in Warren County Deed Book 115, at page 797.

BEING the same premises conveyed to Warren County Industrial Development Authority by Deed of Louis R. Cummings, a/k/a Louis Richard Cummings and wife, dated August 16, 1979, and recorded in Warren County Deed Book 413 at page 633.

**PARCEL NO. 3**

ALL THAT CERTAIN piece or parcel of land lying and being in the City of Warren (formerly Borough of Warren), County of Warren and Commonwealth of Pennsylvania, being Lot Number Two hundred forty-two (242) as laid down and numbered on the plan of Lots of the West Warren Real Estate Company, which said plan is recorded in the Recorder's Office of Warren County, Pennsylvania in Deed Book 88, page 796.

ALSO, ALL THAT CERTAIN piece or parcel of land situate, lying and being in the Borough of Warren (now City of Warren), County of Warren and Commonwealth of Pennsylvania, and BEING Lot Number 243 as laid down and numbered on the plan of Lots of the West Warren Real Estate Company, which plan is recorded in the Recorder's Office of Warren County in Deed Book 115, page 797.

BEING the same premises conveyed to Warren County Industrial Development Authority by Deed of Elvira L. Croft, widow, dated August 24, 1979, and recorded in Warren County Deed Book 413 at page 729.

AND WHICH parcels are collectively identified on the tax assessment maps of Warren County as WN 499-67.

File Number: 2011082403297
Date Filed: 08/24/2011 01:05 PM
Carol Aichele
Secretary of the Commonwealth

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Diligenz Inc                    (425) 609-1700

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Diligenz Inc
801 Adlai Stevenson Dr
Springfield IL 62703
EMail: filingdept@cscinfo.com

Barcode too big to fit in this area

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2007022200676 | ☐ |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial)

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record

☐ CHANGE name and/or address          ☐ DELETE name          ☐ ADD name

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| UNIQUE VENTURES GROUP, LLC | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

8. AMENDMENT (COLLATERAL CHANGE)

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned

9. NAME of SECURED PARTY of RECORD AUHTORIZING THIS AMENDMENT          ☐ DEBTOR authorizing this amendment

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SPIRIT MASTER FUNDING III, LLC | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

59469777A0534 030259872/IIb Debtor: UNIQUE VENTURES GROUP, LLC

Filling# : 2016090600467
Date Filed : 09/06/2016
Pedro A. Cortés
Secretary of the Commonwealth

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

Corporation Service Company-(800) 858-5294

B. E-MAIL CONTACT AT FILER (optional)

filingdept@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company COUNTER
Springfield
IL 62703
United States

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER

2007022200876

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (Full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☒ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☐ **PARTY INFORMATION CHANGE**

Check one of these two boxes:                          AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION**: Complete for Party Information Change - provide only one name (6a or 6b)

6a ORGANIZATION'S NAME
OR    UNIQUE VENTURES GROUP, LLC

| 6b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. **CHANGED OR ADDED INFORMATION**: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's Name)

7a ORGANIZATION'S NAME
OR
7b INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                     SUFFIX

| 7c MAILING ADDRESS | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|
| | | | | |

8. ☐ **COLLATERAL CHANGE**: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate Collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a ORGANIZATION'S NAME
OR    SPIRIT MASTER FUNDING III, LLC

| 9b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
030259872/tc Debtor:UNIQUE VENTURES GROUP, LLC

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-20526 TPA |
| | ) | |
| | ) | Chapter 11 |
| UNIQUE VENTURES GROUP, LLC, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## ADDENDUM TO PROOF OF CLAIM

US Foods, Inc. ("US Foods") hereby submits this addendum (the "Addendum") to its Proof of Claim against Unique Ventures Group, LLC ("Debtor") and in support thereof states as follows:

### General Background

1.      On February 13, 2017 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). A committee of unsecured creditors has been appointed in this case.

2.      Prior to the Petition Date, on April 2, 2012, Debtor executed that certain Customer Account Application (the "Application") commencing its relationship with US Foods whereby Debtor purchased as a primary obligor, pursuant to corresponding invoices, and US Foods supplied food and food related products to the Debtor's locations. The Application is attached hereto as **Exhibit A.**

3.      Pursuant to Paragraph 12 of the Application, Debtor granted to US Foods a security interest in substantially all assets of the Debtor to secure timely payment by Debtor of all then existing and future indebtedness due to US Foods.

4.      On February 26, 2015, US Foods perfected its security interest in substantially all of the Debtor's assets by filing with the Pennsylvania Secretary of State that certain UCC-1 Financing Statement number 2015022603956 (the "Financing Statement"). The Financing Statement is attached hereto as **Exhibit B**.

5.      Pursuant to the Application and its corresponding invoices, US Foods delivered goods to the Debtor. Some invoices remain unpaid as of the Petition Date.

**US Foods Claim**

*PACA Claim*

6.      Certain goods delivered by US Foods to the Debtor are perishable agricultural products for which US Foods remains unpaid and is entitled to the protections of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c) (the "PACA"). The statutory PACA trust requires the Debtor to hold in trust as a fiduciary its produce-related assets, which includes the produce itself, products derived therefrom, as well as any receivables or proceeds from the sale thereof, until full payment is made to US Foods. *See* 7 U.S.C. § 499e(c)(2).

*Secured Claim*

7.      Pursuant to the grant of security in the Application, and the filed Financing Statement, US Foods asserts its total claim as a secured claim.

*503(b)(9) Claim*

8.      Certain goods delivered by US Foods were delivered within 20 days of the Petition Date and are administrative claims pursuant to Section 503(b)(9) of the Bankruptcy Code and afforded priority pursuant to Section 507(a)(2) of the Bankruptcy Code.

*Summary of US Foods Claim*

9.      US Foods is owed a total of $695,875.17 (the "US Foods Claim"). A summary of the amounts due subject to PACA and its corresponding invoices are attached hereto as

**Exhibit C**. A summary of US Foods' Account Receivable Report regarding the Debtor's past due payment obligations is attached hereto as **Exhibit D**. The US Foods Claim is broken down as follows:[1]

10.    *PACA Claim*. The total amount of goods subject to PACA is **$90,368.05**. US Foods asserts a secured claim in this amount.

11.    *Secured Claim.* Additionally, US Foods has perfected its security interest and asserts the total amount of **$695,875.17** as a secured claim.

12.    *503(b)(9) Amount*. The total amount of unpaid invoices that fall within 20 days of the Petition Date is **$447,321.12**. US Foods asserts a 503(b)(9) claim in this amount.

13.    *Unsecured Amount.* To the extent the PACA, secured and 503(b)(9) potions of its claim are determined not to have secured and/or administrative status or priority, US Foods asserts such portions as general unsecured claims.

**Reservation of Other Claims and Rights**

14.    US Foods reserves its right to update and/or supplement this Proof of Claim at any time and to assert any and all other claims of whatever kind or nature that it has, or it may have, against the Debtor. The filing of this Proof of Claim shall not be deemed a waiver or release of any of US Foods' claims or rights, an election of remedy, or a waiver of any of the Debtor's past, present or future liabilities under any other operative agreements between US Foods and the Debtor. Further, nothing contained herein shall be deemed or construed as a waiver of any claims that US Foods has or may have against the Debtor, and US Foods retains the right to assert such claims.

---

[1] The PACA portion of US Foods Claim overlaps with the 503(b)(9) and secured portions of its claim.

**Fill in this information to identify the case:**

Debtor name **Unique Ventures Group LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **17-20526**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| **ASHLAND CO AUDITOR** **142 WEST SECOND ST** **ASHLAND, OH 44805** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,928.08 | $18,928.05 |
| **ASHLAND CO TREASURER** **142  W SECOND ST** **ASHLAND, OH 44805** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number **0901** | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     47402                     Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- |

**ASHLAND MUNICIPAL INCOME TA**
**218 LUTHER ST**
**ASHLAND, OH 44805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- |

**ASHTABULA CO CRT E DIST**
**25 W JEFFERSON ST**
**JEFFERSON, OH 44047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- |

**ASHTABULA CO CRT W DIST**
**117  WEST MAIN ST**
**GENEVA, OH 44041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,553.64 | $5,553.64 |
| --- | --- | --- | --- |

**ASHTABULA CO TREASURER**
**25 WEST JEFFERSON ST**
**JEFFERSON, OH 44047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,236.68** | **$13,236.68** |
|---|---|---|---|---|

**B E STAHLMAN - TAX COLLECTO**
**14932 RTE 68**
**SLIGO, PA 16255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1005**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**BILL GRAHAM, TAX COLLECTOR**
**PO BOX 144**
**BRADFORD, PA 16701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,228.31** | **$12,228.31** |
|---|---|---|---|---|

**BOROUGH OF EDINBORO**
**124 MEADVILLE ST**
**EDINBORO, PA 16412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2000**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**BOROUGH OF GROVE CITY**
**PO BOX 110**
**GROVE CITY, PA 16127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$215.81** | **$215.81** |
|---|---|---|---|---|

**BOROUGH OF INDIANA**
**80 NORTH EIGHTH ST.**
**INDIANA, PA 15701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**BRADFORD AREA WAGE TAX**
**PO BOX 341**
**BRADFORD, PA 16701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**BUTLER AREA SEWER AUTH.**
**100 LITMAN RD**
**BUTLER, PA 16001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,526.26** | **$15,526.26** |
|---|---|---|---|---|

**BUTLER CO TAX CLAIM BUREAU**
**124 W DIAMOND ST**
**BUTLER, PA 16003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CANFIELD CITY INCOME TAX**
**104 LISBON ST**
**CANFIELD, OH 44406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CENTRAL TAX BUREAU OF PA**
**PO BOX 308**
**BERWICK, PA 18603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CENTRAL TAX BUREAU PA - EIT**
**PO BOX 458**
**BRIDGEVILLE, PA 15017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CENTRAL TAX BUREAU PA - LST**
**PO BOX 458**
**BRIDGEVILLE, PA 15017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address

**CITY OF ASHLAND**
**ASHLAND MUNICIPAL INCOME**
**TAX**
**218 LUTHER**
**ASHLAND, OH 44805-3128**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.20** | Priority creditor's name and mailing address

**City of Ashtabula**
**4717 Main Ave**
**Ashtabula, OH 44005**

Date or dates debt was incurred

Last 4 digits of account number **0001**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$710.54**    **$710.54**

---

**2.21** | Priority creditor's name and mailing address

**CITY OF ASHTABULA RCVR TXS**
**PO BOX 601**
**ASHTABULA, OH 04400-5601**

Date or dates debt was incurred

Last 4 digits of account number **0001**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$701.26**    **$701.26**

---

**2.22** | Priority creditor's name and mailing address

**CITY OF ASHTABULA/WASTWATR**
**PO BOX 2210**
**ASHTABULA, OH 44005-2210**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$710.54**    **$710.54**

---

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$575.49** | **$575.49** |
|---|---|---|---|---|

**City of Bradford**
**28 Kennedy St**
**Bradford, PA 16701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3405**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$644.43** | **$644.43** |
|---|---|---|---|---|

**CITY OF BRADFORD TREASURER**
**PO BOX 15**
**BRADFORD, PA 16701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CITY OF BROOKLYN RCVR TXS**
**7619 MEMPHIS AVE**
**BROOKLYN, OH 44144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$394.62** | **$394.62** |
|---|---|---|---|---|

**CITY OF CANFIELD RCVR TXS**
**104 LISBON ST**
**CANFIELD, OH 44406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Cleveland**
**Division of Water**
**1201 Lakeside Ave**
**Cleveland, OH 44114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,973.90** | **$2,973.90** |
|---|---|---|---|---|

**City of Cleveland**
**Division of Water**
**1201 Lakeside Ave**
**Cleveland, OH 44114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$536.45** | **$536.45** |
|---|---|---|---|---|

**CITY OF CONNEAUT**
**INCOME TAX DEPT.**
**294 MAIN S**
**CONNEAUT, OH 44030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$848.03** | **$848.03** |
|---|---|---|---|---|

**City of Corry**
**100 S Center St**
**Corry, PA 16407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4728**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address

**CITY OF CORRY, PA**
**100 S CENTER ST**
**CORRY, PA 16407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,215.65**    **$6,215.65**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0502**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address

**CITY OF CORRY-ROT-EIT**
**PO BOX 385**
**CORRY, PA 16407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4728**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address

**CITY OF CORRY-ROT-LST**
**100 S. CENTER ST**
**CORRY, PA 16407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address

**CITY OF ERIE TREASURER**
**PO BOX 1534**
**HERMITAGE, PA 16148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,918.58**    **$16,918.58**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0101**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF GROVE CITY RCVR OF**
**235 S. BROAD ST**
**GROVE CITY, PA 16127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF GROVE CITY-LST COLL**
**PO BOX 47**
**GROVE CITY, PA 16127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $646.35 | $646.35 |
|---|---|---|---|---|

**CITY OF HERMITAGE**
**PO BOX 6078**
**HERMITAGE, PA 16148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3818**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CITY OF MEADVILLE RCVR TAXE**
**894 DIAMOND PARK**
**MEADVILLE, PA 16335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|

Name

| | | | |
|---|---|---|---|
| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00   $0.00 |
| | **CITY OF MEADVILLE-LST RCVR**<br>**894 DIAMOND PARK**<br>**MEADVILLE, PA 16335** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,420.38   $4,420.38 |
| | **CITY OF NILES**<br>**34 W STATE ST**<br>**NILES, OH 44446** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **9549** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00   $0.00 |
| | **CITY OF NILES**<br>**INCOME TAX DIVISION**<br>**34 WEST ST**<br>**NILES, OH 44446** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,732.53   $8,732.53 |
| | **City of Niles**<br>**34 W State St**<br>**Niles, OH 44446** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **9549** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | |

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,138.55** | **$1,138.55** |
| | **CITY OF OLEAN**<br>**PO BOX 397**<br>**OLEAN, NY 14760** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2001** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,645.22** | **$20,645.22** |
| | **CITY OF OLEAN**<br>**PO BOX 31**<br>**WARSAW, NY 14569** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2332** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,138.55** | **$1,138.55** |
| | **CITY OF OLEAN WATER & SEWR**<br>**PO BOX 668**<br>**OLEAN, NY 14760** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2001** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **CITY OF STREETSBORO**<br>**9184 STATE ROUTE 43**<br>**STREETSBORO, OH 44241** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

**2.47** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$679.45** | **$679.45**

**CITY OF TITUSVILLE**
**107 N FRANKLIN ST**
**TITUSVILLE, PA 16354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1810**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.48** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,795.35** | **$23,795.35**

**CITY OF WARREN**
**318 THIRD AVENUE W**
**WARREN, PA 16365**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4306**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.49** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**CITY OF WARREN**
**INCOME TAX DIVISION**
**PO BOX 230**
**WARREN, OH 44482**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.50** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,542.90** | **$13,542.90**

**CITY TREASURER**
**CITY HALL BLDG**
**107 N FRAN**
**TITUSVILLE, PA 16354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0467**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CITY TREASURER**
**ROOM 105 CITY HALL**
**ERIE, PA 16501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$180.00** |
|---|---|---|---|---|

**CITY TREASURER-MEADVILLE**
**CITY HALL**
**894 DIAMON**
**MEADVILLE, PA 16335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CLARION AREA LST**
**PO BOX 446**
**CLARION, PA 16214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CLARION AREA LST**
**PO BOX 446**
**CLARION, PA 16214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,354.08** | **$3,354.08** |
|---|---|---|---|---|

**Clarion County Tax Claim Bureau**
**330 Main St  Room 101**
**Clarion, PA 16214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **nsRd,6105**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CLARION WAGE TAX OFFICE**
**PO BOX 446**
**CLARION, PA 16214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**COMMISSIONER OF TAXATION &**
**NYS TAX DEPT. IT-2659**
**PO BOX 151**
**ALBANY, NY 12212-5179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,198.23** | **$1,198.23** |
|---|---|---|---|---|

**CRANBERRY TOWNSHIP**
**2525 ROCHESTER RD**
**STE 400**
**CRANBERRY TWP, PA 16066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5834**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,751.53 | $24,751.53 |
|---|---|---|---|---|

**CRAWFORD CO TREASURER COURTHOUSE**
**903 DIAMON**
**MEADVILLE, PA 16335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7627**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,647.59 | $21,647.59 |
|---|---|---|---|---|

**Crawford County Tax Claim Bureau**
**903 Diamond Park**
**Meadville, PA 16335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2205**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,676.84 | $16,676.84 |
|---|---|---|---|---|

**Crawford County Tax Claim Bureau**
**903 Diamond Park**
**Meadville, PA 16335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7627**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,199.44 | $63,199.44 |
|---|---|---|---|---|

**Cuyahoga County Treasurer**
**2079 E 9th St**
**Cleveland, OH 44115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2006**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,662.37 | $49,662.37 |
| --- | --- | --- | --- | --- |
| | **Cuyahoga County Treasurer**<br>**2079 E 9th St**<br>**Cleveland, OH 44115** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7015**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,635.02 | $22,635.02 |
| --- | --- | --- | --- | --- |
| | **DAWN BABCOCK - TAX COLL**<br>**1185 EAST MAIN ST**<br>**BRADFORD, PA 16701** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4048**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $518,910.26 | $518,910.26 |
| --- | --- | --- | --- | --- |
| | **Department of Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | | | |
| | Date or dates debt was incurred<br>**April to Jume 2016 payroll taxes** | Basis for the claim: | | |
| | Last 4 digits of account number **8873**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,339.07 | $8,339.07 |
| --- | --- | --- | --- | --- |
| | **Erie County Tax Bureau**<br>**140 W 6th Street, Room 110**<br>**Erie, PA 16501** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1201**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,708.71** | **$16,708.71** |
|---|---|---|---|---|

**Erie County Tax Bureau**
**140 W 6th Street, Room 110**
**Erie, PA 16501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0701**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,305.00** | **$24,305.00** |
|---|---|---|---|---|

**Erie County Tax Bureau**
**140 W 6th Street, Room 110**
**Erie, PA 16501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0100**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,781.02** | **$10,781.02** |
|---|---|---|---|---|

**Erie County Tax Bureau**
**140 W 6th Street, Room 110**
**Erie, PA 16501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2000**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FOSTER TWP RCVR TXS**
**1185 E. MAIN ST**
**BRADFORD, PA 16701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**HAB-EIT/BERKHEIMER**
**PO BOX 900**
**BANGOR, PA 18013-0900**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**HAB-LST/BERKHEIMER**
**PO BOX 906**
**BANGOR, PA 18013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**HARBORCREEK TWP LST**
**5601 BUFFALO ROAD**
**HARBORCREEK, PA 16421-1698**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,309.07** | **$8,309.07** |
|---|---|---|---|---|

**HARBORCREEK TWP TAX COLL**
**5601 BUFFALO RD**
**HARBORCREEK, PA 16421**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1201**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HEMPFIELD TWP LST
278 S MERCER ST
GREENVILLE, PA 16125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HEMPFIELD TWP RCVR TXS
278 S. MERCER ST.
GREENVILLE, PA 16125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HERMITAGE RCVR OF TAXES
800 N. HERMITAGE RD.
HERMITAGE, PA 16148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,531.09 | $14,531.09 |
|---|---|---|---|---|

**HERMITAGE TREASURER
800 N HERMITAGE ROAD
HERMITAGE, PA 16148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
| --- | --- | --- | --- |
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,565.45** | **$18,565.45** |
| --- | --- | --- | --- | --- |
| | **INDIANA CO TAX COLL** | *Check all that apply.* | | |
| | **2275 PHILADELPHIA ST** | ☐ Contingent | | |
| | **INDIANA, PA 15701** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2164** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,595.45** | **$18,595.45** |
| --- | --- | --- | --- | --- |
| | **Indiana County Tax Claim Bureau** | *Check all that apply.* | | |
| | **825 Philadelphia St  2nd Flr** | ☐ Contingent | | |
| | **Indiana, PA 15701** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **3416** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **J DUANE HARRIGER, TAX COLL** | *Check all that apply.* | | |
| | **15698 RT 68** | ☐ Contingent | | |
| | **SLIGO, PA 16255** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,645.22** | **$20,645.22** |
| --- | --- | --- | --- | --- |
| | **JOHN M O'KEEFE, TX COLL.** | *Check all that apply.* | | |
| | **2490 HOME ST** | ☐ Contingent | | |
| | **INDIANA, PA 15701** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**JUDY HEICHEL, TAX COLL
375 NORTH DUFFY RD
BUTLER, PA 16001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,905.48** | **$15,905.48** |
|---|---|---|---|---|

**Mahoning County Treasurer
120 Market St
Youngstown, OH 44503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32,757.88** | **$32,757.88** |
|---|---|---|---|---|

**Mahoning County Treasurer
120 Market St
Youngstown, OH 44503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7010**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34,427.84** | **$34,427.84** |
|---|---|---|---|---|

**Mahoning County Treasurer
120 Market St
Youngstown, OH 44503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,890.56** | **$7,890.56** |
|---|---|---|---|---|

**MATTHEW D FISCHER-TAX COLL**
**PO BOX 47**
**GROVE CITY, PA 16127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7790**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,571.42** | **$13,571.42** |
|---|---|---|---|---|

**McKean County Tax Claim Bureau**
**500 W Main St**
**Smethport, PA 16749**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **arDr,4048**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**MICHAEL M COONEY, TAX COLL**
**PO BOX 327**
**GROVE CITY, PA 16127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,648.70** | **$16,648.70** |
|---|---|---|---|---|

**MILLCREEK TAX COLLECTOR**
**MLCRK MUNC BLD-3608 W 26TH**
**ERIE, PA 16506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0701**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,829.34 | $13,829.34 |
|---|---|---|---|---|
| | **NESHANNOCK TAX COLLECTOR**<br>**3131 MERCER RD STE 2**<br>**NEW CASTLE, PA 16105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **9602** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **NEW YORK STATE SALES TAX**<br>**PO BOX 15172**<br>**ALBANY, NY 12212-5172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **NYS EMPLOYMENT TAXES**<br>**PO BOX 4119**<br>**BINGHAMTON, NY 13902-4119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **NYS ESTIMATED INCOME TAX**<br>**PO BOX 4123**<br>**BINGHAMTON, NY 13902-4123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYS INCOME TAX DEPT**
**PO BOX 4111**
**BINGHAMTON, NY 13902-4111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | | **$842,074.00** | **$842,074.00** |
|---|---|---|---|---|

**Ohio Department of Revenue**
**4495 Northland Ridge Blvd**
**Columbus, OH 43229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/01/16 to 10/31/16**

Basis for the claim:

Last 4 digits of account number **8370**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | | **$662,977.00** | **$662,977.00** |
|---|---|---|---|---|

**PA DEPARTMENT OF REVENUE**
**327 WALNUT ST FL 3**
**PO BOX 280**
**HARRISBURG, PA 17128-2005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | | **$38,361.88** | **$38,361.88** |
|---|---|---|---|---|

**Stark County Treasurer**
**110 Central Plaza S  Ste 250**
**Canton, OH 44702-1410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6229**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,821.22 | $12,821.22 |
|---|---|---|---|---|

**Trumbull County Treasurer**
**160 High St NW  FL 2A**
**Warren, OH 44481**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2324**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**VERNON TWP LST**
**16678 MCMATH ROAD**
**MEADVILLE, PA 16335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**VERNON TWP TAX COLL**
**DOROTHY LONGSTRETH**
**9511 KRIDE**
**MEADVILLE, PA 16335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WARREN CITY TAX OFFICE**
**318 W THIRD AVE**
**WARREN, PA 16365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WARREN CO EIT**
**PO BOX 940**
**BANGOR, PA 18013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WARREN COUNTY LST**
**PO BOX 940**
**BANGOR, PA 18013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WARREN COUNTY TAX BUREAU**
**204 4TH AVE**
**WARREN, PA 16365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,050.84 | $10,050.84 |
|---|---|---|---|---|

**Warren County Tax Claim Office**
**204 4th Ave**
**Warren, PA 16365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,085.41** | **$9,085.41** |
|---|---|---|---|---|

**WILLIAM BLATT-HEMP TX COLL**
**278 S MERCER ST**
**GREENVILLE, PA 16125**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2200**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_8_)

- ☒ No
- ☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.95** |
|---|---|---|---|

**A & M FIRE AND SAFETY EQUIP**
**PO BOX 331**
**ASHLAND, OH 44805**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,160.36** |
|---|---|---|---|

**A & S LANDSCAPING**
**C/O ART FIESLER**
**9773 AKERL**
**ALBION, PA 16401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**A TO Z PLUMBING & DRAIN SER**
**419 YOUNGSTOWN WARREN RD**
**NILES, OH 44446**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **0051**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,110.00** |
|---|---|---|---|

**A-1 SEPTIC TANK SERV, LLC**
**1892 BELL ROAD**
**WOOSTER, OH 44691**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,825.09** |
|---|---|---|---|

**ABCO FIRE PROTECTION,INC**
**PO BOX 931933**
**CLEVELAND, OH 44193**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **3288**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,572.16 |
|---|---|---|---|

**ACCESS POINT**
**PO BOX 842447**
**BOSTON, MA 02284-2447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9199**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $644.48 |
|---|---|---|---|

**AKAM'S CLEANING**
**C/O RANDY AKAM**
**10546 FENN**
**UNION CITY, PA 16438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,462.40 |
|---|---|---|---|

**ALL PRO LANDSCAPING**
**PO BOX 360762**
**STONGSVILLE, OH 44136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,805.85 |
|---|---|---|---|

**ALLEN FLAG & FLAGPOLE**
**PO BOX 6254**
**CAPE ELIZABETH, ME 04107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,872.91 |
|---|---|---|---|

**ALLPOINTS FOODSERVICE**
**BIN 88464**
**MILWAUKEE, WI 53288-0464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,625.11 |
|---|---|---|---|

**ALLY**
**PAYMENT PROCESSING**
**PO BOX 901**
**LOUISVILLE, KY 40290-1953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5515**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,649.17 |
|---|---|---|---|

**ALLY**
**PAYMENT PROCESSING**
**PO BOX 900**
**LOUISVILLE, KY 40290-1952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0359**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address

**ALLY**
**PAYMENT PROCESSING**
**PO BOX 902**
**LOUISVILLE, KY 40290-1954**

Date(s) debt was incurred _

Last 4 digits of account number  **2574**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,604.77**

---

**3.14** | Nonpriority creditor's name and mailing address

**AMER ELEC POWER**
**PO BOX 24002**
**CANTON, OH 44701**

Date(s) debt was incurred _

Last 4 digits of account number  **0004**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$559.67**

---

**3.15** | Nonpriority creditor's name and mailing address

**AMERICAN FARMS PRODUCE**
**87 BROOKLYN AVE**
**YOUNGSTOWN, OH 44507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$197.65**

---

**3.16** | Nonpriority creditor's name and mailing address

**AMERICAN FARMS PRODUCE**
**357 S E WARREN AVE**
**VIENNA, OH 44473**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.17** | Nonpriority creditor's name and mailing address

**AMERICHEK INC**
**27001 LA PAZ RD**
**SUITE # 30**
**MISSION VIEJO, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$196.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**AMERICHOICE INC**
**5 MOCKINGBIRD COVE**
**JACKSON, TN 38305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,753.30**

---

**3.19** | Nonpriority creditor's name and mailing address

**Aqua OH**
**762 W Lancaster Ave**
**Bryn Mawr, PA 19010**

Date(s) debt was incurred _

Last 4 digits of account number  **0884**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
| | Name | | | |

---

**3.20**

**Nonpriority creditor's name and mailing address**
**AQUA OHIO INC**
**PO BOX 1229**
**NEWARK, NJ 07101-1229**

Date(s) debt was incurred _

Last 4 digits of account number  **0739**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$662.70**

---

**3.21**

**Nonpriority creditor's name and mailing address**
**AQUA PENNSYLVANIA**
**PO BOX 1229**
**NEWARK, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number  **6156**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$422.81**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**ARMSTRONG**
**PO BOX 37751**
**PHILADELPHIA, PA 19101-5051**

Date(s) debt was incurred _

Last 4 digits of account number  **0501**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$335.46**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**ARMSTRONG**
**PO BOX 37749**
**PHILADELPHIA, PA 19101-5049**

Date(s) debt was incurred _

Last 4 digits of account number  **0601**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**ARMSTRONG**
**PO BOX 37750**
**PHILADELPHIA, PA 19101-5050**

Date(s) debt was incurred _

Last 4 digits of account number  **2301**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**ARMSTRONG**
**PO BOX 37752**
**PHILADELPHIA, PA 19101-5052**

Date(s) debt was incurred _

Last 4 digits of account number  **7401**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**ASH. AREA CHAMBER OF COMM**
**4536 MAIN AVE**
**ASHTABULA, OH 44004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLAND AREA C OF C**
**211 CLAREMONT AVE**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.00 |
|---|---|---|---|

**ASHLAND COUNTY HEALTH DEPAR**
**1763 ST RT 60**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT & T MOBILITY**
**PO BOX 6463**
**CAROL STREAM, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6417**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,431.80 |
|---|---|---|---|

**AT&T**
**BILL PAYMENT CENTER**
**SAGINAW, MI 48663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 830018**
**BALTIMORE, MD 21283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3136**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 5014**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3981**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 5080**
**CAROL STREAM, IL 60197-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8641**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 5081**
**CAROL STREAM, IL 60197-5081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1517__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 830120**
**BALTIMORE, MD 21283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AT&T**
**PO BOX 9001310**
**LOUISVILLE, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3403__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,076.28 |
|---|---|---|---|

**ATOM-MATIC REFRIGERATION**
**623 W FEDERAL ST**
**NILES, OH 44446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**BABST, CALLAND, CLEMENTS &**
**TWO GATEWAY CENTER**
**PITTSBURGH, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,131.62 |
|---|---|---|---|

**BAINBRIDGE LP**
**10245 NANCY DRIVE**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,376.85 |
|---|---|---|---|

**BANK OF AMERICA**
**PO BOX 15220**
**WILMINGTON, DE 19886-5220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __8728__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,091.00**

**BJS CARPET CLEANING**
**PO BOX 12**
**OLEAN, NY 14760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176.99**

**Borough of Edinboro**
**124 Meadville St**
**Edinboro, PA 16412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0080**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,427.93**

**Borough of Grove City**
**123 W Main St**
**Grove City, PA 16127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$585.21**

**Borough of Indiana**
**80 N 8th St Ste 102**
**Indiana, PA 15701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6904**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$690.15**

**BUCKEYE STEEMER**
**803 JOSELYN AVE**
**MANSFIELD, OH 44904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139,431.70**

**BURGER KING CORPORATION**
**5505 BLUE LAGOON DRIVE**
**MIAMI, FL 33126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$252.99**

**BURKHARDT SHEET METAL CO, I**
**22780 HIGHWAY 77**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,948.41**

**BURNS CHEMICAL**
**DIV OF AUTO CLEAN SYSTEMS PA L 4**
**ALTA VI**
**GREENSBURG, PA 15601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,717.00**

**BUY ROLLS.COM**
**11150 W 163RD PLACE**
**OVERLAND PARK, KS 66221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**C A CURTZE CO**
**PO BOX 797**
**ERIE, PA 16512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**C T PARKER ENT**
**734 GARDEN AVE**
**OLEAN, NY 14760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CANDELA CORPORATION**
**PO BOX 15388**
**IRVINE, CA 92623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,449.92**

**CANTER'S CLASSIC LAWN CARE**
**2312 AETNA RD**
**ASHTABULA, OH 44004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00**

**CARBONS GOLDEN MALTED**
**PO BOX 129**
**CONCORDVILLE, PA 19331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address

**CARL L RICHERT II & ASSOC**
**182 COUNTY RD 800**
**POLK, OH 44866**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

**3.56** | Nonpriority creditor's name and mailing address

**CARRON SERVICE**
**9529 C RT 417**
**CERES, NY 14721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$728.90**

---

**3.57** | Nonpriority creditor's name and mailing address

**CASE/SABATINI**
**470 STREETS RUN ROAD**
**PITTSBURGH, PA 15236**

Date(s) debt was incurred _

Last 4 digits of account number **1373**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$2,546.00**

---

**3.58** | Nonpriority creditor's name and mailing address

**CASELLA WASTE SERVICE 60**
**PO BOX 1372**
**WILLISTON, VT 05495-1372**

Date(s) debt was incurred _

Last 4 digits of account number **0216**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,588.94**

---

**3.59** | Nonpriority creditor's name and mailing address

**CASELLA WASTE SERVICE 60**
**PO BOX 1373**
**WILLISTON, VT 05495-1373**

Date(s) debt was incurred _

Last 4 digits of account number **2443**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.60** | Nonpriority creditor's name and mailing address

**CASELLA WASTE SERVICE 60**
**PO BOX 1374**
**WILLISTON, VT 05495-1374**

Date(s) debt was incurred _

Last 4 digits of account number **2435**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.61** | Nonpriority creditor's name and mailing address

**CENTRAL WINDOW CLEANING**
**PO BOX 347154**
**CLEVELAND, OH 44134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$194.40**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.50** |
|---|---|---|---|

**CENTRE PUBLICATIONS**
**PO BOX 345**
**CENTRE HALL, PA 16828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.61** |
|---|---|---|---|

**CENTURY LINK**
**PO BOX 4300**
**CAROL STREAM, IL 60197-4300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3342**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$906.30** |
|---|---|---|---|

**CHRIS BAER**
**230 FOXMINE RD**
**JACKSON CENTER, PA 16133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER J SHAW ATTNY**
**1487 BELLE AVE**
**LAKEWOOD, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,295.40** |
|---|---|---|---|

**CHRYSLER CAPITAL**
**PO BOX 660335**
**DALLAS, TX 75266-0335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5320**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CINTAS CENTRALIZED AR**
**PO BOX 2280**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CINTAS CENTRALIZED AR**
**PO BOX 2816**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CINTAS CORP #003**
**PO BOX 630803**
**CINCINNATI, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CINTAS CORP #011**
**8221 DOW CIRCLE EAST**
**STRONGSVILLE, OH 44136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CINTAS CORP #013**
**40 ABELE RD**
**BRIDGEVILLE, PA 15017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CINTAS CORP #310**
**PO BOX 2778**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CINTAS CORP #782**
**5740 GENESEE ST**
**LANCASTER, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CINTAS CORP #T90**
**4734 PITTSBURGH AVE**
**ERIE, PA 16509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CINTAS CORP LOC 006**
**PO BOX 630910**
**CINCINNATI, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,976.84** |
|---|---|---|---|

**CINTAS CORPORATION**
**97627 EAGLE WAY**
**CHICAGO, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CINTAS DOCUMENT MNGMT**
**PO BOX 633842**
**CINCINNATI, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CINTAS FIRE PROTECTION**
**PO BOX 636525**
**CINCINNATI, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**CITIZENS BANK**
**ONE CITIZENS DRIVE**
**ROP 210**
**RIVERSIDE, RI 02915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,357.74** |
|---|---|---|---|

**CITY LIGHTING PROD**
**204 DOUGLAS RD**
**SEWICKLEY, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CITY OF ASHTABULA FOOD SERV**
**4717 MAIN AVE**
**ASHTABULA, OH 44004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$296.45** |
|---|---|---|---|

**CITY OF CANFIELD-UTILITY DP**
**104 LISBON ST**
**CANFIELD, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1570**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
| | Name | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **CITY OF ERIE-SEWER&REFUSE** | ☐ Contingent | |
| | **626 STATE ST - RM 307** | ☐ Unliquidated | |
| | **ERIE, PA 16501** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **CITY OF GALION UTILITIES** | ☐ Contingent | |
| | **PO BOX 820** | ☐ Unliquidated | |
| | **GALION, OH 44833** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$646.35** |
| | **CITY OF HERMITAGE** | ☐ Contingent | |
| | **800 N HERMITAGE ROAD** | ☐ Unliquidated | |
| | **HERMITAGE, PA 16148** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  5000** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **CITY OF WARREN, UTIL SERV** | ☐ Contingent | |
| | **580 LAIRD AVE S E** | ☐ Unliquidated | |
| | **WARREN, OH 44482** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  4460** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **CLARION ELECTRIC SUPPLY** | ☐ Contingent | |
| | **PO BOX 665** | ☐ Unliquidated | |
| | **CLARION, PA 16214** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$890.40** |
| | **CLEAN-N-GREEN OF OHIO** | ☐ Contingent | |
| | **PO BOX 389** | ☐ Unliquidated | |
| | **NEGLEY, OH 44441** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  8129** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$706.87** |
| | **COCA COLA N AMER** | ☐ Contingent | |
| | **PO BOX 102703** | ☐ Unliquidated | |
| | **ATLANTA, GA 30368** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  1056** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

**3.90**

**Nonpriority creditor's name and mailing address**
**COCA COLA N AMER**
**PO Box 1734**
**Atlanta, GA 30301**

Date(s) debt was incurred _

Last 4 digits of account number  **5203**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**
**COHEN & GRIGSBY**
**625 LIBERTY AVE**
**PITTSBURGH, PA 15222-3152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**
**COLUMBIA GAS OF OHIO**
**PO BOX 742513**
**CINCINNATI, OH 45274-2513**

Date(s) debt was incurred _

Last 4 digits of account number  **0000**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,920.23**

---

**3.93**

**Nonpriority creditor's name and mailing address**
**COLUMBIA GAS OF OHIO**
**PO BOX 742514**
**CINCINNATI, OH 45274-2514**

Date(s) debt was incurred _

Last 4 digits of account number  **0008**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,098.16**

---

**3.94**

**Nonpriority creditor's name and mailing address**
**COLUMBIA GAS OF OHIO**
**PO BOX 742510**
**CINCINNATI, OH 45274-2510**

Date(s) debt was incurred _

Last 4 digits of account number  **0000**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$884.75**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**COLUMBIA GAS OF PA**
**PO BOX 742537**
**CINCINNATI, OH 45274-2537**

Date(s) debt was incurred _

Last 4 digits of account number  **0003**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Columbia Gas of PA**
**Revenue Recovery**
**PO Box117**
**Columbus, OH 43216**

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,066.12**

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,278.44** |
|---|---|---|---|

**Columbia Gas of PA**
**Revenue Recovery**
**PO Box117**
**Columbus, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$933.97** |
|---|---|---|---|

**Columbia Gas of PA**
**Revenue Recovery**
**PO Box117**
**Columbus, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**COMMERCIAL SERVICES**
**2465 ST JOHNS BLUFF RD SO**
**JACKSONVILLE, FL 33246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00** |
|---|---|---|---|

**COMMONWEALTH OF PA**
**UNCLAIMED PROPERY**
**PO BOX 850**
**PHILADELPHIA, PA 19178-3473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CONN. AREA CHAMBER OF COMM**
**235 MAIN STREET**
**CONNEAUT, OH 44030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CONNEAUT CITY HEALTH DEPT**
**327 MILL ST**
**CONNEAUT, OH 44030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CONNEAUT MUNICIPAL COURT**
**290 MAIN ST**
**CONNEAUT, OH 44030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|

Name

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,030.69** |
|---|---|---|---|

**CONNEAUT WATER & SEWER DPT**
**294 MAIN ST-CITY HALL BLDG**
**CONNEAUT, OH 44030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1022**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CONNEAUT WATER WORKS**
**10403 STATE HIGH 18**
**CONNEAUT LAKE, PA 16316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CONNECTICUT CCSPC**
**PO BOX 990032**
**HARTFORD, CT 06199-0032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182.82** |
|---|---|---|---|

**CONSOLIDATED COMMUNICATIONS**
**PO BOX 66523**
**SAINT LOUIS, MO 63166-6523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,401.06** |
|---|---|---|---|

**CONSTELLATION NE-GD**
**BANK OF AMER LOCK BOX SERV**
**15246 COLL**
**CHICAGO, IL 60693-0152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6471**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CONSTELLATION NE-GD**
**BANK OF AMER LOCK BOX SERV**
**15246 COLL**
**CHICAGO, IL 60693-0153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6470**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CONWAY LAW FIRM**
**100 FIRST AVE STE 800**
**FIRST & MA**
**PITTSBURGH, PA 15222**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CORRY  COMMUNITY DEVELOPEME**
**221 NORTH CENTER ST**
**CORRY, PA 16407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CORRY AREA CHAMBER OF COMM**
**221 NORTH CENTER ST**
**CORRY, PA 16407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $572.24 |
|---|---|---|---|

**CORRY PEAT PRODUCTS CO**
**515 TURNPIKE RD**
**CORRY, PA 16407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $435.66 |
|---|---|---|---|

**COZZINI BROS INC**
**350 HOWARD AVENUE**
**DES PLAINES, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CRANBERRY C OF C**
**2525 ROCHESTER RD**
**STE 200**
**CRANBERRY TOWNSHIP, PA 16066-6422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CRANBERRY LOCK SAFE & DOOR**
**302 E BRADY**
**BUTLER, PA 16001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CRANBERRY LOCKSMITH SERV**
**233 DOWNIEVILLE ROAD**
**VALENCIA, PA 16509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CRANBERRY TWP C D**
**2525 ROCHESTER RD**
**STE 400**
**CRANBERRY TWP, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CRANBERRY TWP VOL FIRE CO**
**PO BOX 2178**
**CRANBERRY, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CRAY YOUTH & FAMILY SERVICE**
**602 Court St**
**New Castle, PA 16101-3507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00** |
|---|---|---|---|

**CURTIS CONTRACTING&SERVICES**
**PO BOX 118**
**TIONA, PA 16352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$944.00** |
|---|---|---|---|

**CUYAHOGA CO BOARD OF HLTH**
**5550 VENTURE DR**
**PARMA, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CUYAHOGA COUNTY COURT**
**ATTN: GARNISHMENTS**
**1200 ONTAR**
**CLEVELAND, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**DALTON'S SAN-SER**
**140 NORWOOD DR**
**BEAVER FALLS, PA 15010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARLING INT INC**
PO BOX 552213
DETROIT, MI 48255-2210

Date(s) debt was incurred _

Last 4 digits of account number **4039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,497.01 |
|---|---|---|---|

**DARLING INT INC**
PO BOX 552210
DETROIT, MI 48255-2210

Date(s) debt was incurred _

Last 4 digits of account number **3273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARLING INT INC**
PO BOX 552211
DETROIT, MI 48255-2210

Date(s) debt was incurred _

Last 4 digits of account number **3208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARLING INT INC**
PO BOX 552212
DETROIT, MI 48255-2210

Date(s) debt was incurred _

Last 4 digits of account number **3143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID K RUDOV**
437 GRANT ST STE 1806
FRICK BLDG
PITTSBURGH, PA 15219

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,634.77 |
|---|---|---|---|

**DAVIS BROTHER HTG & A/C INC**
1075 WATER ST
INDIANA, PA 15701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $418,280.00 |
|---|---|---|---|

**DAWN M JADRYCH**
9009 NESTHAVEN WAY
NORTH RIDGEVILLE, OH 44039

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **17-20526** |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206.80** |
|---|---|---|---|

**DAYMARK**
**12836  SOUTH DIXIE HWY**
**BOWLING GREEN, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0248**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAYMARK**
**12837  SOUTH DIXIE HWY**
**BOWLING GREEN, OH 43403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1553**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,119.85** |
|---|---|---|---|

**DEETS MECHANICAL INC**
**PO BOX 225**
**SENECA, PA 16346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,116.12** |
|---|---|---|---|

**DELUXE BUSINESS FORMS**
**PO BOX 742572**
**CINCINNATI, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8976**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$972.02** |
|---|---|---|---|

**DEMCUR ELEC MOTOR SERVICE**
**16318 HARMONSBURG RD**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DEPT. OF JUSTICE**
**PO BOX 14506**
**SALEM, OR 97309-0420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.23** |
|---|---|---|---|

**DESANTIS JAN SPLY/PRTY SHP**
**100 MEAD AVE**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,270.65 |
|---|---|---|---|

**DINN,HOCHMAN & POTTER, LLC**
**5910 LANDERBROOK DRIVE**
**SUITE 200**
**CLEVELAND, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **083M**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIRECT ENERGY**
**PO BOX 70221**
**PHILADELPHIA, PA 19176-0220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9637**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIRECT ENERGY**
**C/O RUSSELL R. JOHNSON, ESQ**
**2258 WHEATLANDS DR**
**Manakin Sabot, VA 23103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**DISCOVERY BENEFITS INC**
**PO BOX 9528**
**FARGO, ND 58106-9528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4485**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIV OF WATER-CITY OF CLEV**
**PO BOX 94540**
**CLEVELAND, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.89 |
|---|---|---|---|

**DIX COMMUNICATIONS**
**PO BOX 719**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1549**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,920.74 |
|---|---|---|---|

**DOCTOR DEAD-BUG INC**
**1177 MT HOPE RD**
**ELLWOOD CITY, PA 16117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$394.01** |
| --- | --- | --- | --- |

**Dominion East OH**
**Revenue Recovery**
**625 Liberty Ave**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9369**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104.75** |
| --- | --- | --- | --- |

**Dominion East OH**
**Revenue Recovery**
**625 Liberty Ave**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9228**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$667.82** |
| --- | --- | --- | --- |

**DOMINION EAST OHIO**
**PO BOX 26786**
**RICHMOND, VA 23261-6785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9034**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$903.26** |
| --- | --- | --- | --- |

**DOMINION EAST OHIO**
**PO BOX 26785**
**RICHMOND, VA 23261-6785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9829**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$824.85** |
| --- | --- | --- | --- |

**DOMINION EAST OHIO**
**PO BOX 26787**
**RICHMOND, VA 23261-6785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9890**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**DOMINION PEOPLES**
**PO BOX 26784**
**RICHMOND, VA 23261-6784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**DOROTHY REED, TREAS**
**MESSIAH CMT, IST UMC**
**PO BOX 185**
**GREENVILLE, PA 16125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Unique Ventures Group LLC | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**DOUG BEUGLY**
**606 ST RT 89**
**WEST SALEM, OH 44287**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,622.90** |
|---|---|---|---|

**DUST BUSTERS SERVICE**
**583 ARCH ST**
**MEADVILLE, PA 16335**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**EARTHLINK INC**
**PO BOX 790216**
**ST LOUIS, MO 63179**

Date(s) debt was incurred _
Last 4 digits of account number  **0105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,524.02** |
|---|---|---|---|

**ELMHURST PROP INC**
**2170 MILLENNIUM BLVD**
**SUITE K**
**CORTLAND, OH 44410**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**ERIE COUNTY DEPT OF HEALTH**
**606 WEST SECOND ST**
**ERIE, PA 16507**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,279.05** |
|---|---|---|---|

**ERIE WATER WORKS**
**PO BOX 251**
**CLEARFIELD, PA 16830-0251**

Date(s) debt was incurred _
Last 4 digits of account number  **7170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Erie Water Works**
**340 W Bayfront Pkwy**
**Erie, PA 16507**

Date(s) debt was incurred _
Last 4 digits of account number  **7230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Erie Water Works**
**340 W Bayfront Pkwy**
**Erie, PA 16507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6950**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$418,280.00**

**Estate of MARK A JADRYCH**
**8571 MULBERRY CHASE**
**NORTH RIDGEVILLE, OH 44039**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.03**

**FASTENAL IND & CONST**
**PO BOX 978**
**WINONA, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **D487**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$516.12**

**FINE PRINT**
**287 CHESTNUT ST**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$438.10**

**FISH WINDOW CLEANING**
**1064 TALLMADGE RD**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$381.60**

**FM CLEANING SERVICES INC**
**PO BOX 13**
**45 SPRING**
**HOMER CITY, PA 15748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$995.00**

**FOSTER TWP SEWER FUND**
**1185 EAST MAIN ST**
**BRADFORD, PA 16701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4460**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $693.80 |
|---|---|---|---|

**FOULK DECORATING INC**
**15627 CONNEAUT LAKE RD**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.12 |
|---|---|---|---|

**FRANKLIN MACHINE PROD**
**PO BOX 781570**
**PHILADELPHIA, PA 19178-1570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**FRANTZ & RUSSELL INC**
**1428 FOOTE AVE EXT**
**JAMESTOWN, NY 14701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.45 |
|---|---|---|---|

**FUGH REFRIGERATION INC**
**579 PITTSBURGH RD**
**BUTLER, PA 16002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,493.00 |
|---|---|---|---|

**GALLAGHER SHARP ATTORNEYS**
**1501 EUCLID AVE 6TH FLR**
**CLEVELAND, OH 44115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,958.78 |
|---|---|---|---|

**GAR FIELD CLUB LP**
**PO BOX 823665**
**PHILADELPHIA, PA 19182-3665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**GERALD R FRY CO INC**
**170 HADLEY ROAD**
**GREENVILLE, PA 16125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,536.90** |
|---|---|---|---|

**GIVE THE KIDS THE WORLD**
**6075 Poplar Street Suie 800**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,603.37** |
|---|---|---|---|

**GOLDNER ASSOCIATES**
**231 VENTURE CIR**
**NASHVILLE, TN 37228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** **1454**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,534.35** |
|---|---|---|---|

**GORDON & REES LLP**
**707 GRANT ST**
**SUITE 3800**
**PITTSBURGH, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** **8966**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$983.81** |
|---|---|---|---|

**GRAINGER**
**DEPT 871892600**
**PALATINE, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** **2600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GRAYBAR ELEC CO**
**12444 COLLECTIONS CNTR DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.00** |
|---|---|---|---|

**GREAT WAVE COMMUNICATIONS**
**PO BOX 579**
**CONNEAUT, OH 44030-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075.00** |
|---|---|---|---|

**GREENVILLE WATER AUTH**
**44 CLINTON ST**
**GREENVILLE, PA 16125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** **3630**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.77 |
|---|---|---|---|

**GUARDIAN ALARM CO**
**1810 JEFFERSON AVE**
**TOLEDO, OH 43624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3342**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,462.90 |
|---|---|---|---|

**GUARNIERI & SECREST PLL**
**PO BOX 4270**
**WARREN, OH 44482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1984**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAB-BPT**
**Berkheimer Tax Innovations**
**PO BOX 21810**
**LEHIGH VALLEY, PA 18002-1810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account
number **Business Privledge Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.29 |
|---|---|---|---|

**HAGAN BUS MACH MEADVILLE**
**PO BOX 660831**
**DALLAS, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.49 |
|---|---|---|---|

**HAGUE CRYSTAL CLEARWATER**
**2570 ASHLAND RD**
**MANSFIELD, OH 44905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HARBORCREEK TWP SEWER SYST**
**5601 BUFFALO RD**
**HARBORCREEK, PA 16421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,059.42 |
|---|---|---|---|

**HARRINGTON HOPPE & MITCHELL**
**PO BOX 6077**
**YOUNGSTOWN, OH 44501-6077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2PKW**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.00**

**HARRIS WELDING & MACHINE CO**
**2219 COTTAGE ST**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HARRISON SUPPLY CO**
**PO BOX 596**
**EDGEMONT, PA 19028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HARVEST FOR HUNGER**
**C/O SECOND HARVEST FOOD BANK**
**2805 SALT**
**YOUNGSTOWN, OH 44509-1037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.28**

**HD SUPPLY F. M.**
**PO BOX 509058**
**SAN DIEGO, CA 92150-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2695**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HEALTH INDEX INC**
**8381 MARKET ST**
**BOARDMAN, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,132.42**

**HEATREX INC**
**PO BOX 638472**
**CINCINNATI, OH 45263-8472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HEDLUND GLASS & AUTO SEAT C**
**32 NORTH KENDALL AVE**
**BRADFORD, PA 16701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HEMPFIELD TWNSHP VFD**
**20 SIXTH AVE**
**GREENVILLE, PA 16125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HEMPFIELD TWP. AUTHORITY**
**278 SOUTH MERCER ST**
**GREENVILLE, PA 16125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3052**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,092.72**

**HERITAGE FOOD SERVICE GROUP**
**PO BOX 71595**
**CHICAGO, IL 60694-1595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2928**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HERMITAGE BUSINESS ASSOC**
**800 N HERMITAGE RD**
**HERMITAGE, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HERMITAGE CITY SEWER**
**PO BOX 6078**
**HERMITAGE, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HERMITAGE VOL FIRE DEPT**
**2511 HIGHLAND RD**
**HERMITAGE, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,535.79**

**HOME DEPOT CREDIT SERVICES**
**PO BOX 9055**
**DES MOINES, IA 50368-9055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5080**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

**3.202** | Nonpriority creditor's name and mailing address

**HOME HARDWARE INC**
**140 CENTER ST PO BOX 37**
**ASHLAND, OH 44805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$267.32

---

**3.203** | Nonpriority creditor's name and mailing address

**HOME RULE BORO**
**124 MEADVILLE ST**
**EDINBORO, PA 16412**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$176.99

---

**3.204** | Nonpriority creditor's name and mailing address

**HUZZYS REFRIGERATION INC**
**2200 MERCER BUTLER PIKE**
**GROVE CITY, PA 16127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,168.66

---

**3.205** | Nonpriority creditor's name and mailing address

**IRWIN'S OFFICE SUPPLIES**
**143 CENTER ST**
**ASHLAND, OH 44805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$227.99

---

**3.206** | Nonpriority creditor's name and mailing address

**J & S LANDSCAPING CO**
**360 SECOND AVE**
**FREEDOM, PA 15042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$850.50

---

**3.207** | Nonpriority creditor's name and mailing address

**J M LYNNE CO., INC.**
**PO BOX 9004**
**RONKONKOMA, NY 11779**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.208** | Nonpriority creditor's name and mailing address

**J S PALUCH CO INC**
**PO BOX 2703**
**SCHILLER PARK, IL 60176**

Date(s) debt was incurred _

Last 4 digits of account number **7598**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$216.05

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,050.00** |
|---|---|---|---|

**JBI PAINTING & PWRWSHG**
**4351 MAGNOLIA DR**
**PERRY, OH 44081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$751.25** |
|---|---|---|---|

**JEFFREY CASWELL**
**PO BOX 258**
**DERRICK CITY, PA 16727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,038.38** |
|---|---|---|---|

**JOSHS LAWN CARE & LANDSCAPI**
**5830 BROADWAY AVE**
**LOUISVILLE, OH 44641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**JV SURFACE WATER SERVICES**
**JASON VANSICKLE**
**325 E PEND**
**LOUDONVILLE, OH 44842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**KAIL'S PARKING**
**551 GLOWOOD DR**
**PITTSBURGH, PA 15227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,340.00** |
|---|---|---|---|

**KLINE KEPPEL & KORYAK PC**
**611 WILLIAM PENN PLACE**
**SUITE 302**
**PITTSBURGH, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **639B**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.32** |
|---|---|---|---|

**KLINE PEST CONTROL CO INC**
**57 ILLINOIS SOUTH**
**MANSFIELD, OH 44905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.51 |

**KOLDROCK**
**PO BOX 248**
**EDINBORO, PA 16412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**LEWSCO SNOWPLOWING INC**
**PO BOX 351**
**MCKEAN, PA 16426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MAHONING CO CLERK OF COURTS**
**120 MARKET ST**
**YOUNGSTOWN, OH 44503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MAHONING CO COURT #2**
**8110 MARKET STREET**
**BOARDMAN TOWNSHIP, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MAHONING CO COURT #4**
**6000 MAHONING AVE #264**
**YOUNGSTOWN, OH 44515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,775.22 |

**MAHONING CO DIST BRD HLTH**
**50 WESTCHESTER DRIVE**
**YOUNGSTOWN, OH 44515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MAHONING CTY DEPT JOB & FAM**
**709 N. GARLAND AVE.**
**YOUNGSTOWN, OH 44506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$418,280.00** |
|---|---|---|---|

**MARK A JADRYCH**
**8571 MULBERRY CHASE**
**North Ridgeville, OH 44039**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,380.00** |
|---|---|---|---|

**MAVEN CONSTRUCTION**
**7489 PERRY HIGHWAY**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,196.00** |
|---|---|---|---|

**MD SERVICES**
**6790 HASKELL DR**
**FAIRVIEW, PA 16415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.39** |
|---|---|---|---|

**MEADVILLE PLATE GLASS CO**
**299 PINE ST**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,155.28** |
|---|---|---|---|

**MICHAEL RUSNOCK**
**1000 LENGEL AVE**
**NATRONA HEIGHTS, PA 15065-1808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.76** |
|---|---|---|---|

**MIDWEST SYSTEMS & SERVICES**
**PO BOX 15033**
**EVANSVILLE, IN 47716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6003__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MIKE JAMISON - C/O PERKINS**
**7175 ENGLE ROAD**
**MIDDLEBURG HTS, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MILLCREEK TWP SEW&WAT AUTH**
**3608 WEST 26TH ST**
**STE 205**
**ERIE, PA 16506**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,233.00 |
|---|---|---|---|

**MILLER SEWER**
**2416 STATION RD**
**ERIE, PA 16510**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,644.85 |
|---|---|---|---|

**MOOD MEDIA**
**PO BOX 71070**
**CHARLOTTE, NC 28272-1070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MUNICIPAL AUTHORITY**
**44 CLINTON ST.**
**GREENVILLE, PA 16125**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MUZAK LLC**
**PO BOX 71070**
**CHARLOTTE, NC 28272-1070**

Date(s) debt was incurred _

Last 4 digits of account number  **6962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,644.85 |
|---|---|---|---|

**MUZAK-CLEVELAND**
**1530 ST CLAIR AVE**
**CLEVELAND, OH 44114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $597.28 |
|---|---|---|---|

**NATIONAL FUEL**
**PO BOX 371835**
**PITTSBURGH, PA 15250-7835**

Date(s) debt was incurred _

Last 4 digits of account number  **6102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **17-20526** |

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$418.11** |
|---|---|---|---|

**NATIONAL FUEL RESOURCES**
PO BOX 9072
WILLIAMSVILLE, NY 14231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5303**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,093.63** |
|---|---|---|---|

**NATIONAL GRID**
PO BOX 11742
NEWARK, NJ 07101-4742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2106**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,429.85** |
|---|---|---|---|

**NE OH Reg Sewer**
3900 Euclid Ave
Cleveland, OH 44115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0002**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,886.68** |
|---|---|---|---|

**NE OH Reg Sewer**
3900 Euclid Ave
Cleveland, OH 44115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0003**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.67** |
|---|---|---|---|

**NESHANNOCK TOWNSHIP SEWER**
PO BOX 101116
PITTSBURGH, PA 15327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8001**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NESHANNOCK TWP E.I.T.**
3131 MERCER RD STE 1
NEW CASTLE, PA 16105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$328.00** |
|---|---|---|---|

**NEW CASTLE LOCK & KEY**
1824 EASTBROOK RD
NEW CASTLE, PA 16101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,304.55 |
|---|---|---|---|

**NEW YORK STATE ELEC & GAS**
**PO BOX 847812**
**BOSTON, MA 02284-7812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9337__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,642.85 |
|---|---|---|---|

**NU CO2 LLC**
**PO BOX 417902**
**BOSTON, MA 02241-7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NY-PENN PEST SYSTEMS**
**2630  S WORK ST**
**FALCONER, NY 14733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0276__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NY-PENN PEST SYSTEMS**
**2631 S WORK ST**
**FALCONER, NY 14734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0274__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYS DEPT OF TRANS**
**50 WOLF ROAD**
**ALBANY, NY 12232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYS LLC/LLP FILING FEE**
**PO BOX 4148**
**BINGHAMTON, NY 13902-4148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYS UNEMPLOYMENT INSURANCE**
**PO BOX 4301**
**BINGHAMTON, NY 13902-4301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NYSHESC** | ☐ Contingent | |
| | **PO BOX 645182** | ☐ Unliquidated | |
| | **CINCINNATI, OH 45264-5182** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,641.62 |
|---|---|---|---|
| | **OHIO AMER WATER CO** | ☐ Contingent | |
| | **PO BOX 94551** | ☐ Unliquidated | |
| | **PALATINE, IL 60094-4551** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3766** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,399.85 |
|---|---|---|---|
| | **Ohio Edison** | ☐ Contingent | |
| | **76 S Main St  A-RPC** | ☐ Unliquidated | |
| | **Akron, OH 44308** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1267** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,452.95 |
|---|---|---|---|
| | **OHIO EDISON CO** | ☐ Contingent | |
| | **PO BOX 3637** | ☐ Unliquidated | |
| | **AKRON, OH 44309-3637** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3677** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,301.69 |
|---|---|---|---|
| | **OHIO EDISON CO** | ☐ Contingent | |
| | **PO BOX 3639** | ☐ Unliquidated | |
| | **AKRON, OH 44309-3637** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3743** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,151.70 |
|---|---|---|---|
| | **ORKIN PEST CNTRL #928** | ☐ Contingent | |
| | **2630 S WORK ST** | ☐ Unliquidated | |
| | **FALCONER, NY 14733** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0270** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ORKIN PEST CNTRL #929** | ☐ Contingent | |
| | **2631 S WORK ST** | ☐ Unliquidated | |
| | **FALCONER, NY 14734** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0272** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
| | Name | | | |

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ORKIN PEST CNTRL #930**
**2632 S WORK ST**
**FALCONER, NY 14735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0274**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ORKIN PEST CNTRL #931**
**2633 S WORK ST**
**FALCONER, NY 14736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0269**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ORKIN PEST CNTRL #932**
**2634 S WORK ST**
**FALCONER, NY 14737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0276**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,366.75**

**OSTERBERG REFRIGERATION**
**PO BOX 261**
**GIRARD, PA 16417-0261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,252.37**

**P J LYND T C**
**2525 ROCHESTER RD**
**CRANBERRY TWP, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$486.64**

**PA AMERICAN WATER**
**PO BOX 371412**
**PITTSBURGH, PA 15250-7412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2882**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$582.11**

**PA AMERICAN WATER**
**PO BOX 371413**
**PITTSBURGH, PA 15250-7412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4558**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | Unique Ventures Group LLC | Case number (if known) | 17-20526 |
|---|---|---|---|
| | Name | | |

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $629.76 |
|---|---|---|---|

**PA AMERICAN WATER**
**PO BOX 371414**
**PITTSBURGH, PA 15250-7412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8825**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,445.52 |
|---|---|---|---|

**PA American Water**
**PO Box 578**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3284**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PA DEPARTMENT OF AGRICULTUR**
**2301 N CAMERON ST**
**HARRISBURG, PA 17110-9408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $687.72 |
|---|---|---|---|

**PA Municipal Services**
**336 Deleware Ave  Dept U 500**
**Oakmont, PA 15139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4558**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,111.09 |
|---|---|---|---|

**PARK AVENUE TIRE CO**
**1182 PARK AVENUE**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**PARK CENTRE DVLPMT INC**
**ONE BLUE BIRD SQR**
**OLEAN, NY 14760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PBCC**
**PO BOX 856460**
**LOUISVILLE, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**PENELEC**
c/o RUSSELL R. JOHNSON, ESQ
2258 WHEATLANDS DR
Manakin Sabot, VA 23103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8294**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,595.31

**PENELEC**
PO BOX 3687
AKRON, OH 44309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8344**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,131.81

**PenElec**
76 S Main St A-RPC
Akron, OH 44308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8336**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,779.46

**PenElec**
76 S Main St A-RPC
Akron, OH 44308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8278**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**PENN OHIO SEALING CO INC**
769 W WOOD ST
LOWELLVILLE, OH 44436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,452.95

**PENN POWER**
PO BOX 3687
AKRON, OH 44309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3791**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.44

**PENN POWER**
c/o RUSSELL R. JOHNSON, ESQ
2258 WHEATLANDS DR
Manakin Sabot, VA 23103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8708**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,972.11 |
|---|---|---|---|

**Penn Power**
**76 S Main St  A-RPC**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6541**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,669.76 |
|---|---|---|---|

**Penn Power**
**76 S Main St  A-RPC**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6525**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,954.74 |
|---|---|---|---|

**PEOPLES NATURAL GAS**
**PO BOX 644760**
**PITTSBURGH, PA 15264-4760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5640**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PERFECTION LANDSCAPING&LWN**
**2965 SMITH KRAMER**
**HARTVILLE, OH 44632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PERKINS MARKETING FUND**
**6075 POPLAR AVE**
**MEMPHIS, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $137,575.00 |
|---|---|---|---|

**PERKINS REST & BAKERY**
**AND MARIE CALLENDERS**
**6075 POPLAR**
**MEMPHIS, TN 38119-4709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**PETER & CAROL KAPLAN**
**106 MALLARD LANE**
**MCMURRAY, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **Unique Ventures Group LLC** | | |
|---|---|---|---|
| | Name | | |

Case number *(if known)*  **17-20526**

---

| | | |
|---|---|---|
| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**PITNEY BOWES INC**
**PO BOX 371896**
**PITTSBURGH, PA 15250-7896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$92.22**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**PITNEY BOWES PURCH POWER**
**PO BOX 856042**
**LOUISVILLE, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,235.14**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**PLANT GUYS**
**C/O LEONARD A CYHAN**
**PO BOX 83**
**WEST FARMINGTON, OH 44491**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$308.27**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**PLUMBMASTER INC**
**PO BOX 842370**
**BOSTON, MA 02284-2370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,176.30**

Date(s) debt was incurred _

Last 4 digits of account number  **3456**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**PLYLER OVERHEAD DOOR CO**
**8850 FRY RD**
**MCKEAN, PA 16426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$208.03**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**POWELL SANITATION**
**18536 CUSSEWAGO RD**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$640.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**PURCHASE POWER**
**PO BOX 371874**
**PITTSBURGH, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,235.14**

Date(s) debt was incurred _

Last 4 digits of account number  **1520**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.293**

**Nonpriority creditor's name and mailing address**

**R & C CONTRACTING INC**
**17200 STATE HWY 8**
**CENTERVILLE, PA 16404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,055.00**

---

**3.294**

**Nonpriority creditor's name and mailing address**

**R E MICHEL CO**
**PO BOX 2318**
**BALTIMORE, MD 21203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,058.86**

---

**3.295**

**Nonpriority creditor's name and mailing address**

**RED BOOK SOLUTIONS**
**33270 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0332**

Date(s) debt was incurred _

Last 4 digits of account number  **3219**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$714.85**

---

**3.296**

**Nonpriority creditor's name and mailing address**

**REGIONAL ROOFING & CONST**
**3478 CREED AVENUE**
**HUBBARD, OH 44425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,450.00**

---

**3.297**

**Nonpriority creditor's name and mailing address**

**REILLY SWEEPING INC**
**PO BOX 780415**
**PHILADELPHIA, PA 19178-0415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$315.00**

---

**3.298**

**Nonpriority creditor's name and mailing address**

**REINHART FOODSERVICE**
**226 EAST VIEW DR**
**MT PLEASANT, PA 15666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$260,586.42**

---

**3.299**

**Nonpriority creditor's name and mailing address**

**RENT A SPACE**
**1100 BOYCE RD**
**UPPER ST CLAIR, PA 15241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,544.00** |
|---|---|---|---|

**REPCO REPLACEMENT**
**1021 W ENON**
**EVERMAN, TX 76140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,029.14** |
|---|---|---|---|

**REPUBLIC WASTE SERVICE**
**PO BOX 9001099**
**LOUISVILLE, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$630.50** |
|---|---|---|---|

**ROTO-ROOTER SEWER**
**PO BOX 524**
**ASHTABULA, OH 44004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$804.21** |
|---|---|---|---|

**RUMPKE CONSOLIDATED**
**PO BOX 538710**
**CINCINNATI, OH 45253-8710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  8345**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RUMPKE CONSOLIDATED**
**PO BOX 538711**
**CINCINNATI, OH 45253-8710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1406**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**S B C**
**BILL PAYMENT CENTER**
**SAGINAW, MI 48663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$831.72** |
|---|---|---|---|

**SANDRA ORR**
**MOVING EXPENSE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,997.84**

**SEATING CONSULTANTS, INC**
**323 PIERCE STREET NE**
**MINNEAPOLIS, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,492.03**

**SECURITY PRODUCTS INC**
**30950 CORRAL DRIVE STE B**
**COARSEGOLD, CA 93614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SEUBERT & ASSOCIATES INC**
**PO BOX 18412**
**PITTSBURGH, PA 15236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHAFER LAW FIRM**
**360 CHESTNUT ST**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SHAFFER, JOHNSTON, LICHTENW**
**3477 COMMERCE PKWY STE C**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$931.77**

**SHAKLEY MECHANICAL INC**
**1081 COUNTY ROAD 601**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.75**

**SHARP COLLECTIONS INC**
**PO BOX 81**
**SHARPSVILLE, PA 16150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$419.93**

**SHENANGO CASH REGISTER INC**
**PO BOX 400**
**CAMPBELL, OH 44405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$428.68**

**SHOES FOR CREWS LLC**
**PO BOX 504634**
**ST LOUIS, MO 63150-4634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,515.50**

**SIGN SAVERS**
**C/O JOHN GREGOR**
**13307 STAT**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.88**

**SNELL LANDSCAPE SERVICES LL**
**PO BOX 51**
**WARREN, PA 16365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **464**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,313.01**

**STAPLES ADVANTAGE**
**DEPT DC**
**PO BOX 415**
**BOSTON, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0500**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stark County Sanitary**
**1701 Mahoning Rd NE**
**Canton, OH 44705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8004**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,307.00**

**STATE SECURITY&INVESTIGATIO**
**3 SOUTH LINDEN ST**
**DUQUESNE, PA 15110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **17-20526** |

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$521.00** |
|---|---|---|---|

**STEVE RINGLER**
**864 COUNTY RD 620**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**STITT'S NURSERY & LNDSCPG I**
**93 MCCLOSKEY RD**
**LEEPER, PA 16233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,503.82** |
|---|---|---|---|

**T&D LANDSCAPE & LAWN CARE**
**1977 SHARON HOGUE RD**
**MASURY, OH 44438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.20** |
|---|---|---|---|

**T'S WINDOW CLEANING**
**PO BOX 314**
**ELDERTON, PA 15736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**THE HEARN PAPER CO**
**556 NORTH MERIDIAN RD**
**YOUNGSTOWN, OH 44509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,721.59** |
|---|---|---|---|

**THE HITE CO**
**PO BOX 1807**
**ALTOONA, PA 16603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$301.84** |
|---|---|---|---|

**THE ILLUMINATING CO**
**PO BOX 3638**
**AKRON, OH 44309-3638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9154**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.69 |

**The Illuminating Co**
**76 S Main St  A-RPC**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7026**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,391.87 |

**The Illuminating Co**
**76 S Main St  A-RPC**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9188**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,101.75 |

**The Illuminating Co**
**76 S Main St  A-RPC**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9196**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,804.00 |

**THOMAS QUALITY CLEANING**
**C/O JOHN THOMAS**
**929 MARYLA**
**NEW CASTLE, PA 16101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.88 |

**TIME WARNER CABLE**
**808 WICK RD**
**YOUNGSTOWN, OH 44505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1802**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TIMOTHY M KOLMAN, ESQ**
**225 NORTH FLOWERS MILL RD**
**LANGHORNE, PA 19047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,605.00 |

**TOOF AMER DIGT PRINTING**
**PO BOX 140539**
**MEMPHIS, TN 38114-0539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7271**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,459.84**

**TOTAL LINE RFRGRTN INC**
**33530 PIN OAK PARKWAY**
**AVON LAKE, OH 44012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2919**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,487.72**

**TRABON**
**PO BOX 87-8700**
**KANSAS CITY, MO 64187-8700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$980.00**

**TRACE LAWN&LANDSCAPING INC**
**14515 BALDWIN ST EXT**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,683.59**

**TRAVAGLINI ENT INC**
**231 CHESTNUT ST STE 614**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **819**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,412.89**

**TRAVAGLINI ENT MAINT DEPT**
**231 CHESTNUT ST STE 614**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,861.05**

**TRI COUNTY IND.**
**PO BOX 858**
**MARS, PA 16046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3214**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TRI COUNTY RESTAURANT ASSOC**
**6959 PROMWAY AVE NW**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.342** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,244.27**

**TRI MARK SS KEMP**
**590 VISTA PARK DR**
**BLDG #5**
**PITTSBURGH, PA 15205-1210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**TRI-COUNTY TIRE**
**155 EAST ST**
**SMETHPORT, PA 15749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,358.00**

**TRONE OUTDOOR ADVERTISING**
**1345 ABBOTTSTOWN PIKE**
**HANOVER, PA 17331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1285**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$390.00**

**TROUTMAN PLBG & HTG**
**C/O MARK GRAFFIUS**
**55 LAFFERT**
**BRADFORD, PA 16701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,456.73**

**TRUM CO WATER SEWER**
**842 YOUNGSTWN-KINGSVLE RD**
**VIENNA, OH 44473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,959.54**

**TRUMBULL CO HEALTH DEPT**
**176 CHESTNUT AVE NE**
**WARREN, OH 44483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,270.56**

**Trumbull County Water-Sewer**
**842 Youngstown Kingsville Rd**
**Vienna, OH 44473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.12**

**TRUMBULL INDUSTRIES**
PO BOX 638253
CINCINNATI, OH 45263-8253

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**UNITED APPRAISAL SERVICES**
37 WABASH ST
PITTSBURGH, PA 15220

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,550.00**

**UNITED ASPHALT&SEAL COATING**
PO BOX 213
PULASKI, PA 16143

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,854.94**

**UNITED CONCORDIA**
PO BOX 827399
PHILADELPHIA, PA 19182-7399

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**UNITED OF OMAHA**
PO BOX 2749
OMAHA, NE 68103

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$224.92**

**UNITED REFINING CO OF PA**
C/O WEX BANK
PO BOX 433
CAROL STREAM, IL 60197-4337

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7033**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,955.83**

**UNIVERSAL ENTERPRISES INC**
545 BEER ROAD
MANSFIELD, OH 44906

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.10**

**UPS**
**PO BOX 7247-0244**
**PHILADELPHIA, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,768.47**

**US FOODS CULINARY EQUIP & S**
**PO BOX 64177**
**ST PAUL, MN 55164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,230.86**

**VALLEY TELECOM**
**1227 YO RD S E**
**WARREN, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1147**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.52**

**VECTOR SECURITY, INC**
**PO BOX 89462**
**CLEVELAND, OH 44101-6462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4820**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**VENANGO CO CLERK OF COURTS**
**PO BOX 831**
**FRANKLIN, PA 16323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,281.54**

**VENANGO SUPPLY PLBG & HTG**
**PO BOX 1168**
**OIL CITY, PA 16301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4446**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,622.88**

**VERIZON**
**PO BOX 15026**
**ALBANY, NY 12212-5026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **386Y**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.363** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,754.00**

**VERNON TWP SANITATION AUTH**
**16678 MCMATH AVE**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0753**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$932.04**

**VERNON TWP WATER AUTH**
**16678 MCMATH RD**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0021**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$427.35**

**VOGELS DISP SERVICE INC**
**BOX 847**
**MARS, PA 16046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3911**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,714.66**

**W C ZABEL CO**
**645 MARKET ST**
**YOUNGSTOWN, OH 44502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00**

**W E UNGER & ASSOC**
**PO BOX 1283**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WARREN CO COLLECTIONS DEPT**
**ADULT PROB DEPT**
**204 FOURTH**
**WARREN, PA 16365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WARREN CO GUIDE INC**
**313 SECOND AVE**
**WARREN, PA 16365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | | Case number (if known) | **17-20526** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WARREN ELECTRIC CO**
**177 NILES CORTLAND RD SE**
**WARREN, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WARREN MUNICIPAL COURT**
**PO BOX 1550**
**WARREN, OH 44488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,074.90 |
|---|---|---|---|

**WASTE MANAGEMENT OHIO INC**
**PO BOX 4648**
**CAROL STREAM, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,012.37 |
|---|---|---|---|

**WATKINS LIGHTING**
**300 KARL ST**
**BEREA, OH 44017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,526.98 |
|---|---|---|---|

**WEBER ELECTRIC SUPPLY**
**PO BOX 585**
**ERIE, PA 16512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,293.22 |
|---|---|---|---|

**WEST PENN POWER**
**PO BOX 3615**
**AKRON, OH 44309-3615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4260**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,452.00 |
|---|---|---|---|

**WESTERMANS COMM CLNG**
**MICHAEL J WESTERMAN**
**3555 STATE**
**NEW CASTLE, PA 16101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.65** |
|---|---|---|---|

**WEX BANK**
**PO BOX 6293**
**CAROL STREAM, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,155.00** |
|---|---|---|---|

**WEYMANS LANDSCAPE**
**C/O RYAN S WEYMAN**
**6741 OLD M**
**CRANBERRY TWP, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137.10** |
|---|---|---|---|

**WILSON BLDG. SUPPLY, INC**
**COR. HARMONSBURG RD**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,219.00** |
|---|---|---|---|

**WINDOW CLEANING BY JIM-OH**
**PO BOX 8841**
**ERIE, PA 16505-0841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$736.70** |
|---|---|---|---|

**WINDOW CLEANING BY JIM-PA**
**PO BOX 8841**
**ERIE, PA 16505-0841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$421.20** |
|---|---|---|---|

**WINDOW KING INC**
**6510 STATE ROAD**
**PARMA, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$543.70** |
|---|---|---|---|

**WINDSTREAM**
**PO BOX 9001908**
**LOUISVILLE, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6091**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Unique Ventures Group LLC** | Case number (if known) | **17-20526** |
|---|---|---|---|
| | Name | | |

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$712.29** |
|---|---|---|---|

**WINTERS PLUMBING**
**1179 PARK AVE**
**MEADVILLE, PA 16335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,895.00** |
|---|---|---|---|

**YARD AT WORK LANDSCAPING**
**1924 RIVER ROAD**
**VINTONDALE, PA 15961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,517.66** |
|---|---|---|---|

**YARDMASTER OF PENNSYLVANIA**
**DEPT 5587**
**1447 N RID**
**PAINESVILLE, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0525**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$998.29** |
|---|---|---|---|

**YO. WATER DEPT**
**PO BOX 6219**
**YOUNGSTOWN, OH 44501-6219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6001**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,025.19** |
|---|---|---|---|

**Youngstown Water**
**26 S Phelps St**
**Youngstown, OH 44501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2001**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **2,745,054.56** |
| 5b. Total claims from Part 2 | 5b. + $ | **2,936,749.57** |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. $ | **5,681,804.13** |

---



Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0030

CAF

| | SB |
|---|---|
| Notice | CP504B |
| Tax Period | 2016 |
| Form Number | 941 |
| Notice date | December 19, 2016 |
| Employer ID number | 20-8008873 |
| To contact us | Phone 1-800-829-0115 |
| Your Caller ID | 593700 |
| Page 1 of 4 | |

005040.718385.50917.7243 1 SP 0.465 530

UNIQUE VENTURES GROUP LLC
%ERIC ELIA BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG PA 15601-2337516



005040

*208008873221*

## Notice of intent to seize ("levy") your property or rights to property

# Amount due immediately: $518,910.26

As we notified you before, our records show you have unpaid taxes for the tax period ending June 30, 2016 (Form 941). If you don't call us immediately or pay the amount due by December 29, 2016, we may seize ("levy") your property or rights to property and apply it to the $518,910.26 you owe.

**Billing Summary**

| | |
|---|---|
| Tax you owe | $515,588.57 |
| Failure-to-pay penalty | 2,137.08 |
| Interest charges | 1,184.61 |
| **Amount due immediately** | **$518,910.26** |

## What you need to do immediately

**Pay immediately**

- Pay the amount due of $518,910.26 or we may seize ("levy") your property or rights to property (including any employment taxes). If you fail to pay by December 29, 2016, interest will increase and additional penalties may apply. **You can pay online now at www.irs.gov/e-pay.**

Continued on back...



UNIQUE VENTURES GROUP LLC
%ERIC ELIA BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG PA 15601-2337516

| Notice | CP504B |
|---|---|
| Notice date | December 19, 2016 |
| Employer ID number | 20-8008873 |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your Employer ID number (20-8008873), the tax period (June 30, 2016), and the form number (941) on your payment and any correspondence.

Amount due immediately | $518,910.26

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0039

208008873 IB UNIQ 01 2 201606 670 00051891026

SB

| Notice | CP504B |
|---|---|
| Tax Period | 2016 |
| Notice date | December 19, 2016 |
| Employer ID number | 20-8008873 |
| Page 2 of 4 | |

| What you need to do immediately—**continued** | **Pay immediately—continued** |
|---|---|

**What you need to do immediately—continued**

**Pay immediately—continued**

- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov/payments for more information about::
  - Credit and debit card payments (Except Form 1120 Corporation Series)
  - Electronic payments
  - Installment and payment plans
  - Offer in Compromise- To see if you qualify for an offer, visit the Offer in Compromise Pre-Qualifier took at www.irs.gov/Individuals/Offer-in-Compromise-1.

Or, call us at 1-800-829-0115 to discuss your options.

If you've already paid your balance in full within the past 14 days or made payment arrangements, please disregard this notice.

**If we don't hear from you**

- If you don't pay or make payment arrangements within 30 days from the date of this notice, we may seize ("levy") your property or rights to property including any state refund.
- Property and your rights to property include:
  - Accounts receivable and other income
  - Bank accounts
  - Business assets
- This is your Notice of Intent to Levy.  (Internal Revenue Code section 6331 (d)).
- If you don't pay the amount due or call us to make payment arrangements, we may file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.  If the lien is filed, you may find it difficult to sell or borrow against your property.  The Notice of Federal Tax Lien would also appear on your credit report – which may harm your credit rating – and your creditors would also be publicly notified that the IRS has priority to seize your property.



**IRS**

UNIQUE VENTURES GROUP LLC
%ERIC ELIA BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG PA 15601-2337516

| Notice | CP504B |
|---|---|
| Notice date | December 19, 2016 |
| Employer ID number | 20-8008873 |

# Contact information

If your address has changed, please call 1-800-829-0115 or visit www.irs.gov.

☐ Please check here if you've included any correspondence.  Write your Employer ID number (20-8008873), the tax year (2016), and the form number (941) on any correspondence.

|   | ☐ a.m. ☐ p.m. |   | ☐ a.m. ☐ p.m. |
|---|---|---|---|
| Primary phone | Best time to call | Secondary phone | Best time to call |

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0039

ıılıılıllıulıllllllıılıılııllıılııllılıllıllıılılllll

SB

| | |
|---|---|
| Notice | CP504B |
| Tax Period | 2016 |
| Notice date | December 19, 2016 |
| Employer ID number | 20-8008873 |
| Page 3 of 4 | |

## Penalties

We are required by law to charge any applicable penalties.

### Failure-to-pay

| Description | Amount |
|---|---|
| Total failure-to-pay | $2,137.08 |

When you pay your taxes after the due date, we charge a penalty of 0.5% of the unpaid amount due per month, up to 25% of the amount due. Beginning 10 days after we issue this notice, the penalty increases to 1.0% for each month the amount remains unpaid. We count part of a month as a full month. (Internal Revenue Code Section 6651)

For a detailed calculation of your penalty charges, call 1-800-829-0115.

### Removal or reduction of penalties

We understand that circumstances—such as serious illness or injury, a family member's death, or loss of financial records due to natural disaster—may make it difficult for you to meet your taxpayer responsibility in a timely manner.

If you would like us to consider removing or reducing any of your penalty charges, please do the following:

- Identify which penalty charges you would like us to remove or reduce (e.g., 2005 late filing penalty).
- For each penalty charge, explain why you believe removal or reduction is appropriate.
- Sign your statement, and mail it to us with any supporting documents.

We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charge(s).

### Removal of penalties due to erroneous written advice from the IRS

If you were penalized based on written advice from the IRS, we will remove the penalty if you meet the following criteria:

- If you sent a written request to the IRS for written advice on a specific issue
- You gave us complete and accurate information
- You received written advice from us
- You reasonably relied on our written advice and were penalized based on that advice

To request removal of penalties based on erroneous written advice from us, submit a completed Claim for Refund and Request for Abatement (Form 843) to the IRS service center where you filed your tax return. For a copy of the form or to find your IRS service center, go to www.irs.gov or call 1-800-829-0115.

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---|
| Total interest | $1,184.61 |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-800-829-0115.

| Period | Interest Rate |
|---|---|

## Additional information

- Visit www.irs.gov/cp504b

Continued on back...

005040

SB

| | |
|---|---|
| **Notice** | CP504B |
| **Tax Period** | 2016 |
| **Notice date** | December 19, 2016 |
| **Employer ID number** | 20-8008873 |
| **Page 4 of 4** | |

**Additional information — continued**

- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Review the enclosed IRS Collection Process (Publication 594).
- Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, banks, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time.
- Paying online is convenient, secure, and ensures timely receipt of your payment. To pay your taxes online or for more information, go to www.irs.gov/e-pay.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

Envelope ID: 250000220954     Revenue Id: 1000663738     Page 2 of 8
REV-IS 60002 (08-15) DOCEXEC 0013



**pennsylvania**
DEPARTMENT OF REVENUE

BUREAU OF COLLECTIONS AND TAXPAYER SERVICES
PO BOX 281041
HARRISBURG PA 17128-1041

**SUBSEQUENT NOTICE OF DELINQUENCY**

UNIQUE VENTURES GROUP LLC
231 CHESTNUT ST
MEADVILLE PA  16335-3442

REVENUE ID:................................. 1000663738
FEIN:........................................... 208008873
NOTICE NUMBER:........................ 250000220954
MAIL DATE:................................... 10/19/2016

**TO AVOID ADDITIONAL CHARGES,**
**PAY AMOUNT DUE BY:**          11/02/2016

The delinquencies shown on the Statement of Account on the reverse side of this notice are a serious violation of the laws of the Commonwealth of Pennsylvania. As a result of your failure to respond to previous notices, your delinquent tax account has been referred for collection.

If you have already filed the return(s), satisfied all obligations, ceased business operations or have questions concerning this account, please contact the department at the telephone number below.

If you fail to file the outstanding tax returns and pay all taxes due within 10 days of the date of this notice, formal legal action may be pursued, including the filing of a lien, administrative bank attachment, referral to a collection agency, civil enforcement action and possible criminal prosecution. If your account is referred to a collection agency, additional fees up to 39 percent of the amount due may be added to the liability.

Robert Pfister
814-871-4491
1-800-447-3020 (Services for taxpayers with special hearing and/or speaking needs)

All payments of $1,000 or more must be made electronically or by certified or cashier's check. Automated clearing house (ACH) debit transactions can be made through e-TIDES (www.etides.state.pa.us) and TeleFile (1-800-748-8299), and credit or debit card payments can be made through Official Payments Corp. (www.officialpayments.com or 1-800-2PAYTAX). Taxpayers may also pursue ACH credit transactions through their banks.

Certified or cashier's check must be remitted in person or by express mail courier by 4 p.m. of the tax due date to:

    PA Department of Revenue
    Bureau of Business Trust Fund Taxes EFT Unit
    9th Floor Strawberry Square
    Fourth and Walnut Streets
    Harrisburg, PA 17128-0908.

Please include the PA Account number, Entity ID (EIN/SSN or 10-digit Revenue ID), and tax period end date on the certified/cashier's check.

00025000020954 02 03 00003 0 00



Envelope ID: 280000220954   Revenue Id: 1000088788   Page 9 of 9

## STATEMENT OF ACCOUNT

THIS STATEMENT MAY NOT INCLUDE ALL PERIODS WITH OUTSTANDING LIABILITIES. PERIODS INVOLVING PRE-PETITION BANKRUPTCY
LIABILITIES ARE NOT LISTED ON THIS STATEMENT. PERIODS WITH AN OPEN APPEAL ARE INDICATED.

| TAX TYPE | TAX ACCOUNT ID | TAX PERIOD BEGIN DATE | TAX PERIOD END DATE | PERIOD STATUS | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|---|
| SUH | 84009503 | 08/01/2016 | 08/31/2016 | A | 0.00 | 2,781.01 | 0.00 | 2,781.01 |
| SUH | 84009503 | 07/01/2016 | 07/31/2016 | A | 112,107.97 | 9,555.14 | 661.88 | 122,324.99 |
| SUH | 84009503 | 06/01/2016 | 06/30/2016 | A | 99,835.37 | 14,758.88 | 859.58 | 115,453.83 |
| SUH | 84009503 | 05/01/2016 | 05/31/2016 | A | 111,161.07 | 16,393.68 | 1,230.55 | 128,785.30 |
| SUH | 84009503 | 04/01/2016 | 04/30/2016 | U | 102,303.33 | 17,994.44 | 1,392.55 | 121,690.32 |
| SUH | 84009503 | 02/01/2016 | 02/29/2016 | U | 96,366.64 | 19,720.20 | 1,785.87 | 117,872.71 |
| SUH | 84009503 | 01/01/2016 | 01/31/2016 | U | 42,835.35 | 10,308.17 | 905.78 | 54,049.30 |
| | | | | | | | LEGAL FEES: | 20.00 |
| | | | | | | | AMOUNT DUE: | 662,977.46 |

Total column takes into account any payments already applied.

PERIOD STATUS KEY:

N: NONFILED PERIOD
A: LIABILITY UNDER APPEAL
U: UNDERPAID PERIOD
O: OVERPAID PERIOD



**USPS CERTIFIED MAIL**

NOTICE OF
ASSESSMENT

**Ohio** | Department of Taxation

PO Box 2678
Columbus, OH 43216-2678
tax.ohio.gov

9214 8900 0028 2905 3970 39

UNIQUE VENTURES GROUP, LLC
ERIC BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601-2337

January 31, 2017
Contact ID: 2934720448

RE: Ohio Tax Account #: 89038370
    Tax Type: Sales
    Reporting Period: 04/01/2016 - 04/30/2016
    Audit Type: No Remittance
    Assessment #: 100000569809

Pursuant to section(s) 5703.261, 5739.12, 5739.13, 5739.132, 5739.133, 5739.15, 5739.33, 5741.11, 5741.12, 5741.13, 5741.14, 5740.07, 5741.25 of the Ohio Revised Code (R.C.), **the Tax Commissioner Hereby Certifies the Following:**

|                                   | Assessment     |
| --------------------------------- | -------------- |
| Tax Due Amount                    | $ 85,555.81    |
| Pre-Assessment Interest           | $ 1,850.49     |
| Additional Charge Penalty         | $ 2,994.45     |
| Additional Charge                 | $ 8,555.58     |
| Assessment Penalty on Tax         | $ 29,944.53    |
| Total                             | $ 128,900.86   |
| Less Total Payment(s) & Credit(s) | $ 0.00         |
| Amount Owed                       | $ 128,900.86   |

Notice to taxpayers in Bankruptcy: this assessment is a notice of deficiency, permissible pursuant to 11 U.S.C. Section 362(b)(9).

I HEREBY CERTIFY THE FOLLOWING TO BE A TRUE AND CORRECT COPY OF THE ACTION OF THE TAX COMMISSIONER TAKEN THIS DAY WITH RESPECT TO THE ABOVE MATTER.

TAX COMMISSIONER, STATE OF OHIO

To appeal this assessment, please follow instructions on the following page.

ASAT0001

1 of 2

**Ohio** | Department of Taxation

PO Box 2678
Columbus, OH 43216-2678
tax.ohio.gov

USPS CERTIFIED MAIL

9214 8900 0028 2905 3969 88

NOTICE OF
ASSESSMENT

UNIQUE VENTURES GROUP, LLC
ERIC BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601-2337

January 31, 2017
Contact ID: 2934720206

RE: Ohio Tax Account #: 89038370
Tax Type: Sales
Reporting Period: 05/01/2016 - 05/31/2016
Audit Type: No Remittance
Assessment #: 100000569837

Pursuant to section(s) 5703.261, 5739.12, 5739.13, 5739.132, 5739.133, 5739.15, 5739.33, 5741.11, 5741.12, 5741.13, 5741.14, 5740.07, 5741.25 of the Ohio Revised Code (R.C.), **the Tax Commissioner Hereby Certifies the Following:**

|  | Assessment |
|---|---|
| Tax Due Amount | $ 90,055.32 |
| Pre-Assessment Interest | $ 1,718.51 |
| Additional Charge Penalty | $ 3,151.94 |
| Additional Charge | $ 9,005.53 |
| Assessment Penalty on Tax | $ 31,519.36 |
| Total | $ 135,450.66 |
| Less Total Payment(s) & Credit(s) | $ 0.00 |
| Amount Owed | $ 135,450.66 |

Notice to taxpayers in Bankruptcy: this assessment is a notice of deficiency, permissible pursuant to 11 U.S.C. Section 362(b)(9).

I HEREBY CERTIFY THE FOLLOWING TO BE A TRUE AND CORRECT COPY OF THE ACTION OF THE TAX COMMISSIONER TAKEN THIS DAY WITH RESPECT TO THE ABOVE MATTER.

TAX COMMISSIONER, STATE OF OHIO

To appeal this assessment, please follow instructions on the following page.

ASAT0001

1 of 2



USPS CERTIFIED MAIL

**Ohio** | Department of Taxation

NOTICE OF
ASSESSMENT

PO Box 2678
Columbus, OH 43216-2678
tax.ohio.gov

9214 8900 0028 2905 3970 84

UNIQUE VENTURES GROUP, LLC
ERIC BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601-2337

January 31, 2017
Contact ID: 2934720711

RE: Ohio Tax Account #: 89038370
    Tax Type: Sales
    Reporting Period: 06/01/2016 - 06/30/2016
    Audit Type: No Remittance
    Assessment #: 100000569940

Pursuant to section(s) 5703.261, 5739.12, 5739.13, 5739.132, 5739.133, 5739.15, 5739.33, 5741.11, 5741.12, 5741.13, 5741.14, 5740.07, 5741.25 of the Ohio Revised Code (R.C.), the Tax **Commissioner Hereby Certifies the Following:**

|  | Assessment |
|---|---|
| Tax Due Amount | $ 82,892.42 |
| Pre-Assessment Interest | $ 1,363.96 |
| Additional Charge Penalty | $ 2,901.23 |
| Additional Charge | $ 8,289.24 |
| Assessment Penalty on Tax | $ 29,012.35 |
| Total | $ 124,459.20 |
| Less Total Payment(s) & Credit(s) | $ 0.00 |
| Amount Owed | $ 124,459.20 |

Notice to taxpayers in Bankruptcy: this assessment is a notice of deficiency, permissible pursuant to 11 U.S.C. Section 362(b)(9).

I HEREBY CERTIFY THE FOLLOWING TO BE A TRUE AND CORRECT COPY OF THE ACTION OF THE TAX COMMISSIONER TAKEN THIS DAY WITH RESPECT TO THE ABOVE MATTER.

TAX COMMISSIONER, STATE OF OHIO

To appeal this assessment, please follow instructions on the following page.

ASAT0001

1 of 2

Reporting Period:

USPS CERTIFIED MAIL

**NOTICE OF
ASSESSMENT**

**Ohio** | Department of Taxation

PO Box 2678
Columbus, OH 43216-2678
tax.ohio.gov

9214 8900 0028 2905 3970 15

UNIQUE VENTURES GROUP, LLC
ERIC BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601-2337

January 31, 2017
Contact ID: 2934720395

RE: Ohio Tax Account #: 89038370
    Tax Type: Sales
    Reporting Period: 07/01/2016 - 07/31/2016
    Audit Type: No Remittance
    Assessment #: 100000570186

Pursuant to section(s) 5703.261, 5739.12, 5739.13, 5739.132, 5739.133, 5739.15, 5739.33, 5741.11, 5741.12, 5741.13, 5741.14, 5740.07, 5741.25 of the Ohio Revised Code (R.C.), **the Tax Commissioner Hereby Certifies the Following:**

| | Assessment |
|---|---|
| Tax Due Amount | $ 92,746.61 |
| Pre-Assessment Interest | $ 1,305.19 |
| Additional Charge Penalty | $ 3,246.13 |
| Additional Charge | $ 9,274.66 |
| Assessment Penalty on Tax | $ 32,461.31 |
| **Total** | **$ 139,033.90** |
| Less Total Payment(s) & Credit(s) | $ 0.00 |
| **Amount Owed** | **$ 139,033.90** |

Notice to taxpayers in Bankruptcy: this assessment is a notice of deficiency, permissible pursuant to 11 U.S.C. Section 362(b)(9).

I HEREBY CERTIFY THE FOLLOWING TO BE A TRUE AND CORRECT COPY OF THE ACTION OF THE TAX COMMISSIONER TAKEN THIS DAY WITH RESPECT TO THE ABOVE MATTER.

TAX COMMISSIONER, STATE OF OHIO

To appeal this assessment, please follow instructions on the following page.

TXS025104100048720180

ASAT0001

1 of 2



USPS CERTIFIED MAIL

**NOTICE OF
ASSESSMENT**

**Ohio** | Department of Taxation

PO Box 2678
Columbus, OH 43216-2678
tax.ohio.gov

9214 8900 0028 2905 3970 53

ililiilililililililililililililililililililililil

UNIQUE VENTURES GROUP, LLC
ERIC BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601-2337

January 31, 2017
Contact ID: 2934720526

RE: Ohio Tax Account #: 89038370
Tax Type: Sales
Reporting Period: 08/01/2016 - 08/31/2016
Audit Type: No Remittance
Assessment #: 100000570394

Pursuant to section(s) 5703.261, 5739.12, 5739.13, 5739.132, 5739.133, 5739.15, 5739.33, 5741.11, 5741.12, 5741.13, 5741.14, 5740.07, 5741.25 of the Ohio Revised Code (R.C.), **the Tax Commissioner Hereby Certifies the Following:**

|  | Assessment |
|---|---|
| Tax Due Amount | $ 85,684.79 |
| Pre-Assessment Interest | $ 641.85 |
| Additional Charge Penalty | $ 1,948.97 |
| Additional Charge | $ 5,568.48 |
| Assessment Penalty on Tax | $ 19,489.68 |
| **Total** | **$ 113,333.77** |
| Less Total Payment(s) & Credit(s) | $ 30,000.00 |
| **Amount Owed** | **$ 83,333.77** |

Notice to taxpayers in Bankruptcy: this assessment is a notice of deficiency, permissible pursuant to 11 U.S.C. Section 362(b)(9).

I HEREBY CERTIFY THE FOLLOWING TO BE A TRUE AND CORRECT COPY OF THE ACTION OF THE TAX COMMISSIONER TAKEN THIS DAY WITH RESPECT TO THE ABOVE MATTER.

TAX COMMISSIONER, STATE OF OHIO

To appeal this assessment, please follow instructions on the following page.

TXS025104100049120180

ASAT0001



**USPS CERTIFIED MAIL**

NOTICE OF
ASSESSMENT

Ohio | Department
of Taxation

PO Box 2678
Columbus, OH 43216-2678
tax.ohio.gov

9214 8900 0028 2905 9970 48

UNIQUE VENTURES GROUP, LLC
ERIC BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601-2337

February 24, 2017
Contact ID: 2934720486

RE: Ohio Tax Account #: 89038370
Tax Type: Sales
Reporting Period: 09/01/2016 - 09/30/2016
Audit Type: No Remittance
Assessment #: 100000629070

Pursuant to section(s) 5703.261, 5739.12, 5739.13, 5739.132, 5739.133, 5739.15, 5739.33, 5741.11, 5741.12, 5741.13, 5741.14, 5740.07, 5741.25 of the Ohio Revised Code (R.C.), **the Tax Commissioner Hereby Certifies the Following:**

| | Assessment |
|---|---|
| Tax Due Amount | $ 83,716.83 |
| Pre-Assessment Interest | $ 971.83 |
| Additional Charge Penalty | $ 2,930.09 |
| Additional Charge | $ 8,371.68 |
| Assessment Penalty on Tax | $ 29,300.89 |
| **Total** | **$ 125,291.32** |
| Less Total Payment(s) & Credit(s) | $ 0.00 |
| **Amount Owed** | **$ 125,291.32** |

Notice to taxpayers in Bankruptcy: this assessment is a notice of deficiency, permissible pursuant to 11 U.S.C. Section 362(b)(9).

I HEREBY CERTIFY THE FOLLOWING TO BE A TRUE AND CORRECT COPY OF THE ACTION OF THE TAX COMMISSIONER TAKEN THIS DAY WITH RESPECT TO THE ABOVE MATTER.

TAX COMMISSIONER, STATE OF OHIO

To appeal this assessment, please follow instructions on the following page.

TXS0521622000225201 80

ASAT0001

1 of 2

**Ohio** | **Department of Taxation**

*PO Box 2678*
*Columbus, OH 43216-2678*
*tax.ohio.gov*

**SALES TAX**
**NON-REMITTANCE BILLING NOTICE**
**\*\*YOUR IMMEDIATE ACTION**
**IS REQUIRED\*\***

I|ₒₒ|||||ₒ||ₒ||||ₙ||ₙ|ₙ||ₒₙ||ₙ||ₒₙₒₙ|ₚₙ||ₙ|ₚ

UNIQUE VENTURES GROUP, LLC
ERIC BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601-2337

February 08, 2017
Contact ID: 2934720544



RE: Ohio Tax Account #: 89038370
Tax Type: Sales
Reporting Period: 10/01/2016 - 10/31/2016
Postmark Date: November 28, 2016

**WE HAVE NOT RECEIVED FULL PAYMENT OF YOUR 10/01/2016 - 10/31/2016**
**UST 1 (UNIVERSAL OHIO STATE, COUNTY AND TRANSIT SALES TAX RETURN)**
**OR WE RECEIVED YOUR PAYMENT AFTER THE DUE DATE.**

This payment was due on November 23, 2016. Any tax paid after the due date is subject to interest, additional charges, and/or penalties. The amount you owe including interest, additional charges, and/or penalties, if applicable, is:

| | |
|---|---|
| Reported Tax Due | $87,539.89 |
| Less Payment(s)/Credit(s) | $0.00 |
| Unpaid Tax | $87,539.89 |
| Interest | $647.12 |
| Additional Charge | $8,753.99 |
| Total Amount Due | $96,941.00 |

**The balance due must be submitted by February 28, 2017. Failure to comply will result in an assessment that will include additional interest and penalties.**

NRAT0001

# Ohio | Department of Taxation

PO Box 2678
Columbus, OH 43216-2678
tax.ohio.gov

**SALES TAX
NON-REMITTANCE BILLING NOTICE
\*\*YOUR IMMEDIATE ACTION
IS REQUIRED\*\***

UNIQUE VENTURES GROUP, LLC
ERIC BONONI
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601-2337

February 06, 2017
Contact ID: 2934720719



RE: Ohio Tax Account #: 89038370
Tax Type: Sales
Reporting Period: 11/01/2016 - 11/30/2016
Postmark Date: December 22, 2016

### WE HAVE NOT RECEIVED FULL PAYMENT OF YOUR 11/01/2016 - 11/30/2016 UST 1 (UNIVERSAL OHIO STATE, COUNTY AND TRANSIT SALES TAX RETURN) OR WE RECEIVED YOUR PAYMENT AFTER THE DUE DATE.

This payment was due on December 23, 2016. Any tax paid after the due date is subject to interest, additional charges, and/or penalties. The amount you owe including interest, additional charges, and/or penalties, if applicable, is:

| | |
|---|---:|
| Reported Tax Due | $85,787.25 |
| Less Payment(s)/Credit(s) | $85,787.25 |
| Unpaid Tax | $0.00 |
| Interest | $84.56 |
| Additional Charge | $8,578.73 |
| **Total Amount Due** | **$8,663.29** |

**The balance due must be submitted by February 27, 2017. Failure to comply will result in an assessment that will include additional interest and penalties.**

NRAT0001

1 of 2

**Fill in this information to identify the case:**

Debtor name   **Unique Ventures Group LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **17-20526**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **20013 RT. 19, Mars, PA, 16066** |
|    State the term remaining | **3D Acquisitions LLC** |
|    List the contract number of any government contract | **c/o Robert S. Bootay III, Esq** **6 Clairton Blvd** **Pittsburgh, PA 15236** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **11299 Baco Rd, Meadville PA 16335** |
|    State the term remaining | **12/31/17** |
|    List the contract number of any government contract | **Bainbridge Limited Partners** **10245 Nancy Dr** **Meadville, PA 16335** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **First & Market Bldg, 100 First St  Ste 825, Pittsburgh PA 15219** |
|    State the term remaining | **6/30/2019** |
|    List the contract number of any government contract | **First & Market Building, LP** **c/o Scott & McCune Company** **445 Fort Pitt Blvd  Ste 110** **Pittsburgh, PA 15219** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **3334 Wilmington Rd, New Castle PA 16105** |
|    State the term remaining | **4/30/2021** |
|    List the contract number of any government contract | **Gar Field Club LP** **c/o Joseph P. Heins** **Lippes Mathias Wexler Friedman LLP** **50 Fountain Plaza  Ste 1700** **Buffalo, NY 14202-2216** |

| Debtor 1 | **Unique Ventures Group LLC** | | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Route 358 Hadley Rd, Greenville PA 16125** | |
|---|---|---|---|
| | State the term remaining | **8/31/2018** | **Greenville Zamias Limited Partnership 300 Market St Johnstown, PA 15901** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **348 West Main St., Conneaut, OH, 44030 $9885.31 monthly lease payment** | |
|---|---|---|---|
| | State the term remaining | **2026** | **Perkins Holdings LLC 14875 Northeast Tangent Road Newberg, OR 97132** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **3870 Elm Rd NE, Warren OH 44483** | |
|---|---|---|---|
| | State the term remaining | | **Peter Denovchek 3420 Elm Rd NE Warren, OH 44483** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **7175 Engle Road, Middleburg Heights, OH, 44130, Tax ID: 371-22-006, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC 2727 N Harwood St  Ste 300 Dallas, TX 75201** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **1601 Prospect Road, Ashtabula, OH, 44004, Tax ID: 53020013100, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC 2727 N Harwood St  Ste 300 Dallas, TX 75201** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **4334 Buffalo Road, Erie, PA, 16510, Tax ID: 27051150001201.00, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC 2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| Debtor 1 | **Unique Ventures Group LLC** | | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **1871 Oakland Avenue, Indiana, PA, 15701, Tax ID: 42033416, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **587 East Main Street, Canfield, OH, 44406, Tax ID: 28-028-0-026, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **115 Ludlow Street, Warren, PA, 16365, Tax ID: WN499670000000, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **2714 West Lake Road, Erie, PA, 16505, Tax ID: 33015050000701.00, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **915 West Main Street, Grove City, PA, 16127, Tax ID: 59007790, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| Debtor 1 | **Unique Ventures Group LLC** | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **78 Perkins Road, Clarion, PA, 16214, Tax ID: 1906105, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | |
| | List the contract number of any government contract | | **Spirit Master Funding III, LLC 2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **18276 Conneaut Lake Rd, Meadville, PA, 16335, Tax ID: 65-0-052205, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | |
| | List the contract number of any government contract | | **Spirit Master Funding III, LLC 2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **207 Plum Street, Edinboro, PA, 16412, Tax ID: 11011037002000.00, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | |
| | List the contract number of any government contract | | **Spirit Master Funding III, LLC 2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **1953 Niles-Cortland Rd, Warren, OH, 44484, Tax ID: 28-902324, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | |
| | List the contract number of any government contract | | **Spirit Master Funding III, LLC 2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **4403 Peach Street, Erie, PA, 16509, Tax ID: 18053098010400.00, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | |
| | List the contract number of any government contract | | **Spirit Master Funding III, LLC 2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **31-35 Bolivar Drive, Bradford, PA, 16701, Tax ID: 7014048, Lease #: 30259872** | **Spirit Master Funding III, LLC 2727 N Harwood St  Ste 300 Dallas, TX 75201** |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | |

| Debtor 1 | **Unique Ventures Group LLC** | | | Case number *(if known)* | **17-20526** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **2728 West State Road, Olean, NY, 14760, Tax ID: 4120009406200020000 0.00, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **310 West Columbus Ave, Corry, PA, 16407, Tax ID: 7012047000503.00, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **5550 Interstate Blvd, Austintown, OH, 44515, Tax ID: 48-050-0-007.01-0, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **4896 Everhard Road, Canton, OH, 44718, Tax ID: 1616229, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **804 Boardman-Poland Rd, Youngstown, OH, 44512, Tax ID: 29-017-0-091.00-0, Lease #: 30259872** | |
|---|---|---|---|
| | State the term remaining | **2/28/2027** | **Spirit Master Funding III, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300 Dallas, TX 75201** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  **Unique Ventures Group LLC**                                                    Case number (*if known*)    **17-20526**
     First Name       Middle Name       Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **219 East Central Avenue, Titusville, PA, 16354, Tax ID: 59-0-047627, Lease #: 30264854** | |
| | State the term remaining | **2/28/2027** | **Spirit Master Funding IV, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300** **Dallas, TX 75201** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **5180 Tiedeman Road, Brooklyn, OH, 44144, Tax ID: 433-17-015, Lease #: 30290992** | |
| | State the term remaining | **2/28/2027** | **Spirit Master Funding IV, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300** **Dallas, TX 75201** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **2945 E. State Street, Hermitage, PA, 16148, Lease #: 30291155** | |
| | State the term remaining | **2/28/2027** | **Spirit Master Funding IV, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300** **Dallas, TX 75201** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **658 US Route 250, Ashland, OH, 44805, Tax ID: 125-014-0-0009-01, Lease #: 30306237** | |
| | State the term remaining | **2/28/2027** | **Spirit Master Funding IV, LLC** |
| | List the contract number of any government contract | | **2727 N Harwood St  Ste 300** **Dallas, TX 75201** |

**Fill in this information to identify the case:**

Debtor name      **Unique Ventures Group LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **17-20526**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **CBK Futures, Inc.** | **26145 Center Ridge Rd.**<br>**Westlake, OH 44145-4015**<br>**Unique Ventures quaranteed the leases for**<br>**CBK Furtures which consists of BK**<br>**Franchise** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Unique Ventures Group LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **17-20526**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,269,111.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$37,879,074.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$38,537,709.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* **17-20526** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **VARIOUS** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **SEE SOFA SCEHDULE "3"** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **VARIOUS** | | **Unknown** | **SEE SOFA SCHEDULE "4"** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Unique Ventures versus Sherwood GD 14-10456** | **Contract action over personal service contracts** | **Allegheny County Court House Grant street Pittsburgh, PA 15222** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Unique Venures versus Kenneth Stiles GD 14-010456 GD 16-006414** | **Negligence and malpractice claims against Kenneth Stiles** | **Allegheny County Court House Grant street Pittsburgh, PA 15222** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Unique Ventures Group LLC** | | Case number _(if known)_ | **17-20526** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Unique Ventures / Receivership**<br>**GD 16-002322** | **Initiated to deal with ownership and other issues** | **Allegheny County Court House**<br>**Grant street**<br>**Pittsburgh, PA 15222** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Unique/Elite versus Citizens Bank**<br>**GD 16-018357** | **Initiated to compell release of documents related to improper accounts.** | **Allegheny County Court House**<br>**Grant street**<br>**Pittsburgh, PA 15222** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Buckeye Concepts versus Unique Ventures Group, LLC**<br>**2015 CV 1984** | **Dispute over remaining term of automatically renewed contract and damages in opposition.** | **Trumbull County Court House**<br>**161 High St NW**<br>**Warren, OH 44481** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Phillip Magmore versus Unique Ventures Group LLC, Eric Cejer and Mary Lou Hogan**<br>**CV 16-857917** | **Employment harrasment allegations settled in mediation** | **Cuyahoga County Court of Common Pleas**<br>**Courts Tower-Justice Center**<br>**1200 Ontario St**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Jeffrey Korn versus Unqiue Ventures Group LLC**<br>**CLEB4-43545-08112016** | **Employee disability dispute resolved in mediation** | **Ohio Civil Rights Commission**<br>**Rhodes State Office Tower**<br>**30 E Broad St 5th Flr**<br>**Columbus, OH 43215** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Shannon Bockmann versus Unique Ventures Group LLC**<br>**16-CV-00521-EAW** | **Gender discrimination allegations related to breast milk accomodations** | **US District Court, Western NY**<br>**2 Niagara Square**<br>**Buffalo, NY 14202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Brenda Brown versus Unique Ventures Group LLC**<br>**CV-16-858085** | **Restaurant customer illness allegations** | **Cuyahoga County Court of Common Pleas**<br>**Courts Tower-Justice Center**<br>**1200 Ontario St**<br>**Cleveland, OH 44113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **KAPLAN et. vx. vs. UNIQUE VENTURES GROUP, LLC**<br>**G.D 16-013561** | **COLLECTION LAWSUIT** | **COURT OF COMMON PLEAS of ALLEGHENY COUNT** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* **17-20526** |
|---|---|---|

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Eric Bononi, Esq<br>20 N. Pennsylvania Avenue<br>Suite 201<br>Greensburg, PA 15601 | PURSUANT TO AN ORDER FROM THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY OF PENNSYLVANIA, ERIC E. BONONI WAS APPOINTED AS THE RECEIVER OF THE DEBTOR | Unknown |
| | **Case title**<br>UNIQUE VENTURES GROUP LLC RECEIVERSHIP | Court name and address |
| | **Case number**<br>GD-16-002322 | |
| | **Date of order or assignment**<br>Oct 21, 2016 | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Edinboro, Penna Perkins Resturant fire that occurred in the kitchen.** | **$835,000** | **05/26/2015** | **$835,000.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **DAVID K RUDOV** | **Attorney Fees** | **2-7-17** | **$12,500.00** |
| | **Email or website address**<br>**david@rudovlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor    **Unique Ventures Group LLC**                                    Case number *(if known)*    **17-20526**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **SCOTT M HARE** | **Attorney Fees** | **2-7-17** | **$12,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **100 First Avenue Suite 825 Pittsburgh, PA 15222-1514** | **03/01/2016 to 08/01/2016** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

| Debtor | **Unique Ventures Group LLC** | Case number *(if known)* **17-20526** |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Unique Ventures LLC 401 (k)** | EIN: **20-8008873** |

Has the plan been terminated?

☑ No

☐ Yes

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Pnc Bank**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor   **Unique Ventures Group LLC**                          Case number *(if known)*   **17-20526**

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Unique Ventures LLC Maintenance Facility**<br>**11299 Baco Road**<br>**Meadville, PA 16335** | **Maintenance employees**<br>**814-337-6300** | **Old equipment, new and refurbished spare parts and tools** | ☐ **No**<br>■ **Yes** |
| **StoreXpress - Robinson**<br>**4317 Campbells Run Rd**<br>**Pittsburgh, PA 15205** | **Michael Rusnock, 1000 Lengel Ave, Natrona Hts PA 15065**<br>**Michael Fleischauer, 5036 Orchard Ave, Bethel Park PA 15102**<br>**DeWayne Chandler, 613 Southern Ave Pittsburgh PA 15235**<br>**Arthur Rusnock, 3100 Faronia St, Pittsburgh PA 15204**<br>**David Brown, 301 Woodcrest Dr, Coraopolis PA 15108** | **Old restaurant equipment, and smallwares** | ☐ **No**<br>■ **Yes** |
| **Rent A Space**<br>**1100 Boyce Rd**<br>**Pittsburgh, PA 15241** | **Michael Rusnock, 1000 Lengel Ave, Natrona Hts PA 15065**<br>**Michael Fleischauer, 5036 Orchard Ave, Bethel Park PA 15102**<br>**DeWayne Chandler, 613 Southern Ave Pittsburgh PA 15235** | **Old restaurant equipment, furniture, and smallwares** | ☐ **No**<br>■ **Yes** |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

Debtor   **Unique Ventures Group LLC**                                      Case number *(if known)*   **17-20526**

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | CBK Ventures Inc. 26145 Center Ridge Road Westlake, OH 44145 | Alleged Resturant franchisee Burger Kings | EIN:   26-1948307 From-To   2008 to present |
| 25.2. | Robinson Hospitality Group, LLC 4893 Campbells Run Rd Pittsburgh, PA 15205 | Restaurant | EIN:   26-2995263 From-To   2009-2013 |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Kline, Keppel & Koryak, P.C. 611 William Penn Place Suite 302 Pittsburgh, PA 15219 | 2016 to present |
| 26a.2. | Case Sabitini CPA 470 Streets Run Road Pittsburgh, PA 15236-2023 | 2007 to 2016 |
| 26a.3. | McGill Power Bell & Associates LLP 623 State Street Meadville, PA 16335 | pre 2007-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Unique Ventures Group LLC**                                    Case number *(if known)*   **17-20526**

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Case Sabitini CPA**<br>**470 Streets Run Road**<br>**Pittsburgh, PA 15236-2023** | **2012** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **McGill Power Bell & Associates LLP**<br>**623 State Street**<br>**Meadville, PA 16335** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Spirit Master Funding III, LLC**<br>**2727 N Harwood St  Ste 300**<br>**Dallas, TX 75201** |
| 26d.2. | **Spirit Master Funding IV, LLC**<br>**2727 N Harwood St  Ste 300**<br>**Dallas, TX 75201** |
| 26d.3. | **Perkins & Marie Callender's, LLC**<br>**6075 Poplar Ave  Ste 800**<br>**Memphis, TN 38119-4709** |
| 26d.4. | **US Foods, Inc**<br>**8000 Bavaria Rd**<br>**Twinsburg, OH 44087** |
| 26d.5. | **Reinhart Foodservice**<br>**226 E View Dr**<br>**Mount Pleasant, PA 15666** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jack Kuhn** | **4318 Royal St George Drive**<br>**Avon, OH 44011** | **Partner** | **17.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Futures 663 LLC** | **1000 Lengel Avenue**<br>**Natrona Heights, PA 15065-1801** | **General Parner** | **34** |

Debtor    **Unique Ventures Group LLC**                                                      Case number *(if known)*    **17-20526**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Sabitini Family Parnership** | **4606 Brownsville Road Pittsburgh, PA 15236-1912** | **General partner** | **19.** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Michael I. Frangoulis Family LP** | **229 Yardley Way Pittsburgh, PA 15206-3908** | **General Partner** | **30.** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Unique Ventures Group LLC**                                          Case number *(if known)*  **17-20526**

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2017**

**/s/ Eric Bononi**                                                    **Eric Bononi**
Signature of individual signing on behalf of the debtor               Printed name

Position or relationship to debtor    **Receiver**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

---

| Date | Amount | Payee | Check | Ctrl |
|------|-------:|-------|-------|------|
| 1/7/2016 | $ 185.00 | A-1 SEPTIC TANK SERV, LLC | 45449 | 45449 |
| 1/7/2016 | $ 2,530.30 | ABCO FIRE PROTECTION,INC | 45450 | 45450 |
| 1/7/2016 | $ 992.93 | ALLPOINTS FOODSERVICE | 45451 | 45451 |
| 1/7/2016 | $ 2,646.07 | ALLY | 45452 | 45452 |
| 1/7/2016 | $ 34.33 | A & M FIRE AND SAFETY EQUIP IN | 45453 | 45453 |
| 1/7/2016 | $ 338.01 | PERKINS REST PETTY CASH | 45454 | 45454 |
| 1/7/2016 | $ 1,100.08 | AQUA OHIO INC | 45455 | 45455 |
| 1/7/2016 | $ 180.50 | ARMSTRONG | 45456 | 45456 |
| 1/7/2016 | $ 325.00 | ATOM-MATIC REFRIGERATION | 45457 | 45457 |
| 1/7/2016 | $ 766.17 | AT & T MOBILITY | 45458 | 45458 |
| 1/7/2016 | $ 452.50 | A TO Z PLUMBING & DRAIN SERVIC | 45459 | 45459 |
| 1/7/2016 | $ 286.43 | PERKINS REST PETTY CASH | 45460 | 45460 |
| 1/7/2016 | $ 129.29 | PERKINS REST PETTY CASH | 45461 | 45461 |
| 1/7/2016 | $ 977.75 | BANK OF AMERICA | 45462 | 45462 |
| 1/7/2016 | $ 284.63 | PERKINS REST PETTY CASH | 45463 | 45463 |
| 1/7/2016 | $ 286.70 | PERKINS REST PETTY CASH | 45464 | 45464 |
| 1/7/2016 | $ 203.78 | BUCKEYE STEEMER | 45465 | 45465 |
| 1/7/2016 | $ 35.32 | BURKHARDT SHEET METAL CO,INC | 45466 | 45466 |
| 1/7/2016 | $ 7,944.50 | BURNS CHEMICAL SERVICE | 45467 | 45467 |
| 1/7/2016 | $ 921.50 | BUY ROLLS.COM | 45468 | 45468 |
| 1/7/2016 | $ 238.50 | C & A TREES UNLIMITED INC | 45469 | 45469 |
| 1/7/2016 | $ 17,630.88 | CAPITAL ONE BANK | 45470 | 45470 |
| 1/7/2016 | $ 750.00 | CARBONS GOLDEN MALTED | 45471 | 45471 |
| 1/7/2016 | $ 415.22 | PERKINS REST PETTY CASH | 45472 | 45472 |
| 1/7/2016 | $ 4,150.44 | CINTAS CORP LOC 006 | 45473 | 45473 |
| 1/7/2016 | $ 521.01 | CITY OF TITUSVILLE | 45474 | 45474 |
| 1/7/2016 | $ 641.96 | CITY OF CORRY, PA | 45475 | 45475 |
| 1/7/2016 | $ 1,145.13 | CITY OF OLEAN WATER & SEWER | 45476 | 45476 |
| 1/7/2016 | $ 81.12 | CITY OF WARREN, UTIL. SERV. | 45477 | 45477 |
| 1/7/2016 | $ 614.90 | CITY LIGHTING PROD | 45478 | 45478 |
| 1/7/2016 | $ 4,518.82 | COCA COLA N AMER | 45479 | 45479 |
| 1/7/2016 | $ 372.54 | COCA COLA N AMER | 45480 | 45480 |
| 1/7/2016 | $ 616.01 | COLUMBIA GAS OF OHIO | 45481 | 45481 |
| 1/7/2016 | $ 102.26 | PERKINS REST PETTY CASH | 45482 | 45482 |
| 1/7/2016 | $ 31.80 | COZZINI BROS INC | 45483 | 45483 |
| 1/7/2016 | $ 248.00 | DARLING INT INC | 45484 | 45484 |
| 1/7/2016 | $ 168.00 | DAYMARK | 45485 | 45485 |
| 1/7/2016 | $ 99.95 | DEETS MECHANICAL INC | 45486 | 45486 |
| 1/7/2016 | $ 268.93 | DESANTIS JAN SPLY/PRTY SHP | 45487 | 45487 |
| 1/7/2016 | $ 477.00 | DOCTOR DEAD-BUG INC | 45488 | 45488 |
| 1/7/2016 | $ 1,565.92 | DOMINION EAST OHIO | 45489 | 45489 |
| 1/7/2016 | $ 220.00 | DRAIN D' ROOTER | 45490 | 45490 |
| 1/7/2016 | $ 99.64 | J.O. EHRLICH CO INC | 45491 | 45491 |
| 1/7/2016 | $ 266.53 | PERKINS REST PETTY CASH | 45492 | 45492 |
| 1/7/2016 | $ 636.00 | EXPERT SERV. EXTERMINATORS | 45493 | 45493 |
| 1/7/2016 | $ 540.95 | EXPERT SERVICE EXT INC | 45494 | 45494 |
| 1/7/2016 | $ 340.78 | PERKINS REST PETTY CASH | 45495 | 45495 |
| 1/7/2016 | $ 317.95 | FINE PRINT | 45496 | 45496 |
| 1/7/2016 | $ 87.62 | FISH WINDOW CLEANING | 45497 | 45497 |
| 1/7/2016 | $ 381.60 | FM CLEANING SERVICES INC | 45498 | 45498 |
| 1/7/2016 | $ 197.90 | PERKINS REST PETTY CASH | 45499 | 45499 |
| 1/7/2016 | $ 256.40 | FRANKLIN MACHINE PROD | 45500 | 45500 |
| 1/7/2016 | $ 360.69 | GOLDNER ASSOCIATES | 45501 | 45501 |
| 1/7/2016 | $ 810.78 | GREENVILLE WATER AUTH | 45502 | 45502 |

| 1/7/2016 | $ | 93.59 | GUARDIAN ALARM CO | 45503 | 45503 |
|---|---|---|---|---|---|
| 1/7/2016 | $ | 5.00 | HAB-BPT | 45504 | 45504 |
| 1/7/2016 | $ | 147.36 | HAGUE CRYSTAL CLEARWATER | 45505 | 45505 |
| 1/7/2016 | $ | 507.25 | HERITAGE FOOD SERVICE GROUP IN | 45506 | 45506 |
| 1/7/2016 | $ | 217.04 | THE HITE CO | 45507 | 45507 |
| 1/7/2016 | $ | 290.94 | PERKINS REST PETTY CASH | 45508 | 45508 |
| 1/7/2016 | $ | 734.60 | HUZZYS REFRIGERATION INC | 45509 | 45509 |
| 1/7/2016 | $ | 219.54 | THE ILLUMINATING CO | 45510 | 45510 |
| 1/7/2016 | $ | 3.07 | IRWIN'S OFFICE SUPPLIES | 45511 | 45511 |
| 1/7/2016 | $ | 5,071.34 | DAWN M JADRYCH | 45512 | 45512 |
| 1/7/2016 | $ | 5,071.34 | MARK A JADRYCH | 45513 | 45513 |
| 1/7/2016 | $ | 428.78 | PERKINS REST PETTY CASH | 45514 | 45514 |
| 1/7/2016 | $ | 381.92 | PERKINS REST PETTY CASH | 45515 | 45515 |
| 1/7/2016 | $ | 434.60 | KENS CUSTOM UPHOLSTERING | 45516 | 45516 |
| 1/7/2016 | $ | 47.27 | PERKINS REST PETTY CASH | 45517 | 45517 |
| 1/7/2016 | $ | 46.94 | KLINE PEST CONTROL CO INC | 45518 | 45518 |
| 1/7/2016 | $ | 17.50 | LAMANTIA PRODUCE | 45519 | 45519 |
| 1/7/2016 | $ | 296.11 | PERKINS REST PETTY CASH | 45520 | 45520 |
| 1/7/2016 | $ | 231.86 | PERKINS REST PETTY CASH | 45521 | 45521 |
| 1/7/2016 | $ | 237.00 | PERKINS REST PETTY CASH | 45522 | 45522 |
| 1/7/2016 | $ | 260.00 | MEADVILLE TRIBUNE | 45523 | 45523 |
| 1/7/2016 | $ | 22.36 | MIDWEST SYSTEMS & SERVICES INC | 45524 | 45524 |
| 1/7/2016 | $ | 98.17 | PERKINS REST PETTY CASH | 45525 | 45525 |
| 1/7/2016 | $ | 3,470.74 | MUZAK LLC | 45526 | 45526 |
| 1/7/2016 | $ | 2,675.03 | NEW YORK STATE ELEC & GAS | 45527 | 45527 |
| 1/7/2016 | $ | 2,244.76 | NU CO2 LLC | 45528 | 45528 |
| 1/7/2016 | $ | 3,224.65 | OHIO EDISON CO | 45529 | 45529 |
| 1/7/2016 | $ | 325.67 | PERKINS REST PETTY CASH | 45530 | 45530 |
| 1/7/2016 | $ | 85.60 | ORKIN PEST CNTRL #928 | 45531 | 45531 |
| 1/7/2016 | $ | 11,111.50 | OSTERBERG REFRIGERATION | 45532 | 45532 |
| 1/7/2016 | $ | 198.75 | C T PARKER ENT | 45533 | 45533 |
| 1/7/2016 | $ | 3,407.42 | PENELEC | 45534 | 45534 |
| 1/7/2016 | $ | 28.68 | PENN POWER | 45535 | 45535 |
| 1/7/2016 | $ | 632.25 | PEOPLES NATURAL GAS | 45536 | 45536 |
| 1/7/2016 | $ | 438.74 | PERKINS REST PETTY CASH | 45537 | 45537 |
| 1/7/2016 | $ | 51.36 | PLANT GUYS | 45538 | 45538 |
| 1/7/2016 | $ | 217.06 | PLUMBMASTER INC | 45539 | 45539 |
| 1/7/2016 | $ | 598.35 | PLYLER OVERHEAD DOOR CO | 45540 | 45540 |
| 1/7/2016 | $ | 608.54 | PURCHASE POWER | 45541 | 45541 |
| 1/7/2016 | $ | 443.53 | PERKINS REST PETTY CASH | 45542 | 45542 |
| 1/7/2016 | $ | 1,025.00 | REGIONAL ROOFING & CONST | 45543 | 45543 |
| 1/7/2016 | $ | 4,024.96 | REPUBLIC WASTE SERVICE | 45544 | 45544 |
| 1/7/2016 | $ | 183.47 | PERKINS REST PETTY CASH | 45545 | 45545 |
| 1/7/2016 | $ | 151.55 | PERKINS REST PETTY CASH | 45546 | 45546 |
| 1/7/2016 | $ | 250.00 | MICHAEL RUSNOCK | 45547 | 45547 |
| 1/7/2016 | $ | 165.15 | SECURITY PRODUCTS INC | 45548 | 45548 |
| 1/7/2016 | $ | 1,208.37 | SHOES FOR CREWS LLC | 45549 | 45549 |
| 1/7/2016 | $ | 259.99 | STAPLES ADVANTAGE | 45550 | 45550 |
| 1/7/2016 | $ | 565.91 | STARK CO METRO SEWER DIST | 45551 | 45551 |
| 1/7/2016 | $ | 445.97 | PERKINS REST PETTY CASH | 45552 | 45552 |
| 1/7/2016 | $ | 70.22 | PERKINS REST PETTY CASH | 45553 | 45553 |
| 1/7/2016 | $ | 1,563.50 | THOMAS QUALITY CLEANING | 45554 | 45554 |
| 1/7/2016 | $ | 618.51 | TRAVAGLINI ENT INC | 45555 | 45555 |
| 1/7/2016 | $ | 2,901.51 | TRI COUNTY IND. | 45556 | 45556 |
| 1/7/2016 | $ | 10.51 | UPS | 45557 | 45557 |

| Date | | Amount | Payee | Check # | Check # |
|---|---|---|---|---|---|
| 1/7/2016 | $ | 1,035.99 | US FOODS CULINARY EQUIP & SUPP | 45558 | 45558 |
| 1/7/2016 | $ | 33.06 | VECTOR SECURITY, INC | 45559 | 45559 |
| 1/7/2016 | $ | 819.62 | VERIZON | 45560 | 45560 |
| 1/7/2016 | $ | 1,258.00 | VERNON TWP SANITATION AUTH | 45561 | 45561 |
| 1/7/2016 | $ | 399.02 | VOGELS DISP SERVICE INC | 45562 | 45562 |
| 1/7/2016 | $ | 123.32 | PERKINS REST PETTY CASH | 45563 | 45563 |
| 1/7/2016 | $ | 905.08 | WASTE MANAGEMENT OHIO INC | 45564 | 45564 |
| 1/7/2016 | $ | 65.33 | WEBER ELECTRIC SUPPLY | 45565 | 45565 |
| 1/7/2016 | $ | 1,325.00 | WESTERMANS COMM CLNG | 45566 | 45566 |
| 1/7/2016 | $ | 1,110.55 | WEX BANK | 45567 | 45567 |
| 1/7/2016 | $ | 40.00 | WEYMANS LANDSCAPE | 45568 | 45568 |
| 1/7/2016 | $ | 1,241.63 | JOHN WEISS CARPET & UPH CL | 45569 | 45569 |
| 1/7/2016 | $ | 179.14 | WILSON BLDG. SUPPLY, INC | 45570 | 45570 |
| 1/7/2016 | $ | 70.20 | WINDOW KING INC | 45571 | 45571 |
| 1/7/2016 | $ | 151.05 | YARDMASTER OF PENNSYLVANIA LLC | 45572 | 45572 |
| 1/7/2016 | $ | 101.85 | W C ZABEL CO | 45573 | 45573 |
| 1/7/2016 | $ | 2,811.14 | W C ZABEL CO | 45574 | 45574 |
| 1/14/2016 | $ | 525.90 | AT&T | 45575 | 45575 |
| 1/14/2016 | $ | 216.70 | AT&T | 45576 | 45576 |
| 1/14/2016 | $ | 35.00 | CARDINAL MOONEY HIGH SCHOOL | 45577 | 45577 |
| 1/14/2016 | $ | 792.35 | CHRYSLER CAPITAL | 45578 | 45578 |
| 1/14/2016 | $ | 36.00 | COMMONWEALTH OF PA | 45579 | 45579 |
| 1/14/2016 | $ | 408.90 | COMMUNITY CHEVROLET | 45580 | 45580 |
| 1/14/2016 | $ | 51,111.47 | CUYAHOGA CO TREASURER | 45581 | 45581 |
| 1/14/2016 | $ | 85.00 | DISCOVERY BENEFITS INC | 45582 | 45582 |
| 1/14/2016 | $ | 2,127.71 | DOMINION EAST OHIO | 45583 | 45583 |
| 1/14/2016 | $ | 495.00 | FOSTER TWP SEWER FUND | 45584 | 45584 |
| 1/14/2016 | $ | 111.62 | GREAT WAVE COMMUNICATIONS | 45585 | 45585 |
| 1/14/2016 | $ | 787.50 | HARRINGTON HOPPE & MITCHELL LT | 45586 | 45586 |
| 1/14/2016 | $ | 599.04 | MARY LOU HOGAN | 45587 | 45587 |
| 1/14/2016 | $ | 2,051.67 | HOME DEPOT CREDIT SERVICES | 45588 | 45588 |
| 1/14/2016 | $ | 2,426.97 | THE ILLUMINATING CO | 45589 | 45589 |
| 1/14/2016 | $ | 519.55 | J & B ACOUSTICAL INC | 45590 | 45590 |
| 1/14/2016 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 45591 | 45591 |
| 1/14/2016 | $ | 2,604.00 | MILLCREEK TWP SEW&WAT AUTH | 45592 | 45592 |
| 1/14/2016 | $ | 3,777.86 | NATIONAL FUEL | 45593 | 45593 |
| 1/14/2016 | $ | 4,403.50 | NATIONAL GRID | 45594 | 45594 |
| 1/14/2016 | $ | 7,629.65 | PENELEC | 45595 | 45595 |
| 1/14/2016 | $ | 6,260.59 | PENN POWER | 45596 | 45596 |
| 1/14/2016 | $ | 1,006.78 | UGI ENERGYLINK | 45597 | 45597 |
| 1/14/2016 | $ | 250.76 | UNITED REFINING CO OF PA | 45598 | 45598 |
| 1/14/2016 | $ | 631.72 | VERIZON | 45599 | 45599 |
| 1/14/2016 | $ | 1,029.50 | VERNON TWP WATER AUTH | 45600 | 45600 |
| 1/14/2016 | $ | 2,050.00 | MARK A VILLERS | 45601 | 45601 |
| 1/14/2016 | $ | 234.98 | PERKINS REST PETTY CASH | 45602 | 45602 |
| 1/14/2016 | $ | 37.65 | WINDSTREAM | 45603 | 45603 |
| 1/21/2016 | $ | 370.00 | A-1 SEPTIC TANK SERV, LLC | 45604 | 45604 |
| 1/21/2016 | $ | 272.66 | A & B SERVICE | 45605 | 45605 |
| 1/21/2016 | $ | 209.31 | ABCO FIRE PROTECTION,INC | 45606 | 45606 |
| 1/21/2016 | $ | 161.12 | AKAM'S CLEANING | 45607 | 45607 |
| 1/21/2016 | $ | 1,054.22 | ALLPOINTS FOODSERVICE | 45608 | 45608 |
| 1/21/2016 | $ | 346.00 | AMERICAN FARMS PRODUCE | 45609 | 45609 |
| 1/21/2016 | $ | 63.45 | AMERICHOICE INC | 45610 | 45610 |
| 1/21/2016 | $ | 91.16 | ANDERSON ELECTRIC | 45611 | 45611 |
| 1/21/2016 | $ | 606.37 | AQUA PENNSYLVANIA | 45612 | 45612 |

| Date | | Amount | Payee | Check | Check |
|------|---|--------|-------|-------|-------|
| 1/21/2016 | $ | 316.00 | ARLINGTON LAWNCARE | 45613 | 45613 |
| 1/21/2016 | $ | 6,094.64 | ATOM-MATIC REFRIGERATION | 45614 | 45614 |
| 1/21/2016 | $ | 673.65 | AT&T | 45615 | 45615 |
| 1/21/2016 | $ | 100.00 | DOUG BEUGLY | 45616 | 45616 |
| 1/21/2016 | $ | 597.00 | BJS CARPET CLEANING | 45617 | 45617 |
| 1/21/2016 | $ | 205.61 | BOROUGH OF INDIANA | 45618 | 45618 |
| 1/21/2016 | $ | 50.00 | BRUNNER LANDSCAPING & SUPPLY | 45619 | 45619 |
| 1/21/2016 | $ | 5,371.67 | BURNS CHEMICAL SERVICE | 45620 | 45620 |
| 1/21/2016 | $ | 2,676.70 | BUY ROLLS.COM | 45621 | 45621 |
| 1/21/2016 | $ | 1,100.00 | CARBONS GOLDEN MALTED | 45622 | 45622 |
| 1/21/2016 | $ | 1,566.52 | CASELLA WASTE SERVICE 60 | 45623 | 45623 |
| 1/21/2016 | $ | 85.00 | JEFFREY CASWELL | 45624 | 45624 |
| 1/21/2016 | $ | 4,554.81 | CINTAS CORP LOC 006 | 45625 | 45625 |
| 1/21/2016 | $ | 903.81 | CONNEAUT WATER & SEWER DPT | 45626 | 45626 |
| 1/21/2016 | $ | 200.00 | CITY OF WARREN | 45627 | 45627 |
| 1/21/2016 | $ | 399.34 | CITY LIGHTING PROD | 45628 | 45628 |
| 1/21/2016 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 45629 | 45629 |
| 1/21/2016 | $ | 3,377.89 | COCA COLA N AMER | 45630 | 45630 |
| 1/21/2016 | $ | 843.73 | COCA COLA N AMER | 45631 | 45631 |
| 1/21/2016 | $ | 2,180.48 | COLUMBIA GAS OF PA | 45632 | 45632 |
| 1/21/2016 | $ | 1,168.98 | COLUMBIA GAS OF OHIO | 45633 | 45633 |
| 1/21/2016 | $ | 1,227.11 | CRANBERRY TOWNSHIP | 45634 | 45634 |
| 1/21/2016 | $ | 175.00 | DALTON'S SAN-SER | 45635 | 45635 |
| 1/21/2016 | $ | 490.00 | DARLING INT INC | 45636 | 45636 |
| 1/21/2016 | $ | 249.90 | DEETS MECHANICAL INC | 45637 | 45637 |
| 1/21/2016 | $ | 98.79 | DESANTIS JAN SPLY/PRTY SHP | 45638 | 45638 |
| 1/21/2016 | $ | 1,563.43 | DIRECT ENERGY | 45639 | 45639 |
| 1/21/2016 | $ | 27.40 | DIX COMMUNICATIONS | 45640 | 45640 |
| 1/21/2016 | $ | 584.50 | DOCTOR DEAD-BUG INC | 45641 | 45641 |
| 1/21/2016 | $ | 1,908.31 | DOMINION EAST OHIO | 45642 | 45642 |
| 1/21/2016 | $ | 4,255.90 | DUST BUSTERS SERVICE | 45643 | 45643 |
| 1/21/2016 | $ | 250.00 | EDINBORO VOL FIRE DEPT | 45644 | 45644 |
| 1/21/2016 | $ | 184.89 | ERIE BEARING CO | 45645 | 45645 |
| 1/21/2016 | $ | 100.00 | ERIE VA MEDICAL CENTER | 45646 | 45646 |
| 1/21/2016 | $ | 205.91 | FRONTIER | 45647 | 45647 |
| 1/21/2016 | $ | 100.00 | GERALD R FRY CO INC | 45648 | 45648 |
| 1/21/2016 | $ | 630.63 | GOLDNER ASSOCIATES | 45649 | 45649 |
| 1/21/2016 | $ | 322.43 | GRAINGER | 45650 | 45650 |
| 1/21/2016 | $ | 740.38 | GREEN APPLE BARTER SERVICE | 45651 | 45651 |
| 1/21/2016 | $ | 111.13 | HERITAGE FOOD SERVICE GROUP IN | 45652 | 45652 |
| 1/21/2016 | $ | 52,631.49 | HIGHMARK BLUE SHIELD | 45653 | 45653 |
| 1/21/2016 | $ | 8,491.17 | THE ILLUMINATING CO | 45654 | 45654 |
| 1/21/2016 | $ | 1,028.00 | JV SURFACE WATER SERVICES | 45655 | 45655 |
| 1/21/2016 | $ | 233.20 | KENS CUSTOM UPHOLSTERING | 45656 | 45656 |
| 1/21/2016 | $ | 250.00 | LEWSCO SNOWPLOWING INC | 45657 | 45657 |
| 1/21/2016 | $ | 55.26 | LUMINOUS WATER SOLUTIONS INC | 45658 | 45658 |
| 1/21/2016 | $ | 837.30 | MIKE MAZUREK & SON | 45659 | 45659 |
| 1/21/2016 | $ | 55.00 | MEADVILLE TRIBUNE | 45660 | 45660 |
| 1/21/2016 | $ | 379.48 | MEADVILLE PLATE GLASS CO | 45661 | 45661 |
| 1/21/2016 | $ | 85.32 | R E MICHEL CO | 45662 | 45662 |
| 1/21/2016 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 45663 | 45663 |
| 1/21/2016 | $ | 4,286.63 | NATIONAL FUEL RESOURCES | 45664 | 45664 |
| 1/21/2016 | $ | 192.49 | NESHANNOCK TOWNSHIP SEWER | 45665 | 45665 |
| 1/21/2016 | $ | 801.80 | NU CO2 LLC | 45666 | 45666 |
| 1/21/2016 | $ | 6,190.34 | OHIO EDISON CO | 45667 | 45667 |

| | | | | |
|---|---|---|---|---|
| 1/21/2016 | $ | 40.77 | ORKIN PEST CNTRL #928 | 45668 | 45668 |
| 1/21/2016 | $ | 831.00 | OSTERBERG REFRIGERATION | 45669 | 45669 |
| 1/21/2016 | $ | 46.75 | J S PALUCH CO INC | 45670 | 45670 |
| 1/21/2016 | $ | 4,802.00 | PA TOURISM SIGNING TRUST | 45671 | 45671 |
| 1/21/2016 | $ | 175.00 | THE PENGUIN CLUB | 45672 | 45672 |
| 1/21/2016 | $ | 1,451.33 | PA AMERICAN WATER | 45673 | 45673 |
| 1/21/2016 | $ | 64.05 | PENNIMAN BROS LANDSCAPING | 45674 | 45674 |
| 1/21/2016 | $ | 6,559.54 | PENN POWER | 45675 | 45675 |
| 1/21/2016 | $ | 724.15 | PEOPLES NATURAL GAS | 45676 | 45676 |
| 1/21/2016 | $ | 680.05 | RED BOOK SOLUTIONS | 45677 | 45677 |
| 1/21/2016 | $ | 1,575.00 | REGIONAL ROOFING & CONST | 45678 | 45678 |
| 1/21/2016 | $ | 257.00 | REPCO REPLACEMENT | 45679 | 45679 |
| 1/21/2016 | $ | 368.77 | ROTO ROOTER | 45680 | 45680 |
| 1/21/2016 | $ | 92.44 | RUMPKE CONSOLIDATED | 45681 | 45681 |
| 1/21/2016 | $ | 1,060.00 | SIGN SAVERS | 45682 | 45682 |
| 1/21/2016 | $ | 1,991.96 | SHOES FOR CREWS LLC | 45683 | 45683 |
| 1/21/2016 | $ | 2,351.87 | STAPLES ADVANTAGE | 45684 | 45684 |
| 1/21/2016 | $ | 1,248.00 | STATE SECURITY&INVESTIGATION S | 45685 | 45685 |
| 1/21/2016 | $ | 90.10 | T'S WINDOW CLEANING | 45686 | 45686 |
| 1/21/2016 | $ | 1,601.17 | CHRISTOPHER TAYLOR | 45687 | 45687 |
| 1/21/2016 | $ | 70.00 | T G SERVICES LLC | 45688 | 45688 |
| 1/21/2016 | $ | 3,420.89 | TRAVAGLINI ENT MAINT DEPT | 45689 | 45689 |
| 1/21/2016 | $ | 200.00 | TREAS STATE OF OH-OHEPA | 45690 | 45690 |
| 1/21/2016 | $ | 350.00 | TRONE OUTDOOR ADVERTISING | 45691 | 45691 |
| 1/21/2016 | $ | 18.45 | TRUMBULL INDUSTRIES | 45692 | 45692 |
| 1/21/2016 | $ | 2,734.03 | UNITED CONCORDIA | 45693 | 45693 |
| 1/21/2016 | $ | 116.51 | UNITED REFRIGERATION INC | 45694 | 45694 |
| 1/21/2016 | $ | 1.25 | UPS | 45695 | 45695 |
| 1/21/2016 | $ | 1,853.02 | US FOODS CULINARY EQUIP & SUPP | 45696 | 45696 |
| 1/21/2016 | $ | 99.19 | VENANGO SUPPLY PLBG & HTG | 45697 | 45697 |
| 1/21/2016 | $ | 553.09 | VERIZON | 45698 | 45698 |
| 1/21/2016 | $ | 4,174.11 | WASTE MANAGEMENT | 45699 | 45699 |
| 1/21/2016 | $ | 203.58 | WATKINS LIGHTING & SIGN MAINT | 45700 | 45700 |
| 1/21/2016 | $ | 582.95 | WEBER ELECTRIC SUPPLY | 45701 | 45701 |
| 1/21/2016 | $ | 572.62 | WEST PENN POWER | 45702 | 45702 |
| 1/21/2016 | $ | 720.00 | WEYMANS LANDSCAPE | 45703 | 45703 |
| 1/21/2016 | $ | 624.71 | WHITE TWP SEWER SERVICE | 45704 | 45704 |
| 1/21/2016 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 45705 | 45705 |
| 1/21/2016 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 45706 | 45706 |
| 1/21/2016 | $ | 917.92 | WINDSTREAM | 45707 | 45707 |
| 1/21/2016 | $ | 29.19 | WINTERS PLUMBING | 45708 | 45708 |
| 1/21/2016 | $ | 1,163.65 | YO. WATER DEPT | 45709 | 45709 |
| 1/21/2016 | $ | 91.34 | W C ZABEL CO | 45710 | 45710 |
| 1/28/2016 | $ | 3,459.83 | AMER ELEC POWER | 45711 | 45711 |
| 1/28/2016 | $ | 397.58 | AQUA OHIO INC | 45712 | 45712 |
| 1/28/2016 | $ | 520.08 | AT&T | 45713 | 45713 |
| 1/28/2016 | $ | 65.43 | AT&T | 45714 | 45714 |
| 1/28/2016 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 45715 | 45715 |
| 1/28/2016 | $ | 5,333.51 | BOROUGH OF GROVE CITY | 45716 | 45716 |
| 1/28/2016 | $ | 731.71 | CITY OF HERMITAGE | 45717 | 45717 |
| 1/28/2016 | $ | 270.00 | CITY TREASURER- MEADVILLE | 45718 | 45718 |
| 1/28/2016 | $ | 409.60 | CITY OF BRADFORD TREASURER | 45719 | 45719 |
| 1/28/2016 | $ | 2,635.55 | COLUMBIA GAS OF PA | 45720 | 45720 |
| 1/28/2016 | $ | 180.41 | CONSOLIDATED COMMUNICATIONS | 45721 | 45721 |
| 1/28/2016 | $ | 763.04 | DIRECT ENERGY | 45722 | 45722 |

| | | | | | |
|---|---|---|---|---|---|
| 1/28/2016 | $ | 2,845.93 | DIRECT ENERGY | 45723 | 45723 |
| 1/28/2016 | $ | 57.65 | EARTHLINK INC | 45724 | 45724 |
| 1/28/2016 | $ | 3,000.00 | ELMHURST PROP INC | 45725 | 45725 |
| 1/28/2016 | $ | 2,500.00 | GERALD R FRY CO INC | 45726 | 45726 |
| 1/28/2016 | $ | 4,564.33 | GAR FIELD CLUB LP | 45727 | 45727 |
| 1/28/2016 | $ | 447.14 | HAGAN BUS MACH MEADVILLE | 45728 | 45728 |
| 1/28/2016 | $ | 138.50 | HOME RULE BORO | 45729 | 45729 |
| 1/28/2016 | $ | 2,739.35 | THE ILLUMINATING CO | 45730 | 45730 |
| 1/28/2016 | $ | 1,000.00 | PETER & CAROL KAPLAN | 45731 | 45731 |
| 1/28/2016 | $ | 9,796.23 | OHIO EDISON CO | 45732 | 45732 |
| 1/28/2016 | $ | 20,044.36 | PENELEC | 45733 | 45733 |
| 1/28/2016 | $ | 806.31 | PA AMERICAN WATER | 45734 | 45734 |
| 1/28/2016 | $ | 557.25 | PA MUNICIPAL SERVICE CO | 45735 | 45735 |
| 1/28/2016 | $ | 1,078.00 | POSTMASTER | 45736 | 45736 |
| 1/28/2016 | $ | 206.88 | SIRIUS XM RADIO | 45737 | 45737 |
| 1/28/2016 | $ | 7,000.00 | SIGN SAVERS | 45738 | 45738 |
| 1/28/2016 | $ | 2,718.00 | JOSEPH M SPINE & SONS | 45739 | 45739 |
| 1/28/2016 | $ | 3,763.00 | S & W COMMERCIAL CLEANING | 45740 | 45740 |
| 1/28/2016 | $ | 3,300.00 | TRAVAGLINI ENT INC | 45741 | 45741 |
| 1/28/2016 | $ | 1,781.63 | TRUM CO WATER SEWER | 45742 | 45742 |
| 1/28/2016 | $ | 501.13 | UGI ENERGYLINK | 45743 | 45743 |
| 1/28/2016 | $ | 591.63 | VERIZON | 45744 | 45744 |
| 1/28/2016 | $ | 2,025.00 | MARK A VILLERS | 45745 | 45745 |
| 1/28/2016 | $ | 71.83 | WINDSTREAM | 45746 | 45746 |
| 1/28/2016 | $ | 1,429.07 | YO. WATER DEPT | 45747 | 45747 |
| 1/28/2016 | $ | 269.00 | ZONE PUBLISHING | 45748 | 45748 |
| 2/4/2016 | $ | 177.02 | A & B SERVICE | 45749 | 45749 |
| 2/4/2016 | $ | 250.64 | ABCO FIRE PROTECTION,INC | 45750 | 45750 |
| 2/4/2016 | $ | 1,250.57 | ALLPOINTS FOODSERVICE | 45751 | 45751 |
| 2/4/2016 | $ | 212.00 | AL'S AWNING SHOP INC | 45752 | 45752 |
| 2/4/2016 | $ | 257.00 | AMERICHEK INC | 45753 | 45753 |
| 2/4/2016 | $ | 163.01 | PERKINS REST PETTY CASH | 45754 | 45754 |
| 2/4/2016 | $ | 1,661.00 | ARLINGTON LAWNCARE | 45755 | 45755 |
| 2/4/2016 | $ | 184.90 | ARMSTRONG | 45756 | 45756 |
| 2/4/2016 | $ | 307.00 | ASHLAND COUNTY HEALTH DEPARTME | 45757 | 45757 |
| 2/4/2016 | $ | 4,803.76 | ATOM-MATIC REFRIGERATION | 45758 | 45758 |
| 2/4/2016 | $ | 1,122.03 | A TO Z PLUMBING & DRAIN SERVIC | 45759 | 45759 |
| 2/4/2016 | $ | 166.28 | PERKINS REST PETTY CASH | 45760 | 45760 |
| 2/4/2016 | $ | 358.49 | PERKINS REST PETTY CASH | 45761 | 45761 |
| 2/4/2016 | $ | 160.72 | PERKINS REST PETTY CASH | 45762 | 45762 |
| 2/4/2016 | $ | 314.03 | PERKINS REST PETTY CASH | 45763 | 45763 |
| 2/4/2016 | $ | 203.78 | BUCKEYE STEEMER | 45764 | 45764 |
| 2/4/2016 | $ | 8,328.07 | BURNS CHEMICAL SERVICE | 45765 | 45765 |
| 2/4/2016 | $ | 785.55 | BUY ROLLS.COM | 45766 | 45766 |
| 2/4/2016 | $ | 1,820.00 | CARBONS GOLDEN MALTED | 45767 | 45767 |
| 2/4/2016 | $ | 705.42 | PERKINS REST PETTY CASH | 45768 | 45768 |
| 2/4/2016 | $ | 100.00 | CATTARAUGUS CO HEALTH DEPT | 45769 | 45769 |
| 2/4/2016 | $ | 267.89 | CENTURY LINK | 45770 | 45770 |
| 2/4/2016 | $ | 4,159.55 | CINTAS CORP LOC 006 | 45771 | 45771 |
| 2/4/2016 | $ | 526.35 | CITY OF TITUSVILLE | 45772 | 45772 |
| 2/4/2016 | $ | 900.75 | CITY OF CORRY, PA | 45773 | 45773 |
| 2/4/2016 | $ | 368.00 | CITY OF ASHTABULA FOOD SERV PR | 45774 | 45774 |
| 2/4/2016 | $ | 4,932.97 | CITY OF NILES | 45775 | 45775 |
| 2/4/2016 | $ | 1,665.22 | CITY LIGHTING PROD | 45776 | 45776 |
| 2/4/2016 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 45777 | 45777 |

| | | | | |
|---|---|---|---|---|
| 2/4/2016 | $ | 158.05 | COCA COLA N AMER | 45778 | 45778 |
| 2/4/2016 | $ | 2,169.19 | COLUMBIA GAS OF OHIO | 45779 | 45779 |
| 2/4/2016 | $ | 574.00 | COMMONWEALTH OF PA | 45780 | 45780 |
| 2/4/2016 | $ | 245.00 | CONN CITY HEALTH DEPT | 45781 | 45781 |
| 2/4/2016 | $ | 202.59 | PERKINS REST PETTY CASH | 45782 | 45782 |
| 2/4/2016 | $ | 31.80 | COZZINI BROS INC | 45783 | 45783 |
| 2/4/2016 | $ | 932.00 | CUYAHOGA CO BOARD OF HLTH | 45784 | 45784 |
| 2/4/2016 | $ | 175.00 | DALTON'S SAN-SER | 45785 | 45785 |
| 2/4/2016 | $ | 1,063.44 | DARLING INT INC | 45786 | 45786 |
| 2/4/2016 | $ | 54.89 | DESANTIS JAN SPLY/PRTY SHP | 45787 | 45787 |
| 2/4/2016 | $ | 2,519.51 | DIRECT ENERGY | 45788 | 45788 |
| 2/4/2016 | $ | 1,266.95 | DOCTOR DEAD-BUG INC | 45789 | 45789 |
| 2/4/2016 | $ | 1,591.25 | DOMINION EAST OHIO | 45790 | 45790 |
| 2/4/2016 | $ | 316.70 | PERKINS REST PETTY CASH | 45791 | 45791 |
| 2/4/2016 | $ | 57.65 | ERIE BEARING CO | 45792 | 45792 |
| 2/4/2016 | $ | 1,375.00 | ERIE COUNTY DEPT OF HEALTH | 45793 | 45793 |
| 2/4/2016 | $ | 3,671.06 | ERIE WATER WORKS | 45794 | 45794 |
| 2/4/2016 | $ | 241.63 | PERKINS REST PETTY CASH | 45795 | 45795 |
| 2/4/2016 | $ | 338.09 | FINE PRINT | 45796 | 45796 |
| 2/4/2016 | $ | 118.93 | PERKINS REST PETTY CASH | 45797 | 45797 |
| 2/4/2016 | $ | 100.00 | GERALD R FRY CO INC | 45798 | 45798 |
| 2/4/2016 | $ | 4,689.87 | GIVE KIDS THE WORLD | 45799 | 45799 |
| 2/4/2016 | $ | 923.29 | GOLDNER ASSOCIATES | 45800 | 45800 |
| 2/4/2016 | $ | 220.00 | GORDON & REES LLP | 45801 | 45801 |
| 2/4/2016 | $ | 115.64 | GREAT WAVE COMMUNICATIONS | 45802 | 45802 |
| 2/4/2016 | $ | 93.59 | GUARDIAN ALARM CO | 45803 | 45803 |
| 2/4/2016 | $ | 147.36 | HAGUE CRYSTAL CLEARWATER | 45804 | 45804 |
| 2/4/2016 | $ | 896.61 | HEATREX INC | 45805 | 45805 |
| 2/4/2016 | $ | 471.20 | PERKINS REST PETTY CASH | 45806 | 45806 |
| 2/4/2016 | $ | 220.54 | THE ILLUMINATING CO | 45807 | 45807 |
| 2/4/2016 | $ | 130.19 | IRWIN'S OFFICE SUPPLIES | 45808 | 45808 |
| 2/4/2016 | $ | 5,071.34 | DAWN M JADRYCH | 45809 | 45809 |
| 2/4/2016 | $ | 5,071.34 | MARK A JADRYCH | 45810 | 45810 |
| 2/4/2016 | $ | 297.07 | PERKINS REST PETTY CASH | 45811 | 45811 |
| 2/4/2016 | $ | 500.00 | JV SURFACE WATER SERVICES | 45812 | 45812 |
| 2/4/2016 | $ | 340.32 | PERKINS REST PETTY CASH | 45813 | 45813 |
| 2/4/2016 | $ | 233.20 | KENS CUSTOM UPHOLSTERING | 45814 | 45814 |
| 2/4/2016 | $ | 334.01 | PERKINS REST PETTY CASH | 45815 | 45815 |
| 2/4/2016 | $ | 1,850.00 | KRANZ CONSTRUCTION INC | 45816 | 45816 |
| 2/4/2016 | $ | 64.00 | LAMANTIA PRODUCE | 45817 | 45817 |
| 2/4/2016 | $ | 112.63 | PERKINS REST PETTY CASH | 45818 | 45818 |
| 2/4/2016 | $ | 307.43 | PERKINS REST PETTY CASH | 45819 | 45819 |
| 2/4/2016 | $ | 1,488.68 | MAHONING CO DIST BRD HLTH | 45820 | 45820 |
| 2/4/2016 | $ | 969.34 | PERKINS REST PETTY CASH | 45821 | 45821 |
| 2/4/2016 | $ | 1,490.15 | PERKINS REST PETTY CASH | 45822 | 45822 |
| 2/4/2016 | $ | 379.48 | MEADVILLE PLATE GLASS CO | 45823 | 45823 |
| 2/4/2016 | $ | 582.76 | R E MICHEL CO | 45824 | 45824 |
| 2/4/2016 | $ | 197.95 | MIDWEST SYSTEMS & SERVICES INC | 45825 | 45825 |
| 2/4/2016 | $ | 175.00 | MILLER SEWER | 45826 | 45826 |
| 2/4/2016 | $ | 77.03 | PERKINS REST PETTY CASH | 45827 | 45827 |
| 2/4/2016 | $ | 740.25 | NU CO2 LLC | 45828 | 45828 |
| 2/4/2016 | $ | 137.23 | PERKINS REST PETTY CASH | 45829 | 45829 |
| 2/4/2016 | $ | 85.60 | ORKIN PEST CNTRL #928 | 45830 | 45830 |
| 2/4/2016 | $ | 4,571.50 | OSTERBERG REFRIGERATION | 45831 | 45831 |
| 2/4/2016 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 45832 | 45832 |

| Date | | Amount | Payee | Check | Check |
|------|---|--------|-------|-------|-------|
| 2/4/2016 | $ | 914.59 | C T PARKER ENT | 45833 | 45833 |
| 2/4/2016 | $ | 3,494.35 | PENELEC | 45834 | 45834 |
| 2/4/2016 | $ | 655.71 | PA AMERICAN WATER | 45835 | 45835 |
| 2/4/2016 | $ | 78.91 | PENN POWER | 45836 | 45836 |
| 2/4/2016 | $ | 781.60 | PEOPLES NATURAL GAS | 45837 | 45837 |
| 2/4/2016 | $ | 185.53 | PERKINS REST & BAKERY | 45838 | 45838 |
| 2/4/2016 | $ | 297.17 | PERKINS REST PETTY CASH | 45839 | 45839 |
| 2/4/2016 | $ | 51.36 | PLANT GUYS | 45840 | 45840 |
| 2/4/2016 | $ | 313.44 | POS REMARKETING GROUP | 45841 | 45841 |
| 2/4/2016 | $ | 133.14 | PURCHASE POWER | 45842 | 45842 |
| 2/4/2016 | $ | 458.09 | PERKINS REST PETTY CASH | 45843 | 45843 |
| 2/4/2016 | $ | 157.50 | REILLY SWEEPING INC OH | 45844 | 45844 |
| 2/4/2016 | $ | 440.00 | REPCO REPLACEMENT | 45845 | 45845 |
| 2/4/2016 | $ | 4,449.32 | REPUBLIC WASTE SERVICE | 45846 | 45846 |
| 2/4/2016 | $ | 266.41 | PERKINS REST PETTY CASH | 45847 | 45847 |
| 2/4/2016 | $ | 179.59 | PERKINS REST PETTY CASH | 45848 | 45848 |
| 2/4/2016 | $ | 274.25 | RUMPKE CONSOLIDATED | 45849 | 45849 |
| 2/4/2016 | $ | 1,690.20 | SEATING CONSULTANTS, INC | 45850 | 45850 |
| 2/4/2016 | $ | 3,613.72 | SHENANGO CASH REGISTER INC | 45851 | 45851 |
| 2/4/2016 | $ | 1,019.00 | SIGN SAVERS | 45852 | 45852 |
| 2/4/2016 | $ | 1,658.24 | SHOES FOR CREWS LLC | 45853 | 45853 |
| 2/4/2016 | $ | 247.57 | STAPLES ADVANTAGE | 45854 | 45854 |
| 2/4/2016 | $ | 498.00 | STARK CO HEALTH DEPT | 45855 | 45855 |
| 2/4/2016 | $ | 3,806.98 | T&D LANDSCAPE & LAWN CARE | 45856 | 45856 |
| 2/4/2016 | $ | 1,072.40 | CHRISTOPHER TAYLOR | 45857 | 45857 |
| 2/4/2016 | $ | 459.43 | PERKINS REST PETTY CASH | 45858 | 45858 |
| 2/4/2016 | $ | 134.52 | PERKINS REST PETTY CASH | 45859 | 45859 |
| 2/4/2016 | $ | 90.83 | TIME WARNER CABLE | 45860 | 45860 |
| 2/4/2016 | $ | 344.50 | THOMAS QUALITY CLEANING | 45861 | 45861 |
| 2/4/2016 | $ | 10,114.62 | TOTAL LINE RFRGRTN INC | 45862 | 45862 |
| 2/4/2016 | $ | 2,901.51 | TRI COUNTY IND. | 45863 | 45863 |
| 2/4/2016 | $ | 996.34 | TRUMBULL CO HEALTH DEPT | 45864 | 45864 |
| 2/4/2016 | $ | 11.15 | UPS | 45865 | 45865 |
| 2/4/2016 | $ | 676.39 | UNIVERSAL ENTERPRISES INC | 45866 | 45866 |
| 2/4/2016 | $ | 1,434.85 | US FOODS CULINARY EQUIP & SUPP | 45867 | 45867 |
| 2/4/2016 | $ | 33.06 | VECTOR SECURITY, INC | 45868 | 45868 |
| 2/4/2016 | $ | 151.65 | VENANGO SUPPLY PLBG & HTG | 45869 | 45869 |
| 2/4/2016 | $ | 780.16 | VERIZON | 45870 | 45870 |
| 2/4/2016 | $ | 1,258.00 | VERNON TWP SANITATION AUTH | 45871 | 45871 |
| 2/4/2016 | $ | 399.02 | VOGELS DISP SERVICE INC | 45872 | 45872 |
| 2/4/2016 | $ | 58.00 | PERKINS REST PETTY CASH | 45873 | 45873 |
| 2/4/2016 | $ | 204.34 | WATKINS LIGHTING & SIGN MAINT | 45874 | 45874 |
| 2/4/2016 | $ | 480.41 | WEBER ELECTRIC SUPPLY | 45875 | 45875 |
| 2/4/2016 | $ | 767.21 | WEX BANK | 45876 | 45876 |
| 2/4/2016 | $ | 640.00 | WEYMANS LANDSCAPE | 45877 | 45877 |
| 2/4/2016 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 45878 | 45878 |
| 2/4/2016 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 45879 | 45879 |
| 2/4/2016 | $ | 14.31 | WINDSTREAM | 45880 | 45880 |
| 2/4/2016 | $ | 169.15 | WINTERS PLUMBING | 45881 | 45881 |
| 2/4/2016 | $ | 134.95 | W C ZABEL CO | 45882 | 45882 |
| 2/4/2016 | $ | 154.00 | W C ZABEL CO | 45883 | 45883 |
| 2/4/2016 | $ | 70.00 | ZAFFINO SNOW REMOVAL | 45884 | 45884 |
| 2/11/2016 | $ | 2,646.07 | ALLY | 45885 | 45885 |
| 2/11/2016 | $ | 12,333.21 | ASHTABULA CO TREASURER | 45886 | 45886 |
| 2/11/2016 | $ | 231.78 | AT&T | 45887 | 45887 |

| Date | | Amount | Payee | Check | Check |
|------|---|--------|-------|-------|-------|
| 2/11/2016 | $ | 226.36 | AT&T | 45888 | 45888 |
| 2/11/2016 | $ | 802.02 | AT & T MOBILITY | 45889 | 45889 |
| 2/11/2016 | $ | 977.75 | BANK OF AMERICA | 45890 | 45890 |
| 2/11/2016 | $ | 6,910.05 | CASE/SABATINI | 45891 | 45891 |
| 2/11/2016 | $ | 625.68 | CITY OF ASHTABULA/WASTWATR | 45892 | 45892 |
| 2/11/2016 | $ | 1,362.00 | CITY OF OLEAN WATER & SEWER | 45893 | 45893 |
| 2/11/2016 | $ | 93.60 | CITY OF WARREN, UTIL. SERV. | 45894 | 45894 |
| 2/11/2016 | $ | 979.47 | COLUMBIA GAS OF OHIO | 45895 | 45895 |
| 2/11/2016 | $ | 82.00 | COMMONWEALTH OF PA | 45896 | 45896 |
| 2/11/2016 | $ | 1,391.31 | DIRECT ENERGY | 45897 | 45897 |
| 2/11/2016 | $ | 85.00 | DISCOVERY BENEFITS INC | 45898 | 45898 |
| 2/11/2016 | $ | 839.12 | DOMINION EAST OHIO | 45899 | 45899 |
| 2/11/2016 | $ | 3,239.80 | ERIE WATER WORKS | 45900 | 45900 |
| 2/11/2016 | $ | 495.00 | FOSTER TWP SEWER FUND | 45901 | 45901 |
| 2/11/2016 | $ | 920.28 | GREEN APPLE BARTER SERVICE | 45902 | 45902 |
| 2/11/2016 | $ | 864.80 | GREENVILLE WATER AUTH | 45903 | 45903 |
| 2/11/2016 | $ | 2,080.24 | HARRINGTON HOPPE & MITCHELL LT | 45904 | 45904 |
| 2/11/2016 | $ | 2,334.91 | THE ILLUMINATING CO | 45905 | 45905 |
| 2/11/2016 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 45906 | 45906 |
| 2/11/2016 | $ | 5,230.96 | NATIONAL FUEL | 45907 | 45907 |
| 2/11/2016 | $ | 3,800.07 | NATIONAL GRID | 45908 | 45908 |
| 2/11/2016 | $ | 1,680.43 | NEW YORK STATE ELEC & GAS | 45909 | 45909 |
| 2/11/2016 | $ | 5,985.70 | OHIO EDISON CO | 45910 | 45910 |
| 2/11/2016 | $ | 3,257.75 | PENELEC | 45911 | 45911 |
| 2/11/2016 | $ | 2,669.35 | PENN POWER | 45912 | 45912 |
| 2/11/2016 | $ | 1,007.47 | PEOPLES NATURAL GAS | 45913 | 45913 |
| 2/11/2016 | $ | 962.50 | CHRISTOPHER J SHAW ATTNY | 45914 | 45914 |
| 2/11/2016 | $ | 454.34 | RON SHETLER | 45915 | 45915 |
| 2/11/2016 | $ | 12,595.49 | STARK CO TREASURER | 45916 | 45916 |
| 2/11/2016 | $ | 1,749.00 | S & W COMMERCIAL CLEANING | 45917 | 45917 |
| 2/11/2016 | $ | 609.55 | TRAVAGLINI ENT INC | 45918 | 45918 |
| 2/11/2016 | $ | 1,748.74 | UGI ENERGYLINK | 45919 | 45919 |
| 2/11/2016 | $ | 200.20 | UNITED REFINING CO OF PA | 45920 | 45920 |
| 2/11/2016 | $ | 41,399.00 | UTICA NATIONAL INSURANCE | 45921 | 45921 |
| 2/11/2016 | $ | 832.19 | VERIZON | 45922 | 45922 |
| 2/11/2016 | $ | 2,112.50 | MARK A VILLERS | 45923 | 45923 |
| **2/11/16** | **$** | **-** | **CAPITAL ONE BANK** | **45924** | **45924** |
| **2/11/16** | **$** | **2,147.69** | **CAPITAL ONE BANK** | **45925** | **45925** |
| 2/18/2016 | $ | 522.62 | A & B SERVICE | 45926 | 45926 |
| 2/18/2016 | $ | 283.33 | ABCO FIRE PROTECTION,INC | 45927 | 45927 |
| 2/18/2016 | $ | 161.12 | AKAM'S CLEANING | 45928 | 45928 |
| 2/18/2016 | $ | 377.59 | ALLPOINTS FOODSERVICE | 45929 | 45929 |
| 2/18/2016 | $ | 1,236.60 | ALL PRO LANDSCAPING | 45930 | 45930 |
| 2/18/2016 | $ | 158.10 | AMERICHOICE INC | 45931 | 45931 |
| 2/18/2016 | $ | 186.20 | ANTENUCCI, INC | 45932 | 45932 |
| 2/18/2016 | $ | 912.68 | AQUA PENNSYLVANIA | 45933 | 45933 |
| 2/18/2016 | $ | 2,090.00 | ARLINGTON LAWNCARE | 45934 | 45934 |
| 2/18/2016 | $ | 124.25 | ARMSTRONG | 45935 | 45935 |
| 2/18/2016 | $ | 1,318.04 | ATOM-MATIC REFRIGERATION | 45936 | 45936 |
| 2/18/2016 | $ | 864.06 | AT&T | 45937 | 45937 |
| 2/18/2016 | $ | 466.40 | AVEN FIRE SYSTEMS INC | 45938 | 45938 |
| 2/18/2016 | $ | 100.00 | DOUG BEUGLY | 45939 | 45939 |
| 2/18/2016 | $ | 199.24 | BOROUGH OF INDIANA | 45940 | 45940 |
| 2/18/2016 | $ | 1,180.00 | BRUNNER LANDSCAPING & SUPPLY | 45941 | 45941 |
| 2/18/2016 | $ | 5,705.68 | BURNS CHEMICAL SERVICE | 45942 | 45942 |

| | | | | | |
|---|---|---|---|---|---|
| 2/18/2016 | $ | 683.50 | BUY ROLLS.COM | 45943 | 45943 |
| 2/18/2016 | $ | 1,300.00 | CARBONS GOLDEN MALTED | 45944 | 45944 |
| 2/18/2016 | $ | 1,567.59 | CASELLA WASTE SERVICE 60 | 45945 | 45945 |
| 2/18/2016 | $ | 858.50 | JEFFREY CASWELL | 45946 | 45946 |
| 2/18/2016 | $ | 807.35 | CHRYSLER CAPITAL | 45947 | 45947 |
| 2/18/2016 | $ | 4,269.89 | CINTAS CORP LOC 006 | 45948 | 45948 |
| 2/18/2016 | $ | 15.00 | CITY OF GALION UTILITIES | 45949 | 45949 |
| 2/18/2016 | $ | 732.84 | CITY LIGHTING PROD | 45950 | 45950 |
| 2/18/2016 | $ | 1,821.17 | COLUMBIA GAS OF PA | 45951 | 45951 |
| 2/18/2016 | $ | 13,400.00 | CONWAY LAW OFFICES LLC | 45952 | 45952 |
| 2/18/2016 | $ | 1,492.14 | CRANBERRY TOWNSHIP | 45953 | 45953 |
| 2/18/2016 | $ | 50.00 | CRANBERRY TWP C D | 45954 | 45954 |
| 2/18/2016 | $ | 621.44 | DARLING INT INC | 45955 | 45955 |
| 2/18/2016 | $ | 2,450.00 | DAVIS BROTHER HTG & A/C INC | 45956 | 45956 |
| 2/18/2016 | $ | 90.10 | DEMCUR ELEC MOTOR SERVICE | 45957 | 45957 |
| 2/18/2016 | $ | 3,293.95 | DIRECT ENERGY | 45958 | 45958 |
| 2/18/2016 | $ | 62.06 | DIX COMMUNICATIONS | 45959 | 45959 |
| 2/18/2016 | $ | 646.84 | DIV OF WATER-CITY OF CLEV | 45960 | 45960 |
| 2/18/2016 | $ | 557.62 | DOCTOR DEAD-BUG INC | 45961 | 45961 |
| 2/18/2016 | $ | 1,968.30 | DOMINION EAST OHIO | 45962 | 45962 |
| 2/18/2016 | $ | 2,888.50 | DUST BUSTERS SERVICE | 45963 | 45963 |
| 2/18/2016 | $ | 25.30 | ERIE BEARING CO | 45964 | 45964 |
| 2/18/2016 | $ | 1,446.20 | FRANKLIN MACHINE PROD | 45965 | 45965 |
| 2/18/2016 | $ | 215.91 | FRONTIER | 45966 | 45966 |
| 2/18/2016 | $ | 62.91 | HAGAN BUSINESS MACH. INC. | 45967 | 45967 |
| 2/18/2016 | $ | 538.40 | HAGUE CRYSTAL CLEARWATER | 45968 | 45968 |
| 2/18/2016 | $ | 211.30 | HERITAGE FOOD SERVICE GROUP IN | 45969 | 45969 |
| 2/18/2016 | $ | 56,226.29 | HIGHMARK BLUE SHIELD | 45970 | 45970 |
| 2/18/2016 | $ | 1,357.23 | HOME DEPOT CREDIT SERVICES | 45971 | 45971 |
| 2/18/2016 | $ | 7,222.36 | THE ILLUMINATING CO | 45972 | 45972 |
| 2/18/2016 | $ | 90.53 | JOSHS LAWN CARE & LANDSCAPING | 45973 | 45973 |
| 2/18/2016 | $ | 583.00 | KENS CUSTOM UPHOLSTERING | 45974 | 45974 |
| 2/18/2016 | $ | 500.00 | KLINE KEPPEL & KORYAK PC | 45975 | 45975 |
| 2/18/2016 | $ | 180.00 | LAUER CONTRACTING | 45976 | 45976 |
| 2/18/2016 | $ | 250.00 | LEWSCO SNOWPLOWING INC | 45977 | 45977 |
| 2/18/2016 | $ | 43.76 | LUMINOUS WATER SOLUTIONS INC | 45978 | 45978 |
| 2/18/2016 | $ | 837.30 | MIKE MAZUREK & SON | 45979 | 45979 |
| 2/18/2016 | $ | 117.50 | MEADVILLE FOP #97 | 45980 | 45980 |
| 2/18/2016 | $ | 699.00 | MED QUEST EVALS LLC | 45981 | 45981 |
| 2/18/2016 | $ | 615.62 | R E MICHEL CO | 45982 | 45982 |
| 2/18/2016 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 45983 | 45983 |
| 2/18/2016 | $ | 5,698.19 | NATIONAL FUEL RESOURCES | 45984 | 45984 |
| 2/18/2016 | $ | 2,717.71 | NU CO2 LLC | 45985 | 45985 |
| 2/18/2016 | $ | 2,870.65 | OHIO EDISON CO | 45986 | 45986 |
| 2/18/2016 | $ | 207.99 | ORKIN PEST CNTRL #928 | 45987 | 45987 |
| 2/18/2016 | $ | 1,703.00 | OSTERBERG REFRIGERATION | 45988 | 45988 |
| 2/18/2016 | $ | 46.75 | J S PALUCH CO INC | 45989 | 45989 |
| 2/18/2016 | $ | 2,928.60 | PENELEC | 45990 | 45990 |
| 2/18/2016 | $ | 1,160.53 | PA AMERICAN WATER | 45991 | 45991 |
| 2/18/2016 | $ | 8,325.30 | PENN POWER | 45992 | 45992 |
| 2/18/2016 | $ | 703.15 | PEOPLES NATURAL GAS | 45993 | 45993 |
| 2/18/2016 | $ | 92.22 | PITNEY BOWES GLOBAL FIN SE | 45994 | 45994 |
| 2/18/2016 | $ | 286.11 | PLUMBMASTER INC | 45995 | 45995 |
| 2/18/2016 | $ | 240.00 | R & C CONTRACTING | 45996 | 45996 |
| 2/18/2016 | $ | 277.66 | RINGLER PLMBNG HTNG ELCT | 45997 | 45997 |

| 2/18/2016 | $ | 362.43 | RUMPKE CONSOLIDATED | 45998 | 45998 |
|---|---|---|---|---|---|
| 2/18/2016 | $ | 220.00 | RANDY SCOUTEN | 45999 | 45999 |
| 2/18/2016 | $ | 857.50 | CHRISTOPHER J SHAW ATTNY | 46000 | 46000 |
| 2/18/2016 | $ | 1,228.85 | SHOES FOR CREWS LLC | 46001 | 46001 |
| 2/18/2016 | $ | 2,421.59 | STAPLES ADVANTAGE | 46002 | 46002 |
| 2/18/2016 | $ | 90.10 | T'S WINDOW CLEANING | 46003 | 46003 |
| 2/18/2016 | $ | 416.83 | CHRISTOPHER TAYLOR | 46004 | 46004 |
| 2/18/2016 | $ | 1,062.17 | T G SERVICES LLC | 46005 | 46005 |
| 2/18/2016 | $ | 874.50 | THOMAS QUALITY CLEANING | 46006 | 46006 |
| 2/18/2016 | $ | 2,054.75 | TOOF AMER DIGT PRINTING | 46007 | 46007 |
| 2/18/2016 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 46008 | 46008 |
| 2/18/2016 | $ | 509.44 | UNIVERSAL ENTERPRISES INC | 46009 | 46009 |
| 2/18/2016 | $ | 4,022.48 | US FOODS CULINARY EQUIP & SUPP | 46010 | 46010 |
| 2/18/2016 | $ | 132.29 | VENANGO SUPPLY PLBG & HTG | 46011 | 46011 |
| 2/18/2016 | $ | 298.25 | VERIZON | 46012 | 46012 |
| 2/18/2016 | $ | 945.10 | VERNON TWP WATER AUTH | 46013 | 46013 |
| 2/18/2016 | $ | 4,174.11 | WASTE MANAGEMENT | 46014 | 46014 |
| 2/18/2016 | $ | 905.08 | WASTE MANAGEMENT OHIO INC | 46015 | 46015 |
| 2/18/2016 | $ | 894.72 | WEBER ELECTRIC SUPPLY | 46016 | 46016 |
| 2/18/2016 | $ | 720.00 | WEYMANS LANDSCAPE | 46017 | 46017 |
| 2/18/2016 | $ | 1,370.63 | JOHN WEISS CARPET & UPH CL | 46018 | 46018 |
| 2/18/2016 | $ | 70.20 | WINDOW KING INC | 46019 | 46019 |
| 2/18/2016 | $ | 742.49 | WINDSTREAM | 46020 | 46020 |
| 2/18/2016 | $ | 1,003.54 | YO. WATER DEPT | 46021 | 46021 |
| 2/18/2016 | $ | 121.26 | W C ZABEL CO | 46022 | 46022 |
| 2/18/2016 | $ | 630.00 | ZAFFINO SNOW REMOVAL | 46023 | 46023 |
| 2/18/2016 | $ | 71,282.23 | REINHART FOOD SERV | ACH | |
| 2/18/2016 | $ | 307,689.08 | US FOODSERVICE REC CORP | ACH | |
| 2/25/2016 | $ | 2,814.49 | AMER ELEC POWER | 46024 | 46024 |
| 2/25/2016 | $ | 374.57 | AQUA OHIO INC | 46025 | 46025 |
| 2/25/2016 | $ | 201.08 | AT&T | 46026 | 46026 |
| 2/25/2016 | $ | 55.77 | AT&T | 46027 | 46027 |
| 2/25/2016 | $ | 5,631.95 | BOROUGH OF GROVE CITY | 46028 | 46028 |
| 2/25/2016 | $ | 768.30 | CITY OF HERMITAGE | 46029 | 46029 |
| 2/25/2016 | $ | 270.00 | CITY TREASURER- MEADVILLE | 46030 | 46030 |
| 2/25/2016 | $ | 806.29 | CONNEAUT WATER & SEWER DPT | 46031 | 46031 |
| 2/25/2016 | $ | 4,162.16 | COLUMBIA GAS OF PA | 46032 | 46032 |
| 2/25/2016 | $ | 1,511.65 | COLUMBIA GAS OF OHIO | 46033 | 46033 |
| 2/25/2016 | $ | 13,400.00 | CONWAY LAW OFFICES LLC | 46034 | 46034 |
| 2/25/2016 | $ | 38.88 | CRANBERRY TOWNSHIP | 46035 | 46035 |
| 2/25/2016 | $ | 837.95 | DIRECT ENERGY | 46036 | 46036 |
| 2/25/2016 | $ | 3,023.62 | DIRECT ENERGY | 46037 | 46037 |
| 2/25/2016 | $ | 333.10 | DOMINION EAST OHIO | 46038 | 46038 |
| 2/25/2016 | $ | 3,000.00 | ELMHURST PROP INC | 46039 | 46039 |
| 2/25/2016 | $ | 2,500.00 | GERALD R FRY CO INC | 46040 | 46040 |
| 2/25/2016 | $ | 4,564.33 | GAR FIELD CLUB LP | 46041 | 46041 |
| 2/25/2016 | $ | 2,646.24 | THE ILLUMINATING CO | 46042 | 46042 |
| 2/25/2016 | $ | 40,319.65 | MAHONING CO TREAS | 46043 | 46043 |
| 2/25/2016 | $ | 182.15 | NESHANNOCK TOWNSHIP SEWER | 46044 | 46044 |
| 2/25/2016 | $ | 1,070.29 | NORTHEAST OH REG SEWER DST | 46045 | 46045 |
| 2/25/2016 | $ | 8,573.77 | OHIO EDISON CO | 46046 | 46046 |
| 2/25/2016 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 46047 | 46047 |
| 2/25/2016 | $ | 5,827.12 | PENELEC | 46048 | 46048 |
| 2/25/2016 | $ | 410.42 | PA AMERICAN WATER | 46049 | 46049 |
| 2/25/2016 | $ | 520.07 | PA MUNICIPAL SERVICE CO | 46050 | 46050 |

| Date | Amount | Payee | | |
|---|---|---|---|---|
| 2/25/2016 | $ 3,300.00 | TRAVAGLINI ENT INC | 46051 | 46051 |
| 2/25/2016 | $ 5,850.00 | TRAVELERS CL REMIT CENTER | 46052 | 46052 |
| 2/25/2016 | $ 11,568.88 | TRUMBULL CO TREAS | 46053 | 46053 |
| 2/25/2016 | $ 1,152.23 | TRUM CO WATER SEWER | 46054 | 46054 |
| 2/25/2016 | $ 1,240.62 | UGI ENERGYLINK | 46055 | 46055 |
| 2/25/2016 | $ 2,689.21 | UNITED CONCORDIA | 46056 | 46056 |
| 2/25/2016 | $ 300.95 | VERIZON | 46057 | 46057 |
| 2/25/2016 | $ 2,162.50 | MARK A VILLERS | 46058 | 46058 |
| 2/25/2016 | $ 590.21 | WEST PENN POWER | 46059 | 46059 |
| 2/25/2016 | $ 223.06 | WINDSTREAM | 46060 | 46060 |
| 2/25/2016 | $ 1,411.21 | YO. WATER DEPT | 46061 | 46061 |
| **2/25/16** | **$ 5,000.00** | **MICHAEL I FRANGOULIS** | **46062** | **46062** |
| **2/25/16** | **$ 5,000.00** | **FUTURES 663, LLC** | **46063** | **46063** |
| **2/25/16** | **$ 5,000.00** | **JACK KUHN** | **46064** | **46064** |
| **2/25/16** | **$ 5,000.00** | **SABATINI FAMILY LP** | **46065** | **46065** |
| 3/3/2016 | $ 370.00 | A-1 SEPTIC TANK SERV, LLC | 46066 | 46066 |
| 3/3/2016 | $ 1,337.57 | A & B SERVICE | 46067 | 46067 |
| 3/3/2016 | $ 350.97 | ABCO FIRE PROTECTION,INC | 46068 | 46068 |
| 3/3/2016 | $ 314.34 | ALLPOINTS FOODSERVICE | 46069 | 46069 |
| 3/3/2016 | $ 55.71 | A & M FIRE AND SAFETY EQUIP IN | 46070 | 46070 |
| 3/3/2016 | $ 93.05 | AMERICHOICE INC | 46071 | 46071 |
| 3/3/2016 | $ 246.49 | PERKINS REST PETTY CASH | 46072 | 46072 |
| 3/3/2016 | $ 2,403.50 | ARLINGTON LAWNCARE | 46073 | 46073 |
| 3/3/2016 | $ 9,517.50 | ASHLAND CO TREASURER | 46074 | 46074 |
| 3/3/2016 | $ 229.96 | AT&T | 46075 | 46075 |
| 3/3/2016 | $ 1,419.02 | A TO Z PLUMBING & DRAIN SERVIC | 46076 | 46076 |
| 3/3/2016 | $ 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 46077 | 46077 |
| 3/3/2016 | $ 350.22 | PERKINS REST PETTY CASH | 46078 | 46078 |
| 3/3/2016 | $ 329.83 | PERKINS REST PETTY CASH | 46079 | 46079 |
| 3/3/2016 | $ 353.75 | PERKINS REST PETTY CASH | 46080 | 46080 |
| 3/3/2016 | $ 214.50 | PERKINS REST PETTY CASH | 46081 | 46081 |
| 3/3/2016 | $ 203.30 | BUCKEYE STEEMER | 46082 | 46082 |
| 3/3/2016 | $ 7,042.29 | BURNS CHEMICAL SERVICE | 46083 | 46083 |
| 3/3/2016 | $ 938.90 | BUY ROLLS.COM | 46084 | 46084 |
| 3/3/2016 | $ 635.00 | CARBONS GOLDEN MALTED | 46085 | 46085 |
| 3/3/2016 | $ 926.52 | PERKINS REST PETTY CASH | 46086 | 46086 |
| 3/3/2016 | $ 3,892.41 | CINTAS CORP LOC 006 | 46087 | 46087 |
| 3/3/2016 | $ 500.33 | CITY LIGHTING PROD | 46088 | 46088 |
| 3/3/2016 | $ 86.34 | COCA COLA N AMER | 46089 | 46089 |
| 3/3/2016 | $ 2,869.62 | COLUMBIA GAS OF OHIO | 46090 | 46090 |
| 3/3/2016 | $ 190.06 | PERKINS REST PETTY CASH | 46091 | 46091 |
| 3/3/2016 | $ 178.11 | CONSOLIDATED COMMUNICATIONS | 46092 | 46092 |
| 3/3/2016 | $ 13,400.00 | CONWAY LAW OFFICES LLC | 46093 | 46093 |
| 3/3/2016 | $ 31.80 | COZZINI BROS INC | 46094 | 46094 |
| 3/3/2016 | $ 212.00 | DARLING INT INC | 46095 | 46095 |
| 3/3/2016 | $ 524.90 | DEETS MECHANICAL INC | 46096 | 46096 |
| 3/3/2016 | $ 2,106.25 | DIRECT ENERGY | 46097 | 46097 |
| 3/3/2016 | $ 639.00 | DOCTOR DEAD-BUG INC | 46098 | 46098 |
| 3/3/2016 | $ 872.92 | DOMINION EAST OHIO | 46099 | 46099 |
| 3/3/2016 | $ 250.00 | DUNBAR, BENDER & ZAPF, INC | 46100 | 46100 |
| 3/3/2016 | $ 142.60 | DUMANS LOCK & KEY SER | 46101 | 46101 |
| 3/3/2016 | $ 66.14 | EARTHLINK INC | 46102 | 46102 |
| 3/3/2016 | $ 381.70 | PERKINS REST PETTY CASH | 46103 | 46103 |
| 3/3/2016 | $ 14,568.92 | ELMHURST PROP INC | 46104 | 46104 |
| 3/3/2016 | $ 29.36 | ERIE BEARING CO | 46105 | 46105 |

| 3/3/2016 | $ | 283.27 | PERKINS REST PETTY CASH | 46106 | 46106 |
| 3/3/2016 | $ | 625.35 | FINE PRINT | 46107 | 46107 |
| 3/3/2016 | $ | 87.62 | FISH WINDOW CLEANING | 46108 | 46108 |
| 3/3/2016 | $ | 176.04 | PERKINS REST PETTY CASH | 46109 | 46109 |
| 3/3/2016 | $ | 724.23 | GOLDNER ASSOCIATES | 46110 | 46110 |
| 3/3/2016 | $ | 716.62 | HAGAN BUSINESS MACH. INC. | 46111 | 46111 |
| 3/3/2016 | $ | 65.00 | HAGUE CRYSTAL CLEARWATER | 46112 | 46112 |
| 3/3/2016 | $ | 337.88 | THE HITE CO | 46113 | 46113 |
| 3/3/2016 | $ | 153.71 | HOME HARDWARE INC | 46114 | 46114 |
| 3/3/2016 | $ | 352.45 | PERKINS REST PETTY CASH | 46115 | 46115 |
| 3/3/2016 | $ | 271.68 | PERKINS REST PETTY CASH | 46116 | 46116 |
| 3/3/2016 | $ | 1,000.00 | PETER & CAROL KAPLAN | 46117 | 46117 |
| 3/3/2016 | $ | 321.58 | PERKINS REST PETTY CASH | 46118 | 46118 |
| 3/3/2016 | $ | 64.45 | PERKINS REST PETTY CASH | 46119 | 46119 |
| 3/3/2016 | $ | 73.00 | LAMANTIA PRODUCE | 46120 | 46120 |
| 3/3/2016 | $ | 223.20 | PERKINS REST PETTY CASH | 46121 | 46121 |
| 3/3/2016 | $ | 489.49 | PERKINS REST PETTY CASH | 46122 | 46122 |
| 3/3/2016 | $ | 576.18 | PERKINS REST PETTY CASH | 46123 | 46123 |
| 3/3/2016 | $ | 198.17 | MEADVILLE PLATE GLASS CO | 46124 | 46124 |
| 3/3/2016 | $ | 336.18 | R E MICHEL CO | 46125 | 46125 |
| 3/3/2016 | $ | 136.08 | PERKINS REST PETTY CASH | 46126 | 46126 |
| 3/3/2016 | $ | 545.68 | NU CO2 LLC | 46127 | 46127 |
| 3/3/2016 | $ | 164.70 | PERKINS REST PETTY CASH | 46128 | 46128 |
| 3/3/2016 | $ | 123.00 | OSTERBERG REFRIGERATION | 46129 | 46129 |
| 3/3/2016 | $ | 10,598.39 | PENELEC | 46130 | 46130 |
| 3/3/2016 | $ | 1,142.69 | PA AMERICAN WATER | 46131 | 46131 |
| 3/3/2016 | $ | 228.74 | PERKINS REST & BAKERY | 46132 | 46132 |
| 3/3/2016 | $ | 349.31 | PERKINS REST PETTY CASH | 46133 | 46133 |
| 3/3/2016 | $ | 516.57 | PLUMBMASTER INC | 46134 | 46134 |
| 3/3/2016 | $ | 68.52 | PLYLER OVERHEAD DOOR CO | 46135 | 46135 |
| 3/3/2016 | $ | 350.00 | POWELL SANITATION | 46136 | 46136 |
| 3/3/2016 | $ | 406.37 | PERKINS REST PETTY CASH | 46137 | 46137 |
| 3/3/2016 | $ | 30.00 | REGIONAL CHAMBER | 46138 | 46138 |
| 3/3/2016 | $ | 1,600.00 | REGIONAL ROOFING & CONST | 46139 | 46139 |
| 3/3/2016 | $ | 126.00 | REILLY SWEEPING INC OH | 46140 | 46140 |
| 3/3/2016 | $ | 353.00 | REPCO REPLACEMENT | 46141 | 46141 |
| 3/3/2016 | $ | 191.96 | PERKINS REST PETTY CASH | 46142 | 46142 |
| 3/3/2016 | $ | 119.17 | PERKINS REST PETTY CASH | 46143 | 46143 |
| 3/3/2016 | $ | 250.00 | MICHAEL RUSNOCK | 46144 | 46144 |
| 3/3/2016 | $ | 421.40 | SECURITY PRODUCTS INC | 46145 | 46145 |
| 3/3/2016 | $ | 1,249.00 | SIGN SAVERS | 46146 | 46146 |
| 3/3/2016 | $ | 1,092.08 | SHOES FOR CREWS LLC | 46147 | 46147 |
| 3/3/2016 | $ | 473.69 | STAPLES ADVANTAGE | 46148 | 46148 |
| 3/3/2016 | $ | 1,992.00 | STATE SECURITY&INVESTIGATION S | 46149 | 46149 |
| 3/3/2016 | $ | 2,587.10 | STEEL CITY BUSINESS SYSTEMS | 46150 | 46150 |
| 3/3/2016 | $ | 98.41 | CHRISTOPHER TAYLOR | 46151 | 46151 |
| 3/3/2016 | $ | 61.83 | PERKINS REST PETTY CASH | 46152 | 46152 |
| 3/3/2016 | $ | 90.83 | TIME WARNER CABLE | 46153 | 46153 |
| 3/3/2016 | $ | 1,377.86 | TOTAL LINE RFRGRTN INC | 46154 | 46154 |
| 3/3/2016 | $ | 2,901.51 | TRI COUNTY IND. | 46155 | 46155 |
| 3/3/2016 | $ | 10.89 | UPS | 46156 | 46156 |
| 3/3/2016 | $ | 1,075.34 | US FOODS CULINARY EQUIP & SUPP | 46157 | 46157 |
| 3/3/2016 | $ | 264.64 | VENANGO SUPPLY PLBG & HTG | 46158 | 46158 |
| 3/3/2016 | $ | 789.59 | VERIZON | 46159 | 46159 |
| 3/3/2016 | $ | 399.02 | VOGELS DISP SERVICE INC | 46160 | 46160 |

| | | | | |
|---|---|---|---|---|
| 3/3/2016 | $ | 294.73 | PERKINS REST PETTY CASH | 46161 46161 |
| 3/3/2016 | $ | 195.43 | WEBER ELECTRIC SUPPLY | 46162 46162 |
| 3/3/2016 | $ | 70.20 | WINDOW KING INC | 46163 46163 |
| 3/3/2016 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 46164 46164 |
| 3/3/2016 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 46165 46165 |
| 3/3/2016 | $ | 103.12 | WINDSTREAM | 46166 46166 |
| 3/3/2016 | $ | 52.07 | WINTERS PLUMBING | 46167 46167 |
| 3/10/16 | $ | 2,646.07 | ALLY | 46168 46168 |
| 3/10/2016 | $ | 407.92 | AQUA OHIO INC | 46169 46169 |
| 3/10/2016 | $ | 748.07 | AT & T MOBILITY | 46170 46170 |
| 3/10/2016 | $ | 977.75 | BANK OF AMERICA | 46171 46171 |
| 3/10/2016 | $ | 265.68 | CENTURY LINK | 46172 46172 |
| 3/10/2016 | $ | 822.35 | CHRYSLER CAPITAL | 46173 46173 |
| 3/10/2016 | $ | 537.27 | CITY OF TITUSVILLE | 46174 46174 |
| 3/10/2016 | $ | 2,597.12 | CITY OF CANFIELD-UTILITY DPT | 46175 46175 |
| 3/10/2016 | $ | 474.08 | CITY OF CORRY, PA | 46176 46176 |
| 3/10/2016 | $ | 4,535.31 | CITY OF NILES | 46177 46177 |
| 3/10/2016 | $ | 735.63 | CITY OF OLEAN WATER & SEWER | 46178 46178 |
| 3/10/2016 | $ | 93.60 | CITY OF WARREN, UTIL. SERV. | 46179 46179 |
| 3/10/2016 | $ | 144.00 | COMMONWEALTH OF PA | 46180 46180 |
| 3/10/2016 | $ | 431.26 | CONSTELLATION NE-GD | 46181 46181 |
| 3/10/2016 | $ | 13,400.00 | CONWAY LAW OFFICES LLC | 46182 46182 |
| 3/10/2016 | $ | 1,024.95 | CRANBERRY TOWNSHIP | 46183 46183 |
| 3/10/2016 | $ | 2,046.30 | DIRECT ENERGY | 46184 46184 |
| 3/10/2016 | $ | 2,617.64 | DIV OF WATER-CITY OF CLEV | 46185 46185 |
| 3/10/2016 | $ | 468.55 | DOMINION EAST OHIO | 46186 46186 |
| 3/10/2016 | $ | 3,397.07 | ERIE WATER WORKS | 46187 46187 |
| 3/10/2016 | $ | 495.00 | FOSTER TWP SEWER FUND | 46188 46188 |
| 3/10/2016 | $ | 688.89 | GREENVILLE WATER AUTH | 46189 46189 |
| 3/10/2016 | $ | 30.00 | HAYESVILLE LIONS CLUB | 46190 46190 |
| 3/10/2016 | $ | 220.54 | THE ILLUMINATING CO | 46191 46191 |
| 3/10/2016 | $ | 5,071.34 | DAWN M JADRYCH | 46192 46192 |
| 3/10/2016 | $ | 5,071.34 | MARK A JADRYCH | 46193 46193 |
| 3/10/2016 | $ | 65.00 | JAMESON MEMORIAL HOSP | 46194 46194 |
| 3/10/2016 | $ | 736.00 | JOHNSON & MIMLESS | 46195 46195 |
| 3/10/2016 | $ | 22,253.02 | KBA SELF FUNDED | 46196 46196 |
| 3/10/2016 | $ | 412.62 | KRESS AUTO CENTER | 46197 46197 |
| 3/10/2016 | $ | 4,734.85 | NATIONAL FUEL | 46198 46198 |
| 3/10/2016 | $ | 3,690.29 | NATIONAL GRID | 46199 46199 |
| 3/10/2016 | $ | 587.50 | NEW YORK STATE ELEC & GAS | 46200 46200 |
| 3/10/2016 | $ | 3,762.00 | NORTHEAST OH REG SEWER DST | 46201 46201 |
| 3/10/2016 | $ | 188.58 | DAWN PAVLIK | 46202 46202 |
| 3/10/2016 | $ | 3,997.21 | PENELEC | 46203 46203 |
| 3/10/2016 | $ | 9.34 | PA MUNICIPAL SERVICE CO | 46204 46204 |
| 3/10/2016 | $ | 78.91 | PENN POWER | 46205 46205 |
| 3/10/2016 | $ | 1,583.08 | PEOPLES NATURAL GAS | 46206 46206 |
| 3/10/2016 | $ | 866.53 | PURCHASE POWER | 46207 46207 |
| 3/10/2016 | $ | 100.00 | SAEGERTOWN BOYS VOLLEYBALL | 46208 46208 |
| 3/10/2016 | $ | 607.87 | STARK CO METRO SEWER DIST | 46209 46209 |
| 3/10/2016 | $ | 15,387.14 | TOTAL LINE RFRGRTN INC | 46210 46210 |
| 3/10/2016 | $ | 56,307.00 | TRAVELERS CL REMIT CENTER | 46211 46211 |
| 3/10/2016 | $ | 41,399.00 | UTICA NATIONAL INSURANCE | 46212 46212 |
| 3/10/2016 | $ | 616.08 | VERIZON | 46213 46213 |
| 3/10/2016 | $ | 2,112.50 | MARK A VILLERS | 46214 46214 |
| 3/10/2016 | $ | 1,093.42 | WEX BANK | 46215 46215 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 3/17/2016 | $ | 248.51 | ABCO FIRE PROTECTION,INC | 46216 | 46216 |
| 3/17/2016 | $ | 7,334.43 | ABCO FIRE PROTECTION,INC | 46217 | 46217 |
| 3/17/2016 | $ | 161.12 | AKAM'S CLEANING | 46218 | 46218 |
| 3/17/2016 | $ | 1,935.15 | ALLPOINTS FOODSERVICE | 46219 | 46219 |
| 3/17/2016 | $ | 1,722.60 | ALL PRO LANDSCAPING | 46220 | 46220 |
| 3/17/2016 | $ | 120.15 | AMERICHOICE INC | 46221 | 46221 |
| 3/17/2016 | $ | 32.00 | AMERICHEK INC | 46222 | 46222 |
| 3/17/2016 | $ | 47.60 | AQUA PENNSYLVANIA | 46223 | 46223 |
| 3/17/2016 | $ | 1,570.00 | ARLINGTON LAWNCARE | 46224 | 46224 |
| 3/17/2016 | $ | 309.75 | ARMSTRONG | 46225 | 46225 |
| 3/17/2016 | $ | 1,887.52 | ATOM-MATIC REFRIGERATION | 46226 | 46226 |
| 3/17/2016 | $ | 1,107.49 | AT&T | 46227 | 46227 |
| 3/17/2016 | $ | 197.39 | AT&T | 46228 | 46228 |
| 3/17/2016 | $ | 100.00 | DOUG BEUGLY | 46229 | 46229 |
| 3/17/2016 | $ | 297.00 | BJS CARPET CLEANING | 46230 | 46230 |
| 3/17/2016 | $ | 820.00 | BRUNNER LANDSCAPING & SUPPLY | 46231 | 46231 |
| 3/17/2016 | $ | 5,594.63 | BURNS CHEMICAL SERVICE | 46232 | 46232 |
| 3/17/2016 | $ | 551.20 | BUY ROLLS.COM | 46233 | 46233 |
| 3/17/2016 | $ | 1,180.00 | CARBONS GOLDEN MALTED | 46234 | 46234 |
| 3/17/2016 | $ | 1,549.11 | CASELLA WASTE SERVICE 60 | 46235 | 46235 |
| 3/17/2016 | $ | 4,357.78 | CINTAS CORP LOC 006 | 46236 | 46236 |
| 3/17/2016 | $ | 922.60 | CITY LIGHTING PROD | 46237 | 46237 |
| 3/17/2016 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 46238 | 46238 |
| 3/17/2016 | $ | 13,400.00 | CONWAY LAW OFFICES LLC | 46239 | 46239 |
| 3/17/2016 | $ | 175.00 | DALTON'S SAN-SER | 46240 | 46240 |
| 3/17/2016 | $ | 409.44 | DARLING INT INC | 46241 | 46241 |
| 3/17/2016 | $ | 2,282.53 | DIRECT ENERGY | 46242 | 46242 |
| 3/17/2016 | $ | 85.00 | DISCOVERY BENEFITS INC | 46243 | 46243 |
| 3/17/2016 | $ | 27.40 | DIX COMMUNICATIONS | 46244 | 46244 |
| 3/17/2016 | $ | 973.94 | DOCTOR DEAD-BUG INC | 46245 | 46245 |
| 3/17/2016 | $ | 1,254.84 | DOMINION EAST OHIO | 46246 | 46246 |
| 3/17/2016 | $ | 2,814.18 | DRS OF ERIE CO INC | 46247 | 46247 |
| 3/17/2016 | $ | 4,255.90 | DUST BUSTERS SERVICE | 46248 | 46248 |
| 3/17/2016 | $ | 215.91 | FRONTIER | 46249 | 46249 |
| 3/17/2016 | $ | 100.00 | GERALD R FRY CO INC | 46250 | 46250 |
| 3/17/2016 | $ | 308.88 | GOLDNER ASSOCIATES | 46251 | 46251 |
| 3/17/2016 | $ | 1,897.50 | GORDON & REES LLP | 46252 | 46252 |
| 3/17/2016 | $ | 312.84 | GRAINGER | 46253 | 46253 |
| 3/17/2016 | $ | 116.02 | GREAT WAVE COMMUNICATIONS | 46254 | 46254 |
| 3/17/2016 | $ | 93.59 | GUARDIAN ALARM CO | 46255 | 46255 |
| 3/17/2016 | $ | 395.00 | HARRINGTON HOPPE & MITCHELL LT | 46256 | 46256 |
| 3/17/2016 | $ | 1,780.51 | HOME DEPOT CREDIT SERVICES | 46257 | 46257 |
| 3/17/2016 | $ | 44.92 | HOME HARDWARE INC | 46258 | 46258 |
| 3/17/2016 | $ | 106.00 | HUZZYS REFRIGERATION INC | 46259 | 46259 |
| 3/17/2016 | $ | 5,289.28 | THE ILLUMINATING CO | 46260 | 46260 |
| 3/17/2016 | $ | 43.39 | IRWIN'S OFFICE SUPPLIES | 46261 | 46261 |
| 3/17/2016 | $ | 152.64 | JP PLUMBING INC | 46262 | 46262 |
| 3/17/2016 | $ | 351.45 | JOSHS LAWN CARE & LANDSCAPING | 46263 | 46263 |
| 3/17/2016 | $ | 500.00 | JV SURFACE WATER SERVICES | 46264 | 46264 |
| 3/17/2016 | $ | 919.15 | KAMAN IND TECH | 46265 | 46265 |
| 3/17/2016 | $ | 842.70 | KENS CUSTOM UPHOLSTERING | 46266 | 46266 |
| 3/17/2016 | $ | 46.94 | KLINE PEST CONTROL CO INC | 46267 | 46267 |
| 3/17/2016 | $ | 932.43 | JACK KUHN | 46268 | 46268 |
| 3/17/2016 | $ | 424.75 | PERKINS REST PETTY CASH | 46269 | 46269 |
| 3/17/2016 | $ | 180.00 | LAUER CONTRACTING | 46270 | 46270 |

| | | | | |
|---|---|---|---|---|
| 3/17/2016 | $ | 250.00 | LEWSCO SNOWPLOWING INC | 46271 | 46271 |
| 3/17/2016 | $ | 55.26 | LUMINOUS WATER SOLUTIONS INC | 46272 | 46272 |
| 3/17/2016 | $ | 837.30 | MIKE MAZUREK & SON | 46273 | 46273 |
| 3/17/2016 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 46274 | 46274 |
| 3/17/2016 | $ | 376.99 | MEADVILLE PLATE GLASS CO | 46275 | 46275 |
| 3/17/2016 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 46276 | 46276 |
| 3/17/2016 | $ | 4,745.36 | NATIONAL FUEL RESOURCES | 46277 | 46277 |
| 3/17/2016 | $ | 2,381.16 | NU CO2 LLC | 46278 | 46278 |
| 3/17/2016 | $ | 6,386.19 | OHIO EDISON CO | 46279 | 46279 |
| 3/17/2016 | $ | 122.39 | ORKIN PEST CNTRL #928 | 46280 | 46280 |
| 3/17/2016 | $ | 1,627.25 | OSTERBERG REFRIGERATION | 46281 | 46281 |
| 3/17/2016 | $ | 37.40 | J S PALUCH CO INC | 46282 | 46282 |
| 3/17/2016 | $ | 6,423.57 | PENELEC | 46283 | 46283 |
| 3/17/2016 | $ | 1,729.36 | PENNIMAN BROS LANDSCAPING | 46284 | 46284 |
| 3/17/2016 | $ | 2,711.71 | PENN POWER | 46285 | 46285 |
| 3/17/2016 | $ | 794.85 | PEOPLES NATURAL GAS | 46286 | 46286 |
| 3/17/2016 | $ | 188.71 | PERKINS REST & BAKERY | 46287 | 46287 |
| 3/17/2016 | $ | 51.48 | PLANT GUYS | 46288 | 46288 |
| 3/17/2016 | $ | 313.62 | POS REMARKETING GROUP | 46289 | 46289 |
| 3/17/2016 | $ | 94.50 | REILLY SWEEPING INC | 46290 | 46290 |
| 3/17/2016 | $ | 104.00 | REPCO REPLACEMENT | 46291 | 46291 |
| 3/17/2016 | $ | 4,089.04 | REPUBLIC WASTE SERVICE | 46292 | 46292 |
| 3/17/2016 | $ | 100.00 | CARL L RICHERT II & ASSOC | 46293 | 46293 |
| 3/17/2016 | $ | 1,190.00 | CHRISTOPHER J SHAW ATTNY | 46294 | 46294 |
| 3/17/2016 | $ | 757.50 | SIGN SAVERS | 46295 | 46295 |
| 3/17/2016 | $ | 1,090.36 | SHOES FOR CREWS LLC | 46296 | 46296 |
| 3/17/2016 | $ | 2,730.71 | STAPLES ADVANTAGE | 46297 | 46297 |
| 3/17/2016 | $ | 768.00 | STATE SECURITY&INVESTIGATION S | 46298 | 46298 |
| 3/17/2016 | $ | 90.10 | T'S WINDOW CLEANING | 46299 | 46299 |
| 3/17/2016 | $ | 4,463.68 | T&D LANDSCAPE & LAWN CARE | 46300 | 46300 |
| 3/17/2016 | $ | 366.30 | CHRISTOPHER TAYLOR | 46301 | 46301 |
| 3/17/2016 | $ | 331.43 | PERKINS REST PETTY CASH | 46302 | 46302 |
| 3/17/2016 | $ | 549.77 | T G SERVICES LLC | 46303 | 46303 |
| 3/17/2016 | $ | 1,645.50 | THOMAS QUALITY CLEANING | 46304 | 46304 |
| 3/17/2016 | $ | 55.00 | TITUSVILLE HERALD | 46305 | 46305 |
| 3/17/2016 | $ | 179.00 | TOTAL LINE RFRGRTN INC | 46306 | 46306 |
| 3/17/2016 | $ | 486.21 | TRAVAGLINI ENT INC | 46307 | 46307 |
| 3/17/2016 | $ | 2,810.12 | UNITED CONCORDIA | 46308 | 46308 |
| 3/17/2016 | $ | 92.44 | UNITED REFINING CO OF PA | 46309 | 46309 |
| 3/17/2016 | $ | 19.19 | UPS | 46310 | 46310 |
| 3/17/2016 | $ | 1,998.27 | US FOODS CULINARY EQUIP & SUPP | 46311 | 46311 |
| 3/17/2016 | $ | 33.06 | VECTOR SECURITY, INC | 46312 | 46312 |
| 3/17/2016 | $ | 763.60 | VENANGO SUPPLY PLBG & HTG | 46313 | 46313 |
| 3/17/2016 | $ | 1,050.84 | VERIZON | 46314 | 46314 |
| 3/17/2016 | $ | 1,258.00 | VERNON TWP SANITATION AUTH | 46315 | 46315 |
| 3/17/2016 | $ | 1,565.40 | VERNON TWP WATER AUTH | 46316 | 46316 |
| 3/17/2016 | $ | 4,174.11 | WASTE MANAGEMENT | 46317 | 46317 |
| 3/17/2016 | $ | 905.08 | WASTE MANAGEMENT OHIO INC | 46318 | 46318 |
| 3/17/2016 | $ | 215.09 | WEBER ELECTRIC SUPPLY | 46319 | 46319 |
| 3/17/2016 | $ | 2,915.00 | WESTERMANS COMM CLNG | 46320 | 46320 |
| 3/17/2016 | $ | 640.00 | WEYMANS LANDSCAPE | 46321 | 46321 |
| 3/17/2016 | $ | 70.20 | WINDOW KING INC | 46322 | 46322 |
| 3/17/2016 | $ | 283.14 | WINDSTREAM | 46323 | 46323 |
| 3/17/2016 | $ | 89.55 | WINTERS PLUMBING | 46324 | 46324 |
| 3/17/2016 | $ | 998.29 | YO. WATER DEPT | 46325 | 46325 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 3/17/2016 | $ | 490.00 | ZAFFINO SNOW REMOVAL | 46326 | 46326 |
| 3/18/2016 | $ | 71,575.36 | REINHART FOOD SERV | ACH | |
| 3/18/2016 | $ | 373,024.80 | US FOODSERVICE REC CORP | ACH | |
| **3/18/16** | **$** | **1,236.00** | **CIGNA LIFE IND CO NY** | **46327** | **46327** |
| 3/24/2016 | $ | 1,771.35 | AKF REPORTERS INC | 46328 | 46328 |
| 3/24/2016 | $ | 2,652.08 | AMER ELEC POWER | 46329 | 46329 |
| 3/24/2016 | $ | 401.07 | AQUA OHIO INC | 46330 | 46330 |
| 3/24/2016 | $ | 198.46 | AT&T | 46331 | 46331 |
| 3/24/2016 | $ | 4,960.36 | BOROUGH OF GROVE CITY | 46332 | 46332 |
| 3/24/2016 | $ | 199.71 | BOROUGH OF INDIANA | 46333 | 46333 |
| 3/24/2016 | $ | 403.96 | CITY OF HERMITAGE | 46334 | 46334 |
| 3/24/2016 | $ | 10,784.26 | CITY OF OLEAN | 46335 | 46335 |
| 3/24/2016 | $ | 822.86 | CONNEAUT WATER & SEWER DPT | 46336 | 46336 |
| 3/24/2016 | $ | 934.22 | COLUMBIA GAS OF PA | 46337 | 46337 |
| 3/24/2016 | $ | 1,255.11 | COLUMBIA GAS OF OHIO | 46338 | 46338 |
| 3/24/2016 | $ | 36.00 | COMMONWEALTH OF PA | 46339 | 46339 |
| 3/24/2016 | $ | 1,460.95 | CONSTELLATION NE-GD | 46340 | 46340 |
| 3/24/2016 | $ | 13,400.00 | CONWAY LAW FIRM | 46341 | 46341 |
| 3/24/2016 | $ | 1,412.66 | DIRECT ENERGY | 46342 | 46342 |
| 3/24/2016 | $ | 282.44 | DOMINION EAST OHIO | 46343 | 46343 |
| 3/24/2016 | $ | 30.80 | GREEN APPLE BARTER SERVICE | 46344 | 46344 |
| 3/24/2016 | $ | 55,067.85 | HIGHMARK BLUE SHIELD | 46345 | 46345 |
| 3/24/2016 | $ | 504.68 | MARY LOU HOGAN | 46346 | 46346 |
| 3/24/2016 | $ | 8,296.43 | THE ILLUMINATING CO | 46347 | 46347 |
| 3/24/2016 | $ | 1,500.00 | KLINE KEPPEL & KORYAK PC | 46348 | 46348 |
| 3/24/2016 | $ | 165.20 | NESHANNOCK TOWNSHIP SEWER | 46349 | 46349 |
| 3/24/2016 | $ | 8,298.65 | OHIO EDISON CO | 46350 | 46350 |
| 3/24/2016 | $ | 9,774.73 | PENELEC | 46351 | 46351 |
| 3/24/2016 | $ | 2,298.88 | PA AMERICAN WATER | 46352 | 46352 |
| 3/24/2016 | $ | 575.36 | PA MUNICIPAL SERVICE CO | 46353 | 46353 |
| 3/24/2016 | $ | 7,745.58 | PENN POWER | 46354 | 46354 |
| 3/24/2016 | $ | 12.56 | PERKINS REST & BAKERY | 46355 | 46355 |
| 3/24/2016 | $ | 322.00 | RENT A SPACE | 46356 | 46356 |
| 3/24/2016 | $ | 952.00 | MICHAEL RUSNOCK | 46357 | 46357 |
| 3/24/2016 | $ | 927.50 | CHRISTOPHER J SHAW ATTNY | 46358 | 46358 |
| 3/24/2016 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 46359 | 46359 |
| 3/24/2016 | $ | 1,188.79 | TRUM CO WATER SEWER | 46360 | 46360 |
| 3/24/2016 | $ | 862.35 | UGI ENERGYLINK | 46361 | 46361 |
| 3/24/2016 | $ | 170.19 | VERIZON | 46362 | 46362 |
| 3/24/2016 | $ | 2,062.50 | MARK A VILLERS | 46363 | 46363 |
| 3/24/2016 | $ | 535.61 | WEST PENN POWER | 46364 | 46364 |
| 3/24/2016 | $ | 210.60 | WINDOW KING INC | 46365 | 46365 |
| 3/24/2016 | $ | 221.90 | WINDSTREAM | 46366 | 46366 |
| 3/24/2016 | $ | 1,640.19 | YO. WATER DEPT | 46367 | 46367 |
| **3/28/16** | **$** | **1,153.60** | **CIGNA LIFE IND CO NY** | **46368** | **46368** |
| **3/31/16** | **$** | **289.54** | **A & B SERVICE** | **46369** | **46369** |
| **3/31/16** | **$** | **1,089.48** | **ALLPOINTS FOODSERVICE** | **46370** | **46370** |
| 3/31/2016 | $ | 68.66 | A & M FIRE AND SAFETY EQUIP IN | 46371 | 46371 |
| 3/31/2016 | $ | 81.85 | AMERICHOICE INC | 46372 | 46372 |
| **3/31/2016** | **$** | **432.00** | **ANDERSON-SHORTELL INC** | **46373** | **46373** |
| **3/31/2016** | **$** | **466.58** | **PERKINS REST PETTY CASH** | **46374** | **46374** |
| 3/31/2016 | $ | 55.00 | ARLINGTON LAWNCARE | 46375 | 46375 |
| 3/31/2016 | $ | 2,029.64 | ATOM-MATIC REFRIGERATION | 46376 | 46376 |
| **3/31/2016** | **$** | **229.59** | **AT&T** | **46377** | **46377** |
| **3/31/2016** | **$** | **55.77** | **AT&T** | **46378** | **46378** |

| Date | | Amount | Payee | | |
|---|---|---|---|---|---|
| 3/31/2016 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 46379 | 46379 |
| 3/31/2016 | $ | 187.87 | PERKINS REST PETTY CASH | 46380 | 46380 |
| 3/31/2016 | $ | 169.37 | PERKINS REST PETTY CASH | 46381 | 46381 |
| 3/31/2016 | $ | 247.06 | PERKINS REST PETTY CASH | 46382 | 46382 |
| 3/31/2016 | $ | 298.29 | PERKINS REST PETTY CASH | 46383 | 46383 |
| 3/31/2016 | $ | 9,324.56 | BURNS CHEMICAL SERVICE | 46384 | 46384 |
| 3/31/2016 | $ | 914.00 | BUY ROLLS.COM | 46385 | 46385 |
| 3/31/2016 | $ | 1,100.00 | CARBONS GOLDEN MALTED | 46386 | 46386 |
| 3/31/2016 | $ | 267.32 | PERKINS REST PETTY CASH | 46387 | 46387 |
| 3/31/2016 | $ | 850.00 | JEFFREY CASWELL | 46388 | 46388 |
| 3/31/2016 | $ | 4,029.76 | CINTAS CORP LOC 006 | 46389 | 46389 |
| 3/31/2016 | $ | 200.00 | CITY OF HERMITAGE | 46390 | 46390 |
| 3/31/2016 | $ | 270.00 | CITY TREASURER- MEADVILLE | 46391 | 46391 |
| 3/31/2016 | $ | 4,374.70 | CITY OF NILES | 46392 | 46392 |
| 3/31/2016 | $ | 778.03 | CITY LIGHTING PROD | 46393 | 46393 |
| 3/31/2016 | $ | 616.67 | COCA COLA N AMER | 46394 | 46394 |
| 3/31/2016 | $ | 319.99 | PERKINS REST PETTY CASH | 46395 | 46395 |
| 3/31/2016 | $ | 180.63 | CONSOLIDATED COMMUNICATIONS | 46396 | 46396 |
| 3/31/2016 | $ | 562.75 | CONSTELLATION NE-GD | 46397 | 46397 |
| 3/31/2016 | $ | 14,400.87 | CONWAY LAW FIRM | 46398 | 46398 |
| 3/31/2016 | $ | 31.80 | COZZINI BROS INC | 46399 | 46399 |
| 3/31/2016 | $ | 720.01 | DARLING INT INC | 46400 | 46400 |
| 3/31/2016 | $ | 854.35 | DAYMARK | 46401 | 46401 |
| 3/31/2016 | $ | 621.00 | DEETS MECHANICAL INC | 46402 | 46402 |
| 3/31/2016 | $ | 141.21 | DESANTIS JAN SPLY/PRTY SHP | 46403 | 46403 |
| 3/31/2016 | $ | 1,450.17 | DIRECT ENERGY | 46404 | 46404 |
| 3/31/2016 | $ | 2,625.93 | DIRECT ENERGY | 46405 | 46405 |
| 3/31/2016 | $ | 979.89 | DOCTOR DEAD-BUG INC | 46406 | 46406 |
| 3/31/2016 | $ | 596.77 | DOMINION EAST OHIO | 46407 | 46407 |
| 3/31/2016 | $ | 650.00 | DRAIN D' ROOTER | 46408 | 46408 |
| 3/31/2016 | $ | 70.20 | DUMANS LOCK & KEY SER | 46409 | 46409 |
| 3/31/2016 | $ | 65.65 | EARTHLINK INC | 46410 | 46410 |
| 3/31/2016 | $ | 202.22 | PERKINS REST PETTY CASH | 46411 | 46411 |
| 3/31/2016 | $ | 3,000.00 | ELMHURST PROP INC | 46412 | 46412 |
| 3/31/2016 | $ | 3.77 | FASTENAL IND & CONST | 46413 | 46413 |
| 3/31/2016 | $ | 340.24 | PERKINS REST PETTY CASH | 46414 | 46414 |
| 3/31/2016 | $ | 161.07 | FINE PRINT | 46415 | 46415 |
| 3/31/2016 | $ | 87.62 | FISH WINDOW CLEANING | 46416 | 46416 |
| 3/31/2016 | $ | 234.80 | FOULK DECORATING INC | 46417 | 46417 |
| 3/31/2016 | $ | 36.86 | PERKINS REST PETTY CASH | 46418 | 46418 |
| 3/31/2016 | $ | 2,500.00 | GERALD R FRY CO INC | 46419 | 46419 |
| 3/31/2016 | $ | 3,995.59 | GAR FIELD CLUB LP | 46420 | 46420 |
| 3/31/2016 | $ | 242.51 | GRAINGER | 46421 | 46421 |
| 3/31/2016 | $ | 288.38 | HAGAN BUSINESS MACH. INC. | 46422 | 46422 |
| 3/31/2016 | $ | 99.00 | HAGUE CRYSTAL CLEARWATER | 46423 | 46423 |
| 3/31/2016 | $ | 519.39 | THE HITE CO | 46424 | 46424 |
| 3/31/2016 | $ | 292.63 | HOME HARDWARE INC | 46425 | 46425 |
| 3/31/2016 | $ | 176.35 | HOME RULE BORO | 46426 | 46426 |
| 3/31/2016 | $ | 120.00 | HUZZYS REFRIGERATION INC | 46427 | 46427 |
| 3/31/2016 | $ | 481.03 | PERKINS REST PETTY CASH | 46428 | 46428 |
| 3/31/2016 | $ | 1,000.00 | PETER & CAROL KAPLAN | 46429 | 46429 |
| 3/31/2016 | $ | 381.33 | PERKINS REST PETTY CASH | 46430 | 46430 |
| 3/31/2016 | $ | 524.70 | KENS CUSTOM UPHOLSTERING | 46431 | 46431 |
| 3/31/2016 | $ | 142.53 | PERKINS REST PETTY CASH | 46432 | 46432 |
| 3/31/2016 | $ | 82.00 | LAMANTIA PRODUCE | 46433 | 46433 |

| Date | | Amount | Payee | | |
|---|---|---|---|---|---|
| 3/31/2016 | $ | 700.00 | LANG CONCRETE PRODUCTS INC | 46434 | 46434 |
| 3/31/2016 | $ | 189.54 | PERKINS REST PETTY CASH | 46435 | 46435 |
| 3/31/2016 | $ | 715.00 | LEOFSKYS PAINT STORE | 46436 | 46436 |
| 3/31/2016 | $ | 239.23 | PERKINS REST PETTY CASH | | 46437 |
| 3/31/2016 | $ | 708.00 | PERKINS REST PETTY CASH | | 46438 |
| 3/31/2016 | $ | 400.80 | PERKINS REST PETTY CASH | | 46439 |
| 3/31/2016 | $ | 336.02 | MEADVILLE PLATE GLASS CO | 46440 | 46440 |
| 3/31/2016 | $ | 161.69 | PERKINS REST PETTY CASH | | 46441 |
| 3/31/2016 | $ | 813.44 | NU CO2 LLC | | 46442 |
| 3/31/2016 | $ | 4,191.05 | OHIO EDISON CO | | 46443 |
| 3/31/2016 | $ | 507.38 | PERKINS REST PETTY CASH | | 46444 |
| 3/31/2016 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | | 46445 |
| 3/31/2016 | $ | 1,269.14 | C T PARKER ENT | 46446 | 46446 |
| 3/31/2016 | $ | 6,148.51 | PENELEC | | 46447 |
| 3/31/2016 | $ | 545.38 | PA AMERICAN WATER | | 46448 |
| 3/31/2016 | $ | 208.86 | PERKINS REST & BAKERY | | 46449 |
| 3/31/2016 | $ | 420.00 | PERKINS REST PETTY CASH | | 46450 |
| 3/31/2016 | $ | 265.99 | PLUMBMASTER INC | 46451 | 46451 |
| 3/31/2016 | $ | 1,542.31 | POS REMARKETING GROUP | 46452 | 46452 |
| 3/31/2016 | $ | 321.60 | PERKINS REST PETTY CASH | | 46453 |
| 3/31/2016 | $ | 420.00 | R & C CONTRACTING | 46454 | 46454 |
| 3/31/2016 | $ | 63.88 | PERKINS REST PETTY CASH | | 46455 |
| 3/31/2016 | $ | 217.00 | PERKINS REST PETTY CASH | | 46456 |
| 3/31/2016 | $ | 387.43 | RUMPKE CONSOLIDATED | 46457 | 46457 |
| 3/31/2016 | $ | 3,130.60 | SEATING CONSULTANTS, INC | 46458 | 46458 |
| 3/31/2016 | $ | 3,860.89 | SHAKLEY MECHANICAL INC | 46459 | 46459 |
| 3/31/2016 | $ | 1,874.03 | SHENANGO CASH REGISTER INC | | 46460 |
| 3/31/2016 | $ | 1,369.79 | SHOES FOR CREWS LLC | 46461 | 46461 |
| 3/31/2016 | $ | 30.42 | STAPLES ADVANTAGE | | 46462 |
| 3/31/2016 | $ | 1,003.59 | CHRISTOPHER TAYLOR | | 46463 |
| 3/31/2016 | $ | 442.11 | PERKINS REST PETTY CASH | | 46464 |
| 3/31/2016 | $ | 92.42 | PERKINS REST PETTY CASH | | 46465 |
| 3/31/2016 | $ | 1,348.12 | THOMAS FENCE CO INC | 46466 | 46466 |
| 3/31/2016 | $ | 90.83 | TIME WARNER CABLE | | 46467 |
| 3/31/2016 | $ | 344.50 | THOMAS QUALITY CLEANING | 46468 | 46468 |
| 3/31/2016 | $ | 1,839.00 | TOOL CITY SECURITY | | 46469 |
| 3/31/2016 | $ | 1,108.58 | TOTAL LINE RFRGRTN INC | 46470 | 46470 |
| 3/31/2016 | $ | 3,300.00 | TRAVAGLINI ENT INC | | 46471 |
| 3/31/2016 | $ | 2,901.51 | TRI COUNTY IND. | | 46472 |
| 3/31/2016 | $ | 16.26 | TRUMBULL INDUSTRIES | 46473 | 46473 |
| 3/31/2016 | $ | 5,326.64 | US FOODS CULINARY EQUIP & SUPP | | 46474 |
| 3/31/2016 | $ | 22,947.00 | UTICA NATIONAL INSURANCE | | 46475 |
| 3/31/2016 | $ | 61.46 | VALLEY TELECOM | 46476 | 46476 |
| 3/31/2016 | $ | 786.22 | VERIZON | | 46477 |
| 3/31/2016 | $ | 414.98 | VOGELS DISP SERVICE INC | | 46478 |
| 3/31/2016 | $ | 198.60 | PERKINS REST PETTY CASH | | 46479 |
| 3/31/2016 | $ | 284.24 | WEBER ELECTRIC SUPPLY | 46480 | 46480 |
| 3/31/2016 | $ | 2,915.00 | WESTERMANS COMM CLNG | | 46481 |
| 3/31/2016 | $ | 140.40 | WINDOW KING INC | 46482 | 46482 |
| 3/31/2016 | $ | 535.96 | WINDSTREAM | | 46483 |
| 4/1/16 | $ | 65,416.24 | REINHART FOOD SERV | ACH | |
| 4/1/16 | $ | 360,744.16 | US FOODSERVICE REC CORP | ACH | |
| 4/7/2016 | $ | 2,646.07 | ALLY | 46484 | 46484 |
| 4/7/2016 | $ | 877.86 | AQUA OHIO INC | 46485 | 46485 |
| 4/7/2016 | $ | 185.50 | ARMSTRONG | 46486 | 46486 |

| Date | Amount | Payee | Num | Num |
|---|---|---|---|---|
| 4/7/2016 | $ 837.99 | AT&T | 46487 | 46487 |
| 4/7/2016 | $ 977.75 | BANK OF AMERICA | 46488 | 46488 |
| 4/7/2016 | $ 200.00 | BRADFORD LITTLE LEAGUE | 46489 | 46489 |
| 4/7/2016 | $ 50.00 | BROOKSIDE FIRE CO | 46490 | 46490 |
| 4/7/2016 | $ 265.68 | CENTURY LINK | 46491 | 46491 |
| 4/7/2016 | $ 777.35 | CHRYSLER CAPITAL | 46492 | 46492 |
| 4/7/2016 | $ 478.29 | CITY OF TITUSVILLE | 46493 | 46493 |
| 4/7/2016 | $ 65.00 | CITY OF HERMITAGE | 46494 | 46494 |
| 4/7/2016 | $ 565.33 | CITY OF CORRY, PA | 46495 | 46495 |
| 4/7/2016 | $ 486.60 | CITY OF BRADFORD TREASURER | 46496 | 46496 |
| 4/7/2016 | $ 973.93 | CITY OF OLEAN WATER & SEWER | 46497 | 46497 |
| 4/7/2016 | $ 2,102.28 | COLUMBIA GAS OF OHIO | 46498 | 46498 |
| 4/7/2016 | $ 13,400.00 | CONWAY LAW FIRM | 46499 | 46499 |
| 4/7/2016 | $ 1,629.50 | DIRECT ENERGY | 46500 | 46500 |
| 4/7/2016 | $ 374.85 | DOMINION EAST OHIO | 46501 | 46501 |
| 4/7/2016 | $ 115.40 | GREAT WAVE COMMUNICATIONS | 46502 | 46502 |
| 4/7/2016 | $ 696.58 | GREENVILLE WATER AUTH | 46503 | 46503 |
| 4/7/2016 | $ 766.35 | HEMPFIELD TWP. AUTHORITY | 46504 | 46504 |
| 4/7/2016 | $ 234.02 | PERKINS REST PETTY CASH | 46505 | 46505 |
| 4/7/2016 | $ 2,566.77 | THE ILLUMINATING CO | 46506 | 46506 |
| 4/7/2016 | $ 3,000.00 | MCGILL, POWER, BELL&ASSOC | 46507 | 46507 |
| 4/7/2016 | $ 136.68 | NATIONAL FUEL | 46508 | 46508 |
| 4/7/2016 | $ 1,009.42 | NEW YORK STATE ELEC & GAS | 46509 | 46509 |
| 4/7/2016 | $ 6,105.42 | PENELEC | 46510 | 46510 |
| 4/7/2016 | $ 81.34 | PENN POWER | 46511 | 46511 |
| 4/7/2016 | $ 505.86 | PEOPLES NATURAL GAS | 46512 | 46512 |
| 4/7/2016 | $ 30.00 | REGIONAL CHAMBER | 46513 | 46513 |
| 4/7/2016 | $ 7,108.00 | SIGN SAVERS | 46514 | 46514 |
| 4/7/2016 | $ 413.12 | TRAVAGLINI ENT INC | 46515 | 46515 |
| 4/7/2016 | $ 414.36 | VERIZON | 46516 | 46516 |
| 4/7/2016 | $ 2,062.50 | MARK A VILLERS | 46517 | 46517 |
| 4/7/2016 | $ 944.91 | WEX BANK | 46518 | 46518 |
| 4/7/2016 | $ 31.41 | WINDSTREAM | 46519 | 46519 |
| 4/14/16 | $ 370.00 | A-1 SEPTIC TANK SERV, LLC | 46520 | 46520 |
| 4/14/16 | $ 175.53 | ABCO FIRE PROTECTION,INC | 46521 | 46521 |
| 4/14/16 | $ 442.22 | ABCO FIRE PROTECTION,INC | 46522 | 46522 |
| 4/14/16 | $ 855.00 | ALLEN FLAG & FLAGPOLE | 46523 | 46523 |
| 4/14/16 | $ 337.94 | ALLPOINTS FOODSERVICE | 46524 | 46524 |
| 4/14/16 | $ 226.80 | ALL PRO LANDSCAPING | 46525 | 46525 |
| 4/14/16 | **$ 119.88** | **AMERICAN DATA TECHNOLOGY INC** | | **46526** |
| 4/14/16 | $ 219.00 | AMERICAN FARMS PRODUCE | 46527 | 46527 |
| 4/14/16 | **$ 172.00** | **AMERICHEK INC** | | **46528** |
| 4/14/16 | $ 1,829.16 | ATOM-MATIC REFRIGERATION | 46529 | 46529 |
| 4/14/16 | **$ 522.59** | **AT&T** | | **46530** |
| 4/14/16 | **$ 226.36** | **AT&T** | | **46531** |
| 4/14/16 | $ 203.30 | BUCKEYE STEEMER | 46532 | 46532 |
| 4/14/16 | **$ 6,961.49** | **BURNS CHEMICAL SERVICE** | | **46533** |
| 4/14/16 | $ 1,833.85 | BUY ROLLS.COM | 46534 | 46534 |
| 4/14/16 | $ 550.00 | CARBONS GOLDEN MALTED | 46535 | 46535 |
| 4/14/16 | $ 1,572.34 | CASELLA WASTE SERVICE 60 | 46536 | 46536 |
| 4/14/16 | **$ 76.50** | **JEFFREY CASWELL** | | **46537** |
| 4/14/16 | $ 4,306.46 | CINTAS CORP LOC 006 | 46538 | 46538 |
| 4/14/16 | **$ 99.84** | **CITY OF WARREN, UTIL. SERV.** | | **46539** |
| 4/14/16 | $ 766.16 | CITY LIGHTING PROD | 46540 | 46540 |
| 4/14/16 | $ 127.20 | CLEAN-N-GREEN OF OHIO | 46541 | 46541 |

| Date | | Amount | Payee | | Check |
|---|---|---|---|---|---|
| 4/14/16 | $ | 129.00 | **COLONIAL RADIO GROUP** | | **46542** |
| 4/14/16 | $ | 16,762.83 | **CONWAY LAW FIRM** | | **46543** |
| 4/14/16 | $ | 956.92 | DARLING INT INC | 46544 | 46544 |
| 4/14/16 | $ | 3,395.00 | DEETS MECHANICAL INC | 46545 | 46545 |
| 4/14/16 | $ | 2,229.00 | DINN,HOCHMAN & POTTER, LLC | 46546 | 46546 |
| 4/14/16 | $ | 2,033.65 | **DIRECT ENERGY** | | **46547** |
| 4/14/16 | $ | 27.40 | DIX COMMUNICATIONS | 46548 | 46548 |
| 4/14/16 | $ | 763.20 | DOCTOR DEAD-BUG INC | 46549 | 46549 |
| 4/14/16 | $ | 461.67 | **DOMINION EAST OHIO** | | **46550** |
| 4/14/16 | $ | 915.00 | DRAIN D' ROOTER | 46551 | 46551 |
| 4/14/16 | $ | 176.83 | FASTENAL IND & CONST | 46552 | 46552 |
| 4/14/16 | $ | 495.00 | **FOSTER TWP SEWER FUND** | | **46553** |
| 4/14/16 | $ | 175.00 | FRANTZ & RUSSELL INC | 46554 | 46554 |
| 4/14/16 | $ | 100.00 | GERALD R FRY CO INC | 46555 | 46555 |
| 4/14/16 | $ | 981.94 | GOLDNER ASSOCIATES | 46556 | 46556 |
| 4/14/16 | $ | 2,200.00 | GORDON & REES LLP | 46557 | 46557 |
| 4/14/16 | $ | 31.26 | **GREEN APPLE BARTER SERVICE** | | **46558** |
| 4/14/16 | $ | 93.59 | GUARDIAN ALARM CO | 46559 | 46559 |
| 4/14/16 | $ | 215.00 | HARRINGTON HOPPE & MITCHELL LT | 46560 | 46560 |
| 4/14/16 | $ | 159.54 | HERITAGE FOOD SERVICE GROUP IN | 46561 | 46561 |
| 4/14/16 | $ | 273.09 | **THE HITE CO** | | **46562** |
| 4/14/16 | $ | 2,968.72 | **THE ILLUMINATING CO** | | **46563** |
| 4/14/16 | $ | 1,000.00 | JV SURFACE WATER SERVICES | 46564 | 46564 |
| 4/14/16 | $ | 46.44 | KLINE PEST CONTROL CO INC | 46565 | 46565 |
| 4/14/16 | $ | 54.76 | LUMINOUS WATER SOLUTIONS INC | 46566 | 46566 |
| 4/14/16 | $ | 581.30 | MEADVILLE PLATE GLASS CO | 46567 | 46567 |
| 4/14/16 | $ | 660.24 | R E MICHEL CO | 46568 | 46568 |
| 4/14/16 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 46569 | 46569 |
| 4/14/16 | $ | 3,644.85 | MUZAK LLC | 46570 | 46570 |
| 4/14/16 | $ | 3,414.04 | **NATIONAL FUEL** | | **46571** |
| 4/14/16 | $ | 4,131.69 | **NATIONAL GRID** | | **46572** |
| 4/14/16 | $ | 2,015.82 | NU CO2 LLC | 46573 | 46573 |
| 4/14/16 | $ | 6,673.23 | **OHIO EDISON CO** | | **46574** |
| 4/14/16 | $ | 210.70 | ORKIN PEST CNTRL #928 | 46575 | 46575 |
| 4/14/16 | $ | 608.00 | OSTERBERG REFRIGERATION | 46576 | 46576 |
| 4/14/16 | $ | 37.40 | J S PALUCH CO INC | 46577 | 46577 |
| 4/14/16 | $ | 168.41 | **DAWN PAVLAK** | | **46578** |
| 4/14/16 | $ | 4,849.71 | **PENELEC** | | **46579** |
| 4/14/16 | $ | 3,355.23 | **PENN POWER** | | **46580** |
| 4/14/16 | $ | 590.63 | **PEOPLES NATURAL GAS** | | **46581** |
| 4/14/16 | $ | 51.36 | PLANT GUYS | 46582 | 46582 |
| 4/14/16 | $ | 238.29 | PLUMBMASTER INC | 46583 | 46583 |
| 4/14/16 | $ | 664.95 | **RED BOOK SOLUTIONS** | | **46584** |
| 4/14/16 | $ | 126.00 | REILLY SWEEPING INC | 46585 | 46585 |
| 4/14/16 | $ | 4,138.98 | **REPUBLIC WASTE SERVICE** | | **46586** |
| 4/14/16 | $ | 98.61 | RUMPKE CONSOLIDATED | 46587 | 46587 |
| 4/14/16 | $ | 121.25 | SECURITY PRODUCTS INC | 46588 | 46588 |
| 4/14/16 | $ | 1,750.00 | CHRISTOPHER J SHAW ATTNY | 46589 | 46589 |
| 4/14/16 | $ | 403.00 | SIGN SAVERS | 46590 | 46590 |
| 4/14/16 | $ | 2,260.73 | SHOES FOR CREWS LLC | 46591 | 46591 |
| 4/14/16 | $ | 200.00 | SMITH ELECTRIC | 46592 | 46592 |
| 4/14/16 | $ | 2,234.36 | **STAPLES ADVANTAGE** | | **46593** |
| 4/14/16 | $ | 773.03 | **T&D LANDSCAPE & LAWN CARE** | | **46594** |
| 4/14/16 | $ | 182.31 | **CHRISTOPHER TAYLOR** | | **46595** |
| 4/14/16 | $ | 1,219.00 | THOMAS QUALITY CLEANING | 46596 | 46596 |

| Date | Amount | Payee | | Check |
|---|---|---|---|---|
| 4/14/16 | $ 28,153.50 | **TRAVELERS CL REMIT CENTER** | | **46597** |
| 4/14/16 | $ 123.80 | **UNITED REFINING CO OF PA** | | **46598** |
| 4/14/16 | $ 85.59 | UNITED REFRIGERATION INC | 46599 | 46599 |
| 4/14/16 | $ 21.06 | UPS | 46600 | 46600 |
| 4/14/16 | $ 5,059.94 | **US FOODS CULINARY EQUIP & SUPP** | | **46601** |
| 4/14/16 | $ 33.06 | VECTOR SECURITY, INC | 46602 | 46602 |
| 4/14/16 | $ 454.16 | VENANGO SUPPLY PLBG & HTG | 46603 | 46603 |
| 4/14/16 | $ 955.89 | **VERIZON** | | **46604** |
| 4/14/16 | $ 1,440.58 | **VERNON TWP WATER AUTH** | | **46605** |
| 4/14/16 | $ 927.71 | WASTE MANAGEMENT OHIO INC | 46606 | 46606 |
| 4/14/16 | $ 149.13 | WEBER ELECTRIC SUPPLY | 46607 | 46607 |
| 4/14/16 | $ 160.00 | **WEYMANS LANDSCAPE** | | **46608** |
| 4/14/16 | $ 233.95 | **WINDSTREAM** | | **46609** |
| 4/14/16 | $ 148.72 | WINTERS PLUMBING | 46610 | 46610 |
| 4/14/16 | $ 973.76 | **YO. WATER DEPT** | | **46611** |
| 4/14/16 | $ 7,263.68 | W C ZABEL CO | 46612 | 46612 |
| 4/15/16 | $ 63,645.09 | REINHART FOOD SERV | ACH | |
| 4/15/16 | $ 351,186.01 | US FOODSERVICE REC CORP | ACH | |
| **4/20/16** | **$ 5,071.34** | **DAWN M JADRYCH** | | **46613** |
| **4/20/16** | **$ 5,071.34** | **MARK A JADRYCH** | | **46614** |
| 4/21/2016 | $ 647.38 | AQUA PENNSYLVANIA | 46615 | 46615 |
| 4/21/2016 | $ 129.25 | ARMSTRONG | 46616 | 46616 |
| 4/21/2016 | $ 892.44 | AT&T | 46617 | 46617 |
| 4/21/2016 | $ 159.85 | BOROUGH OF INDIANA | 46618 | 46618 |
| 4/21/2016 | $ 501.66 | CITY OF ASHTABULA/WASTWATR | 46619 | 46619 |
| 4/21/2016 | $ 859.84 | CONNEAUT WATER & SEWER DPT | 46620 | 46620 |
| 4/21/2016 | $ 1,129.21 | COLUMBIA GAS OF PA | 46621 | 46621 |
| 4/21/2016 | $ 868.29 | COLUMBIA GAS OF OHIO | 46622 | 46622 |
| 4/21/2016 | $ 2,354.82 | CONSTELLATION NE-GD | 46623 | 46623 |
| 4/21/2016 | $ 13,400.00 | CONWAY LAW FIRM | 46624 | 46624 |
| 4/21/2016 | $ 1,560.00 | CRANBERRY TOWNSHIP | 46625 | 46625 |
| 4/21/2016 | $ 1,893.00 | DIRECT ENERGY | 46626 | 46626 |
| 4/21/2016 | $ 2,565.75 | DIRECT ENERGY | 46627 | 46627 |
| 4/21/2016 | $ 85.00 | DISCOVERY BENEFITS INC | 46628 | 46628 |
| 4/21/2016 | $ 808.65 | DOMINION EAST OHIO | 46629 | 46629 |
| 4/21/2016 | $ 2,308.33 | ERIE WATER WORKS | 46630 | 46630 |
| 4/21/2016 | $ 205.79 | FRONTIER | 46631 | 46631 |
| 4/21/2016 | $ 71.90 | HAGAN BUS MACH MEADVILLE | 46632 | 46632 |
| 4/21/2016 | $ 54,454.99 | HIGHMARK BLUE SHIELD | 46633 | 46633 |
| 4/21/2016 | $ 2,222.22 | HOME DEPOT CREDIT SERVICES | 46634 | 46634 |
| 4/21/2016 | $ 4,831.92 | THE ILLUMINATING CO | 46635 | 46635 |
| 4/21/2016 | $ 500.00 | KAIL'S PARKING | 46636 | 46636 |
| 4/21/2016 | $ 2,705.44 | NATIONAL FUEL RESOURCES | 46637 | 46637 |
| 4/21/2016 | $ 184.98 | NESHANNOCK TOWNSHIP SEWER | 46638 | 46638 |
| 4/21/2016 | $ 3,059.65 | OHIO EDISON CO | 46639 | 46639 |
| 4/21/2016 | $ 6,002.06 | PENELEC | 46640 | 46640 |
| 4/21/2016 | $ 2,098.81 | PA AMERICAN WATER | 46641 | 46641 |
| 4/21/2016 | $ 7,252.75 | PENN POWER | 46642 | 46642 |
| 4/21/2016 | $ 443.53 | PEOPLES NATURAL GAS | 46643 | 46643 |
| 4/21/2016 | $ 2,626.67 | UNITED CONCORDIA | 46644 | 46644 |
| 4/21/2016 | $ 804.57 | US FOODS CULINARY EQUIP & SUPP | 46645 | 46645 |
| 4/21/2016 | $ 167.21 | VERIZON | 46646 | 46646 |
| 4/21/2016 | $ 2,050.00 | MARK A VILLERS | 46647 | 46647 |
| 4/21/2016 | $ 568.22 | WEST PENN POWER | 46648 | 46648 |
| 4/21/2016 | $ 671.82 | WINDSTREAM | 46649 | 46649 |

| Date | | Amount | Payee | Num | Num |
|---|---|---|---|---|---|
| 4/21/2016 | $ | 1,366.01 | YO. WATER DEPT | 46650 | 46650 |
| 4/28/16 | $ | 3,141.42 | A & B SERVICE | 46651 | 46651 |
| 4/28/16 | $ | 161.12 | AKAM'S CLEANING | 46652 | 46652 |
| 4/28/16 | $ | 864.00 | ALLEN FLAG & FLAGPOLE | 46653 | 46653 |
| 4/28/16 | $ | 950.07 | ALLPOINTS FOODSERVICE | 46654 | 46654 |
| 4/28/16 | $ | 324.00 | ALL PRO LANDSCAPING | 46655 | 46655 |
| | $ | **2,584.27** | **AMER ELEC POWER** | | **46656** |
| 4/28/16 | $ | 190.85 | AMERICHOICE INC | 46657 | 46657 |
| 4/28/16 | $ | 217.23 | PERKINS REST PETTY CASH | 46658 | 46658 |
| 4/28/16 | $ | 439.07 | AQUA OHIO INC | | **46659** |
| 4/28/16 | $ | 425.00 | ATOM-MATIC REFRIGERATION | 46660 | 46660 |
| | $ | **251.55** | **AT&T** | | **46661** |
| | $ | **65.43** | **AT&T** | | **46662** |
| 4/28/16 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 46663 | 46663 |
| 4/28/16 | $ | 339.46 | PERKINS REST PETTY CASH | 46664 | 46664 |
| 4/28/16 | $ | 123.20 | PERKINS REST PETTY CASH | 46665 | 46665 |
| 4/28/16 | $ | 157.36 | PERKINS REST PETTY CASH | 46666 | 46666 |
| 4/28/16 | $ | 371.22 | PERKINS REST PETTY CASH | 46667 | 46667 |
| | $ | **5,291.90** | **BOROUGH OF GROVE CITY** | | **46668** |
| 4/28/16 | $ | 150.00 | BRUNNER LANDSCAPING & SUPPLY | 46669 | 46669 |
| 4/28/16 | $ | 7,416.11 | BURNS CHEMICAL SERVICE | 46670 | 46670 |
| 4/28/16 | $ | 933.85 | BUY ROLLS.COM | 46671 | 46671 |
| 4/28/16 | $ | 1,635.00 | CARBONS GOLDEN MALTED | 46672 | 46672 |
| 4/28/16 | $ | 7,725.00 | CARE WORKS COMP | 46673 | 46673 |
| 4/28/16 | $ | 372.98 | PERKINS REST PETTY CASH | 46674 | 46674 |
| 4/28/16 | $ | 220.00 | CARRON SERVICE | 46675 | 46675 |
| 4/28/16 | $ | 5,496.65 | CINTAS CORP LOC 006 | 46676 | 46676 |
| | $ | **749.63** | **CITY OF HERMITAGE** | | **46677** |
| | $ | **270.00** | **CITY TREASURER- MEADVILLE** | | **46678** |
| | $ | **3,253.18** | **CITY OF ERIE TREASURER** | | **46679** |
| 4/28/16 | $ | 748.36 | CITY LIGHTING PROD | 46680 | 46680 |
| 4/28/16 | $ | 323.42 | PERKINS REST PETTY CASH | 46681 | 46681 |
| | $ | **177.87** | **CONSOLIDATED COMMUNICATIONS** | | **46682** |
| | $ | **13,407.85** | **CONWAY LAW FIRM** | | **46683** |
| 4/28/16 | $ | 37.10 | COZZINI BROS INC | 46684 | 46684 |
| 4/28/16 | $ | 293.70 | DARLING INT INC | 46685 | 46685 |
| 4/28/16 | $ | 181.28 | DAVIS BROTHER HTG & A/C INC | 46686 | 46686 |
| | $ | **69.44** | **DAYMARK** | | **46687** |
| 4/28/16 | $ | 18.38 | DESANTIS JAN SPLY/PRTY SHP | 46688 | 46688 |
| 4/28/16 | $ | 1,392.28 | DOCTOR DEAD-BUG INC | 46689 | 46689 |
| 4/28/16 | $ | 135.00 | DUMANS LOCK & KEY SER | 46690 | 46690 |
| 4/28/16 | $ | 2,570.50 | DUST BUSTERS SERVICE | 46691 | 46691 |
| | $ | **65.65** | **EARTHLINK INC** | | **46692** |
| 4/28/16 | $ | 276.49 | PERKINS REST PETTY CASH | 46693 | 46693 |
| | $ | **3,000.00** | **ELMHURST PROP INC** | | **46694** |
| 4/28/16 | $ | 408.12 | PERKINS REST PETTY CASH | 46695 | 46695 |
| 4/28/16 | $ | 338.09 | FINE PRINT | 46696 | 46696 |
| 4/28/16 | $ | 87.62 | FISH WINDOW CLEANING | 46697 | 46697 |
| 4/28/16 | $ | 286.12 | PERKINS REST PETTY CASH | 46698 | 46698 |
| 4/28/16 | $ | 1,251.00 | FRANKLIN MACHINE PROD | 46699 | 46699 |
| | $ | **2,500.00** | **GERALD R FRY CO INC** | | **46700** |
| | $ | **4,564.33** | **GAR FIELD CLUB LP** | | **46701** |
| 4/28/16 | $ | 1,182.50 | GORDON & REES LLP | 46702 | 46702 |
| 4/28/16 | $ | 60.17 | GRAINGER | 46703 | 46703 |
| 4/28/16 | $ | 106.17 | HAGUE CRYSTAL CLEARWATER | 46704 | 46704 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 4/28/16 | $ | 317.69 | HERITAGE FOOD SERVICE GROUP IN | 46705 | 46705 |
| | $ | **496.10** | **THE HITE CO** | | **46706** |
| 4/28/16 | $ | 111.03 | HOME HARDWARE INC | 46707 | 46707 |
| 4/28/16 | $ | 187.57 | PERKINS REST PETTY CASH | 46708 | 46708 |
| 4/28/16 | $ | 526.16 | HUZZYS REFRIGERATION INC | 46709 | 46709 |
| | $ | **2,814.61** | **THE ILLUMINATING CO** | | **46710** |
| 4/28/16 | $ | 485.64 | PERKINS REST PETTY CASH | 46711 | 46711 |
| 4/28/16 | $ | 1,000.00 | PETER & CAROL KAPLAN | 46712 | 46712 |
| 4/28/16 | $ | 181.12 | PERKINS REST PETTY CASH | 46713 | 46713 |
| 4/28/16 | $ | 96.42 | PERKINS REST PETTY CASH | 46714 | 46714 |
| 4/28/16 | $ | 2,325.00 | KLINE KEPPEL & KORYAK PC | 46715 | 46715 |
| 4/28/16 | $ | 140.42 | PERKINS REST PETTY CASH | 46716 | 46716 |
| 4/28/16 | $ | 15,948.50 | LAW OFFICES OF SCOTT MICHAEL H | 46717 | 46717 |
| 4/28/16 | $ | 204.07 | PERKINS REST PETTY CASH | 46718 | 46718 |
| 4/28/16 | $ | 250.00 | LEWSCO SNOWPLOWING INC | 46719 | 46719 |
| 4/28/16 | $ | 475.28 | PERKINS REST PETTY CASH | 46720 | 46720 |
| 4/28/16 | $ | 837.30 | MIKE MAZUREK & SON | 46721 | 46721 |
| 4/28/16 | $ | 583.65 | PERKINS REST PETTY CASH | 46722 | 46722 |
| 4/28/16 | $ | 369.25 | MEADVILLE PLATE GLASS CO | 46723 | 46723 |
| 4/28/16 | $ | 301.26 | R E MICHEL CO | 46724 | 46724 |
| 4/28/16 | $ | 350.00 | MILLER SEWER | 46725 | 46725 |
| 4/28/16 | $ | 195.86 | PERKINS REST PETTY CASH | 46726 | 46726 |
| 4/28/16 | $ | 705.16 | NU CO2 LLC | 46727 | 46727 |
| | $ | **5,371.57** | **OHIO EDISON CO** | | **46728** |
| 4/28/16 | $ | 684.89 | PERKINS REST PETTY CASH | 46729 | 46729 |
| 4/28/16 | $ | 82.96 | ORKIN PEST CNTRL #928 | 46730 | 46730 |
| | $ | **2,500.00** | **PARK CENTRE DVLPMT INC** | | **46731** |
| | $ | **11,331.88** | **PENELEC** | | **46732** |
| | $ | **1,184.35** | **PA AMERICAN WATER** | | **46733** |
| | $ | **536.40** | **PA MUNICIPAL SERVICE CO** | | **46734** |
| 4/28/16 | $ | 32.03 | PENNIMAN BROS LANDSCAPING | 46735 | 46735 |
| | $ | **2,922.45** | **PENN POWER** | | **46736** |
| 4/28/16 | $ | 238.29 | PLUMBMASTER INC | 46737 | 46737 |
| 4/28/16 | $ | 464.06 | POS REMARKETING GROUP | 46738 | 46738 |
| 4/28/16 | $ | 480.94 | PERKINS REST PETTY CASH | 46739 | 46739 |
| 4/28/16 | $ | 227.65 | PERKINS REST PETTY CASH | 46740 | 46740 |
| 4/28/16 | $ | 220.92 | PERKINS REST PETTY CASH | 46741 | 46741 |
| 4/28/16 | $ | 300.25 | RUMPKE CONSOLIDATED | 46742 | 46742 |
| 4/28/16 | $ | 1,706.25 | CHRISTOPHER J SHAW ATTNY | 46743 | 46743 |
| | $ | **2,503.54** | **SHENANGO CASH REGISTER INC** | | **46744** |
| 4/28/16 | $ | 1,832.12 | SHOES FOR CREWS LLC | 46745 | 46745 |
| 4/28/16 | $ | 674.34 | STAPLES ADVANTAGE | 46746 | 46746 |
| 4/28/16 | $ | 1,032.00 | STATE SECURITY&INVESTIGATION S | 46747 | 46747 |
| 4/28/16 | $ | 90.10 | T'S WINDOW CLEANING | 46748 | 46748 |
| 4/28/16 | $ | 2,301.54 | T&D LANDSCAPE & LAWN CARE | 46749 | 46749 |
| 4/28/16 | $ | 619.63 | CHRISTOPHER TAYLOR | 46750 | 46750 |
| 4/28/16 | $ | 482.43 | PERKINS REST PETTY CASH | 46751 | 46751 |
| 4/28/16 | $ | 170.96 | PERKINS REST PETTY CASH | 46752 | 46752 |
| | $ | **90.83** | **TIME WARNER CABLE** | | **46753** |
| 4/28/16 | $ | 4,789.50 | TOOF AMER DIGT PRINTING | 46754 | 46754 |
| | $ | **3,300.00** | **TRAVAGLINI ENT INC** | | **46755** |
| 4/28/16 | $ | 2,959.54 | TRI COUNTY IND. | 46756 | 46756 |
| | $ | **1,739.16** | **TRUM CO WATER SEWER** | | **46757** |
| 4/28/16 | $ | 28.32 | UPS | 46758 | 46758 |
| 4/28/16 | $ | 4,623.16 | US FOODS CULINARY EQUIP & SUPP | 46759 | 46759 |

| | | | | | |
|---|---|---|---|---|---|
| 4/28/16 | $ | 151.04 | VALLEY TELECOM | 46760 | 46760 |
| | $ | 1,077.44 | **VERIZON** | | 46761 |
| 4/28/16 | $ | 192.24 | PERKINS REST PETTY CASH | 46762 | 46762 |
| 4/28/16 | $ | 4,282.36 | WASTE MANAGEMENT | 46763 | 46763 |
| 4/28/16 | $ | 95.70 | WEBER ELECTRIC SUPPLY | 46764 | 46764 |
| | $ | 1,205.00 | **WELLS FARGO INS SERV** | | 46765 |
| 4/28/16 | $ | 140.40 | WINDOW KING INC | 46766 | 46766 |
| 4/28/16 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 46767 | 46767 |
| 4/28/16 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 46768 | 46768 |
| | $ | 67.80 | **WINDSTREAM** | | 46769 |
| 4/28/16 | $ | 238.46 | WINTERS PLUMBING | 46770 | 46770 |
| 4/28/16 | $ | 1,081.20 | YARDMASTER OF PENNSYLVANIA LLC | 46771 | 46771 |
| 4/28/16 | $ | 129.35 | W C ZABEL CO | 46772 | 46772 |
| 4/28/16 | $ | 10,239.23 | W C ZABEL CO | 46773 | 46773 |
| 5/5/16 | $ | 249.73 | **CENTURY LINK** | | 46774 |
| 5/5/16 | $ | 540.81 | **CITY OF TITUSVILLE** | | 46775 |
| 5/5/16 | $ | 485.40 | **CITY OF CORRY, PA** | | 46776 |
| 5/5/16 | $ | 4,609.23 | **CITY OF NILES** | | 46777 |
| 5/5/16 | $ | 1,235.61 | **CITY OF OLEAN WATER & SEWER** | | 46778 |
| 5/5/16 | $ | 219.64 | **CITY OF WARREN, UTIL. SERV.** | | 46779 |
| 5/5/16 | $ | 1,839.98 | **COLUMBIA GAS OF OHIO** | | 46780 |
| 5/5/16 | $ | 2,886.89 | **CONSTELLATION NE-GD** | | 46781 |
| 5/5/16 | $ | 13,400.00 | **CONWAY LAW FIRM** | | 46782 |
| 5/5/16 | $ | 110.41 | **CRANBERRY TOWNSHIP** | | 46783 |
| 5/5/16 | $ | 1,251.64 | **DIRECT ENERGY** | | 46784 |
| 5/5/16 | $ | 512.09 | **DOMINION EAST OHIO** | | 46785 |
| 5/5/16 | $ | 3,078.14 | **ERIE WATER WORKS** | | 46786 |
| 5/5/16 | $ | 495.00 | **FOSTER TWP SEWER FUND** | | 46787 |
| 5/5/16 | $ | 111.74 | **GREAT WAVE COMMUNICATIONS** | | 46788 |
| 5/5/16 | $ | 58.00 | GROVE CITY MEDICAL CENTER | 46789 | 46789 |
| 5/5/16 | $ | 999.00 | MED QUEST EVALS LLC | 46790 | 46790 |
| 5/5/16 | $ | 4,281.08 | **OHIO EDISON CO** | | 46791 |
| 5/5/16 | $ | 2,965.88 | **PENELEC** | | 46792 |
| 5/5/16 | $ | 670.15 | **PA AMERICAN WATER** | | 46793 |
| 5/5/16 | $ | 81.58 | **PENN POWER** | | 46794 |
| 5/5/16 | $ | 817.04 | **PEOPLES NATURAL GAS** | | 46795 |
| 5/5/16 | $ | 445.37 | PERKINS REST & BKRY | 46796 | 46796 |
| 5/5/16 | $ | 985.85 | KAREN RAMSEY | 46797 | 46797 |
| 5/5/16 | $ | 22.00 | SAMARITAN REGIONAL HEALTH SYST | 46798 | 46798 |
| 5/5/16 | $ | 3,562.39 | TRAVAGLINI ENT MAINT DEPT | 46799 | 46799 |
| 5/5/16 | $ | 608.62 | **VERIZON** | | 46800 |
| 5/5/16 | $ | 2,754.00 | **VERNON TWP WATER AUTH** | | 46801 |
| 5/5/16 | $ | 2,100.00 | **MARK A VILLERS** | | 46802 |
| 5/5/16 | $ | 3,074.00 | **WESTERMANS COMM CLNG** | | 46803 |
| 5/5/16 | $ | 1,298.13 | **WEX BANK** | | 46804 |
| 5/12/16 | $ | 275.00 | A-1 SEPTIC TANK SERV, LLC | 46805 | 46805 |
| 5/12/16 | $ | 302.10 | A & B SERVICE | 46806 | 46806 |
| 5/12/16 | $ | 894.57 | A & S LANDSCAPING | 46807 | 46807 |
| 5/12/16 | $ | 620.96 | ALLPOINTS FOODSERVICE | 46808 | 46808 |
| 5/12/16 | $ | 2,646.07 | ALLY | 46809 | 46809 |
| 5/12/16 | $ | 198.00 | AMERICHEK INC | 46810 | 46810 |
| 5/12/16 | $ | 148.17 | ANTENUCCI, INC | 46811 | 46811 |
| 5/12/16 | $ | 112.94 | AQUA OHIO INC | 46812 | 46812 |
| 5/12/16 | $ | 176.10 | ARMSTRONG | 46813 | 46813 |
| 5/12/16 | $ | 2,469.42 | ATOM-MATIC REFRIGERATION | 46814 | 46814 |

| 5/12/16 | $ | 254.43 | AT&T | 46815 | 46815 |
|---------|---|--------|------|-------|-------|
| 5/12/16 | $ | 166.57 | AT&T | 46816 | 46816 |
| 5/12/16 | $ | 802.69 | AT & T MOBILITY | 46817 | 46817 |
| 5/12/16 | $ | 125.00 | A TO Z PLUMBING & DRAIN SERVIC | 46818 | 46818 |
| 5/12/16 | $ | 1,097.10 | CHRIS BAER | 46819 | 46819 |
| 5/12/16 | $ | 977.75 | BANK OF AMERICA | 46820 | 46820 |
| 5/12/16 | $ | 297.00 | BJS CARPET CLEANING | 46821 | 46821 |
| 5/12/16 | $ | 239.44 | BURKHARDT SHEET METAL CO,INC | 46822 | 46822 |
| 5/12/16 | $ | 6,851.55 | BURNS CHEMICAL SERVICE | 46823 | 46823 |
| 5/12/16 | $ | 1,635.95 | BUY ROLLS.COM | 46824 | 46824 |
| 5/12/16 | $ | 700.00 | CARBONS GOLDEN MALTED | 46825 | 46825 |
| 5/12/16 | $ | 792.35 | CHRYSLER CAPITAL | 46826 | 46826 |
| 5/12/16 | $ | 4,332.42 | CINTAS CORP LOC 006 | 46827 | 46827 |
| 5/12/16 | $ | 1,198.33 | CINTAS FIRE PROTECTION | 46828 | 46828 |
| 5/12/16 | $ | 931.44 | CITY LIGHTING PROD | 46829 | 46829 |
| 5/12/16 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 46830 | 46830 |
| 5/12/16 | $ | 217.47 | COCA COLA N AMER | 46831 | 46831 |
| 5/12/16 | $ | 319.39 | CONCORD IND INC | 46832 | 46832 |
| 5/12/16 | $ | 14,475.00 | CONWAY LAW FIRM | 46833 | 46833 |
| 5/12/16 | $ | 13.78 | COZZINI BROS INC | 46834 | 46834 |
| 5/12/16 | $ | 25.00 | CRANBERRY TWP C D | 46835 | 46835 |
| 5/12/16 | $ | 175.00 | DALTON'S SAN-SER | 46836 | 46836 |
| 5/12/16 | $ | 744.86 | DARLING INT INC | 46837 | 46837 |
| 5/12/16 | $ | 1,714.74 | DAYMARK | 46838 | 46838 |
| 5/12/16 | $ | 30.34 | DESANTIS JAN SPLY/PRTY SHP | 46839 | 46839 |
| 5/12/16 | $ | 2,631.41 | DIRECT ENERGY | 46840 | 46840 |
| 5/12/16 | $ | 85.00 | DISCOVERY BENEFITS INC | 46841 | 46841 |
| 5/12/16 | $ | 34.25 | DIX COMMUNICATIONS | 46842 | 46842 |
| 5/12/16 | $ | 1,547.81 | DOCTOR DEAD-BUG INC | 46843 | 46843 |
| 5/12/16 | $ | 465.59 | DOMINION EAST OHIO | 46844 | 46844 |
| 5/12/16 | $ | 74.39 | ERIE BEARING CO | 46845 | 46845 |
| 5/12/16 | $ | 193.83 | FRANKLIN MACHINE PROD | 46846 | 46846 |
| 5/12/16 | $ | 1,236.82 | GOLDNER ASSOCIATES | 46847 | 46847 |
| 5/12/16 | $ | 312.84 | GRAINGER | 46848 | 46848 |
| 5/12/16 | $ | 846.19 | GREENVILLE WATER AUTH | 46849 | 46849 |
| 5/12/16 | $ | 93.59 | GUARDIAN ALARM CO | 46850 | 46850 |
| 5/12/16 | $ | 1,333.58 | HAB-BPT | 46851 | 46851 |
| 5/12/16 | $ | 283.85 | HERITAGE FOOD SERVICE GROUP IN | 46852 | 46852 |
| 5/12/16 | $ | 19.91 | HOME HARDWARE INC | 46853 | 46853 |
| 5/12/16 | $ | 160.00 | HUZZYS REFRIGERATION INC | 46854 | 46854 |
| 5/12/16 | $ | 2,472.09 | THE ILLUMINATING CO | 46855 | 46855 |
| 5/12/16 | $ | 102.75 | IRWIN'S OFFICE SUPPLIES | 46856 | 46856 |
| 5/12/16 | $ | 5,071.34 | DAWN M JADRYCH | 46857 | 46857 |
| 5/12/16 | $ | 5,071.34 | MARK A JADRYCH | 46858 | 46858 |
| 5/12/16 | $ | 165.00 | JAGGI DYNASTY INC | 46859 | 46859 |
| 5/12/16 | $ | 1,675.25 | J & S LANDSCAPING CO | 46860 | 46860 |
| 5/12/16 | $ | 202.35 | JOSHS LAWN CARE & LANDSCAPING | 46861 | 46861 |
| 5/12/16 | $ | 1,124.40 | J & R AUTO REPAIR | 46862 | 46862 |
| 5/12/16 | $ | 500.00 | JV SURFACE WATER SERVICES | 46863 | 46863 |
| 5/12/16 | $ | 1,944.04 | KENS CUSTOM UPHOLSTERING | 46864 | 46864 |
| 5/12/16 | $ | 46.44 | KLINE PEST CONTROL CO INC | 46865 | 46865 |
| 5/12/16 | $ | 85.00 | L & M SEWER&DRAIN CLEANING | 46866 | 46866 |
| 5/12/16 | $ | 49.51 | LUMINOUS WATER SOLUTIONS INC | 46867 | 46867 |
| 5/12/16 | $ | 836.94 | MAHONING CO TREAS | 46868 | 46868 |
| 5/12/16 | $ | 368.88 | MEADVILLE PLATE GLASS CO | 46869 | 46869 |

| Date | | Amount | Payee | Check # | Check # |
|------|---|--------|-------|---------|---------|
| 5/12/16 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 46870 | 46870 |
| 5/12/16 | $ | 900.00 | MILLER SEWER | 46871 | 46871 |
| 5/12/16 | $ | 112.88 | NATIONAL FUEL | 46872 | 46872 |
| 5/12/16 | $ | 3,748.52 | NATIONAL GRID | 46873 | 46873 |
| 5/12/16 | $ | 200.00 | NYS DEPT OF TRANS | 46874 | 46874 |
| 5/12/16 | $ | 44.93 | NYS EMPLOYMENT TAXES | 46875 | 46875 |
| 5/12/16 | $ | 776.66 | NEW YORK STATE ELEC & GAS | 46876 | 46876 |
| 5/12/16 | $ | 2,840.44 | NU CO2 LLC | 46877 | 46877 |
| 5/12/16 | $ | 30.00 | OAK RIDGE DEVELOPMENT CO | 46878 | 46878 |
| 5/12/16 | $ | 3,899.76 | OHIO EDISON CO | 46879 | 46879 |
| 5/12/16 | $ | 127.74 | ORKIN PEST CNTRL #928 | 46880 | 46880 |
| 5/12/16 | $ | 46.75 | J S PALUCH CO INC | 46881 | 46881 |
| 5/12/16 | $ | 8,638.85 | PENELEC | 46882 | 46882 |
| 5/12/16 | $ | 2,876.29 | PENN POWER | 46883 | 46883 |
| 5/12/16 | $ | 407.11 | PERKINS REST & BAKERY | 46884 | 46884 |
| 5/12/16 | $ | 97.67 | PERKINS REST PETTY CASH | 46885 | 46885 |
| 5/12/16 | $ | 51.36 | PLANT GUYS | 46886 | 46886 |
| 5/12/16 | $ | 267.23 | PLUMBMASTER INC | 46887 | 46887 |
| 5/12/16 | $ | 245.00 | POWELL SANITATION | 46888 | 46888 |
| 5/12/16 | $ | 488.21 | PURCHASE POWER | 46889 | 46889 |
| 5/12/16 | $ | 35.00 | REGIONAL CHAMBER | 46890 | 46890 |
| 5/12/16 | $ | 239.00 | REPCO REPLACEMENT | 46891 | 46891 |
| 5/12/16 | $ | 4,166.83 | REPUBLIC WASTE SERVICE | 46892 | 46892 |
| 5/12/16 | $ | 232.20 | ROTO ROOTER | 46893 | 46893 |
| 5/12/16 | $ | 515.00 | RANDY SCOUTEN | 46894 | 46894 |
| 5/12/16 | $ | 778.90 | SEATING CONSULTANTS, INC | 46895 | 46895 |
| 5/12/16 | $ | 970.23 | SHENANGO CASH REGISTER INC | 46896 | 46896 |
| 5/12/16 | $ | 528.50 | SIGN SAVERS | 46897 | 46897 |
| 5/12/16 | $ | 1,723.79 | SHOES FOR CREWS LLC | 46898 | 46898 |
| 5/12/16 | $ | 199.28 | SNELL LANDSCAPE SERVICES LLC | 46899 | 46899 |
| 5/12/16 | $ | 299.37 | STAPLES ADVANTAGE | 46900 | 46900 |
| 5/12/16 | $ | 612.06 | STARK CO METRO SEWER DIST | 46901 | 46901 |
| 5/12/16 | $ | 90.10 | T'S WINDOW CLEANING | 46902 | 46902 |
| 5/12/16 | $ | 7,778.66 | T&D LANDSCAPE & LAWN CARE | 46903 | 46903 |
| 5/12/16 | $ | 933.40 | CHRISTOPHER TAYLOR | 46904 | 46904 |
| 5/12/16 | $ | 1,409.98 | THOMAS FENCE CO INC | 46905 | 46905 |
| 5/12/16 | $ | 1,696.00 | THOMAS QUALITY CLEANING | 46906 | 46906 |
| 5/12/16 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 46907 | 46907 |
| 5/12/16 | $ | 28,310.35 | TRAVELERS CL REMIT CENTER | 46908 | 46908 |
| 5/12/16 | $ | 200.00 | TREAS STATE OF OH-OHEPA | 46909 | 46909 |
| 5/12/16 | $ | 156.75 | UNITED REFINING CO OF PA | 46910 | 46910 |
| 5/12/16 | $ | 12.30 | UPS | 46911 | 46911 |
| 5/12/16 | $ | 3,491.21 | US FOODS CULINARY EQUIP & SUPP | 46912 | 46912 |
| 5/12/16 | $ | 33.06 | VECTOR SECURITY, INC | 46913 | 46913 |
| 5/12/16 | $ | 387.12 | VERIZON | 46914 | 46914 |
| 5/12/16 | $ | 407.00 | VOGELS DISP SERVICE INC | 46915 | 46915 |
| 5/12/16 | $ | 602.67 | WEBER ELECTRIC SUPPLY | 46916 | 46916 |
| 5/12/16 | $ | 2,332.00 | WESTERMANS COMM CLNG | 46917 | 46917 |
| 5/12/16 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 46918 | 46918 |
| 5/12/16 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 46919 | 46919 |
| 5/12/16 | $ | 275.28 | WINDSTREAM | 46920 | 46920 |
| 5/12/16 | $ | 488.62 | WINTERS PLUMBING | 46921 | 46921 |
| 5/12/16 | $ | 351.55 | YARD AT WORK LANDSCAPING | 46922 | 46922 |
| 5/13/16 | $ | 60,905.46 | REINHART FOOD SERV | ACH | |
| 5/13/16 | $ | 364,959.27 | US FOODSERVICE REC CORP | ACH | |

| | | | | | |
|---|---|---|---|---|---|
| 5/19/2016 | $ | 482.57 | AQUA PENNSYLVANIA | 46923 | 46923 |
| 5/19/2016 | $ | 74.30 | ARMSTRONG | 46924 | 46924 |
| 5/19/2016 | $ | 1,181.08 | AT&T | 46925 | 46925 |
| 5/19/2016 | $ | 82.37 | AT&T | 46926 | 46926 |
| 5/19/2016 | $ | 164.23 | BOROUGH OF INDIANA | 46927 | 46927 |
| 5/19/2016 | $ | 575.15 | BUY ROLLS.COM | 46928 | 46928 |
| 5/19/2016 | $ | 613.15 | CITY OF HERMITAGE | 46929 | 46929 |
| 5/19/2016 | $ | 2,049.13 | COLUMBIA GAS OF OHIO | 46930 | 46930 |
| 5/19/2016 | $ | 1,979.38 | CONSTELLATION NE-GD | 46931 | 46931 |
| 5/19/2016 | $ | 15,600.00 | CONWAY LAW FIRM | 46932 | 46932 |
| 5/19/2016 | $ | 1,206.79 | CRANBERRY TOWNSHIP | 46933 | 46933 |
| 5/19/2016 | $ | 2,012.09 | DIRECT ENERGY | 46934 | 46934 |
| 5/19/2016 | $ | 3,579.04 | DIRECT ENERGY | 46935 | 46935 |
| 5/19/2016 | $ | 740.47 | DIV OF WATER-CITY OF CLEV | 46936 | 46936 |
| 5/19/2016 | $ | 836.78 | DOMINION EAST OHIO | 46937 | 46937 |
| 5/19/2016 | $ | 205.79 | FRONTIER | 46938 | 46938 |
| 5/19/2016 | $ | 30.80 | GREEN APPLE BARTER SERVICE | 46939 | 46939 |
| 5/19/2016 | $ | 54,307.42 | HIGHMARK BLUE SHIELD | 46940 | 46940 |
| 5/19/2016 | $ | 1,220.59 | HOME DEPOT CREDIT SERVICES | 46941 | 46941 |
| 5/19/2016 | $ | 180.14 | HOME RULE BORO | 46942 | 46942 |
| 5/19/2016 | $ | 7,283.55 | THE ILLUMINATING CO | 46943 | 46943 |
| 5/19/2016 | $ | 117.50 | INDIANA CO FOP #33 | 46944 | 46944 |
| 5/19/2016 | $ | 75.00 | KINZUA EAST KOA | 46945 | 46945 |
| 5/19/2016 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 46946 | 46946 |
| 5/19/2016 | $ | 2,926.06 | NATIONAL FUEL | 46947 | 46947 |
| 5/19/2016 | $ | 2,294.00 | NATIONAL FUEL RESOURCES | 46948 | 46948 |
| 5/19/2016 | $ | 198.15 | NESHANNOCK TOWNSHIP SEWER | 46949 | 46949 |
| 5/19/2016 | $ | 6,027.72 | OHIO EDISON CO | 46950 | 46950 |
| 5/19/2016 | $ | 3,688.76 | PENELEC | 46951 | 46951 |
| 5/19/2016 | $ | 1,963.37 | PA AMERICAN WATER | 46952 | 46952 |
| 5/19/2016 | $ | 5,570.19 | PENN POWER | 46953 | 46953 |
| 5/19/2016 | $ | 459.14 | PEOPLES NATURAL GAS | 46954 | 46954 |
| 5/19/2016 | $ | 516.31 | TRAVAGLINI ENT INC | 46955 | 46955 |
| 5/19/2016 | $ | 2,707.19 | UNITED CONCORDIA | 46956 | 46956 |
| 5/19/2016 | $ | 243.05 | VERIZON | 46957 | 46957 |
| 5/19/2016 | $ | 2,087.50 | MARK A VILLERS | 46958 | 46958 |
| 5/19/2016 | $ | 603.31 | WEST PENN POWER | 46959 | 46959 |
| 5/19/2016 | $ | 1,370.63 | JOHN WEISS CARPET & UPH CL | 46960 | 46960 |
| 5/19/2016 | $ | 2,410.12 | YO. WATER DEPT | 46961 | 46961 |
| 5/26/2016 | $ | 370.00 | A-1 SEPTIC TANK SERV, LLC | 46962 | 46962 |
| 5/26/2016 | $ | 418.49 | A & B SERVICE | 46963 | 46963 |
| 5/26/2016 | $ | 639.17 | ABCO FIRE PROTECTION,INC | 46964 | 46964 |
| 5/26/2016 | $ | 161.12 | AKAM'S CLEANING | 46965 | 46965 |
| 5/26/2016 | $ | 1,032.76 | ALLPOINTS FOODSERVICE | 46966 | 46966 |
| 5/26/2016 | $ | 734.40 | ALL PRO LANDSCAPING | 46967 | 46967 |
| 5/26/2016 | $ | 2,649.68 | AMER ELEC POWER | 46968 | 46968 |
| 5/26/2016 | $ | 486.65 | AMERICHOICE INC | 46969 | 46969 |
| 5/26/2016 | $ | 220.91 | PERKINS REST PETTY CASH | 46970 | 46970 |
| 5/26/2016 | $ | 461.43 | AQUA OHIO INC | 46971 | 46971 |
| 5/26/2016 | $ | 59.95 | ARMSTRONG | 46972 | 46972 |
| 5/26/2016 | $ | 841.92 | ATOM-MATIC REFRIGERATION | 46973 | 46973 |
| 5/26/2016 | $ | 68.64 | AT&T | 46974 | 46974 |
| 5/26/2016 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 46975 | 46975 |
| 5/26/2016 | $ | 310.40 | PERKINS REST PETTY CASH | 46976 | 46976 |
| 5/26/2016 | $ | 243.07 | PERKINS REST PETTY CASH | 46977 | 46977 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 5/26/2016 | $ | 425.91 | PERKINS REST PETTY CASH | 46978 | 46978 |
| 5/26/2016 | $ | 301.29 | PERKINS REST PETTY CASH | 46979 | 46979 |
| 5/26/2016 | $ | 5,361.85 | BOROUGH OF GROVE CITY | 46980 | 46980 |
| 5/26/2016 | $ | 8,266.29 | BURNS CHEMICAL SERVICE | 46981 | 46981 |
| 5/26/2016 | $ | 616.55 | BUY ROLLS.COM | 46982 | 46982 |
| 5/26/2016 | $ | 1,270.00 | CARBONS GOLDEN MALTED | 46983 | 46983 |
| 5/26/2016 | $ | 459.63 | PERKINS REST PETTY CASH | 46984 | 46984 |
| 5/26/2016 | $ | 350.90 | CASELLA WASTE SERVICE 60 | 46985 | 46985 |
| 5/26/2016 | $ | 4,153.07 | CINTAS CORP LOC 006 | 46986 | 46986 |
| 5/26/2016 | $ | 15.00 | CITY OF GALION UTILITIES | 46987 | 46987 |
| 5/26/2016 | $ | 225.00 | CITY TREASURER- MEADVILLE | 46988 | 46988 |
| 5/26/2016 | $ | 3,253.18 | CITY OF ERIE TREASURER | 46989 | 46989 |
| 5/26/2016 | $ | 966.94 | CONNEAUT WATER & SEWER DPT | 46990 | 46990 |
| 5/26/2016 | $ | 1,027.26 | CITY LIGHTING PROD | 46991 | 46991 |
| 5/26/2016 | $ | 189.83 | PERKINS REST PETTY CASH | 46992 | 46992 |
| 5/26/2016 | $ | 178.16 | CONSOLIDATED COMMUNICATIONS | 46993 | 46993 |
| 5/26/2016 | $ | 2,126.80 | CONSTELLATION NE-GD | 46994 | 46994 |
| 5/26/2016 | $ | 15,600.00 | CONWAY LAW FIRM | 46995 | 46995 |
| 5/26/2016 | $ | 37.10 | COZZINI BROS INC | 46996 | 46996 |
| 5/26/2016 | $ | 513.60 | CURTIS CONTRACTING&SERVICES | 46997 | 46997 |
| 5/26/2016 | $ | 536.90 | DARLING INT INC | 46998 | 46998 |
| 5/26/2016 | $ | 2,657.08 | DAYMARK | 46999 | 46999 |
| 5/26/2016 | $ | 1,179.50 | DINN,HOCHMAN & POTTER, LLC | 47000 | 47000 |
| 5/26/2016 | $ | 2,912.74 | DIRECT ENERGY | 47001 | 47001 |
| 5/26/2016 | $ | 637.68 | DOCTOR DEAD-BUG INC | 47002 | 47002 |
| 5/26/2016 | $ | 4,255.90 | DUST BUSTERS SERVICE | 47003 | 47003 |
| 5/26/2016 | $ | 65.65 | EARTHLINK INC | 47004 | 47004 |
| 5/26/2016 | $ | 283.49 | PERKINS REST PETTY CASH | 47005 | 47005 |
| 5/26/2016 | $ | 3,000.00 | ELMHURST PROP INC | 47006 | 47006 |
| 5/26/2016 | $ | 274.70 | PERKINS REST PETTY CASH | 47007 | 47007 |
| 5/26/2016 | $ | 87.62 | FISH WINDOW CLEANING | 47008 | 47008 |
| 5/26/2016 | $ | 381.60 | FM CLEANING SERVICES INC | 47009 | 47009 |
| 5/26/2016 | $ | 293.21 | PERKINS REST PETTY CASH | 47010 | 47010 |
| 5/26/2016 | $ | 2,600.00 | GERALD R FRY CO INC | 47011 | 47011 |
| 5/26/2016 | $ | 4,564.33 | GAR FIELD CLUB LP | 47012 | 47012 |
| 5/26/2016 | $ | 60.87 | HAGAN BUSINESS MACH. INC. | 47013 | 47013 |
| 5/26/2016 | $ | 219.64 | HAGAN BUS MACH MEADVILLE | 47014 | 47014 |
| 5/26/2016 | $ | 113.26 | HAGUE CRYSTAL CLEARWATER | 47015 | 47015 |
| 5/26/2016 | $ | 156.79 | PERKINS REST PETTY CASH | 47016 | 47016 |
| 5/26/2016 | $ | 552.45 | HUZZYS REFRIGERATION INC | 47017 | 47017 |
| 5/26/2016 | $ | 2,955.86 | THE ILLUMINATING CO | 47018 | 47018 |
| 5/26/2016 | $ | 41.70 | IRWIN'S OFFICE SUPPLIES | 47019 | 47019 |
| 5/26/2016 | $ | 379.49 | PERKINS REST PETTY CASH | 47020 | 47020 |
| 5/26/2016 | $ | 500.00 | KAIL'S PARKING | 47021 | 47021 |
| 5/26/2016 | $ | 1,000.00 | PETER & CAROL KAPLAN | 47022 | 47022 |
| 5/26/2016 | $ | 273.55 | PERKINS REST PETTY CASH | 47023 | 47023 |
| 5/26/2016 | $ | 60.61 | PERKINS REST PETTY CASH | 47024 | 47024 |
| 5/26/2016 | $ | 275.00 | LANG CONCRETE PRODUCTS INC | 47025 | 47025 |
| 5/26/2016 | $ | 339.16 | PERKINS REST PETTY CASH | 47026 | 47026 |
| 5/26/2016 | $ | 263.65 | PERKINS REST PETTY CASH | 47027 | 47027 |
| 5/26/2016 | $ | 249.51 | L T I | 47028 | 47028 |
| 5/26/2016 | $ | 700.34 | PERKINS REST PETTY CASH | 47029 | 47029 |
| 5/26/2016 | $ | 837.30 | MIKE MAZUREK & SON | 47030 | 47030 |
| 5/26/2016 | $ | 222.44 | PERKINS REST PETTY CASH | 47031 | 47031 |
| 5/26/2016 | $ | 1,316.74 | NORTHEAST OH REG SEWER DST | 47032 | 47032 |

| Date | | Amount | Payee | Check | Check |
|------|---|--------|-------|-------|-------|
| 5/26/2016 | $ | 488.61 | NU CO2 LLC | 47033 | 47033 |
| 5/26/2016 | $ | 4,592.56 | OHIO EDISON CO | 47034 | 47034 |
| 5/26/2016 | $ | 239.43 | PERKINS REST PETTY CASH | 47035 | 47035 |
| 5/26/2016 | $ | 521.00 | OSTERBERG REFRIGERATION | 47036 | 47036 |
| 5/26/2016 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 47037 | 47037 |
| 5/26/2016 | $ | 16,169.52 | PENELEC | 47038 | 47038 |
| 5/26/2016 | $ | 672.48 | PA MUNICIPAL SERVICE CO | 47039 | 47039 |
| 5/26/2016 | $ | 2,896.48 | PENN POWER | 47040 | 47040 |
| 5/26/2016 | $ | 27.03 | PERKINS RESTS OPER CO L P | 47041 | 47041 |
| 5/26/2016 | $ | 530.35 | PERKINS REST PETTY CASH | 47042 | 47042 |
| 5/26/2016 | $ | 193.33 | POS REMARKETING GROUP | 47043 | 47043 |
| 5/26/2016 | $ | 149.71 | PERKINS REST PETTY CASH | 47044 | 47044 |
| 5/26/2016 | $ | 126.00 | REILLY SWEEPING INC | 47045 | 47045 |
| 5/26/2016 | $ | 128.61 | PERKINS REST PETTY CASH | 47046 | 47046 |
| 5/26/2016 | $ | 185.00 | ROTO-ROOTER SEWER | 47047 | 47047 |
| 5/26/2016 | $ | 302.33 | PERKINS REST PETTY CASH | 47048 | 47048 |
| 5/26/2016 | $ | 407.04 | RUMPKE CONSOLIDATED | 47049 | 47049 |
| 5/26/2016 | $ | 693.60 | MICHAEL RUSNOCK | 47050 | 47050 |
| 5/26/2016 | $ | 35.00 | AMBER SERVICK | 47051 | 47051 |
| 5/26/2016 | $ | 808.54 | SHAKLEY MECHANICAL INC | 47052 | 47052 |
| 5/26/2016 | $ | 1,067.50 | CHRISTOPHER J SHAW ATTNY | 47053 | 47053 |
| 5/26/2016 | $ | 957.71 | SHENANGO CASH REGISTER INC | 47054 | 47054 |
| 5/26/2016 | $ | 604.09 | SHOES FOR CREWS LLC | 47055 | 47055 |
| 5/26/2016 | $ | 2,175.63 | STAPLES ADVANTAGE | 47056 | 47056 |
| 5/26/2016 | $ | 355.32 | CHRISTOPHER TAYLOR | 47057 | 47057 |
| 5/26/2016 | $ | 586.18 | PERKINS REST PETTY CASH | 47058 | 47058 |
| 5/26/2016 | $ | 103.47 | PERKINS REST PETTY CASH | 47059 | 47059 |
| 5/26/2016 | $ | 90.83 | TIME WARNER CABLE | 47060 | 47060 |
| 5/26/2016 | $ | 344.50 | THOMAS QUALITY CLEANING | 47061 | 47061 |
| 5/26/2016 | $ | 882.14 | TOTAL LINE RFRGRTN INC | 47062 | 47062 |
| 5/26/2016 | $ | 6,233.11 | TRABON | 47063 | 47063 |
| 5/26/2016 | $ | 3,300.00 | TRAVAGLINI ENT INC | 47064 | 47064 |
| 5/26/2016 | $ | 2,686.07 | TRUM CO WATER SEWER | 47065 | 47065 |
| 5/26/2016 | $ | 7,850.00 | UNITED ASPHALT&SEAL COATING | 47066 | 47066 |
| 5/26/2016 | $ | 27.31 | UPS | 47067 | 47067 |
| 5/26/2016 | $ | 694.55 | UNIVERSAL ENTERPRISES INC | 47068 | 47068 |
| 5/26/2016 | $ | 7,657.92 | US FOODS CULINARY EQUIP & SUPP | 47069 | 47069 |
| 5/26/2016 | $ | 20.37 | VENANGO SUPPLY PLBG & HTG | 47070 | 47070 |
| 5/26/2016 | $ | 1,116.07 | VERIZON | 47071 | 47071 |
| 5/26/2016 | $ | 407.00 | VOGELS DISP SERVICE INC | 47072 | 47072 |
| 5/26/2016 | $ | 108.15 | PERKINS REST PETTY CASH | 47073 | 47073 |
| 5/26/2016 | $ | 4,174.11 | WASTE MANAGEMENT | 47074 | 47074 |
| 5/26/2016 | $ | 927.71 | WASTE MANAGEMENT OHIO INC | 47075 | 47075 |
| 5/26/2016 | $ | 148.80 | WEBER ELECTRIC SUPPLY | 47076 | 47076 |
| 5/26/2016 | $ | 724.54 | WINDSTREAM | 47077 | 47077 |
| 5/26/2016 | $ | 748.68 | YARD AT WORK LANDSCAPING | 47078 | 47078 |
| 5/26/2016 | $ | 322.93 | W C ZABEL CO | 47079 | 47079 |
| 5/27/16 | $ | 59,450.81 | REINHART FOOD SERV | ACH | |
| 5/27/16 | $ | 390,273.76 | US FOODSERVICE REC CORP | ACH | |
| 6/2/2016 | $ | 263.89 | AT&T | 47080 | 47080 |
| 6/2/2016 | $ | 800.00 | BJS CARPET CLEANING | 47081 | 47081 |
| 6/2/2016 | $ | 2,054.66 | CITY OF CANFIELD-UTILITY DPT | 47082 | 47082 |
| 6/2/2016 | $ | 4,502.51 | CITY OF NILES | 47083 | 47083 |
| 6/2/2016 | $ | 1,479.39 | CITY OF OLEAN WATER & SEWER | 47084 | 47084 |
| 6/2/2016 | $ | 1,099.99 | COLUMBIA GAS OF OHIO | 47085 | 47085 |

| Date | | Amount | Payee | Check # | Check # |
|---|---|---|---|---|---|
| 6/2/2016 | $ | 13,400.00 | CONWAY LAW FIRM | 47086 | 47086 |
| 6/2/2016 | $ | 927.21 | DIRECT ENERGY | 47087 | 47087 |
| 6/2/2016 | $ | 1,685.10 | DIV OF WATER-CITY OF CLEV | 47088 | 47088 |
| 6/2/2016 | $ | 303.52 | DOMINION EAST OHIO | 47089 | 47089 |
| 6/2/2016 | $ | 116.59 | GREAT WAVE COMMUNICATIONS | 47090 | 47090 |
| 6/2/2016 | $ | 5,071.34 | DAWN M JADRYCH | 47091 | 47091 |
| 6/2/2016 | $ | 5,071.34 | MARK A JADRYCH | 47092 | 47092 |
| 6/2/2016 | $ | 4,112.11 | OHIO EDISON CO | 47093 | 47093 |
| 6/2/2016 | $ | 1,496.83 | PA AMERICAN WATER | 47094 | 47094 |
| 6/2/2016 | $ | 52.92 | PENN POWER | 47095 | 47095 |
| 6/2/2016 | $ | 361.10 | PEOPLES NATURAL GAS | 47096 | 47096 |
| 6/2/2016 | $ | 50.23 | PURCHASE POWER | 47097 | 47097 |
| 6/2/2016 | $ | 124.00 | STATE ROAD OCCUPATIONAL MED FA | 47098 | 47098 |
| 6/2/2016 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 47099 | 47099 |
| 6/2/2016 | $ | 208.11 | VERIZON | 47100 | 47100 |
| 6/2/2016 | $ | 2,075.00 | MARK A VILLERS | 47101 | 47101 |
| 6/2/2016 | $ | 1,749.00 | WESTERMANS COMM CLNG | 47102 | 47102 |
| 6/2/2016 | $ | 1,234.03 | WEX BANK | 47103 | 47103 |
| 6/9/2016 | $ | 289.38 | A & B SERVICE | 47104 | 47104 |
| 6/9/2016 | $ | 585.67 | ABCO FIRE PROTECTION,INC | 47105 | 47105 |
| 6/9/2016 | $ | 25.00 | ALLOWAY | 47106 | 47106 |
| 6/9/2016 | $ | 851.45 | ALLPOINTS FOODSERVICE | 47107 | 47107 |
| 6/9/2016 | $ | 34.33 | A & M FIRE AND SAFETY EQUIP IN | 47108 | 47108 |
| 6/9/2016 | $ | 70.25 | AMERICAN FARMS PRODUCE | 47109 | 47109 |
| 6/9/2016 | $ | 99.30 | AMERICHOICE INC | 47110 | 47110 |
| 6/9/2016 | $ | 129.00 | AMERICHEK INC | 47111 | 47111 |
| 6/9/2016 | $ | 603.09 | AQUA OHIO INC | 47112 | 47112 |
| 6/9/2016 | $ | 195.85 | ARMSTRONG | 47113 | 47113 |
| 6/9/2016 | $ | 8,368.88 | ATOM-MATIC REFRIGERATION | 47114 | 47114 |
| 6/9/2016 | $ | 1,006.56 | AT & T MOBILITY | 47115 | 47115 |
| 6/9/2016 | $ | 977.75 | BANK OF AMERICA | 47116 | 47116 |
| 6/9/2016 | $ | 100.00 | DOUG BEUGLY | 47117 | 47117 |
| 6/9/2016 | $ | 797.00 | BJS CARPET CLEANING | 47118 | 47118 |
| 6/9/2016 | $ | 203.30 | BUCKEYE STEEMER | 47119 | 47119 |
| 6/9/2016 | $ | 7,082.67 | BURNS CHEMICAL SERVICE | 47120 | 47120 |
| 6/9/2016 | $ | 1,301.25 | BUY ROLLS.COM | 47121 | 47121 |
| 6/9/2016 | $ | 1,190.00 | CARBONS GOLDEN MALTED | 47122 | 47122 |
| 6/9/2016 | $ | 267.76 | CENTURY LINK | 47123 | 47123 |
| 6/9/2016 | $ | 837.35 | CHRYSLER CAPITAL | 47124 | 47124 |
| 6/9/2016 | $ | 4,607.65 | CINTAS CORP LOC 006 | 47125 | 47125 |
| 6/9/2016 | $ | 447.96 | CITY OF TITUSVILLE | 47126 | 47126 |
| 6/9/2016 | $ | 100.00 | CITY TREASURER | 47127 | 47127 |
| 6/9/2016 | $ | 527.93 | CITY OF CORRY, PA | 47128 | 47128 |
| 6/9/2016 | $ | 486.60 | CITY OF BRADFORD TREASURER | 47129 | 47129 |
| 6/9/2016 | $ | 823.59 | CITY LIGHTING PROD | 47130 | 47130 |
| 6/9/2016 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 47131 | 47131 |
| 6/9/2016 | $ | 15,800.00 | CONWAY LAW FIRM | 47132 | 47132 |
| 6/9/2016 | $ | 1,576.67 | CRANBERRY TOWNSHIP | 47133 | 47133 |
| 6/9/2016 | $ | 175.00 | DALTON'S SAN-SER | 47134 | 47134 |
| 6/9/2016 | $ | 776.03 | DARLING INT INC | 47135 | 47135 |
| 6/9/2016 | $ | 201.20 | DAVIS BROTHER HTG & A/C INC | 47136 | 47136 |
| 6/9/2016 | $ | 286.20 | DEMCUR ELEC MOTOR SERVICE | 47137 | 47137 |
| 6/9/2016 | $ | 694.67 | DIRECT ENERGY | 47138 | 47138 |
| 6/9/2016 | $ | 85.00 | DISCOVERY BENEFITS INC | 47139 | 47139 |
| 6/9/2016 | $ | 27.91 | DIX COMMUNICATIONS | 47140 | 47140 |

| Date | | Amount | Payee | Check # | Check # |
|---|---|---|---|---|---|
| 6/9/2016 | $ | 2,521.60 | DOCTOR DEAD-BUG INC | 47141 | 47141 |
| 6/9/2016 | $ | 277.39 | DOMINION EAST OHIO | 47142 | 47142 |
| 6/9/2016 | $ | 204.76 | DYKES REST SUPPLIES | 47143 | 47143 |
| 6/9/2016 | $ | 405.04 | ERIE BEARING CO | 47144 | 47144 |
| 6/9/2016 | $ | 3,180.47 | ERIE WATER WORKS | 47145 | 47145 |
| 6/9/2016 | $ | 495.00 | FOSTER TWP SEWER FUND | 47146 | 47146 |
| 6/9/2016 | $ | 880.09 | GOLDNER ASSOCIATES | 47147 | 47147 |
| 6/9/2016 | $ | 35.84 | GREEN APPLE BARTER SERVICE | 47148 | 47148 |
| 6/9/2016 | $ | 737.35 | GREENVILLE WATER AUTH | 47149 | 47149 |
| 6/9/2016 | $ | 93.59 | GUARDIAN ALARM CO | 47150 | 47150 |
| 6/9/2016 | $ | 1,667.27 | HEATREX INC | 47151 | 47151 |
| 6/9/2016 | $ | 209.06 | THE HITE CO | 47152 | 47152 |
| 6/9/2016 | $ | 2,504.73 | THE ILLUMINATING CO | 47153 | 47153 |
| 6/9/2016 | $ | 85.39 | IRWIN'S OFFICE SUPPLIES | 47154 | 47154 |
| 6/9/2016 | $ | 937.20 | JOSHS LAWN CARE & LANDSCAPING | 47155 | 47155 |
| 6/9/2016 | $ | 306.83 | KAMAN IND TECH | 47156 | 47156 |
| 6/9/2016 | $ | 54.76 | LUMINOUS WATER SOLUTIONS INC | 47157 | 47157 |
| 6/9/2016 | $ | 837.30 | MIKE MAZUREK & SON | 47158 | 47158 |
| 6/9/2016 | $ | 260.00 | MEADVILLE TRIBUNE | 47159 | 47159 |
| 6/9/2016 | $ | 189.74 | MEADVILLE PLATE GLASS CO | 47160 | 47160 |
| 6/9/2016 | $ | 344.07 | R E MICHEL CO | 47161 | 47161 |
| 6/9/2016 | $ | 1,192.74 | NATIONAL FUEL | 47162 | 47162 |
| 6/9/2016 | $ | 2,514.49 | NORTHEAST OH REG SEWER DST | 47163 | 47163 |
| 6/9/2016 | $ | 2,143.56 | NU CO2 LLC | 47164 | 47164 |
| 6/9/2016 | $ | 4,486.55 | OHIO EDISON CO | 47165 | 47165 |
| 6/9/2016 | $ | 169.93 | ORKIN PEST CNTRL #928 | 47166 | 47166 |
| 6/9/2016 | $ | 890.50 | OSTERBERG REFRIGERATION | 47167 | 47167 |
| 6/9/2016 | $ | 488.50 | C T PARKER ENT | 47168 | 47168 |
| 6/9/2016 | $ | 5,893.78 | PENELEC | 47169 | 47169 |
| 6/9/2016 | $ | 59.99 | PENN POWER | 47170 | 47170 |
| 6/9/2016 | $ | 292.30 | PEOPLES NATURAL GAS | 47171 | 47171 |
| 6/9/2016 | $ | 109.73 | PERKINS REST & BAKERY | 47172 | 47172 |
| 6/9/2016 | $ | 92.22 | PITNEY BOWES GLOBAL FIN SE | 47173 | 47173 |
| 6/9/2016 | $ | 51.36 | PLANT GUYS | 47174 | 47174 |
| 6/9/2016 | $ | 712.64 | PLYLER OVERHEAD DOOR CO | 47175 | 47175 |
| 6/9/2016 | $ | 357.00 | REEVES PLUMBING & HEATING | 47176 | 47176 |
| 6/9/2016 | $ | 126.00 | REILLY SWEEPING INC | 47177 | 47177 |
| 6/9/2016 | $ | 688.00 | REPCO REPLACEMENT | 47178 | 47178 |
| 6/9/2016 | $ | 4,144.54 | REPUBLIC WASTE SERVICE | 47179 | 47179 |
| 6/9/2016 | $ | 74.00 | ROTO-ROOTER | 47180 | 47180 |
| 6/9/2016 | $ | 100.03 | RUMPKE CONSOLIDATED | 47181 | 47181 |
| 6/9/2016 | $ | 1,240.00 | SAELER CONST & REMODELING | 47182 | 47182 |
| 6/9/2016 | $ | 375.00 | SIGN SAVERS | 47183 | 47183 |
| 6/9/2016 | $ | 1,322.88 | SHOES FOR CREWS LLC | 47184 | 47184 |
| 6/9/2016 | $ | 1,716.00 | STATE SECURITY&INVESTIGATION S | 47185 | 47185 |
| 6/9/2016 | $ | 1,711.33 | T&D LANDSCAPE & LAWN CARE | 47186 | 47186 |
| 6/9/2016 | $ | 955.92 | CHRISTOPHER TAYLOR | 47187 | 47187 |
| 6/9/2016 | $ | 715.50 | THOMAS QUALITY CLEANING | 47188 | 47188 |
| 6/9/2016 | $ | 2,901.51 | TRI COUNTY IND. | 47189 | 47189 |
| 6/9/2016 | $ | 21.27 | UPS | 47190 | 47190 |
| 6/9/2016 | $ | 3,109.12 | US FOODS CULINARY EQUIP & SUPP | 47191 | 47191 |
| 6/9/2016 | $ | 33.06 | VECTOR SECURITY, INC | 47192 | 47192 |
| 6/9/2016 | $ | 1,058.92 | VERIZON | 47193 | 47193 |
| 6/9/2016 | $ | 1,258.00 | VERNON TWP SANITATION AUTH | 47194 | 47194 |
| 6/9/2016 | $ | 62.00 | WEBER ELECTRIC SUPPLY | 47195 | 47195 |

| Date | | Amount | Payee | | |
|---|---|---|---|---|---|
| 6/9/2016 | $ | 38.25 | WHITE TWP LIGHT FUND | 47196 | 47196 |
| 6/9/2016 | $ | 8.07 | WHITE TWP HYDRANT FUND | 47197 | 47197 |
| 6/9/2016 | $ | 70.20 | WINDOW KING INC | 47198 | 47198 |
| 6/9/2016 | $ | 37.23 | WINDSTREAM | 47199 | 47199 |
| 6/9/2016 | $ | 140.00 | YARD AT WORK LANDSCAPING | 47200 | 47200 |
| 6/9/2016 | $ | 1,081.20 | YARDMASTER OF PENNSYLVANIA LLC | 47201 | 47201 |
| 6/10/2016 | $ | 60,858.45 | REINHART FOOD SERV | ACH | |
| 6/10/2016 | $ | 358,134.75 | US FOODSERVICE REC CORP | ACH | |
| 6/16/2016 | $ | 2,646.07 | ALLY | 47202 | 47202 |
| 6/16/2016 | $ | 486.56 | AQUA PENNSYLVANIA | 47203 | 47203 |
| 6/16/2016 | $ | 74.66 | ARMSTRONG | 47204 | 47204 |
| 6/16/2016 | $ | 776.67 | AT&T | 47205 | 47205 |
| 6/16/2016 | $ | 238.20 | AT&T | 47206 | 47206 |
| 6/16/2016 | $ | 559.07 | CITY OF ASHTABULA/WASTWATR | 47207 | 47207 |
| 6/16/2016 | $ | 1,077.64 | COLUMBIA GAS OF PA | 47208 | 47208 |
| 6/16/2016 | $ | 1,054.38 | CONSTELLATION NE-GD | 47209 | 47209 |
| 6/16/2016 | $ | 13,400.00 | CONWAY LAW FIRM | 47210 | 47210 |
| 6/16/2016 | $ | 1,208.50 | DINN,HOCHMAN & POTTER, LLC | 47211 | 47211 |
| 6/16/2016 | $ | 1,175.86 | DIRECT ENERGY | 47212 | 47212 |
| 6/16/2016 | $ | 627.61 | DOMINION EAST OHIO | 47213 | 47213 |
| 6/16/2016 | $ | 2,063.42 | HOME DEPOT CREDIT SERVICES | 47214 | 47214 |
| 6/16/2016 | $ | 3,287.04 | THE ILLUMINATING CO | 47215 | 47215 |
| 6/16/2016 | $ | 397.25 | J & S LANDSCAPING CO | 47216 | 47216 |
| 6/16/2016 | $ | 500.00 | JV SURFACE WATER SERVICES | 47217 | 47217 |
| 6/16/2016 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 47218 | 47218 |
| 6/16/2016 | $ | 903.42 | NATIONAL FUEL | 47219 | 47219 |
| 6/16/2016 | $ | 4,055.00 | NATIONAL GRID | 47220 | 47220 |
| 6/16/2016 | $ | 3,768.89 | OHIO EDISON CO | 47221 | 47221 |
| 6/16/2016 | $ | 7,769.14 | PENELEC | 47222 | 47222 |
| 6/16/2016 | $ | 2,359.77 | PA AMERICAN WATER | 47223 | 47223 |
| 6/16/2016 | $ | 6,979.94 | PENN POWER | 47224 | 47224 |
| 6/16/2016 | $ | 413.46 | PEOPLES NATURAL GAS | 47225 | 47225 |
| 6/16/2016 | $ | 181.64 | KAREN RAMSEY | 47226 | 47226 |
| 6/16/2016 | $ | 30.00 | REGIONAL CHAMBER | 47227 | 47227 |
| 6/16/2016 | $ | 533.92 | TRAVAGLINI ENT INC | 47228 | 47228 |
| 6/16/2016 | $ | 56,122.40 | TRAVELERS CL REMIT CENTER | 47229 | 47229 |
| 6/16/2016 | $ | 2,734.03 | UNITED CONCORDIA | 47230 | 47230 |
| 6/16/2016 | $ | 243.39 | UNITED REFINING CO OF PA | 47231 | 47231 |
| 6/16/2016 | $ | 347.18 | VERIZON | 47232 | 47232 |
| 6/16/2016 | $ | 78.21 | VERNON TWP WATER AUTH | 47233 | 47233 |
| 6/16/2016 | $ | 2,062.50 | MARK A VILLERS | 47234 | 47234 |
| 6/16/2016 | $ | 234.21 | WINDSTREAM | 47235 | 47235 |
| 6/16/2016 | $ | 1,137.51 | YO. WATER DEPT | 47236 | 47236 |
| 6/23/16 | $ | 290.44 | A & B SERVICE | 47237 | 47237 |
| 6/23/16 | $ | 346.94 | A & S LANDSCAPING | 47238 | 47238 |
| 6/23/16 | $ | 161.12 | AKAM'S CLEANING | 47239 | 47239 |
| 6/23/16 | $ | 960.70 | ALLPOINTS FOODSERVICE | 47240 | 47240 |
| 6/23/16 | $ | 2,575.80 | ALL PRO LANDSCAPING | 47241 | 47241 |
| 6/23/16 | $ | 34.33 | A & M FIRE AND SAFETY EQUIP IN | 47242 | 47242 |
| 6/23/16 | $ | 304.60 | AMERICHOICE INC | 47243 | 47243 |
| 6/23/16 | $ | 184.40 | PERKINS REST PETTY CASH | 47244 | 47244 |
| 6/23/16 | $ | 502.27 | AQUA OHIO INC | 47245 | 47245 |
| 6/23/16 | $ | 69.95 | ARMSTRONG | 47246 | 47246 |
| 6/23/16 | $ | 6,218.20 | ATOM-MATIC REFRIGERATION | 47247 | 47247 |
| 6/23/16 | $ | 461.03 | AT&T | 47248 | 47248 |

| Date | | Amount | Payee | Check | Check |
|------|---|--------|-------|-------|-------|
| 6/23/16 | $ | 232.31 | PERKINS REST PETTY CASH | 47249 | 47249 |
| 6/23/16 | $ | 330.21 | PERKINS REST PETTY CASH | 47250 | 47250 |
| 6/23/16 | $ | 221.09 | PERKINS REST PETTY CASH | 47251 | 47251 |
| 6/23/16 | $ | 100.00 | DOUG BEUGLY | 47252 | 47252 |
| 6/23/16 | $ | 2,905.48 | WILLIAM BLATT-HEMP TX COLL | 47253 | 47253 |
| 6/23/16 | $ | 167.13 | PERKINS REST PETTY CASH | 47254 | 47254 |
| 6/23/16 | $ | 5,963.08 | BOROUGH OF GROVE CITY | 47255 | 47255 |
| 6/23/16 | $ | 368.05 | BOROUGH OF INDIANA | 47256 | 47256 |
| 6/23/16 | $ | 7,678.04 | BURNS CHEMICAL SERVICE | 47257 | 47257 |
| 6/23/16 | $ | 1,683.05 | BUY ROLLS.COM | 47258 | 47258 |
| 6/23/16 | $ | 371.00 | C & A TREES UNLIMITED INC | 47259 | 47259 |
| 6/23/16 | $ | 400.00 | CARBONS GOLDEN MALTED | 47260 | 47260 |
| 6/23/16 | $ | 467.84 | PERKINS REST PETTY CASH | 47261 | 47261 |
| 6/23/16 | $ | 356.16 | CASELLA WASTE SERVICE 60 | 47262 | 47262 |
| 6/23/16 | $ | 1,161.84 | CIGNA LIFE INS CO NY | 47263 | 47263 |
| 6/23/16 | $ | 4,389.91 | CINTAS CORP LOC 006 | 47264 | 47264 |
| 6/23/16 | $ | 631.83 | CITY OF HERMITAGE | 47265 | 47265 |
| 6/23/16 | $ | 6,502.87 | CITY TREASURER | 47266 | 47266 |
| 6/23/16 | $ | 5,777.82 | CITY OF CORRY, PA | 47267 | 47267 |
| 6/23/16 | $ | 7,562.43 | CITY OF ERIE TREASURER | 47268 | 47268 |
| 6/23/16 | $ | 1,374.95 | CONNEAUT WATER & SEWER DPT | 47269 | 47269 |
| 6/23/16 | $ | 551.29 | CITY LIGHTING PROD | 47270 | 47270 |
| 6/23/16 | $ | 334.03 | COLUMBIA GAS OF OHIO | 47271 | 47271 |
| 6/23/16 | $ | 189.71 | PERKINS REST PETTY CASH | 47272 | 47272 |
| 6/23/16 | $ | 180.30 | CONSOLIDATED COMMUNICATIONS | 47273 | 47273 |
| 6/23/16 | $ | 15,800.00 | CONWAY LAW FIRM | 47274 | 47274 |
| 6/23/16 | $ | 37.10 | COZZINI BROS INC | 47275 | 47275 |
| 6/23/16 | $ | 2,835.40 | CRAWFORD CO TREASURER | 47276 | 47276 |
| 6/23/16 | $ | 162.26 | DARLING INT INC | 47277 | 47277 |
| 6/23/16 | $ | 383.92 | DAVIS BROTHER HTG & A/C INC | 47278 | 47278 |
| 6/23/16 | $ | 156.88 | DEMCUR ELEC MOTOR SERVICE | 47279 | 47279 |
| 6/23/16 | $ | 38.22 | DESANTIS JAN SPLY/PRTY SHP | 47280 | 47280 |
| 6/23/16 | $ | 574.43 | DIRECT ENERGY | 47281 | 47281 |
| 6/23/16 | $ | 823.00 | DOCTOR DEAD-BUG INC | 47282 | 47282 |
| 6/23/16 | $ | 49.97 | DOMINION EAST OHIO | 47283 | 47283 |
| 6/23/16 | $ | 2,888.50 | DUST BUSTERS SERVICE | 47284 | 47284 |
| 6/23/16 | $ | 98.09 | DYKES REST SUPPLIES | 47285 | 47285 |
| 6/23/16 | $ | 147.42 | PERKINS REST PETTY CASH | 47286 | 47286 |
| 6/23/16 | $ | 704.14 | PERKINS REST PETTY CASH | 47287 | 47287 |
| 6/23/16 | $ | 2,253.54 | MATTHEW D FISCHER-TAX COLL | 47288 | 47288 |
| 6/23/16 | $ | 87.62 | FISH WINDOW CLEANING | 47289 | 47289 |
| 6/23/16 | $ | 122.89 | PERKINS REST PETTY CASH | 47290 | 47290 |
| 6/23/16 | $ | 261.24 | FRANKLIN MACHINE PROD | 47291 | 47291 |
| 6/23/16 | $ | 215.82 | FRONTIER | 47292 | 47292 |
| 6/23/16 | $ | 100.00 | GERALD R FRY CO INC | 47293 | 47293 |
| 6/23/16 | $ | 1,400.43 | GOLDNER ASSOCIATES | 47294 | 47294 |
| 6/23/16 | $ | 283.72 | GRAINGER | 47295 | 47295 |
| 6/23/16 | $ | 116.47 | HAGUE CRYSTAL CLEARWATER | 47296 | 47296 |
| 6/23/16 | $ | 2,938.18 | HARBORCREEK TWP TAX COLL | 47297 | 47297 |
| 6/23/16 | $ | 4,308.57 | HERMITAGE TREASURER | 47298 | 47298 |
| 6/23/16 | $ | 48,393.42 | HIGHMARK BLUE SHIELD | 47299 | 47299 |
| 6/23/16 | $ | 260.48 | PERKINS REST PETTY CASH | 47300 | 47300 |
| 6/23/16 | $ | 400.15 | HUZZYS REFRIGERATION INC | 47301 | 47301 |
| 6/23/16 | $ | 11,900.10 | THE ILLUMINATING CO | 47302 | 47302 |
| 6/23/16 | $ | 55.89 | IRWIN'S OFFICE SUPPLIES | 47303 | 47303 |

| Date | | Amount | Payee | Check # | Check # |
|---|---|---|---|---|---|
| 6/23/16 | $ | 112.30 | PERKINS REST PETTY CASH | 47304 | 47304 |
| 6/23/16 | $ | 456.63 | PERKINS REST PETTY CASH | 47305 | 47305 |
| 6/23/16 | $ | 235.26 | PERKINS REST PETTY CASH | 47306 | 47306 |
| 6/23/16 | $ | 46.44 | KLINE PEST CONTROL CO INC | 47307 | 47307 |
| 6/23/16 | $ | 293.80 | KRESS AUTO CENTER | 47308 | 47308 |
| 6/23/16 | $ | 475.00 | PERKINS REST PETTY CASH | 47309 | 47309 |
| 6/23/16 | $ | 83.74 | PERKINS REST PETTY CASH | 47310 | 47310 |
| 6/23/16 | $ | 4,608.17 | P J LYND T C | 47311 | 47311 |
| 6/23/16 | $ | 650.34 | PERKINS REST PETTY CASH | 47312 | 47312 |
| 6/23/16 | $ | 939.30 | PERKINS REST PETTY CASH | 47313 | 47313 |
| 6/23/16 | $ | 264.58 | MEADVILLE PLATE GLASS CO | 47314 | 47314 |
| 6/23/16 | $ | 481.30 | R E MICHEL CO | 47315 | 47315 |
| 6/23/16 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 47316 | 47316 |
| 6/23/16 | $ | 5,863.44 | MILLCREEK TAX COLLECTOR | 47317 | 47317 |
| 6/23/16 | $ | 135.00 | MILLER SEWER | 47318 | 47318 |
| 6/23/16 | $ | 212.28 | PERKINS REST PETTY CASH | 47319 | 47319 |
| 6/23/16 | $ | 1,954.26 | NESHANNOCK TAX COLLECTOR | 47320 | 47320 |
| 6/23/16 | $ | 165.06 | NESHANNOCK TOWNSHIP SEWER | 47321 | 47321 |
| 6/23/16 | $ | 559.69 | NU CO2 LLC | 47322 | 47322 |
| 6/23/16 | $ | 11,050.00 | OHIO LOGOS INC | 47323 | 47323 |
| 6/23/16 | $ | 10,901.06 | OHIO EDISON CO | 47324 | 47324 |
| 6/23/16 | $ | 249.11 | PERKINS REST PETTY CASH | 47325 | 47325 |
| 6/23/16 | $ | 40.77 | ORKIN PEST CNTRL #928 | 47326 | 47326 |
| 6/23/16 | $ | 1,097.00 | OSTERBERG REFRIGERATION | 47327 | 47327 |
| 6/23/16 | $ | 37.40 | J S PALUCH CO INC | 47328 | 47328 |
| 6/23/16 | $ | 239.03 | C T PARKER ENT | 47329 | 47329 |
| 6/23/16 | $ | 446.97 | PA AMERICAN WATER | 47330 | 47330 |
| 6/23/16 | $ | 819.09 | PA MUNICIPAL SERVICE CO | 47331 | 47331 |
| 6/23/16 | $ | 6,855.02 | PENN POWER | 47332 | 47332 |
| 6/23/16 | $ | 1,024.13 | PERKINS REST & BAKERY | 47333 | 47333 |
| 6/23/16 | $ | 107.46 | PERKINS REST PETTY CASH | 47334 | 47334 |
| 6/23/16 | $ | 467.06 | POS REMARKETING GROUP | 47335 | 47335 |
| 6/23/16 | $ | 233.68 | PERKINS REST PETTY CASH | 47336 | 47336 |
| 6/23/16 | $ | 394.00 | RENT A SPACE | 47337 | 47337 |
| 6/23/16 | $ | 209.60 | PERKINS REST PETTY CASH | 47338 | 47338 |
| 6/23/16 | $ | 313.72 | RUMPKE CONSOLIDATED | 47339 | 47339 |
| 6/23/16 | $ | 952.65 | SHENANGO CASH REGISTER INC | 47340 | 47340 |
| 6/23/16 | $ | 1,868.23 | SHOES FOR CREWS LLC | 47341 | 47341 |
| 6/23/16 | $ | 494.39 | SNELL LANDSCAPE SERVICES LLC | 47342 | 47342 |
| 6/23/16 | $ | 3,354.08 | B E STAHLMAN - TAX COLLECTOR | 47343 | 47343 |
| 6/23/16 | $ | 1,957.76 | STAPLES ADVANTAGE | 47344 | 47344 |
| 6/23/16 | $ | 1,500.00 | STATE SECURITY&INVESTIGATION S | 47345 | 47345 |
| 6/23/16 | $ | 90.10 | T'S WINDOW CLEANING | 47346 | 47346 |
| 6/23/16 | $ | 455.46 | CHRISTOPHER TAYLOR | 47347 | 47347 |
| 6/23/16 | $ | 300.71 | PERKINS REST PETTY CASH | 47348 | 47348 |
| 6/23/16 | $ | 58.47 | TEAM OFFICE TECHNOLOGIES | 47349 | 47349 |
| 6/23/16 | $ | 143.71 | PERKINS REST PETTY CASH | 47350 | 47350 |
| 6/23/16 | $ | 91.63 | TIME WARNER CABLE | 47351 | 47351 |
| 6/23/16 | $ | 503.50 | THOMAS QUALITY CLEANING | 47352 | 47352 |
| 6/23/16 | $ | 314.00 | TOTAL LINE RFRGRTN INC | 47353 | 47353 |
| 6/23/16 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 47354 | 47354 |
| 6/23/16 | $ | 5,820.37 | TREASURER OF LAWRENCE CO | 47355 | 47355 |
| 6/23/16 | $ | 1,205.19 | TRUM CO WATER SEWER | 47356 | 47356 |
| 6/23/16 | $ | 26,040.00 | UNITED ASPHALT&SEAL COATING | 47357 | 47357 |
| 6/23/16 | $ | 1.64 | UPS | 47358 | 47358 |

| Date | | Amount | Payee | | Check |
|---|---|---|---|---|---|
| 6/23/16 | $ | 4,054.80 | US FOODS CULINARY EQUIP & SUPP | 47359 | 47359 |
| 6/23/16 | $ | 1,065.01 | VALLEY ACOUSTICS INC | 47360 | 47360 |
| 6/23/16 | $ | 481.36 | VERIZON | 47361 | 47361 |
| 6/23/16 | $ | 8,040.16 | VERNON TWP TAX COLL | 47362 | 47362 |
| 6/23/16 | $ | 4,796.19 | RHONDA L WALKER, TAX COLL | 47363 | 47363 |
| 6/23/16 | $ | 174.11 | PERKINS REST PETTY CASH | 47364 | 47364 |
| 6/23/16 | $ | 4,715.36 | WASTE MANAGEMENT | 47365 | 47365 |
| 6/23/16 | $ | 927.71 | WASTE MANAGEMENT OHIO INC | 47366 | 47366 |
| 6/23/16 | $ | 892.13 | WEBER ELECTRIC SUPPLY | 47367 | 47367 |
| 6/23/16 | $ | 1,370.63 | JOHN WEISS CARPET & UPH CL | 47368 | 47368 |
| 6/23/16 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 47369 | 47369 |
| 6/23/16 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 47370 | 47370 |
| 6/23/16 | $ | 692.45 | WINDSTREAM | 47371 | 47371 |
| 6/23/16 | $ | 1,081.20 | YARDMASTER OF PENNSYLVANIA LLC | 47372 | 47372 |
| 6/23/16 | $ | 1,399.15 | YO. WATER DEPT | 47373 | 47373 |
| 6/23/16 | $ | 188.00 | W C ZABEL CO | 47374 | 47374 |
| 6/24/16 | $ | 54,431.99 | REINHART FOOD SERV | ACH | |
| 6/24/16 | $ | 332,669.21 | US FOODSERVICE REC CORP | ACH | |
| 6/30/2016 | $ | 3,997.69 | AMER ELEC POWER | 47375 | 47375 |
| 6/30/2016 | $ | 479.00 | AQUA PENNSYLVANIA | 47376 | 47376 |
| 6/30/2016 | $ | 451.91 | AT&T | 47377 | 47377 |
| 6/30/2016 | $ | 68.64 | AT&T | 47378 | 47378 |
| 6/30/2016 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 47379 | 47379 |
| 6/30/2016 | $ | 180.00 | CITY TREASURER- MEADVILLE | 47380 | 47380 |
| 6/30/2016 | $ | 662.29 | COLUMBIA GAS OF OHIO | 47381 | 47381 |
| 6/30/2016 | $ | 1,205.59 | CONSTELLATION NE-GD | 47382 | 47382 |
| 6/30/2016 | $ | 15,800.00 | CONWAY LAW FIRM | 47383 | 47383 |
| 6/30/2016 | $ | 51,111.45 | CUYAHOGA CO TREASURER | 47384 | 47384 |
| 6/30/2016 | $ | 476.77 | DIRECT ENERGY | 47385 | 47385 |
| 6/30/2016 | $ | 3,578.11 | DIRECT ENERGY | 47386 | 47386 |
| 6/30/2016 | $ | 177.33 | DOMINION EAST OHIO | 47387 | 47387 |
| 6/30/2016 | $ | 65.65 | EARTHLINK INC | 47388 | 47388 |
| 6/30/2016 | $ | 3,000.00 | ELMHURST PROP INC | 47389 | 47389 |
| 6/30/2016 | $ | 2,500.00 | GERALD R FRY CO INC | 47390 | 47390 |
| 6/30/2016 | $ | 5,397.67 | GAR FIELD CLUB LP | 47391 | 47391 |
| 6/30/2016 | $ | 804.67 | HEMPFIELD TWP. AUTHORITY | 47392 | 47392 |
| 6/30/2016 | $ | 5,071.34 | DAWN M JADRYCH | 47393 | 47393 |
| 6/30/2016 | $ | 5,071.34 | MARK A JADRYCH | 47394 | 47394 |
| 6/30/2016 | $ | 500.00 | KAIL'S PARKING | 47395 | 47395 |
| 6/30/2016 | $ | 770.89 | NATIONAL FUEL RESOURCES | 47396 | 47396 |
| 6/30/2016 | $ | 4,865.33 | OHIO EDISON CO | 47397 | 47397 |
| 6/30/2016 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 47398 | 47398 |
| 6/30/2016 | $ | 183.59 | DAWN PAVLIK | 47399 | 47399 |
| 6/30/2016 | $ | 20,121.92 | PENELEC | 47400 | 47400 |
| 6/30/2016 | $ | 1,726.15 | PA AMERICAN WATER | 47401 | 47401 |
| 6/30/2016 | $ | 47.27 | PENN POWER | 47402 | 47402 |
| 6/30/2016 | $ | 532.13 | PEOPLES NATURAL GAS | 47403 | 47403 |
| 6/30/2016 | $ | 2,900.00 | TRAVAGLINI ENT INC | 47404 | 47404 |
| 6/30/2016 | $ | 400.00 | UNITED APPRAISAL SERVICES | 47405 | 47405 |
| 6/30/2016 | $ | 1,137.56 | UTICA DED REC GROUP | 47406 | 47406 |
| 6/30/2016 | $ | 789.44 | VERIZON | 47407 | 47407 |
| 6/30/2016 | $ | 2,175.00 | MARK A VILLERS | 47408 | 47408 |
| 7/7/2016 | $ | 370.00 | A-1 SEPTIC TANK SERV, LLC | 47409 | 47409 |
| 7/7/2016 | $ | 937.50 | ABCO FIRE PROTECTION,INC | 47410 | 47410 |
| 7/7/2016 | $ | 2,295.02 | AFLAC | 47411 | 47411 |

| Date | | Amount | Payee | Check # | Check # |
|---|---|---|---|---|---|
| 7/7/2016 | $ | 2,698.97 | ALLY | 47412 | 47412 |
| 7/7/2016 | $ | 195.85 | ARMSTRONG | 47413 | 47413 |
| 7/7/2016 | $ | 1,374.01 | ATOM-MATIC REFRIGERATION | 47414 | 47414 |
| 7/7/2016 | $ | 740.72 | AT & T MOBILITY | 47415 | 47415 |
| 7/7/2016 | $ | 694.30 | CHRIS BAER | 47416 | 47416 |
| 7/7/2016 | $ | 1,002.75 | BANK OF AMERICA | 47417 | 47417 |
| 7/7/2016 | $ | 597.00 | BJS CARPET CLEANING | 47418 | 47418 |
| 7/7/2016 | $ | 7,050.43 | BURNS CHEMICAL SERVICE | 47419 | 47419 |
| 7/7/2016 | $ | 1,091.30 | BUY ROLLS.COM | 47420 | 47420 |
| 7/7/2016 | $ | 1,514.00 | CARBONS GOLDEN MALTED | 47421 | 47421 |
| 7/7/2016 | $ | 1,206.51 | CASELLA WASTE SERVICE 60 | 47422 | 47422 |
| 7/7/2016 | $ | 270.80 | CENTURY LINK | 47423 | 47423 |
| 7/7/2016 | $ | 807.35 | CHRYSLER CAPITAL | 47424 | 47424 |
| 7/7/2016 | $ | 4,156.42 | CINTAS CORP LOC 006 | 47425 | 47425 |
| 7/7/2016 | $ | 622.47 | CITY OF TITUSVILLE | 47426 | 47426 |
| 7/7/2016 | $ | 547.08 | CITY OF CORRY, PA | 47427 | 47427 |
| 7/7/2016 | $ | 5,971.01 | CITY OF NILES | 47428 | 47428 |
| 7/7/2016 | $ | 1,795.86 | CITY OF OLEAN WATER & SEWER | 47429 | 47429 |
| 7/7/2016 | $ | 1,166.59 | CITY LIGHTING PROD | 47430 | 47430 |
| 7/7/2016 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 47431 | 47431 |
| 7/7/2016 | $ | 15,800.00 | CONWAY LAW FIRM | 47432 | 47432 |
| 7/7/2016 | $ | 18.02 | COZZINI BROS INC | 47433 | 47433 |
| 7/7/2016 | $ | 772.82 | DARLING INT INC | 47434 | 47434 |
| 7/7/2016 | $ | 12.71 | DESANTIS JAN SPLY/PRTY SHP | 47435 | 47435 |
| 7/7/2016 | $ | 823.74 | DIRECT ENERGY | 47436 | 47436 |
| 7/7/2016 | $ | 957.38 | DOCTOR DEAD-BUG INC | 47437 | 47437 |
| 7/7/2016 | $ | 893.62 | DRAIN D' ROOTER | 47438 | 47438 |
| 7/7/2016 | $ | 419.60 | FUGH REFRIGERATION INC | 47439 | 47439 |
| 7/7/2016 | $ | 488.47 | GOLDNER ASSOCIATES | 47440 | 47440 |
| 7/7/2016 | $ | 112.49 | GREAT WAVE COMMUNICATIONS | 47441 | 47441 |
| 7/7/2016 | $ | 997.46 | GREENVILLE WATER AUTH | 47442 | 47442 |
| 7/7/2016 | $ | 93.59 | GUARDIAN ALARM CO | 47443 | 47443 |
| 7/7/2016 | $ | 183.78 | HAGAN BUSINESS MACH. INC. | 47444 | 47444 |
| 7/7/2016 | $ | 200.69 | HERITAGE FOOD SERVICE GROUP IN | 47445 | 47445 |
| 7/7/2016 | $ | 1,343.38 | THE HITE CO | 47446 | 47446 |
| 7/7/2016 | $ | 121.21 | HOME HARDWARE INC | 47447 | 47447 |
| 7/7/2016 | $ | 80.00 | HUZZYS REFRIGERATION INC | 47448 | 47448 |
| 7/7/2016 | $ | 3,199.08 | THE ILLUMINATING CO | 47449 | 47449 |
| 7/7/2016 | $ | 143.10 | IRWIN'S OFFICE SUPPLIES | 47450 | 47450 |
| 7/7/2016 | $ | 46.44 | KLINE PEST CONTROL CO INC | 47451 | 47451 |
| 7/7/2016 | $ | 275.00 | LANG CONCRETE PRODUCTS INC | 47452 | 47452 |
| 7/7/2016 | $ | 84.80 | LLOYD'S RENTAL SER. | 47453 | 47453 |
| 7/7/2016 | $ | 49.51 | LUMINOUS WATER SOLUTIONS INC | 47454 | 47454 |
| 7/7/2016 | $ | 6,650.00 | MAINTENANCE SYSTEMS OF N. OH, | 47455 | 47455 |
| 7/7/2016 | $ | 35.00 | MEADVILLE TRIBUNE | 47456 | 47456 |
| 7/7/2016 | $ | 377.04 | MEADVILLE PLATE GLASS CO | 47457 | 47457 |
| 7/7/2016 | $ | 650.41 | R E MICHEL CO | 47458 | 47458 |
| 7/7/2016 | $ | 590.00 | MR ROOTER YOUNGSTOWN | 47459 | 47459 |
| 7/7/2016 | $ | 3,644.85 | MUZAK LLC | 47460 | 47460 |
| 7/7/2016 | $ | 2,994.94 | NU CO2 LLC | 47461 | 47461 |
| 7/7/2016 | $ | 863.00 | OSTERBERG REFRIGERATION | 47462 | 47462 |
| 7/7/2016 | $ | 26.78 | PENN POWER | 47463 | 47463 |
| 7/7/2016 | $ | 185.88 | PEOPLES NATURAL GAS | 47464 | 47464 |
| 7/7/2016 | $ | 51.36 | PLANT GUYS | 47465 | 47465 |
| 7/7/2016 | $ | 178.20 | PLUMBMASTER INC | 47466 | 47466 |

| Date | | Amount | Payee | | |
|---|---|---|---|---|---|
| 7/7/2016 | $ | 245.00 | POWELL SANITATION | 47467 | 47467 |
| 7/7/2016 | $ | 313.33 | PURCHASE POWER | 47468 | 47468 |
| 7/7/2016 | | | void | | 47469 |
| 7/7/2016 | $ | 345.00 | REPCO REPLACEMENT | 47470 | 47470 |
| 7/7/2016 | $ | 4,172.26 | REPUBLIC WASTE SERVICE | 47471 | 47471 |
| 7/7/2016 | $ | 325.00 | PERKINS REST PETTY CASH | 47472 | 47472 |
| 7/7/2016 | $ | 1,090.45 | SHENANGO CASH REGISTER INC | 47473 | 47473 |
| 7/7/2016 | $ | 349.00 | SHRED-X-OF ERIE | 47474 | 47474 |
| 7/7/2016 | $ | 440.50 | SIGN SAVERS | 47475 | 47475 |
| 7/7/2016 | $ | 2,641.04 | SHOES FOR CREWS LLC | 47476 | 47476 |
| 7/7/2016 | $ | 1,168.01 | CHRISTOPHER TAYLOR | 47477 | 47477 |
| 7/7/2016 | $ | 1,219.00 | THOMAS QUALITY CLEANING | 47478 | 47478 |
| 7/7/2016 | $ | 164.00 | TOTAL LINE RFRGRTN INC | 47479 | 47479 |
| 7/7/2016 | $ | 2,959.54 | TRI COUNTY IND. | 47480 | 47480 |
| 7/7/2016 | $ | 18,950.00 | UNITED ASPHALT&SEAL COATING | 47481 | 47481 |
| 7/7/2016 | $ | 1,660.42 | US FOODS CULINARY EQUIP & SUPP | 47482 | 47482 |
| 7/7/2016 | $ | 439.43 | VERIZON | 47483 | 47483 |
| 7/7/2016 | $ | 1,377.00 | VERNON TWP SANITATION AUTH | 47484 | 47484 |
| 7/7/2016 | $ | 399.02 | VOGELS DISP SERVICE INC | 47485 | 47485 |
| 7/7/2016 | $ | 112.63 | WEBER ELECTRIC SUPPLY | 47486 | 47486 |
| 7/7/2016 | $ | 1,014.43 | WEX BANK | 47487 | 47487 |
| 7/7/2016 | $ | 170.66 | WILSON BLDG. SUPPLY, INC | 47488 | 47488 |
| 7/7/2016 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 47489 | 47489 |
| 7/7/2016 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 47490 | 47490 |
| 7/7/2016 | $ | 131.76 | WINDSTREAM | 47491 | 47491 |
| 7/7/2016 | $ | 111.88 | WINTERS PLUMBING | 47492 | 47492 |
| 7/8/16 | $ | 57,118.21 | REINHART FOOD SERV | ACH | |
| 7/8/16 | $ | 346,895.95 | US FOODSERVICE REC CORP | ACH | |
| 7/14/2016 | $ | 603.09 | AQUA OHIO INC | 47493 | 47493 |
| 7/14/2016 | $ | 12,333.21 | ASHTABULA CO TREASURER | 47494 | 47494 |
| 7/14/2016 | $ | 622.03 | AT&T | 47495 | 47495 |
| 7/14/2016 | $ | 377.63 | AT&T | 47496 | 47496 |
| 7/14/2016 | $ | 998.29 | YO. WATER DEPT | 47497 | 47497 |
| 7/14/2016 | $ | 133.17 | CITY OF WARREN, UTIL. SERV. | 47498 | 47498 |
| 7/14/2016 | $ | 15,800.00 | CONWAY LAW FIRM | 47499 | 47499 |
| 7/14/2016 | $ | 1,622.00 | CRANBERRY TOWNSHIP | 47500 | 47500 |
| 7/14/2016 | $ | 767.44 | DIRECT ENERGY | 47501 | 47501 |
| 7/14/2016 | $ | 552.83 | DOMINION EAST OHIO | 47502 | 47502 |
| 7/14/2016 | $ | 495.00 | FOSTER TWP SEWER FUND | 47503 | 47503 |
| 7/14/2016 | $ | 1,770.98 | NATIONAL FUEL | 47504 | 47504 |
| 7/14/2016 | $ | 4,772.03 | NATIONAL GRID | 47505 | 47505 |
| 7/14/2016 | $ | 17,443.38 | PENELEC | 47506 | 47506 |
| 7/14/2016 | $ | 29.53 | PA MUNICIPAL SERVICE CO | 47507 | 47507 |
| 7/14/2016 | $ | 6,827.86 | PENN POWER | 47508 | 47508 |
| 7/14/2016 | $ | 12,595.49 | STARK CO TREASURER | 47509 | 47509 |
| 7/14/2016 | $ | 667.70 | STARK CO METRO SEWER DIST | 47510 | 47510 |
| 7/14/2016 | $ | 1,308.98 | TRAVAGLINI ENT INC | 47511 | 47511 |
| 7/14/2016 | $ | 2,653.51 | UNITED CONCORDIA | 47512 | 47512 |
| 7/14/2016 | $ | 275.34 | UNITED REFINING CO OF PA | 47513 | 47513 |
| 7/14/2016 | $ | 811.51 | VERIZON | 47514 | 47514 |
| 7/14/2016 | $ | 2,175.00 | MARK A VILLERS | 47515 | 47515 |
| 7/14/2016 | $ | 239.50 | WINDSTREAM | 47516 | 47516 |
| 7/18/16 | $ | 8,707.60 | KRANZ CONSTRUCTION INC | | 47517 |
| 7/21/2016 | $ | 169.60 | A & B SERVICE | 47518 | 47518 |
| 7/21/2016 | $ | 365.09 | A & S LANDSCAPING | 47519 | 47519 |

| 7/21/2016 | $ | 786.25 | ABCO FIRE PROTECTION,INC | 47520 | 47520 |
| 7/21/2016 | $ | 161.12 | AKAM'S CLEANING | 47521 | 47521 |
| 7/21/2016 | $ | 901.80 | ALL PRO LANDSCAPING | 47522 | 47522 |
| 7/21/2016 | $ | 104.55 | AMERICHOICE INC | 47523 | 47523 |
| 7/21/2016 | $ | 160.00 | AMERICHEK INC | 47524 | 47524 |
| 7/21/2016 | $ | 636.69 | AQUA PENNSYLVANIA | 47525 | 47525 |
| 7/21/2016 | $ | 144.61 | ARMSTRONG | 47526 | 47526 |
| 7/21/2016 | $ | 5,100.16 | ATOM-MATIC REFRIGERATION | 47527 | 47527 |
| 7/21/2016 | $ | 826.77 | AT&T | 47528 | 47528 |
| 7/21/2016 | $ | 150.99 | A TO Z PLUMBING & DRAIN SERVIC | 47529 | 47529 |
| 7/21/2016 | $ | 100.00 | DOUG BEUGLY | 47530 | 47530 |
| 7/21/2016 | $ | 1,000.00 | ROBERT BLAISING | 47531 | 47531 |
| 7/21/2016 | $ | 393.85 | BOROUGH OF INDIANA | 47532 | 47532 |
| 7/21/2016 | $ | 10,862.17 | BURNS CHEMICAL SERVICE | 47533 | 47533 |
| 7/21/2016 | $ | 1,285.15 | BUY ROLLS.COM | 47534 | 47534 |
| 7/21/2016 | $ | 600.00 | CARBONS GOLDEN MALTED | 47535 | 47535 |
| 7/21/2016 | $ | 220.00 | CARRON SERVICE | 47536 | 47536 |
| 7/21/2016 | $ | 2,794.17 | CASELLA WASTE SERVICE 60 | 47537 | 47537 |
| 7/21/2016 | $ | 4,462.76 | CINTAS CORP LOC 006 | 47538 | 47538 |
| 7/21/2016 | $ | 1,289.51 | CONNEAUT WATER & SEWER DPT | 47539 | 47539 |
| 7/21/2016 | $ | 97.07 | CITY LIGHTING PROD | 47540 | 47540 |
| 7/21/2016 | $ | 521.33 | COCA COLA N AMER | 47541 | 47541 |
| 7/21/2016 | $ | 784.56 | COLUMBIA GAS OF PA | 47542 | 47542 |
| 7/21/2016 | $ | 148.78 | COLUMBIA GAS OF OHIO | 47543 | 47543 |
| 7/21/2016 | $ | 129.00 | COLONIAL RADIO GROUP | 47544 | 47544 |
| 7/21/2016 | $ | 112.39 | CONCORD IND INC | 47545 | 47545 |
| 7/21/2016 | $ | 930.98 | CONSTELLATION NE-GD | 47546 | 47546 |
| 7/21/2016 | $ | 17,634.98 | CONWAY LAW FIRM | 47547 | 47547 |
| 7/21/2016 | $ | 55.12 | COZZINI BROS INC | 47548 | 47548 |
| 7/21/2016 | $ | 702.00 | THE CUTTING BOARD FACTORY | 47549 | 47549 |
| 7/21/2016 | $ | 554.36 | DARLING INT INC | 47550 | 47550 |
| 7/21/2016 | $ | 80.39 | DESANTIS JAN SPLY/PRTY SHP | 47551 | 47551 |
| 7/21/2016 | $ | 2,265.00 | DINN,HOCHMAN & POTTER, LLC | 47552 | 47552 |
| 7/21/2016 | $ | 2,628.86 | DIRECT ENERGY | 47553 | 47553 |
| 7/21/2016 | $ | 85.00 | DISCOVERY BENEFITS INC | 47554 | 47554 |
| 7/21/2016 | $ | 27.40 | DIX COMMUNICATIONS | 47555 | 47555 |
| 7/21/2016 | $ | 478.88 | DOCTOR DEAD-BUG INC | 47556 | 47556 |
| 7/21/2016 | $ | 313.33 | DOMINION EAST OHIO | 47557 | 47557 |
| 7/21/2016 | $ | 683.00 | DRAIN D' ROOTER | 47558 | 47558 |
| 7/21/2016 | $ | 203.04 | DUMANS LOCK & KEY SER | 47559 | 47559 |
| 7/21/2016 | $ | 4,255.90 | DUST BUSTERS SERVICE | 47560 | 47560 |
| 7/21/2016 | $ | 3,046.09 | ERIE WATER WORKS | 47561 | 47561 |
| 7/21/2016 | $ | 345.46 | FINE PRINT | 47562 | 47562 |
| 7/21/2016 | $ | 175.00 | FRANTZ & RUSSELL INC | 47563 | 47563 |
| 7/21/2016 | $ | 216.09 | FRONTIER | 47564 | 47564 |
| 7/21/2016 | $ | 731.04 | GOLDNER ASSOCIATES | 47565 | 47565 |
| 7/21/2016 | $ | 35.92 | GREEN APPLE BARTER SERVICE | 47566 | 47566 |
| 7/21/2016 | $ | 126.47 | HAGUE CRYSTAL CLEARWATER | 47567 | 47567 |
| 7/21/2016 | $ | 215.00 | HARRINGTON HOPPE & MITCHELL LT | 47568 | 47568 |
| 7/21/2016 | $ | 47,179.88 | HIGHMARK BLUE SHIELD | 47569 | 47569 |
| 7/21/2016 | $ | 1,180.17 | HOME DEPOT CREDIT SERVICES | 47570 | 47570 |
| 7/21/2016 | $ | 80.00 | HUZZYS REFRIGERATION INC | 47571 | 47571 |
| 7/21/2016 | $ | 9,482.98 | THE ILLUMINATING CO | 47572 | 47572 |
| 7/21/2016 | $ | 89.45 | IRWIN'S OFFICE SUPPLIES | 47573 | 47573 |
| 7/21/2016 | $ | 397.25 | J & S LANDSCAPING CO | 47574 | 47574 |

| 7/21/2016 | $ | 250.28 | JOSHS LAWN CARE & LANDSCAPING | 47575 | 47575 |
| 7/21/2016 | $ | 2,350.00 | KLINE KEPPEL & KORYAK PC | 47576 | 47576 |
| 7/21/2016 | $ | 525.00 | EDWARD J KRUG & ASSOC | 47577 | 47577 |
| 7/21/2016 | $ | 837.30 | MIKE MAZUREK & SON | 47578 | 47578 |
| 7/21/2016 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 47579 | 47579 |
| 7/21/2016 | $ | 35.72 | MEADVILLE PLATE GLASS CO | 47580 | 47580 |
| 7/21/2016 | $ | 114.80 | R E MICHEL CO | 47581 | 47581 |
| 7/21/2016 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 47582 | 47582 |
| 7/21/2016 | $ | 331.04 | NU CO2 LLC | 47583 | 47583 |
| 7/21/2016 | $ | 12,190.23 | OHIO EDISON CO | 47584 | 47584 |
| 7/21/2016 | $ | 169.93 | ORKIN PEST CNTRL #928 | 47585 | 47585 |
| 7/21/2016 | $ | 388.00 | OSTERBERG REFRIGERATION | 47586 | 47586 |
| 7/21/2016 | $ | 46.75 | J S PALUCH CO INC | 47587 | 47587 |
| 7/21/2016 | $ | 13,031.42 | PENELEC | 47588 | 47588 |
| 7/21/2016 | $ | 1,974.81 | PA AMERICAN WATER | 47589 | 47589 |
| 7/21/2016 | $ | 8,163.12 | PENN POWER | 47590 | 47590 |
| 7/21/2016 | $ | 374.43 | PEOPLES NATURAL GAS | 47591 | 47591 |
| 7/21/2016 | $ | 48.47 | PLUMBMASTER INC | 47592 | 47592 |
| 7/21/2016 | $ | 157.50 | REILLY SWEEPING INC | 47593 | 47593 |
| 7/21/2016 | $ | 630.00 | STEVE RINGLER | 47594 | 47594 |
| 7/21/2016 | $ | 406.78 | RUMPKE CONSOLIDATED | 47595 | 47595 |
| 7/21/2016 | $ | 764.84 | SHARP COLLECTIONS INC | 47596 | 47596 |
| 7/21/2016 | $ | 1,155.23 | SHOES FOR CREWS LLC | 47597 | 47597 |
| 7/21/2016 | $ | 644.57 | SNELL LANDSCAPE SERVICES LLC | 47598 | 47598 |
| 7/21/2016 | $ | 2,276.42 | STAPLES ADVANTAGE | 47599 | 47599 |
| 7/21/2016 | $ | 1,296.00 | STATE SECURITY&INVESTIGATION S | 47600 | 47600 |
| 7/21/2016 | $ | 90.10 | T'S WINDOW CLEANING | 47601 | 47601 |
| 7/21/2016 | $ | 2,343.33 | T&D LANDSCAPE & LAWN CARE | 47602 | 47602 |
| 7/21/2016 | $ | 246.77 | CHRISTOPHER TAYLOR | 47603 | 47603 |
| 7/21/2016 | $ | 84.93 | TIME WARNER CABLE | 47604 | 47604 |
| 7/21/2016 | $ | 821.50 | THOMAS QUALITY CLEANING | 47605 | 47605 |
| 7/21/2016 | $ | 761.11 | TOTAL LINE RFRGRTN INC | 47606 | 47606 |
| 7/21/2016 | $ | 2,760.00 | TRAVAGLINI ENT INC | 47607 | 47607 |
| 7/21/2016 | $ | 9,650.00 | UNITED ASPHALT&SEAL COATING | 47608 | 47608 |
| 7/21/2016 | $ | 88.92 | UNITED REFRIGERATION INC | 47609 | 47609 |
| 7/21/2016 | $ | 2,839.22 | US FOODS CULINARY EQUIP & SUPP | 47610 | 47610 |
| 7/21/2016 | $ | 2,800.00 | VALBRIDGE PROPERTY ADVISORS | 47611 | 47611 |
| 7/21/2016 | $ | 33.06 | VECTOR SECURITY, INC | 47612 | 47612 |
| 7/21/2016 | $ | 618.99 | VERIZON | 47613 | 47613 |
| 7/21/2016 | $ | 892.71 | VERNON TWP WATER AUTH | 47614 | 47614 |
| 7/21/2016 | $ | 4,174.11 | WASTE MANAGEMENT | 47615 | 47615 |
| 7/21/2016 | $ | 961.50 | WASTE MANAGEMENT OHIO INC | 47616 | 47616 |
| 7/21/2016 | $ | 1,661.24 | WEST PENN POWER | 47617 | 47617 |
| 7/21/2016 | $ | 702.77 | WINDSTREAM | 47618 | 47618 |
| 7/21/2016 | $ | 175.00 | YARD AT WORK LANDSCAPING | 47619 | 47619 |
| 7/21/2016 | $ | 2,236.40 | YARDMASTER OF PENNSYLVANIA LLC | 47620 | 47620 |
| 7/21/2016 | $ | 1,686.49 | YO. WATER DEPT | 47621 | 47621 |
| 7/22/2016 | $ | 61,813.79 | REINHART FOOD SERV | ACH | |
| 7/22/2016 | $ | 389,981.59 | US FOODSERVICE REC CORP | ACH | |
| 7/28/2016 | $ | 4,354.79 | AMER ELEC POWER | 47622 | 47622 |
| 7/28/2016 | $ | 515.72 | AQUA OHIO INC | 47623 | 47623 |
| 7/28/2016 | $ | 680.01 | ASHLAND MUNICIPAL INCOME TAX | 47624 | 47624 |
| 7/28/2016 | $ | 58.98 | AT&T | 47625 | 47625 |
| 7/28/2016 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 47626 | 47626 |
| 7/28/2016 | $ | 5,963.08 | BOROUGH OF GROVE CITY | 47627 | 47627 |

| Date | | Amount | Payee | Num | Num |
|------|---|--------|-------|-----|-----|
| 7/28/2016 | $ | 1,569.51 | CITY OF ASHTABULA RCVR TXS | 47628 | 47628 |
| 7/28/2016 | $ | 1,023.70 | CITY OF CANFIELD RCVR TXS | 47629 | 47629 |
| 7/28/2016 | $ | 815.00 | CITY OF HERMITAGE | 47630 | 47630 |
| 7/28/2016 | $ | 180.00 | CITY TREASURER- MEADVILLE | 47631 | 47631 |
| 7/28/2016 | $ | 420.00 | CITY OF GROVE CITY-LST COLLECT | 47632 | 47632 |
| 7/28/2016 | $ | 1,135.92 | CITY OF CONNEAUT RCVR TAXES | 47633 | 47633 |
| 7/28/2016 | $ | 3,253.18 | CITY OF ERIE TREASURER | 47634 | 47634 |
| 7/28/2016 | $ | 214.00 | CITY OF MEADVILLE-LST RCVR | 47635 | 47635 |
| 7/28/2016 | $ | 720.00 | CITY OF CORRY-ROT-LST | 47636 | 47636 |
| 7/28/2016 | $ | 181.42 | CONSOLIDATED COMMUNICATIONS | 47637 | 47637 |
| 7/28/2016 | $ | 787.67 | CONSTELLATION NE-GD | 47638 | 47638 |
| 7/28/2016 | $ | 15,800.00 | CONWAY LAW FIRM | 47639 | 47639 |
| 7/28/2016 | $ | 173.84 | CRANBERRY TOWNSHIP | 47640 | 47640 |
| 7/28/2016 | $ | 2,680.58 | DIRECT ENERGY | 47641 | 47641 |
| 7/28/2016 | $ | 59.69 | DOMINION EAST OHIO | 47642 | 47642 |
| 7/28/2016 | $ | 65.65 | EARTHLINK INC | 47643 | 47643 |
| 7/28/2016 | $ | 3,000.00 | ELMHURST PROP INC | 47644 | 47644 |
| 7/28/2016 | $ | 372.00 | FOSTER TWP RCVR TXS | 47645 | 47645 |
| 7/28/2016 | $ | 2,500.00 | GERALD R FRY CO INC | 47646 | 47646 |
| 7/28/2016 | $ | 4,958.78 | GAR FIELD CLUB LP | 47647 | 47647 |
| 7/28/2016 | $ | 21,318.94 | HAB-EIT/BERKHEIMER | 47648 | 47648 |
| 7/28/2016 | $ | 3,207.00 | HAB-LST/BERKHEIMER | 47649 | 47649 |
| 7/28/2016 | $ | 560.00 | HARBORCREEK TWP LST | 47650 | 47650 |
| 7/28/2016 | $ | 5,423.04 | THE ILLUMINATING CO | 47651 | 47651 |
| 7/28/2016 | $ | 1,000.00 | KAIL'S PARKING | 47652 | 47652 |
| 7/28/2016 | $ | 1,356.71 | KEYSTONE COLLECTIONS GROUP | 47653 | 47653 |
| 7/28/2016 | $ | 496.00 | KEYSTONE COLLECTIONS GROUP | 47654 | 47654 |
| 7/28/2016 | $ | 10.00 | NESHANNOCK TWP L.S.T. | 47655 | 47655 |
| 7/28/2016 | $ | 184.32 | NESHANNOCK TOWNSHIP SEWER | 47656 | 47656 |
| 7/28/2016 | $ | 2,087.39 | NYS EMPLOYMENT TAXES | 47657 | 47657 |
| 7/28/2016 | $ | 5,693.69 | OH DEPT JOB & FMLY SERV | 47658 | 47658 |
| 7/28/2016 | $ | 6,342.37 | OHIO EDISON CO | 47659 | 47659 |
| 7/28/2016 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 47660 | 47660 |
| 7/28/2016 | $ | 53,655.01 | PA UC FUND | 47661 | 47661 |
| 7/28/2016 | $ | 19,718.42 | PENELEC | 47662 | 47662 |
| 7/28/2016 | $ | 1,215.74 | PA AMERICAN WATER | 47663 | 47663 |
| 7/28/2016 | $ | 1,091.56 | PA MUNICIPAL SERVICE CO | 47664 | 47664 |
| 7/28/2016 | $ | 5,662.10 | R I T A | 47665 | 47665 |
| 7/28/2016 | $ | 250.00 | MICHAEL RUSNOCK | 47666 | 47666 |
| 7/28/2016 | $ | 113.49 | SHARP COLLECTIONS INC | 47667 | 47667 |
| 7/28/2016 | $ | 2,760.00 | TRAVAGLINI ENT INC | 47668 | 47668 |
| 7/28/2016 | $ | 1,195.48 | TRUM CO WATER SEWER | 47669 | 47669 |
| 7/28/2016 | $ | 1,136.24 | VERIZON | 47670 | 47670 |
| 7/28/2016 | $ | 512.00 | VERNON TWP LST | 47671 | 47671 |
| 7/28/2016 | $ | 2,037.50 | MARK A VILLERS | 47672 | 47672 |
| 7/28/2016 | $ | 358.00 | WARREN COUNTY LST | 47673 | 47673 |
| 7/28/2016 | $ | 2,332.00 | WESTERMANS COMM CLNG | 47674 | 47674 |
| 7/28/2016 | $ | 1,017.08 | WHITE TWP SEWER SERVICE | 47675 | 47675 |
| 8/4/2016 | $ | 185.00 | A-1 SEPTIC TANK SERV, LLC | 47676 | 47676 |
| 8/4/2016 | $ | 645.54 | A & B SERVICE | 47677 | 47677 |
| 8/4/2016 | $ | 783.68 | ABCO FIRE PROTECTION,INC | 47678 | 47678 |
| 8/4/2016 | $ | 372.30 | ABCO FIRE PROTECTION,INC | 47679 | 47679 |
| 8/4/2016 | $ | 2,801.20 | AFLAC | 47680 | 47680 |
| 8/4/2016 | $ | 34.33 | A & M FIRE AND SAFETY EQUIP IN | 47681 | 47681 |
| 8/4/2016 | $ | 80.85 | AMERICHOICE INC | 47682 | 47682 |

| Date | | Amount | Payee | Check | Check |
|------|---|--------|-------|-------|-------|
| 8/4/2016 | $ | 160.00 | AMERICHEK INC | 47683 | 47683 |
| 8/4/2016 | $ | 195.85 | ARMSTRONG | 47684 | 47684 |
| 8/4/2016 | $ | 2,811.86 | ATOM-MATIC REFRIGERATION | 47685 | 47685 |
| 8/4/2016 | $ | 254.20 | AT&T | 47686 | 47686 |
| 8/4/2016 | $ | 203.30 | BUCKEYE STEEMER | 47687 | 47687 |
| 8/4/2016 | $ | 6,846.24 | BURNS CHEMICAL SERVICE | 47688 | 47688 |
| 8/4/2016 | $ | 283.85 | BUY ROLLS.COM | 47689 | 47689 |
| 8/4/2016 | $ | 572.40 | C & A TREES UNLIMITED INC | 47690 | 47690 |
| 8/4/2016 | $ | 1,870.00 | CARBONS GOLDEN MALTED | 47691 | 47691 |
| 8/4/2016 | $ | 467.50 | DEWAYNE CHANDLER | 47692 | 47692 |
| 8/4/2016 | $ | 3,975.40 | CINTAS CORP LOC 006 | 47693 | 47693 |
| 8/4/2016 | $ | 435.57 | CITY OF TITUSVILLE | 47694 | 47694 |
| 8/4/2016 | $ | 1,160.78 | CITY OF CORRY, PA | 47695 | 47695 |
| 8/4/2016 | $ | 320.00 | CITY OF CORRY-ROT-LST | 47696 | 47696 |
| 8/4/2016 | $ | 484.70 | CITY OF BRADFORD TREASURER | 47697 | 47697 |
| 8/4/2016 | $ | 6,660.46 | CITY OF NILES | 47698 | 47698 |
| 8/4/2016 | $ | 2,024.03 | CITY OF OLEAN WATER & SEWER | 47699 | 47699 |
| 8/4/2016 | $ | 1,059.19 | CITY LIGHTING PROD | 47700 | 47700 |
| 8/4/2016 | $ | 16,958.24 | CONWAY LAW FIRM | 47701 | 47701 |
| 8/4/2016 | $ | 18.02 | COZZINI BROS INC | 47702 | 47702 |
| 8/4/2016 | $ | 175.00 | DALTON'S SAN-SER | 47703 | 47703 |
| 8/4/2016 | $ | 477.36 | DARLING INT INC | 47704 | 47704 |
| 8/4/2016 | $ | 854.35 | DAYMARK | 47705 | 47705 |
| 8/4/2016 | $ | 426.93 | DIRECT ENERGY | 47706 | 47706 |
| 8/4/2016 | $ | 1,409.00 | DOCTOR DEAD-BUG INC | 47707 | 47707 |
| 8/4/2016 | $ | 125.46 | DOMINION EAST OHIO | 47708 | 47708 |
| 8/4/2016 | $ | 4,003.50 | ERIE WATER WORKS | 47709 | 47709 |
| 8/4/2016 | $ | 257.53 | FINE PRINT | 47710 | 47710 |
| 8/4/2016 | $ | 87.62 | FISH WINDOW CLEANING | 47711 | 47711 |
| 8/4/2016 | $ | 429.83 | GRAINGER | 47712 | 47712 |
| 8/4/2016 | $ | 115.32 | GREAT WAVE COMMUNICATIONS | 47713 | 47713 |
| 8/4/2016 | $ | 201.91 | HAGAN BUS MACH MEADVILLE | 47714 | 47714 |
| 8/4/2016 | $ | 234.39 | HERITAGE FOOD SERVICE GROUP IN | 47715 | 47715 |
| 8/4/2016 | $ | 126.70 | THE HITE CO | 47716 | 47716 |
| 8/4/2016 | $ | 64.10 | HOME HARDWARE INC | 47717 | 47717 |
| 8/4/2016 | $ | 180.52 | HOME RULE BORO | 47718 | 47718 |
| 8/4/2016 | $ | 16.67 | IRWIN'S OFFICE SUPPLIES | 47719 | 47719 |
| 8/4/2016 | $ | 5,071.34 | DAWN M JADRYCH | 47720 | 47720 |
| 8/4/2016 | $ | 5,071.34 | MARK A JADRYCH | 47721 | 47721 |
| 8/4/2016 | $ | 466.40 | KENS CUSTOM UPHOLSTERING | 47722 | 47722 |
| 8/4/2016 | $ | 46.44 | KLINE PEST CONTROL CO INC | 47723 | 47723 |
| 8/4/2016 | $ | 500.00 | KRANZ CONSTRUCTION INC | 47724 | 47724 |
| 8/4/2016 | $ | 275.00 | LANG CONCRETE PRODUCTS INC | 47725 | 47725 |
| 8/4/2016 | $ | 5.25 | LUMINOUS WATER SOLUTIONS INC | 47726 | 47726 |
| 8/4/2016 | $ | 125.00 | LUTONS PLBG HTG & A/C INC | 47727 | 47727 |
| 8/4/2016 | $ | 41,917.44 | MAHONING CO TREAS | 47728 | 47728 |
| 8/4/2016 | $ | 310.39 | R E MICHEL CO | 47729 | 47729 |
| 8/4/2016 | $ | 17.91 | DESTINY NATIVIDAD | 47730 | 47730 |
| 8/4/2016 | $ | 2,409.91 | NU CO2 LLC | 47731 | 47731 |
| 8/4/2016 | $ | 5,786.47 | OHIO EDISON CO | 47732 | 47732 |
| 8/4/2016 | $ | 86.97 | ORKIN PEST CNTRL #928 | 47733 | 47733 |
| 8/4/2016 | $ | 2,660.00 | OSTERBERG REFRIGERATION | 47734 | 47734 |
| 8/4/2016 | $ | 9,056.63 | PENELEC | 47735 | 47735 |
| 8/4/2016 | $ | 814.04 | PA AMERICAN WATER | 47736 | 47736 |
| 8/4/2016 | $ | 94.37 | PENN POWER | 47737 | 47737 |

| Date | | Amount | Payee | | Check |
|---|---|---|---|---|---|
| 8/4/2016 | $ | 141.15 | PEOPLES NATURAL GAS | 47738 | 47738 |
| 8/4/2016 | $ | 161.74 | PERKINS REST & BAKERY | 47739 | 47739 |
| 8/4/2016 | $ | 245.00 | POWELL SANITATION | 47740 | 47740 |
| 8/4/2016 | $ | 3,685.79 | REPUBLIC WASTE SERVICE | 47741 | 47741 |
| 8/4/2016 | $ | 101.38 | RUMPKE CONSOLIDATED | 47742 | 47742 |
| 8/4/2016 | $ | 489.50 | SIGN SAVERS | 47743 | 47743 |
| 8/4/2016 | $ | 1,401.84 | SHOES FOR CREWS LLC | 47744 | 47744 |
| 8/4/2016 | $ | 121.84 | STAPLES ADVANTAGE | 47745 | 47745 |
| 8/4/2016 | $ | 25.20 | STOREXPRESS ROBINSON | 47746 | 47746 |
| 8/4/2016 | $ | 321.00 | THOMAS QUALITY CLEANING | 47747 | 47747 |
| 8/4/2016 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 47748 | 47748 |
| 8/4/2016 | $ | 2,959.54 | TRI COUNTY IND. | 47749 | 47749 |
| 8/4/2016 | $ | 16,825.61 | TRUMBULL CO TREAS | 47750 | 47750 |
| 8/4/2016 | $ | 1,001.15 | UNIVERSAL ENTERPRISES INC | 47751 | 47751 |
| 8/4/2016 | $ | 2,747.22 | US FOODS CULINARY EQUIP & SUPP | 47752 | 47752 |
| 8/4/2016 | $ | 1,137.56 | UTICA DED REC GROUP | 47753 | 47753 |
| 8/4/2016 | $ | 137.59 | VENANGO SUPPLY PLBG & HTG | 47754 | 47754 |
| 8/4/2016 | $ | 438.84 | VERIZON | 47755 | 47755 |
| 8/4/2016 | $ | 1,377.00 | VERNON TWP SANITATION AUTH | 47756 | 47756 |
| 8/4/2016 | $ | 407.00 | VOGELS DISP SERVICE INC | 47757 | 47757 |
| 8/4/2016 | $ | 115.33 | JOHN WALTEMIRE | 47758 | 47758 |
| 8/4/2016 | $ | 2,332.00 | WESTERMANS COMM CLNG | 47759 | 47759 |
| 8/4/2016 | $ | 555.68 | WEX BANK | 47760 | 47760 |
| 8/4/2016 | $ | 140.40 | WINDOW KING INC | 47761 | 47761 |
| 8/4/2016 | $ | 79.89 | WINDSTREAM | 47762 | 47762 |
| 8/4/2016 | $ | 77.74 | WINTERS PLUMBING | 47763 | 47763 |
| **8/4/16** | **$** | **5,256.73** | **ACCESS POINT INC** | | **47764** |
| **8/4/16** | **$** | **11,568.88** | **TRUMBULL CO TREAS** | | **47765** |
| **8/5/16** | **$** | **57,345.87** | **REINHART FOOD SERV** | **ACH** | |
| **8/5/16** | **$** | **340,397.18** | **US FOODSERVICE REC CORP** | **ACH** | |
| 8/11/2016 | $ | 2,751.87 | ALLY | 47766 | 47766 |
| 8/11/2016 | $ | 766.40 | AQUA OHIO INC | 47767 | 47767 |
| 8/11/2016 | $ | 289.62 | AT&T | 47768 | 47768 |
| 8/11/2016 | $ | 465.19 | AT & T MOBILITY | 47769 | 47769 |
| 8/11/2016 | $ | 1,002.75 | BANK OF AMERICA | 47770 | 47770 |
| 8/11/2016 | $ | 169.60 | BILLS SERVICE COMPANY | 47771 | 47771 |
| 8/11/2016 | $ | 654.49 | CITY OF ASHTABULA/WASTWATR | 47772 | 47772 |
| 8/11/2016 | $ | 148.28 | CITY OF WARREN, UTIL. SERV. | 47773 | 47773 |
| 8/11/2016 | $ | 15,800.00 | CONWAY LAW FIRM | 47774 | 47774 |
| 8/11/2016 | $ | 1,157.91 | DIRECT ENERGY | 47775 | 47775 |
| 8/11/2016 | $ | 348.48 | DOMINION EAST OHIO | 47776 | 47776 |
| 8/11/2016 | $ | 14,568.92 | ELMHURST PROP INC | 47777 | 47777 |
| 8/11/2016 | $ | 495.00 | FOSTER TWP SEWER FUND | 47778 | 47778 |
| 8/11/2016 | $ | 1,080.08 | GREENVILLE WATER AUTH | 47779 | 47779 |
| 8/11/2016 | $ | 3,735.13 | THE ILLUMINATING CO | 47780 | 47780 |
| 8/11/2016 | $ | 1,000.00 | JV SURFACE WATER SERVICES | 47781 | 47781 |
| 8/11/2016 | $ | 12,266.14 | KRANZ CONSTRUCTION INC | 47782 | 47782 |
| 8/11/2016 | $ | 94.30 | R E MICHEL CO | 47783 | 47783 |
| 8/11/2016 | $ | 1,799.74 | NATIONAL FUEL | 47784 | 47784 |
| 8/11/2016 | $ | 6,280.74 | NATIONAL GRID | 47785 | 47785 |
| 8/11/2016 | $ | 5,076.19 | OHIO EDISON CO | 47786 | 47786 |
| 8/11/2016 | $ | 23,639.81 | PENELEC | 47787 | 47787 |
| 8/11/2016 | $ | 31.76 | PA MUNICIPAL SERVICE CO | 47788 | 47788 |
| 8/11/2016 | $ | 8,004.41 | PENN POWER | 47789 | 47789 |
| 8/11/2016 | $ | 158.09 | PEOPLES NATURAL GAS | 47790 | 47790 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 8/11/2016 | $ | 675.96 | RED BOOK SOLUTIONS | 47791 | 47791 |
| 8/11/2016 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 47792 | 47792 |
| 8/11/2016 | $ | 28,074.49 | TRAVELERS CL REMIT CENTER | 47793 | 47793 |
| 8/11/2016 | $ | 237.82 | UNITED REFINING CO OF PA | 47794 | 47794 |
| 8/11/2016 | $ | 663.64 | VERIZON | 47795 | 47795 |
| 8/11/2016 | $ | 1,987.50 | MARK A VILLERS | 47796 | 47796 |
| 8/11/2016 | $ | 148.61 | YARDMASTER OF PENNSYLVANIA LLC | 47797 | 47797 |
| 8/18/16 | $ | 185.00 | A-1 SEPTIC TANK SERV, LLC | 47798 | 47798 |
| 8/18/16 | $ | 784.82 | A & B SERVICE | 47799 | 47799 |
| 8/18/16 | $ | 414.20 | A & S LANDSCAPING | 47800 | 47800 |
| 8/18/16 | $ | 405.85 | ABCO FIRE PROTECTION,INC | 47801 | 47801 |
| 8/18/16 | $ | 4,709.47 | ACCU TEMP PROD INC | 47802 | 47802 |
| 8/18/16 | $ | 161.12 | AKAM'S CLEANING | 47803 | 47803 |
| 8/18/16 | $ | 405.00 | ALL PRO LANDSCAPING | 47804 | 47804 |
| 8/18/16 | $ | 103.95 | AMERICHOICE INC | 47805 | 47805 |
| 8/18/16 | $ | 559.00 | ANDERSON-SHORTELL INC | 47806 | 47806 |
| 8/18/16 | $ | 560.58 | AQUA PENNSYLVANIA | 47807 | 47807 |
| 8/18/16 | $ | 139.61 | ARMSTRONG | 47808 | 47808 |
| 8/18/16 | $ | 557.25 | ASHTABULA CITY INCOME TAX | 47809 | 47809 |
| 8/18/16 | $ | 1,404.98 | ATOM-MATIC REFRIGERATION | 47810 | 47810 |
| 8/18/16 | $ | 283.64 | AT&T | 47811 | 47811 |
| 8/18/16 | $ | 475.11 | AT&T | 47812 | 47812 |
| 8/18/16 | $ | 100.00 | DOUG BEUGLY | 47813 | 47813 |
| 8/18/16 | $ | 797.00 | BJS CARPET CLEANING | 47814 | 47814 |
| 8/18/16 | $ | 7,990.71 | BURNS CHEMICAL SERVICE | 47815 | 47815 |
| 8/18/16 | $ | 2,183.20 | BUY ROLLS.COM | 47816 | 47816 |
| 8/18/16 | $ | 403.42 | CANFIELD CITY INCOME TAX | 47817 | 47817 |
| 8/18/16 | $ | 600.00 | CARBONS GOLDEN MALTED | 47818 | 47818 |
| 8/18/16 | $ | 1,635.00 | CASELLA WASTE SERVICE 60 | 47819 | 47819 |
| 8/18/16 | $ | 584.00 | CENTRE PUBLICATIONS | 47820 | 47820 |
| 8/18/16 | $ | 762.35 | CHRYSLER CAPITAL | 47821 | 47821 |
| 8/18/16 | $ | 4,698.76 | CINTAS CORP LOC 006 | 47822 | 47822 |
| 8/18/16 | $ | 698.45 | CITY LIGHTING PROD | 47823 | 47823 |
| 8/18/16 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 47824 | 47824 |
| 8/18/16 | $ | 184.91 | COCA COLA N AMER | 47825 | 47825 |
| 8/18/16 | $ | 706.18 | COLUMBIA GAS OF PA | 47826 | 47826 |
| 8/18/16 | $ | 622.13 | CONSTELLATION NE-GD | 47827 | 47827 |
| 8/18/16 | $ | 16,800.00 | CONWAY LAW FIRM | 47828 | 47828 |
| 8/18/16 | $ | 55.12 | COZZINI BROS INC | 47829 | 47829 |
| 8/18/16 | $ | 1,804.71 | CRANBERRY TOWNSHIP | 47830 | 47830 |
| 8/18/16 | $ | 1,057.65 | DELUXE BUSINESS FORMS | 47831 | 47831 |
| 8/18/16 | $ | 3,071.11 | DIRECT ENERGY | 47832 | 47832 |
| 8/18/16 | $ | 33.74 | DIX COMMUNICATIONS | 47833 | 47833 |
| 8/18/16 | $ | 710.68 | DIV OF WATER-CITY OF CLEV | 47834 | 47834 |
| 8/18/16 | $ | 1,274.82 | DOCTOR DEAD-BUG INC | 47835 | 47835 |
| 8/18/16 | $ | 577.88 | DOMINION EAST OHIO | 47836 | 47836 |
| 8/18/16 | $ | 650.00 | DRAIN D' ROOTER | 47837 | 47837 |
| 8/18/16 | $ | 613.59 | FINE PRINT | 47838 | 47838 |
| 8/18/16 | $ | 381.60 | FM CLEANING SERVICES INC | 47839 | 47839 |
| 8/18/16 | $ | 840.53 | FRANKLIN MACHINE PROD | 47840 | 47840 |
| 8/18/16 | $ | 216.09 | FRONTIER | 47841 | 47841 |
| 8/18/16 | $ | 184.72 | GREEN APPLE BARTER SERVICE | 47842 | 47842 |
| 8/18/16 | $ | 93.59 | GUARDIAN ALARM CO | 47843 | 47843 |
| 8/18/16 | $ | 5,412.90 | GUARNIERI & SECREST PLL | 47844 | 47844 |
| 8/18/16 | $ | 126.47 | HAGUE CRYSTAL CLEARWATER | 47845 | 47845 |

| 8/18/16 | $ | 38,512.38 | HIGHMARK BLUE SHIELD | 47846 | 47846 |
| 8/18/16 | $ | 1,585.89 | HOME DEPOT CREDIT SERVICES | 47847 | 47847 |
| 8/18/16 | $ | 255.20 | HOME HARDWARE INC | 47848 | 47848 |
| 8/18/16 | $ | 834.50 | HUZZYS REFRIGERATION INC | 47849 | 47849 |
| 8/18/16 | $ | 6,269.43 | THE ILLUMINATING CO | 47850 | 47850 |
| 8/18/16 | $ | 397.25 | J & S LANDSCAPING CO | 47851 | 47851 |
| 8/18/16 | $ | 282.23 | JOSHS LAWN CARE & LANDSCAPING | 47852 | 47852 |
| 8/18/16 | $ | 45.75 | LUMINOUS WATER SOLUTIONS INC | 47853 | 47853 |
| 8/18/16 | $ | 837.30 | MIKE MAZUREK & SON | 47854 | 47854 |
| 8/18/16 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 47855 | 47855 |
| 8/18/16 | $ | 249.20 | MEADVILLE TRIBUNE | 47856 | 47856 |
| 8/18/16 | $ | 360.72 | MEADVILLE PLATE GLASS CO | 47857 | 47857 |
| 8/18/16 | $ | 15.28 | R E MICHEL CO | 47858 | 47858 |
| 8/18/16 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 47859 | 47859 |
| 8/18/16 | $ | 759.61 | NATIONAL FUEL | 47860 | 47860 |
| 8/18/16 | $ | 296.25 | NU CO2 LLC | 47861 | 47861 |
| 8/18/16 | $ | 82.96 | ORKIN PEST CNTRL #928 | 47862 | 47862 |
| 8/18/16 | $ | 37.40 | J S PALUCH CO INC | 47863 | 47863 |
| 8/18/16 | $ | 923.20 | C T PARKER ENT | 47864 | 47864 |
| 8/18/16 | $ | 2,073.81 | PA AMERICAN WATER | 47865 | 47865 |
| 8/18/16 | $ | 4,151.51 | PENN POWER | 47866 | 47866 |
| 8/18/16 | $ | 331.42 | PEOPLES NATURAL GAS | 47867 | 47867 |
| 8/18/16 | $ | 371.07 | PERKINS REST & BAKERY | 47868 | 47868 |
| 8/18/16 | $ | 3,535.00 | GLENN PETERSON FLOORS | 47869 | 47869 |
| 8/18/16 | $ | 92.22 | PITNEY BOWES GLOBAL FIN SE | 47870 | 47870 |
| 8/18/16 | $ | 51.36 | PLANT GUYS | 47871 | 47871 |
| 8/18/16 | $ | 126.00 | REILLY SWEEPING INC | 47872 | 47872 |
| 8/18/16 | $ | 486.55 | REPUBLIC WASTE SERVICE | 47873 | 47873 |
| 8/18/16 | $ | 1,871.76 | R I T A | 47874 | 47874 |
| 8/18/16 | $ | 350.00 | ROTO-ROOTER PLUMBING, CORP | 47875 | 47875 |
| 8/18/16 | $ | 304.88 | RUMPKE CONSOLIDATED | 47876 | 47876 |
| 8/18/16 | $ | 2,459.21 | SHENANGO CASH REGISTER INC | 47877 | 47877 |
| 8/18/16 | $ | 1,603.28 | SHOES FOR CREWS LLC | 47878 | 47878 |
| 8/18/16 | $ | 450.00 | SMITH ELECTRIC | 47879 | 47879 |
| 8/18/16 | $ | 199.28 | SNELL LANDSCAPE SERVICES LLC | 47880 | 47880 |
| 8/18/16 | $ | 2,819.95 | STAPLES ADVANTAGE | 47881 | 47881 |
| 8/18/16 | $ | 90.10 | T'S WINDOW CLEANING | 47882 | 47882 |
| 8/18/16 | $ | 2,344.84 | T&D LANDSCAPE & LAWN CARE | 47883 | 47883 |
| 8/18/16 | $ | 91.63 | TIME WARNER CABLE | 47884 | 47884 |
| 8/18/16 | $ | 848.00 | THOMAS QUALITY CLEANING | 47885 | 47885 |
| 8/18/16 | $ | 547.70 | TOTAL LINE RFRGRTN INC | 47886 | 47886 |
| 8/18/16 | $ | 1,199.81 | TRAVAGLINI ENT INC | 47887 | 47887 |
| 8/18/16 | $ | 182.57 | TRUMBULL INDUSTRIES | 47888 | 47888 |
| 8/18/16 | $ | 1,545.41 | US FOODS CULINARY EQUIP & SUPP | 47889 | 47889 |
| 8/18/16 | $ | 1,014.34 | UTICA DED REC GROUP | 47890 | 47890 |
| 8/18/16 | $ | 33.06 | VECTOR SECURITY, INC | 47891 | 47891 |
| 8/18/16 | $ | 817.56 | VERIZON | 47892 | 47892 |
| 8/18/16 | $ | 1,103.25 | VERNON TWP WATER AUTH | 47893 | 47893 |
| 8/18/16 | $ | 4,282.36 | WASTE MANAGEMENT | 47894 | 47894 |
| 8/18/16 | $ | 961.50 | WASTE MANAGEMENT OHIO INC | 47895 | 47895 |
| 8/18/16 | $ | 4,487.01 | WEST PENN POWER | 47896 | 47896 |
| 8/18/16 | $ | 72.27 | WILSON BLDG. SUPPLY, INC | 47897 | 47897 |
| 8/18/16 | $ | 90.10 | WINDOW CLEANING BY JIM-PA | 47898 | 47898 |
| 8/18/16 | $ | 295.61 | WINDSTREAM | 47899 | 47899 |
| 8/18/16 | $ | 230.41 | WINTERS PLUMBING | 47900 | 47900 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 8/18/16 | $ | 146.17 | YARD AT WORK LANDSCAPING | 47901 | 47901 |
| 8/18/16 | $ | 1,056.33 | YARDMASTER OF PENNSYLVANIA LLC | 47902 | 47902 |
| 8/18/16 | $ | 998.29 | YO. WATER DEPT | 47903 | 47903 |
| 8/19/2016 | $ | 61,073.62 | REINHART FOOD SERV | ACH | |
| 8/19/2016 | $ | 347,748.28 | US FOODSERVICE REC CORP | ACH | |
| 8/25/16 | $ | 4,593.81 | AMER ELEC POWER | 47904 | 47904 |
| 8/25/16 | $ | 453.92 | AQUA OHIO INC | 47905 | 47905 |
| 8/25/16 | $ | 740.13 | ASHTABULA CO TREASURER | 47906 | 47906 |
| 8/25/16 | $ | 203.56 | AT&T | 47907 | 47907 |
| 8/25/16 | $ | 58.98 | AT&T | 47908 | 47908 |
| 8/25/16 | $ | 175.00 | BENEFIT MANAGEMENT SERV | 47909 | 47909 |
| 8/25/16 | $ | 5,420.79 | BOROUGH OF GROVE CITY | 47910 | 47910 |
| 8/25/16 | $ | 227.62 | BOROUGH OF INDIANA | 47911 | 47911 |
| 8/25/16 | $ | 676.17 | CITY OF HERMITAGE | 47912 | 47912 |
| 8/25/16 | $ | 1,441.83 | CONNEAUT WATER & SEWER DPT | 47913 | 47913 |
| 8/25/16 | $ | 15.40 | MINUTEMAN PRESS-SOUTH SIDE | 47914 | 47914 |
| 8/25/16 | $ | 706.67 | CONSTELLATION NE-GD | 47915 | 47915 |
| 8/25/16 | $ | 15,800.00 | CONWAY LAW FIRM | 47916 | 47916 |
| 8/25/16 | $ | 306.45 | DIRECT ENERGY | 47917 | 47917 |
| 8/25/16 | $ | 85.00 | DISCOVERY BENEFITS INC | 47918 | 47918 |
| 8/25/16 | $ | 8,646.50 | THE ILLUMINATING CO | 47919 | 47919 |
| 8/25/16 | $ | 165.05 | NESHANNOCK TOWNSHIP SEWER | 47920 | 47920 |
| 8/25/16 | $ | 1,535.86 | NORTHEAST OH REG SEWER DST | 47921 | 47921 |
| 8/25/16 | $ | 14,474.03 | OHIO EDISON CO | 47922 | 47922 |
| 8/25/16 | $ | 18,000.00 | OSTERBERG REFRIGERATION | 47923 | 47923 |
| 8/25/16 | $ | 26,476.66 | PENELEC | 47924 | 47924 |
| 8/25/16 | $ | 394.39 | PA AMERICAN WATER | 47925 | 47925 |
| 8/25/16 | $ | 772.92 | PA MUNICIPAL SERVICE CO | 47926 | 47926 |
| 8/25/16 | $ | 4,704.88 | PENN POWER | 47927 | 47927 |
| 8/25/16 | $ | 35.00 | REGIONAL CHAMBER | 47928 | 47928 |
| 8/25/16 | $ | 39.00 | STATE ROAD OCCUPATIONAL MED FA | 47929 | 47929 |
| 8/25/16 | $ | 360.65 | VERIZON | 47930 | 47930 |
| 8/25/16 | $ | 1,975.00 | MARK A VILLERS | 47931 | 47931 |
| 8/25/16 | $ | 1,749.00 | WESTERMANS COMM CLNG | 47932 | 47932 |
| 8/25/16 | $ | 1,617.67 | YO. WATER DEPT | 47933 | 47933 |
| 9/1/16 | | | void - printer error | | 47934 |
| 9/1/16 | | | void - printer error | | 47935 |
| 9/1/16 | | | void - printer error | | 47936 |
| 9/1/16 | | | void - printer error | | 47937 |
| 9/1/16 | | | void - printer error | | 47938 |
| 9/1/16 | | | void - printer error | | 47939 |
| 9/1/16 | | | void - printer error | | 47940 |
| 9/1/16 | | | void - printer error | | 47941 |
| 9/1/16 | | | void - printer error | | 47942 |
| 9/1/16 | | | void - printer error | | 47943 |
| 9/1/16 | | | void - printer error | | 47944 |
| 9/1/16 | | | void - printer error | | 47945 |
| 9/1/16 | | | void - printer error | | 47946 |
| 9/1/16 | | | void - printer error | | 47947 |
| 9/1/16 | | | void - printer error | | 47948 |
| 9/1/16 | | | void - printer error | | 47949 |
| 9/1/16 | | | void - printer error | | 47950 |
| 9/1/16 | | | void - printer error | | 47951 |
| 9/1/16 | | | void - printer error | | 47952 |
| 9/1/16 | | | void - printer error | | 47953 |

| | | | |
|---|---|---|---|
| 9/1/16 | | void - printer error | 47954 |
| 9/1/16 | | void - printer error | 47955 |
| 9/1/16 | | void - printer error | 47956 |
| 9/1/16 | | void - printer error | 47957 |
| 9/1/16 | | void - printer error | 47958 |
| 9/1/16 | | void - printer error | 47959 |
| 9/1/16 | | void - printer error | 47960 |
| 9/1/16 | | void - printer error | 47961 |
| 9/1/16 | | void - printer error | 47962 |
| 9/1/16 | | void - printer error | 47963 |
| 9/1/16 | | void - printer error | 47964 |
| 9/1/16 | | void - printer error | 47965 |
| 9/1/16 | | void - printer error | 47966 |
| 9/1/16 | | void - printer error | 47967 |
| 9/1/16 | | void - printer error | 47968 |
| 9/1/16 | | void - printer error | 47969 |
| 9/1/16 | | void - printer error | 47970 |
| 9/1/16 | | void - printer error | 47971 |
| 9/1/16 | | void - printer error | 47972 |
| 9/1/16 | | void - printer error | 47973 |
| 9/1/16 | | void - printer error | 47974 |
| 9/1/16 | | void - printer error | 47975 |
| 9/1/16 | | void - printer error | 47976 |
| 9/1/16 | | void - printer error | 47977 |
| 9/1/16 | | void - printer error | 47978 |
| 9/1/16 | | void - printer error | 47979 |
| 9/1/16 | | void - printer error | 47980 |
| 9/1/16 | | void - printer error | 47981 |
| 9/1/16 | | void - printer error | 47982 |
| 9/1/16 | | void - printer error | 47983 |
| 9/1/16 | | void - printer error | 47984 |
| 9/1/16 | | void - printer error | 47985 |
| 9/1/16 | | void - printer error | 47986 |
| 9/1/16 | | void - printer error | 47987 |
| 9/1/16 | | void - printer error | 47988 |
| 9/1/16 | | void - printer error | 47989 |
| 9/1/16 | | void - printer error | 47990 |
| 9/1/16 | | void - printer error | 47991 |
| 9/1/16 | | void - printer error | 47992 |
| 9/1/16 | | void - printer error | 47993 |
| 9/1/16 | | void - printer error | 47994 |
| 9/1/16 | | void - printer error | 47995 |
| 9/1/16 | | void - printer error | 47996 |
| 9/1/16 | | void - printer error | 47997 |
| 9/1/16 | | void - printer error | 47998 |
| 9/1/16 | | void - printer error | 47999 |
| 9/1/16 | | void - printer error | 48000 |
| 9/1/16 | | void - printer error | 48001 |
| 9/1/16 | | void - printer error | 48002 |
| 9/1/16 | | void - printer error | 48003 |
| 9/1/16 | | void - printer error | 48004 |
| 9/1/16 | | void - printer error | 48005 |
| 9/1/16 | | void - printer error | 48006 |
| 9/1/16 | | void - printer error | 48007 |
| 9/1/16 | | void - printer error | 48008 |

| 9/1/16 | | | void - printer error | | 48009 |
| 9/1/16 | | | void - printer error | | 48010 |
| 9/1/16 | | | void - printer error | | 48011 |
| 9/1/16 | | | void - printer error | | 48012 |
| 9/1/16 | | | void - printer error | | 48013 |
| 9/1/16 | | | void - printer error | | 48014 |
| 9/1/16 | | | void - printer error | | 48015 |
| 9/1/16 | | | void - printer error | | 48016 |
| 9/1/16 | | | void - printer error | | 48017 |
| 9/1/16 | | | void - printer error | | 48018 |
| 9/1/16 | | | void - printer error | | 48019 |
| 9/1/16 | | | void - printer error | | 48020 |
| 9/1/16 | | | void - printer error | | 48021 |
| 9/1/16 | | | void - printer error | | 48022 |
| 9/1/16 | | | void - printer error | | 48023 |
| 9/1/16 | | | void - printer error | | 48024 |
| 9/1/16 | $ | 1,150.35 | ABCO FIRE PROTECTION,INC | 48025 | 48025 |
| 9/1/16 | $ | 1,180.34 | ALLPOINTS FOODSERVICE | 48026 | 48026 |
| 9/1/16 | $ | 2,698.97 | ALLY | 48027 | 48027 |
| 9/1/16 | $ | 8,062.00 | AMERICAN BANKERS INS CO OF FL | 48028 | 48028 |
| 9/1/16 | $ | 118.35 | AMERICAN FARMS PRODUCE | 48029 | 48029 |
| 9/1/16 | $ | 95.60 | AMERICHOICE INC | 48030 | 48030 |
| 9/1/16 | $ | 185.85 | ARMSTRONG | 48031 | 48031 |
| 9/1/16 | $ | 3,285.32 | ATOM-MATIC REFRIGERATION | 48032 | 48032 |
| 9/1/16 | $ | 252.50 | AT&T | 48033 | 48033 |
| 9/1/16 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 48034 | 48034 |
| 9/1/16 | $ | 641.30 | CHRIS BAER | 48035 | 48035 |
| 9/1/16 | $ | 6,772.56 | BURNS CHEMICAL SERVICE | 48036 | 48036 |
| 9/1/16 | $ | 1,390.60 | BUY ROLLS.COM | 48037 | 48037 |
| 9/1/16 | $ | 889.00 | CARBONS GOLDEN MALTED | 48038 | 48038 |
| 9/1/16 | $ | 4,862.79 | CINTAS CORP LOC 006 | 48039 | 48039 |
| 9/1/16 | $ | 180.00 | CITY TREASURER- MEADVILLE | 48040 | 48040 |
| 9/1/16 | $ | 741.14 | CITY LIGHTING PROD | 48041 | 48041 |
| 9/1/16 | $ | 84.74 | COCA COLA N AMER | 48042 | 48042 |
| 9/1/16 | $ | 36.00 | COMMONWEALTH OF PA | 48043 | 48043 |
| 9/1/16 | $ | 684.35 | CONSOLIDATED COMMUNICATIONS | 48044 | 48044 |
| 9/1/16 | $ | 15,800.00 | CONWAY LAW FIRM | 48045 | 48045 |
| 9/1/16 | $ | 31.80 | COZZINI BROS INC | 48046 | 48046 |
| 9/1/16 | $ | 175.00 | DALTON'S SAN-SER | 48047 | 48047 |
| 9/1/16 | $ | 295.80 | DARLING INT INC | 48048 | 48048 |
| 9/1/16 | $ | 1,360.00 | DAVIS BROTHER HTG & A/C INC | 48049 | 48049 |
| 9/1/16 | $ | 5,801.00 | DINN,HOCHMAN & POTTER, LLC | 48050 | 48050 |
| 9/1/16 | $ | 425.43 | DIRECT ENERGY | 48051 | 48051 |
| 9/1/16 | $ | 905.50 | DOCTOR DEAD-BUG INC | 48052 | 48052 |
| 9/1/16 | $ | 183.74 | DOMINION EAST OHIO | 48053 | 48053 |
| 9/1/16 | $ | 65.65 | EARTHLINK INC | 48054 | 48054 |
| 9/1/16 | $ | 3,000.00 | ELMHURST PROP INC | 48055 | 48055 |
| 9/1/16 | $ | 625.35 | FINE PRINT | 48056 | 48056 |
| 9/1/16 | $ | 4,500.00 | FIREMAN CREATIVE | 48057 | 48057 |
| 9/1/16 | $ | 87.62 | FISH WINDOW CLEANING | 48058 | 48058 |
| 9/1/16 | $ | 1,128.23 | FRANKLIN MACHINE PROD | 48059 | 48059 |
| 9/1/16 | $ | 2,600.00 | GERALD R FRY CO INC | 48060 | 48060 |
| 9/1/16 | $ | 5,353.23 | GAR FIELD CLUB LP | 48061 | 48061 |
| 9/1/16 | $ | 2,149.33 | GIVE KIDS THE WORLD | 48062 | 48062 |
| 9/1/16 | $ | 1,838.85 | GOLDNER ASSOCIATES | 48063 | 48063 |

| Date | | Amount | Payee | Check # | Check # |
|---|---|---|---|---|---|
| 9/1/16 | $ | 289.92 | HAGAN BUS MACH MEADVILLE | 48064 | 48064 |
| 9/1/16 | $ | 196.60 | THE HITE CO | 48065 | 48065 |
| 9/1/16 | $ | 55.43 | HOME HARDWARE INC | 48066 | 48066 |
| 9/1/16 | $ | 35.40 | IRWIN'S OFFICE SUPPLIES | 48067 | 48067 |
| 9/1/16 | $ | 5,071.34 | DAWN M JADRYCH | 48068 | 48068 |
| 9/1/16 | $ | 5,071.34 | MARK A JADRYCH | 48069 | 48069 |
| 9/1/16 | $ | 113.97 | JP PLUMBING INC | 48070 | 48070 |
| 9/1/16 | $ | 1,000.00 | KAIL'S PARKING | 48071 | 48071 |
| 9/1/16 | $ | 233.20 | KENS CUSTOM UPHOLSTERING | 48072 | 48072 |
| 9/1/16 | $ | 275.00 | LANG CONCRETE PRODUCTS INC | 48073 | 48073 |
| 9/1/16 | $ | 455.59 | MEADVILLE PLATE GLASS CO | 48074 | 48074 |
| 9/1/16 | $ | 166.05 | R E MICHEL CO | 48075 | 48075 |
| 9/1/16 | $ | 195.00 | MILLER SEWER | 48076 | 48076 |
| 9/1/16 | $ | 1,000.00 | TAYLOR MOORE | 48077 | 48077 |
| 9/1/16 | $ | 1,216.61 | NU CO2 LLC | 48078 | 48078 |
| 9/1/16 | $ | 5,869.17 | OHIO EDISON CO | 48079 | 48079 |
| 9/1/16 | $ | 17,254.51 | ORACLE AMERICA INC | 48080 | 48080 |
| 9/1/16 | $ | 40.77 | ORKIN PEST CNTRL #928 | 48081 | 48081 |
| 9/1/16 | $ | 1,124.50 | OSTERBERG REFRIGERATION | 48082 | 48082 |
| 9/1/16 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 48083 | 48083 |
| 9/1/16 | $ | 268.71 | C T PARKER ENT | 48084 | 48084 |
| 9/1/16 | $ | 3,729.64 | PENELEC | 48085 | 48085 |
| 9/1/16 | $ | 2,057.89 | PA AMERICAN WATER | 48086 | 48086 |
| 9/1/16 | $ | 137.49 | PERKINS REST & BAKERY | 48087 | 48087 |
| 9/1/16 | $ | 277.01 | PLUMBMASTER INC | 48088 | 48088 |
| 9/1/16 | $ | 135.45 | PLYLER OVERHEAD DOOR CO | 48089 | 48089 |
| 9/1/16 | $ | 333.09 | PURCHASE POWER | 48090 | 48090 |
| 9/1/16 | $ | 1,190.00 | RENT A SPACE | 48091 | 48091 |
| 9/1/16 | $ | 478.80 | REPUBLIC WASTE SERVICE | 48092 | 48092 |
| 9/1/16 | $ | 1,450.00 | ROTO-ROOTER PLUMBING, CORP | 48093 | 48093 |
| 9/1/16 | $ | 1,370.75 | SEATING CONSULTANTS, INC | 48094 | 48094 |
| 9/1/16 | $ | 44.00 | SHARON REGIONAL HEALTH SYSTEM | 48095 | 48095 |
| 9/1/16 | $ | 905.25 | SHENANGO CASH REGISTER INC | 48096 | 48096 |
| 9/1/16 | $ | 883.00 | SIGN SAVERS | 48097 | 48097 |
| 9/1/16 | $ | 727.60 | SHOES FOR CREWS LLC | 48098 | 48098 |
| 9/1/16 | $ | 131.39 | STAPLES ADVANTAGE | 48099 | 48099 |
| 9/1/16 | $ | 78.00 | STATE ROAD OCCUPATIONAL MED FA | 48100 | 48100 |
| 9/1/16 | $ | 1,908.00 | STATE SECURITY&INVESTIGATION S | 48101 | 48101 |
| 9/1/16 | $ | 980.00 | THOMAS QUALITY CLEANING | 48102 | 48102 |
| 9/1/16 | $ | 912.61 | TOTAL LINE RFRGRTN INC | 48103 | 48103 |
| 9/1/16 | $ | 2,760.00 | TRAVAGLINI ENT INC | 48104 | 48104 |
| 9/1/16 | $ | 2,959.54 | TRI COUNTY IND. | 48105 | 48105 |
| 9/1/16 | $ | 16.80 | UPS | 48106 | 48106 |
| 9/1/16 | $ | 4,997.40 | US FOODS CULINARY EQUIP & SUPP | 48107 | 48107 |
| 9/1/16 | $ | 1,470.99 | VERIZON | 48108 | 48108 |
| 9/1/16 | $ | 399.02 | VOGELS DISP SERVICE INC | 48109 | 48109 |
| 9/1/16 | $ | 2,915.00 | WESTERMANS COMM CLNG | 48110 | 48110 |
| 9/1/16 | $ | 140.40 | WINDOW KING INC | 48111 | 48111 |
| 9/1/16 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 48112 | 48112 |
| 9/1/16 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 48113 | 48113 |
| 9/1/16 | $ | 95.16 | WINDSTREAM | 48114 | 48114 |
| 9/1/16 | $ | 25.00 | WOMENS CLUB OF MEADVILLE | 48115 | 48115 |
| 9/2/16 | $ | 58,076.08 | REINHART FOOD SERV | ACH | |
| 9/2/16 | $ | 368,582.06 | US FOODSERVICE REC CORP | ACH | |
| 9/8/16 | $ | 3,100.32 | AFLAC | 48116 | 48116 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 9/8/16 | $ | 829.20 | AFLAC-NYS | 48117 | 48117 |
| 9/8/16 | $ | 2,751.87 | ALLY | 48118 | 48118 |
| 9/8/16 | $ | 944.87 | AQUA OHIO INC | 48119 | 48119 |
| 9/8/16 | $ | 813.52 | AT & T MOBILITY | 48120 | 48120 |
| 9/8/16 | $ | 977.75 | BANK OF AMERICA | 48121 | 48121 |
| 9/8/16 | $ | 792.35 | CHRYSLER CAPITAL | 48122 | 48122 |
| 9/8/16 | $ | 690.67 | CITY OF TITUSVILLE | 48123 | 48123 |
| 9/8/16 | $ | 2,470.09 | CITY OF CANFIELD-UTILITY DPT | 48124 | 48124 |
| 9/8/16 | $ | 6,825.40 | CITY OF NILES | 48125 | 48125 |
| 9/8/16 | $ | 1,433.54 | CITY OF OLEAN WATER & SEWER | 48126 | 48126 |
| 9/8/16 | $ | 307.56 | CITY OF WARREN, UTIL. SERV. | 48127 | 48127 |
| 9/8/16 | $ | 15,800.00 | CONWAY LAW FIRM | 48128 | 48128 |
| 9/8/16 | $ | 788.72 | DIRECT ENERGY | 48129 | 48129 |
| 9/8/16 | $ | 57.05 | DOMINION EAST OHIO | 48130 | 48130 |
| 9/8/16 | $ | 4,417.37 | ERIE WATER WORKS | 48131 | 48131 |
| 9/8/16 | $ | 510.00 | FOSTER TWP SEWER FUND | 48132 | 48132 |
| 9/8/16 | $ | 111.51 | GREAT WAVE COMMUNICATIONS | 48133 | 48133 |
| 9/8/16 | $ | 1,091.72 | GREENVILLE WATER AUTH | 48134 | 48134 |
| 9/8/16 | $ | 4,123.59 | THE ILLUMINATING CO | 48135 | 48135 |
| 9/8/16 | $ | 125.00 | KAIL'S PARKING | 48136 | 48136 |
| 9/8/16 | $ | 5,142.20 | NORTHEAST OH REG SEWER DST | 48137 | 48137 |
| 9/8/16 | $ | 5,379.49 | OHIO EDISON CO | 48138 | 48138 |
| 9/8/16 | $ | 3,005.90 | PENELEC | 48139 | 48139 |
| 9/8/16 | $ | 150.59 | PEOPLES NATURAL GAS | 48140 | 48140 |
| 9/8/16 | $ | 612.06 | STARK CO METRO SEWER DIST | 48141 | 48141 |
| 9/8/16 | $ | 503.50 | THOMAS QUALITY CLEANING | 48142 | 48142 |
| 9/8/16 | $ | 185.73 | VERIZON | 48143 | 48143 |
| 9/8/16 | $ | 2,112.50 | MARK A VILLERS | 48144 | 48144 |
| 9/8/16 | $ | 20.10 | VIRGINIA DEPT OF TAXATION | 48145 | 48145 |
| 9/8/16 | $ | 524.47 | WEX BANK | 48146 | 48146 |
| 9/15/16 | $ | 346.94 | A & S LANDSCAPING | 48147 | 48147 |
| 9/15/16 | $ | 3,530.11 | ABCO FIRE PROTECTION,INC | 48148 | 48148 |
| 9/15/16 | $ | 6,000.95 | ACCESS POINT INC | 48149 | 48149 |
| 9/15/16 | $ | 877.94 | ALLPOINTS FOODSERVICE | 48150 | 48150 |
| 9/15/16 | $ | 723.60 | ALL PRO LANDSCAPING | 48151 | 48151 |
| 9/15/16 | $ | 80.80 | AMERICHOICE INC | 48152 | 48152 |
| 9/15/16 | $ | 74.00 | AMERICHEK INC | 48153 | 48153 |
| 9/15/16 | $ | 64.66 | ARMSTRONG | 48154 | 48154 |
| 9/15/16 | $ | 493.20 | ASHTABULA CO TREASURER | 48155 | 48155 |
| 9/15/16 | $ | 647.34 | ATOM-MATIC REFRIGERATION | 48156 | 48156 |
| 9/15/16 | $ | 100.00 | DOUG BEUGLY | 48157 | 48157 |
| 9/15/16 | $ | 37.00 | BHS SENECA MEDICAL CENTER | 48158 | 48158 |
| 9/15/16 | $ | 258.07 | BOROUGH OF GROVE CITY | 48159 | 48159 |
| 9/15/16 | $ | 214.00 | BUCKEYE STEEMER | 48160 | 48160 |
| 9/15/16 | $ | 6,877.77 | BURNS CHEMICAL SERVICE | 48161 | 48161 |
| 9/15/16 | $ | 859.00 | BUY ROLLS.COM | 48162 | 48162 |
| 9/15/16 | $ | 764.00 | CARBONS GOLDEN MALTED | 48163 | 48163 |
| 9/15/16 | $ | 4,559.27 | CINTAS CORP LOC 006 | 48164 | 48164 |
| 9/15/16 | $ | 786.64 | CITY OF ASHTABULA RCVR TXS | 48165 | 48165 |
| 9/15/16 | $ | 494.90 | CITY OF CANFIELD RCVR TXS | 48166 | 48166 |
| 9/15/16 | $ | 1,057.19 | CITY LIGHTING PROD | 48167 | 48167 |
| 9/15/16 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 48168 | 48168 |
| 9/15/16 | $ | 142.60 | COCA COLA N AMER | 48169 | 48169 |
| 9/15/16 | $ | 492.22 | CONSTELLATION NE-GD | 48170 | 48170 |
| 9/15/16 | $ | 16,010.00 | CONWAY LAW FIRM | 48171 | 48171 |

| 9/15/16 | $ | 37.10 | COZZINI BROS INC | 48172 | 48172 |
|---------|---|-------|------------------|-------|-------|
| 9/15/16 | $ | 564.44 | DARLING INT INC | 48173 | 48173 |
| 9/15/16 | $ | 4,408.17 | DAVIS BROTHER HTG & A/C INC | 48174 | 48174 |
| 9/15/16 | $ | 2,112.27 | DIRECT ENERGY | 48175 | 48175 |
| 9/15/16 | $ | 33.84 | DIX COMMUNICATIONS | 48176 | 48176 |
| 9/15/16 | $ | 1,236.78 | DOCTOR DEAD-BUG INC | 48177 | 48177 |
| 9/15/16 | $ | 602.44 | DOMINION EAST OHIO | 48178 | 48178 |
| 9/15/16 | $ | 64.03 | FASTENAL IND & CONST | 48179 | 48179 |
| 9/15/16 | $ | 1,054.51 | FINE PRINT | 48180 | 48180 |
| 9/15/16 | $ | 527.55 | FRANKLIN MACHINE PROD | 48181 | 48181 |
| 9/15/16 | $ | 200.00 | GERALD R FRY CO INC | 48182 | 48182 |
| 9/15/16 | $ | 629.97 | GOLDNER ASSOCIATES | 48183 | 48183 |
| 9/15/16 | $ | 491.72 | GREEN APPLE BARTER SERVICE | 48184 | 48184 |
| 9/15/16 | $ | 93.59 | GUARDIAN ALARM CO | 48185 | 48185 |
| 9/15/16 | $ | 105.93 | HAGUE CRYSTAL CLEARWATER | 48186 | 48186 |
| 9/15/16 | $ | 305.97 | HERITAGE FOOD SERVICE GROUP IN | 48187 | 48187 |
| 9/15/16 | $ | 46,123.77 | HIGHMARK BLUE SHIELD | 48188 | 48188 |
| 9/15/16 | $ | 541.05 | THE HITE CO | 48189 | 48189 |
| 9/15/16 | $ | 2,006.04 | HOME DEPOT CREDIT SERVICES | 48190 | 48190 |
| 9/15/16 | $ | 4,043.41 | THE ILLUMINATING CO | 48191 | 48191 |
| 9/15/16 | $ | 113.33 | IRWIN'S OFFICE SUPPLIES | 48192 | 48192 |
| 9/15/16 | $ | 397.25 | J & S LANDSCAPING CO | 48193 | 48193 |
| 9/15/16 | $ | 191.70 | JOSHS LAWN CARE & LANDSCAPING | 48194 | 48194 |
| 9/15/16 | $ | 500.00 | JV SURFACE WATER SERVICES | 48195 | 48195 |
| 9/15/16 | $ | 435.79 | KAMAN IND TECH | 48196 | 48196 |
| 9/15/16 | $ | 1,000.00 | PETER & CAROL KAPLAN | 48197 | 48197 |
| 9/15/16 | $ | 1,955.70 | KENS CUSTOM UPHOLSTERING | 48198 | 48198 |
| 9/15/16 | $ | 46.44 | KLINE PEST CONTROL CO INC | 48199 | 48199 |
| 9/15/16 | $ | 90.00 | KLINE KEPPEL & KORYAK PC | 48200 | 48200 |
| 9/15/16 | $ | 837.30 | MIKE MAZUREK & SON | 48201 | 48201 |
| 9/15/16 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 48202 | 48202 |
| 9/15/16 | $ | 24.65 | MEADVILLE PLATE GLASS CO | 48203 | 48203 |
| 9/15/16 | $ | 278.19 | R E MICHEL CO | 48204 | 48204 |
| 9/15/16 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 48205 | 48205 |
| 9/15/16 | $ | 265.00 | MILLER SEWER | 48206 | 48206 |
| 9/15/16 | $ | 27.27 | MINUTEMAN PRESS-SOUTH SIDE | 48207 | 48207 |
| 9/15/16 | $ | 1,055.72 | NATIONAL FUEL | 48208 | 48208 |
| 9/15/16 | $ | 6,759.82 | NATIONAL GRID | 48209 | 48209 |
| 9/15/16 | $ | 9.76 | DESTINY NATIVIDAD | 48210 | 48210 |
| 9/15/16 | $ | 160.00 | NEW CASTLE LOCK & KEY | 48211 | 48211 |
| 9/15/16 | $ | 2,925.84 | NU CO2 LLC | 48212 | 48212 |
| 9/15/16 | $ | 3,874.24 | ORACLE AMERICA INC | 48213 | 48213 |
| 9/15/16 | $ | 37.40 | J S PALUCH CO INC | 48214 | 48214 |
| 9/15/16 | $ | 713.08 | C T PARKER ENT | 48215 | 48215 |
| 9/15/16 | $ | 4,512.74 | PENELEC | 48216 | 48216 |
| 9/15/16 | $ | 5,535.71 | PENN POWER | 48217 | 48217 |
| 9/15/16 | $ | 451.44 | PERKINS REST & BAKERY | 48218 | 48218 |
| 9/15/16 | $ | 51.36 | PLANT GUYS | 48219 | 48219 |
| 9/15/16 | $ | 128.86 | PLUMBMASTER INC | 48220 | 48220 |
| 9/15/16 | $ | 90.66 | PLYLER OVERHEAD DOOR CO | 48221 | 48221 |
| 9/15/16 | $ | 35.00 | REGIONAL CHAMBER | 48222 | 48222 |
| 9/15/16 | $ | 450.00 | REGIONAL ROOFING & CONST | 48223 | 48223 |
| 9/15/16 | $ | 126.00 | REILLY SWEEPING INC | 48224 | 48224 |
| 9/15/16 | $ | 388.00 | REPCO REPLACEMENT | 48225 | 48225 |
| 9/15/16 | $ | 2,822.57 | R I T A | 48226 | 48226 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 9/15/16 | $ | 398.90 | ROTO-ROOTER PLUMBING, CORP | 48227 | 48227 |
| 9/15/16 | $ | 101.09 | RUMPKE CONSOLIDATED | 48228 | 48228 |
| 9/15/16 | $ | 413.60 | SHENANGO CASH REGISTER INC | 48229 | 48229 |
| 9/15/16 | $ | 2,473.92 | SHOES FOR CREWS LLC | 48230 | 48230 |
| 9/15/16 | $ | 249.10 | SNELL LANDSCAPE SERVICES LLC | 48231 | 48231 |
| 9/15/16 | $ | 2,558.54 | STAPLES ADVANTAGE | 48232 | 48232 |
| 9/15/16 | $ | 2,417.60 | T&D LANDSCAPE & LAWN CARE | 48233 | 48233 |
| 9/15/16 | $ | 84.13 | TIME WARNER CABLE | 48234 | 48234 |
| 9/15/16 | $ | 112.00 | TIMES OBSERVER | 48235 | 48235 |
| 9/15/16 | $ | 1,166.00 | THOMAS QUALITY CLEANING | 48236 | 48236 |
| 9/15/16 | $ | 2,557.25 | TOOF AMER DIGT PRINTING | 48237 | 48237 |
| 9/15/16 | $ | 373.68 | TOTAL LINE RFRGRTN INC | 48238 | 48238 |
| 9/15/16 | $ | 1,466.30 | TRAVAGLINI ENT INC | 48239 | 48239 |
| 9/15/16 | $ | 28,202.42 | TRAVELERS CL REMIT CENTER | 48240 | 48240 |
| 9/15/16 | $ | 1,436.33 | UNITED CONCORDIA | 48241 | 48241 |
| 9/15/16 | $ | 248.06 | UNITED REFINING CO OF PA | 48242 | 48242 |
| 9/15/16 | $ | 20.20 | UPS | 48243 | 48243 |
| 9/15/16 | $ | 855.87 | US FOODS CULINARY EQUIP & SUPP | 48244 | 48244 |
| 9/15/16 | $ | 33.06 | VECTOR SECURITY, INC | 48245 | 48245 |
| 9/15/16 | $ | 137.59 | VENANGO SUPPLY PLBG & HTG | 48246 | 48246 |
| 9/15/16 | $ | 797.28 | VERIZON | 48247 | 48247 |
| 9/15/16 | $ | 1,258.00 | VERNON TWP SANITATION AUTH | 48248 | 48248 |
| 9/15/16 | $ | 1,387.58 | VERNON TWP WATER AUTH | 48249 | 48249 |
| 9/15/16 | $ | 93.70 | VIRGINIA DEPT OF TAXATION | 48250 | 48250 |
| 9/15/16 | $ | 4,174.11 | WASTE MANAGEMENT | 48251 | 48251 |
| 9/15/16 | $ | 962.35 | WASTE MANAGEMENT OHIO INC | 48252 | 48252 |
| 9/15/16 | $ | 1,550.34 | WATKINS LIGHTING & SIGN MAINT | 48253 | 48253 |
| 9/15/16 | $ | 49.65 | WINDSTREAM | 48254 | 48254 |
| 9/15/16 | $ | 175.00 | YARD AT WORK LANDSCAPING | 48255 | 48255 |
| 9/15/16 | $ | 1,056.33 | YARDMASTER OF PENNSYLVANIA LLC | 48256 | 48256 |
| 9/15/16 | $ | 858.43 | YO. WATER DEPT | 48257 | 48257 |
| 9/15/16 | $ | 283.32 | W C ZABEL CO | 48258 | 48258 |
| 9/16/16 | $ | 59,327.75 | REINHART FOOD SERV | ACH | |
| 9/16/16 | $ | 385,116.76 | US FOODSERVICE REC CORP | ACH | |
| 9/22/16 | $ | 93.71 | AQUA PENNSYLVANIA | 48259 | 48259 |
| 9/22/16 | $ | 69.95 | ARMSTRONG | 48260 | 48260 |
| 9/22/16 | $ | 400.67 | AT&T | 48261 | 48261 |
| 9/22/16 | $ | 75.85 | BOROUGH OF INDIANA | 48262 | 48262 |
| 9/22/16 | $ | 784.19 | CITY OF HERMITAGE | 48263 | 48263 |
| 9/22/16 | $ | 147.55 | CITY OF BRADFORD TREASURER | 48264 | 48264 |
| 9/22/16 | $ | 1,079.14 | CONNEAUT WATER & SEWER DPT | 48265 | 48265 |
| 9/22/16 | $ | 617.48 | COLUMBIA GAS OF PA | 48266 | 48266 |
| 9/22/16 | $ | 1,934.10 | CRANBERRY TOWNSHIP | 48267 | 48267 |
| 9/22/16 | $ | 474.47 | DIRECT ENERGY | 48268 | 48268 |
| 9/22/16 | $ | 85.00 | DISCOVERY BENEFITS INC | 48269 | 48269 |
| 9/22/16 | $ | 225.21 | DOMINION EAST OHIO | 48270 | 48270 |
| 9/22/16 | $ | 206.09 | FRONTIER | 48271 | 48271 |
| 9/22/16 | $ | 4,817.74 | THE ILLUMINATING CO | 48272 | 48272 |
| 9/22/16 | $ | 151.10 | NESHANNOCK TOWNSHIP SEWER | 48273 | 48273 |
| 9/22/16 | $ | 16,279.26 | OHIO EDISON CO | 48274 | 48274 |
| 9/22/16 | $ | 233.74 | PA UC-2 FUND | 48275 | 48275 |
| 9/22/16 | $ | 7,135.44 | PENELEC | 48276 | 48276 |
| 9/22/16 | $ | 5,531.20 | PENN POWER | 48277 | 48277 |
| 9/22/16 | $ | 347.35 | PEOPLES NATURAL GAS | 48278 | 48278 |
| 9/22/16 | $ | 372.98 | KAREN RAMSEY | 48279 | 48279 |

| | | | | |
|---|---|---|---|---|
| 9/22/16 | $ | 450.00 | RENZ INSURANCE AGENCY INC | 48280 | 48280 |
| 9/22/16 | $ | 1,086.87 | TRUM CO WATER SEWER | 48281 | 48281 |
| 9/22/16 | $ | 168.58 | VERIZON | 48282 | 48282 |
| 9/22/16 | $ | 2,187.50 | MARK A VILLERS | 48283 | 48283 |
| 9/22/16 | $ | 2,332.00 | WESTERMANS COMM CLNG | 48284 | 48284 |
| 9/22/16 | $ | 5,943.51 | WEST PENN POWER | 48285 | 48285 |
| 9/22/16 | $ | 1,709.33 | YO. WATER DEPT | 48286 | 48286 |
| 9/29/16 | $ | 370.00 | A-1 SEPTIC TANK SERV, LLC | 48287 | 48287 |
| 9/29/16 | $ | 319.51 | ABCO FIRE PROTECTION,INC | 48288 | 48288 |
| 9/29/16 | $ | 297.94 | ABCO FIRE PROTECTION,INC | 48289 | 48289 |
| 9/29/16 | $ | 161.12 | AKAM'S CLEANING | 48290 | 48290 |
| 9/29/16 | $ | 1,069.26 | ALLPOINTS FOODSERVICE | 48291 | 48291 |
| 9/29/16 | $ | 34.33 | A & M FIRE AND SAFETY EQUIP IN | 48292 | 48292 |
| 9/29/16 | $ | 1,865.01 | AMER ELEC POWER | 48293 | 48293 |
| 9/29/16 | $ | 438.33 | AQUA OHIO INC | 48294 | 48294 |
| 9/29/16 | $ | 670.31 | ATOM-MATIC REFRIGERATION | 48295 | 48295 |
| 9/29/16 | $ | 263.59 | AT&T | 48296 | 48296 |
| 9/29/16 | $ | 58.98 | AT&T | 48297 | 48297 |
| 9/29/16 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 48298 | 48298 |
| 9/29/16 | $ | 564.45 | BARTLETT SIGNS | 48299 | 48299 |
| 9/29/16 | $ | 6,065.57 | BURNS CHEMICAL SERVICE | 48300 | 48300 |
| 9/29/16 | $ | 1,218.65 | BUY ROLLS.COM | 48301 | 48301 |
| 9/29/16 | $ | 989.00 | CARBONS GOLDEN MALTED | 48302 | 48302 |
| 9/29/16 | $ | 288.90 | CARRON SERVICE | 48303 | 48303 |
| 9/29/16 | $ | 1,592.76 | CASELLA WASTE SERVICE 60 | 48304 | 48304 |
| 9/29/16 | $ | 1,079.44 | CIGNA LIFE INS CO NY | 48305 | 48305 |
| 9/29/16 | $ | 6,287.83 | CINTAS CORPORATION | 48306 | 48306 |
| 9/29/16 | $ | 246.72 | CITY OF CANFIELD-UTILITY DPT | 48307 | 48307 |
| 9/29/16 | $ | 728.14 | CITY LIGHTING PROD | 48308 | 48308 |
| 9/29/16 | $ | 611.36 | COLUMBIA GAS OF OHIO | 48309 | 48309 |
| 9/29/16 | $ | 603.19 | CONSTELLATION NE-GD | 48310 | 48310 |
| 9/29/16 | $ | 18.02 | COZZINI BROS INC | 48311 | 48311 |
| 9/29/16 | $ | 175.00 | DALTON'S SAN-SER | 48312 | 48312 |
| 9/29/16 | $ | 343.44 | DARLING INT INC | 48313 | 48313 |
| 9/29/16 | $ | 392.83 | DIRECT ENERGY | 48314 | 48314 |
| 9/29/16 | $ | 560.06 | DOCTOR DEAD-BUG INC | 48315 | 48315 |
| 9/29/16 | $ | 165.34 | DOMINION EAST OHIO | 48316 | 48316 |
| 9/29/16 | $ | 65.65 | EARTHLINK INC | 48317 | 48317 |
| 9/29/16 | $ | 3,000.00 | ELMHURST PROP INC | 48318 | 48318 |
| 9/29/16 | $ | 87.62 | FISH WINDOW CLEANING | 48319 | 48319 |
| 9/29/16 | $ | 693.80 | FOULK DECORATING INC | 48320 | 48320 |
| 9/29/16 | $ | 2,500.00 | GERALD R FRY CO INC | 48321 | 48321 |
| 9/29/16 | $ | 4,958.78 | GAR FIELD CLUB LP | 48322 | 48322 |
| 9/29/16 | $ | 2,695.00 | GORDON & REES LLP | 48323 | 48323 |
| 9/29/16 | $ | 3,544.88 | GPSA | 48324 | 48324 |
| 9/29/16 | $ | 254.27 | HAGAN BUS MACH MEADVILLE | 48325 | 48325 |
| 9/29/16 | $ | 1,000.00 | KAIL'S PARKING | 48326 | 48326 |
| 9/29/16 | $ | 1,000.00 | PETER & CAROL KAPLAN | 48327 | 48327 |
| 9/29/16 | $ | 275.00 | LANG CONCRETE PRODUCTS INC | 48328 | 48328 |
| 9/29/16 | $ | 117.66 | LLOYD'S RENTAL SER. | 48329 | 48329 |
| 9/29/16 | $ | 854.32 | R E MICHEL CO | 48330 | 48330 |
| 9/29/16 | $ | 225.00 | MILLER SEWER | 48331 | 48331 |
| 9/29/16 | $ | 258.23 | NU CO2 LLC | 48332 | 48332 |
| 9/29/16 | $ | 338.44 | ORKIN PEST CNTRL #928 | 48333 | 48333 |
| 9/29/16 | $ | 14,120.00 | OSTERBERG REFRIGERATION | 48334 | 48334 |

| Date | Amount | Payee | | |
|---|---|---|---|---|
| 9/29/16 | $ 2,500.00 | PARK CENTRE DVLPMT INC | 48335 | 48335 |
| 9/29/16 | $ 14,437.10 | PENELEC | 48336 | 48336 |
| 9/29/16 | $ 2,149.19 | PA AMERICAN WATER | 48337 | 48337 |
| 9/29/16 | $ 1,194.59 | PA MUNICIPAL SERVICE CO | 48338 | 48338 |
| 9/29/16 | $ 483.93 | PERKINS REST & BAKERY | 48339 | 48339 |
| 9/29/16 | $ 256.22 | PLUMBMASTER INC | 48340 | 48340 |
| 9/29/16 | $ 317.88 | PURCHASE POWER | 48341 | 48341 |
| 9/29/16 | $ 2,612.50 | THOMAS REPICKY | 48342 | 48342 |
| 9/29/16 | $ 478.98 | REPUBLIC WASTE SERVICE | 48343 | 48343 |
| 9/29/16 | $ 305.75 | RUMPKE CONSOLIDATED | 48344 | 48344 |
| 9/29/16 | $ 213.50 | SIGN SAVERS | 48345 | 48345 |
| 9/29/16 | $ 1,578.12 | SHOES FOR CREWS LLC | 48346 | 48346 |
| 9/29/16 | $ 1,440.00 | STATE SECURITY&INVESTIGATION S | 48347 | 48347 |
| 9/29/16 | $ 90.10 | T'S WINDOW CLEANING | 48348 | 48348 |
| 9/29/16 | $ 2,453.75 | TOOF AMER DIGT PRINTING | 48349 | 48349 |
| 9/29/16 | $ 2,760.00 | TRAVAGLINI ENT INC | 48350 | 48350 |
| 9/29/16 | $ 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 48351 | 48351 |
| 9/29/16 | $ 2,901.51 | TRI COUNTY IND. | 48352 | 48352 |
| 9/29/16 | $ 35.00 | UPMC URGENT CARE | 48353 | 48353 |
| 9/29/16 | $ 4,503.00 | UTICA NATIONAL INSURANCE | 48354 | 48354 |
| 9/29/16 | $ 1,641.52 | VERIZON | 48355 | 48355 |
| 9/29/16 | $ 243.80 | WINDOW CLEANING BY JIM-OH | 48356 | 48356 |
| 9/29/16 | $ 147.34 | WINDOW CLEANING BY JIM-PA | 48357 | 48357 |
| 9/29/16 | $ 269.47 | WINDSTREAM | 48358 | 48358 |
| 9/29/16 | $ 405.00 | YARDMASTER OF PENNSYLVANIA LLC | 48359 | 48359 |
| 9/29/16 | $ 208.34 | W C ZABEL CO | 48360 | 48360 |
| 9/29/16 | $ 190.15 | W C ZABEL CO | 48361 | 48361 |
| 9/30/16 | $ 79,906.58 | REINHART FOOD SERV | ACH | |
| 9/30/16 | $ 334,224.41 | US FOODSERVICE REC CORP | ACH | |
| **10/6/16** | | **void - printer error** | | **48362** |
| 10/6/16 | $ 185.85 | ARMSTRONG | 48363 | 48363 |
| 10/6/16 | $ 10,469.25 | ASHLAND CO TREASURER | 48364 | 48364 |
| 10/6/16 | $ 811.17 | AT & T MOBILITY | 48365 | 48365 |
| 10/6/16 | $ 616.55 | BUY ROLLS.COM | 48366 | 48366 |
| 10/6/16 | $ 232.07 | CENTURY LINK | 48367 | 48367 |
| 10/6/16 | $ 518.36 | CITY OF ASHTABULA RCVR TXS | 48368 | 48368 |
| 10/6/16 | $ 310.17 | CITY OF CANFIELD RCVR TXS | 48369 | 48369 |
| 10/6/16 | $ 558.39 | CITY OF TITUSVILLE | 48370 | 48370 |
| 10/6/16 | $ 903.54 | CITY OF CORRY, PA | 48371 | 48371 |
| 10/6/16 | $ 915.67 | CITY OF ASHTABULA/WASTWATR | 48372 | 48372 |
| 10/6/16 | $ 6,299.41 | CITY OF NILES | 48373 | 48373 |
| 10/6/16 | $ 1,326.78 | CITY OF OLEAN WATER & SEWER | 48374 | 48374 |
| 10/6/16 | $ 197.00 | CRANBERRY TOWNSHIP | 48375 | 48375 |
| 10/6/16 | $ 188.82 | DIRECT ENERGY | 48376 | 48376 |
| 10/6/16 | $ 265.25 | DOMINION EAST OHIO | 48377 | 48377 |
| 10/6/16 | $ 505.00 | FOSTER TWP SEWER FUND | 48378 | 48378 |
| 10/6/16 | $ 1,353.84 | GREENVILLE WATER AUTH | 48379 | 48379 |
| 10/6/16 | $ 804.67 | HEMPFIELD TWP. AUTHORITY | 48380 | 48380 |
| 10/6/16 | $ 3,833.11 | THE ILLUMINATING CO | 48381 | 48381 |
| 10/6/16 | $ 5,071.34 | DAWN M JADRYCH | 48382 | 48382 |
| 10/6/16 | $ 5,071.34 | MARK A JADRYCH | 48383 | 48383 |
| 10/6/16 | $ 11,119.86 | OHIO EDISON CO | 48384 | 48384 |
| 10/6/16 | $ 2,429.58 | PENELEC | 48385 | 48385 |
| 10/6/16 | $ 951.20 | PA AMERICAN WATER | 48386 | 48386 |
| 10/6/16 | $ 70.28 | PENN POWER | 48387 | 48387 |

| Date | | Amount | Payee | | |
|---|---|---|---|---|---|
| 10/6/16 | $ | 149.29 | PEOPLES NATURAL GAS | 48388 | 48388 |
| 10/6/16 | $ | 35.00 | REGIONAL CHAMBER | 48389 | 48389 |
| 10/6/16 | $ | 15,750.00 | REGIONAL ROOFING & CONST | 48390 | 48390 |
| 10/6/16 | $ | 1,833.08 | R I T A | 48391 | 48391 |
| 10/6/16 | $ | 2,100.00 | MARK A VILLERS | 48392 | 48392 |
| 10/6/16 | $ | 612.35 | WEX BANK | 48393 | 48393 |
| 10/6/16 | $ | 191.64 | AQUA OHIO INC | 48394 | 48394 |
| 10/13/16 | | | void | | 48395 |
| 10/13/16 | $ | 710.95 | A & S LANDSCAPING | 00048396 | 48396 |
| 10/13/16 | $ | 4,267.77 | ABCO FIRE PROTECTION,INC | 00048397 | 48397 |
| 10/13/16 | $ | 864.00 | ALLEN FLAG & FLAGPOLE | 00048398 | 48398 |
| 10/13/16 | $ | 474.65 | ALLPOINTS FOODSERVICE | 00048399 | 48399 |
| 10/13/16 | $ | 718.20 | ALL PRO LANDSCAPING | 00048400 | 48400 |
| 10/13/16 | $ | 2,540.27 | ALLY | 00048401 | 48401 |
| 10/13/16 | $ | 315.70 | AMERICHOICE INC | 00048402 | 48402 |
| 10/13/16 | $ | 74.00 | AMERICHEK INC | 00048403 | 48403 |
| 10/13/16 | $ | 3,230.13 | ATOM-MATIC REFRIGERATION | 00048404 | 48404 |
| 10/13/16 | $ | 522.31 | AT&T | 00048405 | 48405 |
| 10/13/16 | $ | 47.39 | AT&T | 00048406 | 48406 |
| 10/13/16 | $ | 977.75 | BANK OF AMERICA | 00048407 | 48407 |
| 10/13/16 | $ | 1,355.80 | BJS CARPET CLEANING | | 48408 |
| 10/13/16 | $ | 2,638.85 | BURNS CHEMICAL SERVICE | 00048409 | 48409 |
| 10/13/16 | $ | 1,890.85 | BUY ROLLS.COM | 00048410 | 48410 |
| 10/13/16 | $ | 2,700.00 | CARBONS GOLDEN MALTED | 00048411 | 48411 |
| 10/13/16 | $ | 807.35 | CHRYSLER CAPITAL | 00048412 | 48412 |
| 10/13/16 | $ | 4,805.46 | CINTAS CORPORATION | 00048413 | 48413 |
| 10/13/16 | $ | 299.08 | CITY OF WARREN, UTIL. SERV. | 00048414 | 48414 |
| 10/13/16 | $ | 434.37 | CITY LIGHTING PROD | 00048415 | 48415 |
| 10/13/16 | $ | 212.42 | CONCORD IND INC | 00048416 | 48416 |
| 10/13/16 | $ | 55.12 | COZZINI BROS INC | 00048417 | 48417 |
| 10/13/16 | $ | 428.59 | DARLING INT INC | 00048418 | 48418 |
| 10/13/16 | $ | 1,202.02 | DAYMARK | 00048419 | 48419 |
| 10/13/16 | $ | 106.00 | DESANTIS JAN SPLY/PRTY SHP | 00048420 | 48420 |
| 10/13/16 | $ | 870.00 | DINN,HOCHMAN & POTTER, LLC | 00048421 | 48421 |
| 10/13/16 | $ | 2,527.88 | DIRECT ENERGY | 00048422 | 48422 |
| 10/13/16 | $ | 34.76 | DIX COMMUNICATIONS | 00048423 | 48423 |
| 10/13/16 | $ | 1,101.06 | DOCTOR DEAD-BUG INC | 00048424 | 48424 |
| 10/13/16 | $ | 440.33 | DOMINION EAST OHIO | 00048425 | 48425 |
| 10/13/16 | $ | 5,914.36 | ERIE WATER WORKS | 00048426 | 48426 |
| 10/13/16 | $ | 100.00 | GERALD R FRY CO INC | 00048427 | 48427 |
| 10/13/16 | $ | 446.73 | GOLDNER ASSOCIATES | 00048428 | 48428 |
| 10/13/16 | $ | 186.34 | GRAINGER | 00048429 | 48429 |
| 10/13/16 | $ | 111.37 | GREAT WAVE COMMUNICATIONS | 00048430 | 48430 |
| 10/13/16 | $ | 91.13 | GREEN APPLE BARTER SERVICE | 00048431 | 48431 |
| 10/13/16 | $ | 93.59 | GUARDIAN ALARM CO | 00048432 | 48432 |
| 10/13/16 | $ | 85.39 | HAGUE CRYSTAL CLEARWATER | 00048433 | 48433 |
| 10/13/16 | $ | 424.60 | HERITAGE FOOD SERVICE GROUP IN | 00048434 | 48434 |
| 10/13/16 | $ | 394.26 | THE HITE CO | 00048435 | 48435 |
| 10/13/16 | $ | 49.27 | HOME HARDWARE INC | 00048436 | 48436 |
| 10/13/16 | $ | 204.80 | HUZZYS REFRIGERATION INC | 00048437 | 48437 |
| 10/13/16 | $ | 5,409.10 | THE ILLUMINATING CO | 00048438 | 48438 |
| 10/13/16 | $ | 191.70 | JOSHS LAWN CARE & LANDSCAPING | 00048439 | 48439 |
| 10/13/16 | $ | 500.00 | JV SURFACE WATER SERVICES | 00048440 | 48440 |
| 10/13/16 | $ | 622.22 | KENS CUSTOM UPHOLSTERING | 00048441 | 48441 |
| 10/13/16 | $ | 46.44 | KLINE PEST CONTROL CO INC | 00048442 | 48442 |

| Date | | Amount | Payee | Check# | |
|---|---|---|---|---|---|
| 10/13/16 | $ | 622.10 | KRESS AUTO CENTER | 00048443 | 48443 |
| 10/13/16 | $ | 837.30 | MIKE MAZUREK & SON | 00048444 | 48444 |
| 10/13/16 | $ | 49.05 | R E MICHEL CO | 00048445 | 48445 |
| 10/13/16 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 00048446 | 48446 |
| 10/13/16 | $ | 3,644.85 | MUZAK LLC | 00048447 | 48447 |
| 10/13/16 | $ | 1,347.39 | NATIONAL FUEL | 00048448 | 48448 |
| 10/13/16 | $ | 6,652.41 | NATIONAL GRID | 00048449 | 48449 |
| 10/13/16 | $ | 2,642.48 | NU CO2 LLC | 00048450 | 48450 |
| 10/13/16 | $ | 82.96 | ORKIN PEST CNTRL #928 | 00048451 | 48451 |
| 10/13/16 | $ | 3,324.00 | OSTERBERG REFRIGERATION | 00048452 | 48452 |
| 10/13/16 | $ | 46.75 | J S PALUCH CO INC | 00048453 | 48453 |
| 10/13/16 | $ | 3,979.55 | PENELEC | 00048454 | 48454 |
| 10/13/16 | $ | 3,842.13 | PENN POWER | 00048455 | 48455 |
| 10/13/16 | $ | 51.36 | PLANT GUYS | 00048456 | 48456 |
| 10/13/16 | $ | 157.50 | REILLY SWEEPING INC | 00048457 | 48457 |
| 10/13/16 | $ | 200.00 | RENT A SPACE | 00048458 | 48458 |
| 10/13/16 | $ | 3,630.86 | REPUBLIC WASTE SERVICE | 00048459 | 48459 |
| 10/13/16 | $ | 232.20 | ROTO ROOTER | 00048460 | 48460 |
| 10/13/16 | $ | 101.38 | RUMPKE CONSOLIDATED | 00048461 | 48461 |
| 10/13/16 | $ | 1,652.75 | SHOES FOR CREWS LLC | 00048462 | 48462 |
| 10/13/16 | $ | 1,600.97 | STAPLES ADVANTAGE | 00048463 | 48463 |
| 10/13/16 | $ | 1,679.03 | T&D LANDSCAPE & LAWN CARE | 00048464 | 48464 |
| 10/13/16 | $ | 1,616.00 | THOMAS QUALITY CLEANING | 00048465 | 48465 |
| 10/13/16 | $ | 1,253.76 | TRAVAGLINI ENT INC | 00048466 | 48466 |
| 10/13/16 | $ | 28,192.42 | TRAVELERS CL REMIT CENTER | 00048467 | 48467 |
| 10/13/16 | $ | 287.45 | UNITED REFINING CO OF PA | 00048468 | 48468 |
| 10/13/16 | $ | 85.60 | UNIVERSAL ENTERPRISES INC | 00048469 | 48469 |
| 10/13/16 | $ | 106.72 | VECTOR SECURITY, INC | 00048470 | 48470 |
| 10/13/16 | $ | 210.98 | VENANGO SUPPLY PLBG & HTG | 00048471 | 48471 |
| 10/13/16 | $ | 878.58 | VERIZON | 00048472 | 48472 |
| 10/13/16 | $ | 1,377.00 | VERNON TWP SANITATION AUTH | 00048473 | 48473 |
| 10/13/16 | $ | 407.00 | VOGELS DISP SERVICE INC | 00048474 | 48474 |
| 10/13/16 | $ | 962.35 | WASTE MANAGEMENT OHIO INC | 00048475 | 48475 |
| 10/13/16 | $ | 140.40 | WINDOW KING INC | 00048476 | 48476 |
| 10/13/16 | $ | 36.15 | WINDSTREAM | 00048477 | 48477 |
| 10/13/16 | $ | 100.00 | MELISSA D WRIGHT | 00048478 | 48478 |
| 10/13/16 | $ | 140.00 | YARD AT WORK LANDSCAPING | 00048479 | 48479 |
| 10/13/16 | $ | 161.32 | W C ZABEL CO | 00048480 | 48480 |
| 10/13/16 | $ | 1,600.93 | W C ZABEL CO | 00048481 | 48481 |
| 10/14/16 | $ | 65,676.44 | REINHART FOOD SERV | ACH | |
| 10/14/16 | $ | 345,877.91 | US FOODSERVICE REC CORP | ACH | |
| 10/19/16 | $ | 6,850.13 | ACCESS POINT INC | 48482 | 48482 |
| 10/19/16 | $ | 2,225.98 | AFLAC | 48483 | 48483 |
| 10/19/16 | $ | 778.20 | AFLAC-NYS | 48484 | 48484 |
| 10/19/16 | $ | 523.10 | AQUA PENNSYLVANIA | 48485 | 48485 |
| 10/19/16 | $ | 144.61 | ARMSTRONG | 48486 | 48486 |
| 10/19/16 | $ | 834.22 | AT&T | 48487 | 48487 |
| 10/19/16 | $ | 597.00 | BJS CARPET CLEANING | 48488 | 48488 |
| 10/19/16 | $ | 88.27 | BOROUGH OF INDIANA | 48489 | 48489 |
| 10/19/16 | $ | 393.72 | CINTAS CORP #011 | 48490 | 48490 |
| 10/19/16 | $ | 656.88 | COLUMBIA GAS OF PA | 48491 | 48491 |
| 10/19/16 | $ | 22.62 | COLUMBIA GAS OF OHIO | 48492 | 48492 |
| 10/19/16 | $ | 500.10 | CONSTELLATION NE-GD | 48493 | 48493 |
| 10/19/16 | $ | 1,551.88 | CRANBERRY TOWNSHIP | 48494 | 48494 |
| 10/19/16 | $ | 739.21 | DIRECT ENERGY | 48495 | 48495 |

| Date | | Amount | Payee | | |
|---|---|---|---|---|---|
| 10/19/16 | $ | 85.00 | DISCOVERY BENEFITS INC | 48496 | 48496 |
| 10/19/16 | $ | 231.77 | DOMINION EAST OHIO | 48497 | 48497 |
| 10/19/16 | $ | 2,888.50 | DUST BUSTERS SERVICE | 48498 | 48498 |
| 10/19/16 | $ | 215.88 | FRONTIER | 48499 | 48499 |
| 10/19/16 | $ | 46,123.77 | HIGHMARK BLUE SHIELD | 48500 | 48500 |
| 10/19/16 | $ | 2,769.64 | HOME DEPOT CREDIT SERVICES | 48501 | 48501 |
| 10/19/16 | $ | 4,574.06 | THE ILLUMINATING CO | 48502 | 48502 |
| 10/19/16 | $ | 250.00 | KAIL'S PARKING | 48503 | 48503 |
| 10/19/16 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 48504 | 48504 |
| 10/19/16 | $ | 187.83 | NESHANNOCK TOWNSHIP SEWER | 48505 | 48505 |
| 10/19/16 | $ | 7,162.12 | OHIO EDISON CO | 48506 | 48506 |
| 10/19/16 | $ | 20,645.22 | OLEAN BOARD OF EDUCATION | 48507 | 48507 |
| 10/19/16 | $ | 4,433.44 | PENELEC | 48508 | 48508 |
| 10/19/16 | $ | 2,345.60 | PA AMERICAN WATER | 48509 | 48509 |
| 10/19/16 | $ | 10,961.30 | PENN POWER | 48510 | 48510 |
| 10/19/16 | $ | 340.71 | PEOPLES NATURAL GAS | 48511 | 48511 |
| 10/19/16 | $ | 3,562.39 | TRAVAGLINI ENT MAINT DEPT | 48512 | 48512 |
| 10/19/16 | $ | 2,420.81 | UNITED CONCORDIA | 48513 | 48513 |
| 10/19/16 | $ | 33.00 | UTICA NATIONAL INSURANCE | 48514 | 48514 |
| 10/19/16 | $ | 113.96 | VERIZON | 48515 | 48515 |
| 10/19/16 | $ | 2,025.00 | MARK A VILLERS | 48516 | 48516 |
| 10/19/16 | $ | 1,749.00 | WESTERMANS COMM CLNG | 48517 | 48517 |
| 10/19/16 | $ | 3,656.37 | WEST PENN POWER | 48518 | 48518 |
| 10/19/16 | $ | 687.03 | WHITE TWP SEWER SERVICE | 48519 | 48519 |
| 10/19/16 | $ | 694.11 | WINDSTREAM | 48520 | 48520 |
| 10/19/16 | $ | 2,593.01 | YO. WATER DEPT | 48521 | 48521 |
| 10/27/16 | $ | 771.04 | ALLPOINTS FOODSERVICE | 48522 | 48522 |
| 10/27/16 | $ | 55.71 | A & M FIRE AND SAFETY EQUIP IN | 48523 | 48523 |
| 10/27/16 | $ | 5,936.14 | AMER ELEC POWER | 48524 | 48524 |
| 10/27/16 | $ | 92.25 | AMERICHOICE INC | 48525 | 48525 |
| 10/27/16 | $ | 920.15 | AQUA OHIO INC | 48526 | 48526 |
| 10/27/16 | $ | 772.09 | ASHLAND MUNICIPAL INCOME TAX | 48527 | 48527 |
| 10/27/16 | $ | 1,295.41 | ATOM-MATIC REFRIGERATION | 48528 | 48528 |
| 10/27/16 | $ | 58.98 | AT&T | 48529 | 48529 |
| 10/27/16 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 48530 | 48530 |
| 10/27/16 | $ | 100.00 | DOUG BEUGLY | 48531 | 48531 |
| 10/27/16 | $ | 797.00 | BJS CARPET CLEANING | 48532 | 48532 |
| 10/27/16 | $ | 767.00 | BUY ROLLS.COM | 48533 | 48533 |
| 10/27/16 | $ | 150.00 | CARBONS GOLDEN MALTED | 48534 | 48534 |
| 10/27/16 | $ | 1,566.93 | CASELLA WASTE SERVICE 60 | 48535 | 48535 |
| 10/27/16 | $ | 6,505.28 | CINTAS CORPORATION | 48536 | 48536 |
| 10/27/16 | $ | 56.66 | CITY OF CANFIELD RCVR TXS | 48537 | 48537 |
| 10/27/16 | $ | 180.00 | CITY TREASURER- MEADVILLE | 48538 | 48538 |
| 10/27/16 | $ | 494.00 | CITY OF GROVE CITY-LST COLLECT | 48539 | 48539 |
| 10/27/16 | $ | 1,324.35 | CITY OF CONNEAUT RCVR TAXES | 48540 | 48540 |
| 10/27/16 | $ | 230.00 | CITY OF MEADVILLE-LST RCVR | 48541 | 48541 |
| 10/27/16 | $ | 424.00 | CITY OF CORRY-ROT-LST | 48542 | 48542 |
| 10/27/16 | $ | 1,848.69 | CONNEAUT WATER & SEWER DPT | 48543 | 48543 |
| 10/27/16 | $ | 1,226.33 | CITY LIGHTING PROD | 48544 | 48544 |
| 10/27/16 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 48545 | 48545 |
| 10/27/16 | $ | 421.12 | COLUMBIA GAS OF OHIO | 48546 | 48546 |
| 10/27/16 | $ | 646.29 | CONSTELLATION NE-GD | 48547 | 48547 |
| 10/27/16 | $ | 18.02 | COZZINI BROS INC | 48548 | 48548 |
| 10/27/16 | $ | 400.00 | CURTIS CONTRACTING&SERVICES | 48549 | 48549 |
| 10/27/16 | $ | 175.00 | DALTON'S SAN-SER | 48550 | 48550 |

| Date | | Amount | Payee | Check # | Check # |
|---|---|---|---|---|---|
| 10/27/16 | $ | 508.39 | DARLING INT INC | 48551 | 48551 |
| 10/27/16 | $ | 141.01 | DIRECT ENERGY | 48552 | 48552 |
| 10/27/16 | $ | 904.94 | DOCTOR DEAD-BUG INC | 48553 | 48553 |
| 10/27/16 | $ | 215.15 | DOMINION EAST OHIO | 48554 | 48554 |
| 10/27/16 | $ | 4,255.90 | DUST BUSTERS SERVICE | 48555 | 48555 |
| 10/27/16 | $ | 65.65 | EARTHLINK INC | 48556 | 48556 |
| 10/27/16 | $ | 3,000.00 | ELMHURST PROP INC | 48557 | 48557 |
| 10/27/16 | $ | 87.62 | FISH WINDOW CLEANING | 48558 | 48558 |
| 10/27/16 | $ | 442.00 | FOSTER TWP RCVR TXS | 48559 | 48559 |
| 10/27/16 | $ | 442.12 | FOULK DECORATING INC | 48560 | 48560 |
| 10/27/16 | $ | 185.00 | FRANTZ & RUSSELL INC | 48561 | 48561 |
| 10/27/16 | $ | 316.11 | FRANKLIN MACHINE PROD | 48562 | 48562 |
| 10/27/16 | $ | 2,500.00 | GERALD R FRY CO INC | 48563 | 48563 |
| 10/27/16 | $ | 4,958.78 | GAR FIELD CLUB LP | 48564 | 48564 |
| 10/27/16 | $ | 2,071.36 | GOLDNER ASSOCIATES | 48565 | 48565 |
| 10/27/16 | $ | 276.79 | GRAINGER | 48566 | 48566 |
| 10/27/16 | $ | 26,201.64 | HAB-EIT/BERKHEIMER | 48567 | 48567 |
| 10/27/16 | $ | 3,818.00 | HAB-LST/BERKHEIMER | 48568 | 48568 |
| 10/27/16 | $ | 616.17 | HAGAN BUS MACH MEADVILLE | 48569 | 48569 |
| 10/27/16 | $ | 674.00 | HARBORCREEK TWP LST | 48570 | 48570 |
| 10/27/16 | $ | 670.53 | HERMITAGE CITY SEWER | 48571 | 48571 |
| 10/27/16 | $ | 622.97 | HUZZYS REFRIGERATION INC | 48572 | 48572 |
| 10/27/16 | $ | 1,556.70 | THE ILLUMINATING CO | 48573 | 48573 |
| 10/27/16 | $ | 127.67 | IRWIN'S OFFICE SUPPLIES | 48574 | 48574 |
| 10/27/16 | $ | 397.25 | J & S LANDSCAPING CO | 48575 | 48575 |
| 10/27/16 | $ | 1,000.00 | PETER & CAROL KAPLAN | 48576 | 48576 |
| 10/27/16 | $ | 1,620.19 | KEYSTONE COLLECTIONS GROUP | 48577 | 48577 |
| 10/27/16 | $ | 530.00 | KEYSTONE COLLECTIONS GROUP | 48578 | 48578 |
| 10/27/16 | $ | 26.75 | LAMANTIA PRODUCE | 48579 | 48579 |
| 10/27/16 | $ | 1,380.00 | MAVEN CONSTRUCTION | 48580 | 48580 |
| 10/27/16 | $ | 94.87 | MEADVILLE PLATE GLASS CO | 48581 | 48581 |
| 10/27/16 | $ | 151.33 | R E MICHEL CO | 48582 | 48582 |
| 10/27/16 | $ | 70.00 | NESHANNOCK TWP L.S.T. | 48583 | 48583 |
| 10/27/16 | $ | 1,227.84 | NU CO2 LLC | 48584 | 48584 |
| 10/27/16 | $ | 3,943.99 | OH DEPT JOB & FMLY SERV | 48585 | 48585 |
| 10/27/16 | $ | 5,990.35 | OHIO EDISON CO | 48586 | 48586 |
| 10/27/16 | $ | 48.33 | ORKIN PEST CNTRL #928 | 48587 | 48587 |
| 10/27/16 | $ | 6,601.75 | OSTERBERG REFRIGERATION | 48588 | 48588 |
| 10/27/16 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 48589 | 48589 |
| 10/27/16 | $ | 864.98 | C T PARKER ENT | 48590 | 48590 |
| 10/27/16 | $ | 15,157.33 | PENELEC | 48591 | 48591 |
| 10/27/16 | $ | 387.19 | PA AMERICAN WATER | 48592 | 48592 |
| 10/27/16 | $ | 932.49 | PA MUNICIPAL SERVICE CO | 48593 | 48593 |
| 10/27/16 | $ | 604.14 | PERKINS REST & BAKERY | 48594 | 48594 |
| 10/27/16 | $ | 333.12 | PLUMBMASTER INC | 48595 | 48595 |
| 10/27/16 | $ | 117.37 | PLYLER OVERHEAD DOOR CO | 48596 | 48596 |
| 10/27/16 | $ | 26.00 | REPCO REPLACEMENT | 48597 | 48597 |
| 10/27/16 | $ | 38.54 | R I T A | 48598 | 48598 |
| 10/27/16 | $ | 305.22 | RUMPKE CONSOLIDATED | 48599 | 48599 |
| 10/27/16 | $ | 126.20 | SECURITY PRODUCTS INC | 48600 | 48600 |
| 10/27/16 | $ | 3,730.85 | SEATING CONSULTANTS, INC | 48601 | 48601 |
| 10/27/16 | $ | 215.22 | SHAKLEY MECHANICAL INC | 48602 | 48602 |
| 10/27/16 | $ | 744.00 | SIGN SAVERS | 48603 | 48603 |
| 10/27/16 | $ | 1,428.09 | SHOES FOR CREWS LLC | 48604 | 48604 |
| 10/27/16 | $ | 249.10 | SNELL LANDSCAPE SERVICES LLC | 48605 | 48605 |

| Date | | Amount | Payee | Check# | Check# |
|---|---|---|---|---|---|
| 10/27/16 | $ | 103.43 | STAPLES ADVANTAGE | 48606 | 48606 |
| 10/27/16 | $ | 1,860.00 | STATE SECURITY&INVESTIGATION S | 48607 | 48607 |
| 10/27/16 | $ | 90.10 | T'S WINDOW CLEANING | 48608 | 48608 |
| 10/27/16 | $ | 344.50 | THOMAS QUALITY CLEANING | 48609 | 48609 |
| 10/27/16 | $ | 2,760.00 | TRAVAGLINI ENT INC | 48610 | 48610 |
| 10/27/16 | $ | 2,699.50 | TRUM CO WATER SEWER | 48611 | 48611 |
| 10/27/16 | $ | 192.10 | VALLEY TELECOM | 48612 | 48612 |
| 10/27/16 | $ | 529.09 | VENANGO SUPPLY PLBG & HTG | 48613 | 48613 |
| 10/27/16 | $ | 1,075.84 | VERIZON | 48614 | 48614 |
| 10/27/16 | $ | 1,308.89 | VERNON TWP WATER AUTH | 48615 | 48615 |
| 10/27/16 | $ | 582.00 | VERNON TWP LST | 48616 | 48616 |
| 10/27/16 | $ | 418.00 | WARREN COUNTY LST | 48617 | 48617 |
| 10/27/16 | $ | 4,905.71 | WASTE MANAGEMENT | 48618 | 48618 |
| 10/27/16 | $ | 171.43 | WEBER ELECTRIC SUPPLY | 48619 | 48619 |
| 10/27/16 | $ | 334.12 | WINDSTREAM | 48620 | 48620 |
| 10/27/16 | $ | 145.02 | WINTERS PLUMBING | 48621 | 48621 |
| 10/27/16 | $ | 1,056.33 | YARDMASTER OF PENNSYLVANIA LLC | 48622 | 48622 |
| 10/27/16 | $ | 294.68 | W C ZABEL CO | 48623 | 48623 |
| 10/28/16 | $ | 64,632.80 | REINHART FOOD SERV | ACH | |
| 10/28/16 | $ | 355,568.57 | US FOODSERVICE REC CORP | ACH | |
| 11/3/16 | $ | 195.85 | ARMSTRONG | 048624 | 48624 |
| 11/3/16 | $ | 5,000.00 | BONONI & CO. ATTNY. AT LAW | 048625 | 48625 |
| 11/3/16 | $ | 270.71 | CENTURY LINK | 048626 | 48626 |
| 11/3/16 | $ | 626.72 | CITY OF TITUSVILLE | 048627 | 48627 |
| 11/3/16 | $ | 484.52 | CITY OF CORRY, PA | 048628 | 48628 |
| 11/3/16 | $ | 5,679.17 | CITY OF NILES | 048629 | 48629 |
| 11/3/16 | $ | 1,312.26 | CITY OF OLEAN | 048630 | 48630 |
| 11/3/16 | $ | 299.16 | COLUMBIA GAS OF OHIO | 048631 | 48631 |
| 11/3/16 | $ | 1,000.00 | CONWAY LAW FIRM | 048632 | 48632 |
| 11/3/16 | $ | 1,116.12 | DELUXE BUSINESS FORMS | 048633 | 48633 |
| 11/3/16 | $ | 365.51 | DIRECT ENERGY | 048634 | 48634 |
| 11/3/16 | $ | 3,556.00 | DUNBAR, BENDER & ZAPF, INC | 048635 | 48635 |
| 11/3/16 | $ | 4,282.16 | ERIE WATER WORKS | 048636 | 48636 |
| 11/3/16 | $ | 495.00 | FOSTER TWP SEWER FUND | 048637 | 48637 |
| 11/3/16 | $ | 2,500.00 | SCOTT HARE | 048638 | 48638 |
| 11/3/16 | $ | 5,071.34 | DAWN M JADRYCH | 048639 | 48639 |
| 11/3/16 | $ | 5,071.34 | MARK A JADRYCH | 048640 | 48640 |
| 11/3/16 | $ | 99.01 | KRESS AUTO CENTER | 048641 | 48641 |
| 11/3/16 | $ | 4,653.74 | OHIO EDISON CO | 048642 | 48642 |
| 11/3/16 | $ | 197.33 | DAWN PAVLIK | 048643 | 48643 |
| 11/3/16 | $ | 183.14 | PENELEC | 048644 | 48644 |
| 11/3/16 | $ | 1,941.33 | PA AMERICAN WATER | 048645 | 48645 |
| 11/3/16 | $ | 46.93 | PENN POWER | 048646 | 48646 |
| 11/3/16 | $ | 443.50 | PEOPLES NATURAL GAS | 048647 | 48647 |
| 11/3/16 | $ | 5,000.00 | DAVID K RUDOV | 048648 | 48648 |
| 11/3/16 | $ | 748.50 | RON SHETLER | 048649 | 48649 |
| 11/3/16 | $ | 875.50 | VERIZON | 048650 | 48650 |
| 11/3/16 | $ | 1,937.50 | MARK A VILLERS | 048651 | 48651 |
| 11/3/16 | $ | 681.49 | WEX BANK | 048652 | 48652 |
| 11/10/16 | $ | 370.00 | A-1 SEPTIC TANK SERV, LLC | 48653 | 48653 |
| 11/10/16 | $ | 236.98 | A & S LANDSCAPING | 48654 | 48654 |
| 11/10/16 | $ | 3,276.00 | ABCO FIRE PROTECTION,INC | 48655 | 48655 |
| 11/10/16 | $ | 1,177.69 | ALLPOINTS FOODSERVICE | 48656 | 48656 |
| 11/10/16 | $ | 343.65 | AMERICHOICE INC | 48657 | 48657 |
| 11/10/16 | $ | 372.40 | ANTENUCCI, INC | 48658 | 48658 |

| 11/10/16 | $ | 859.99 | AQUA OHIO INC | 48659 | 48659 |
|---|---|---|---|---|---|
| 11/10/16 | $ | 2,862.88 | ATOM-MATIC REFRIGERATION | 48660 | 48660 |
| 11/10/16 | $ | 137.90 | AT&T | 48661 | 48661 |
| 11/10/16 | $ | 125.59 | AT&T | 48662 | 48662 |
| 11/10/16 | $ | 810.48 | AT & T MOBILITY | 48663 | 48663 |
| 11/10/16 | $ | 125.00 | A TO Z PLUMBING & DRAIN SERVIC | 48664 | 48664 |
| 11/10/16 | $ | 1,002.75 | BANK OF AMERICA | 48665 | 48665 |
| 11/10/16 | $ | 161.30 | BURNS CHEMICAL SERVICE | 48666 | 48666 |
| 11/10/16 | $ | 1,181.80 | BUY ROLLS.COM | 48667 | 48667 |
| 11/10/16 | $ | 1,156.50 | CARBONS GOLDEN MALTED | 48668 | 48668 |
| 11/10/16 | $ | 292.50 | CENTRE PUBLICATIONS | 48669 | 48669 |
| 11/10/16 | $ | 822.35 | CHRYSLER CAPITAL | 48670 | 48670 |
| 11/10/16 | $ | 4,673.92 | CINTAS CORPORATION | 48671 | 48671 |
| 11/10/16 | $ | 532.91 | CITY OF ASHTABULA RCVR TXS | 48672 | 48672 |
| 11/10/16 | $ | 336.69 | CITY OF CANFIELD RCVR TXS | 48673 | 48673 |
| 11/10/16 | $ | 110.08 | CITY OF WARREN, UTIL. SERV. | 48674 | 48674 |
| 11/10/16 | $ | 1,671.82 | CITY LIGHTING PROD | 48675 | 48675 |
| 11/10/16 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 48676 | 48676 |
| 11/10/16 | $ | 55.12 | COZZINI BROS INC | 48677 | 48677 |
| 11/10/16 | $ | 591.61 | DARLING INT INC | 48678 | 48678 |
| 11/10/16 | $ | 1,807.28 | DAYMARK | 48679 | 48679 |
| 11/10/16 | $ | 1,021.73 | DIRECT ENERGY | 48680 | 48680 |
| 11/10/16 | $ | 178.46 | DIX COMMUNICATIONS | 48681 | 48681 |
| 11/10/16 | $ | 1,197.45 | DOCTOR DEAD-BUG INC | 48682 | 48682 |
| 11/10/16 | $ | 619.30 | DOMINION EAST OHIO | 48683 | 48683 |
| 11/10/16 | $ | 450.00 | EDGE COMPUTER SERVICE | 48684 | 48684 |
| 11/10/16 | $ | 625.35 | FINE PRINT | 48685 | 48685 |
| 11/10/16 | $ | 421.82 | MIKE FLEISCHAUER | 48686 | 48686 |
| 11/10/16 | $ | 381.60 | FM CLEANING SERVICES INC | 48687 | 48687 |
| 11/10/16 | $ | 376.91 | GOLDNER ASSOCIATES | 48688 | 48688 |
| 11/10/16 | $ | 36.75 | GREEN APPLE BARTER SERVICE | 48689 | 48689 |
| 11/10/16 | $ | 1,064.37 | GREENVILLE WATER AUTH | 48690 | 48690 |
| 11/10/16 | $ | 93.59 | GUARDIAN ALARM CO | 48691 | 48691 |
| 11/10/16 | $ | 70.00 | HAB-LST/BERKHEIMER | 48692 | 48692 |
| 11/10/16 | $ | 126.47 | HAGUE CRYSTAL CLEARWATER | 48693 | 48693 |
| 11/10/16 | $ | 421.64 | THE HITE CO | 48694 | 48694 |
| 11/10/16 | $ | 359.34 | HUZZYS REFRIGERATION INC | 48695 | 48695 |
| 11/10/16 | $ | 2,836.52 | THE ILLUMINATING CO | 48696 | 48696 |
| 11/10/16 | $ | 29.95 | IRWIN'S OFFICE SUPPLIES | 48697 | 48697 |
| 11/10/16 | $ | 205.08 | J & R AUTO REPAIR | 48698 | 48698 |
| 11/10/16 | $ | 500.00 | JV SURFACE WATER SERVICES | 48699 | 48699 |
| 11/10/16 | $ | 1,125.72 | KENS CUSTOM UPHOLSTERING | 48700 | 48700 |
| 11/10/16 | $ | 46.44 | KLINE PEST CONTROL CO INC | 48701 | 48701 |
| 11/10/16 | $ | 37.50 | KOLDROCK | 48702 | 48702 |
| 11/10/16 | $ | 2,000.00 | JEFFREY KORN | 48703 | 48703 |
| 11/10/16 | $ | 275.00 | LANG CONCRETE PRODUCTS INC | 48704 | 48704 |
| 11/10/16 | $ | 5,896.34 | PHILIP MAGMORE | 48705 | 48705 |
| 11/10/16 | $ | 837.30 | MIKE MAZUREK & SON | 48706 | 48706 |
| 11/10/16 | $ | 83.48 | R E MICHEL CO | 48707 | 48707 |
| 11/10/16 | $ | 310.00 | MILLER SEWER | 48708 | 48708 |
| 11/10/16 | $ | 2,057.27 | NATIONAL FUEL | 48709 | 48709 |
| 11/10/16 | $ | 4,719.63 | NATIONAL GRID | 48710 | 48710 |
| 11/10/16 | $ | 168.00 | NEW CASTLE LOCK & KEY | 48711 | 48711 |
| 11/10/16 | $ | 2,393.03 | NU CO2 LLC | 48712 | 48712 |
| 11/10/16 | $ | 7,355.16 | OHIO EDISON CO | 48713 | 48713 |

| Date | Amount | Payee | Ref | Ref |
|---|---|---|---|---|
| 11/10/16 | $ 169.93 | ORKIN PEST CNTRL #928 | 48714 | 48714 |
| 11/10/16 | $ 779.00 | OSTERBERG REFRIGERATION | 48715 | 48715 |
| 11/10/16 | $ 8,082.24 | PENELEC | 48716 | 48716 |
| 11/10/16 | $ 40.32 | PA AMERICAN WATER | 48717 | 48717 |
| 11/10/16 | $ 26.60 | PENN POWER | 48718 | 48718 |
| 11/10/16 | $ 1,915.88 | PERKINS REST & BAKERY | 48719 | 48719 |
| 11/10/16 | $ 92.22 | PITNEY BOWES GLOBAL FIN SE | 48720 | 48720 |
| 11/10/16 | $ 51.36 | PLANT GUYS | 48721 | 48721 |
| 11/10/16 | $ 161.28 | POS REMARKETING GROUP | 48722 | 48722 |
| 11/10/16 | $ 279.37 | PURCHASE POWER | 48723 | 48723 |
| 11/10/16 | $ 676.07 | RED BOOK SOLUTIONS | 48724 | 48724 |
| 11/10/16 | $ 850.00 | REGIONAL ROOFING & CONST | 48725 | 48725 |
| 11/10/16 | $ 4,164.25 | REPUBLIC WASTE SERVICE | 48726 | 48726 |
| 11/10/16 | $ 1,799.16 | R I T A | 48727 | 48727 |
| 11/10/16 | $ 411.15 | SEATING CONSULTANTS, INC | 48728 | 48728 |
| 11/10/16 | $ 967.00 | SIGN SAVERS | 48729 | 48729 |
| 11/10/16 | $ 993.07 | SHOES FOR CREWS LLC | 48730 | 48730 |
| 11/10/16 | $ 111.10 | STAPLES ADVANTAGE | 48731 | 48731 |
| 11/10/16 | $ 556.42 | STARK CO METRO SEWER DIST | 48732 | 48732 |
| 11/10/16 | $ 90.10 | T'S WINDOW CLEANING | 48733 | 48733 |
| 11/10/16 | $ 91.63 | TIME WARNER CABLE | 48734 | 48734 |
| 11/10/16 | $ 1,219.00 | THOMAS QUALITY CLEANING | 48735 | 48735 |
| 11/10/16 | $ 1,294.58 | TRAVAGLINI ENT INC | 48736 | 48736 |
| 11/10/16 | $ 28,192.42 | TRAVELERS CL REMIT CENTER | 48737 | 48737 |
| 11/10/16 | $ 2,901.51 | TRI COUNTY IND. | 48738 | 48738 |
| 11/10/16 | $ 160.00 | TROUTMAN PLBG & HTG | 48739 | 48739 |
| 11/10/16 | $ 11.48 | UPS | 48740 | 48740 |
| 11/10/16 | $ 223.10 | UNIVERSAL ENTERPRISES INC | 48741 | 48741 |
| 11/10/16 | $ 33.56 | VECTOR SECURITY, INC | 48742 | 48742 |
| 11/10/16 | $ 605.56 | VERIZON | 48743 | 48743 |
| 11/10/16 | $ 399.02 | VOGELS DISP SERVICE INC | 48744 | 48744 |
| 11/10/16 | $ 8,207.33 | VOUDRIS LAW LLC | 48745 | 48745 |
| 11/10/16 | $ 462.03 | WATKINS LIGHTING & SIGN MAINT | 48746 | 48746 |
| 11/10/16 | $ 3,498.00 | WESTERMANS COMM CLNG | 48747 | 48747 |
| 11/10/16 | $ 34.05 | WINDSTREAM | 48748 | 48748 |
| 11/10/16 | $ 290.55 | W C ZABEL CO | 48749 | 48749 |
| 11/10/16 | $ 1,097.89 | W C ZABEL CO | 48750 | 48750 |
| 11/11/16 | $ 64,054.19 | REINHART FOOD SERV | ACH | |
| 11/11/16 | $ 333,267.42 | US FOODSERVICE REC CORP | ACH | |
| 11/16/16 | $ 1,734.22 | AFLAC | 48751 | 48751 |
| 11/16/16 | $ 829.20 | AFLAC-NYS | 48752 | 48752 |
| 11/16/16 | $ 2,434.47 | ALLY | 48753 | 48753 |
| 11/16/16 | $ 502.94 | AQUA PENNSYLVANIA | 48754 | 48754 |
| 11/16/16 | $ 373.06 | AT&T | 48755 | 48755 |
| 11/16/16 | $ 126.76 | AT&T | 48756 | 48756 |
| 11/16/16 | $ 290.10 | BOROUGH OF INDIANA | 48757 | 48757 |
| 11/16/16 | $ 849.86 | COLUMBIA GAS OF PA | 48758 | 48758 |
| 11/16/16 | $ 465.37 | COLUMBIA GAS OF OHIO | 48759 | 48759 |
| 11/16/16 | $ 505.64 | CONSTELLATION NE-GD | 48760 | 48760 |
| 11/16/16 | $ 2,184.12 | CRANBERRY TOWNSHIP | 48761 | 48761 |
| 11/16/16 | $ 4,054.44 | DIRECT ENERGY | 48762 | 48762 |
| 11/16/16 | $ 573.79 | DOMINION EAST OHIO | 48763 | 48763 |
| 11/16/16 | $ 389.44 | ESTATE OF BRADLEY CORLEY | 48764 | 48764 |
| 11/16/16 | $ 1,355.66 | ESTATE OF MICHAEL KUHN | 48765 | 48765 |
| 11/16/16 | $ 289.39 | ESTATE OF LADONNA LANG | 48766 | 48766 |

| | | | | |
|---|---|---|---|---|
| 11/16/16 | $ | 1,929.37 | HOME DEPOT CREDIT SERVICES | 48767 | 48767 |
| 11/16/16 | $ | 144.90 | HOME RULE BORO | 48768 | 48768 |
| 11/16/16 | $ | 7,920.41 | THE ILLUMINATING CO | 48769 | 48769 |
| 11/16/16 | $ | 550.00 | KAIL'S PARKING | 48770 | 48770 |
| 11/16/16 | $ | 3,121.85 | OHIO EDISON CO | 48771 | 48771 |
| 11/16/16 | $ | 561.67 | PENELEC | 48772 | 48772 |
| 11/16/16 | $ | 1,288.18 | PA AMERICAN WATER | 48773 | 48773 |
| 11/16/16 | $ | 12,898.95 | PENN POWER | 48774 | 48774 |
| 11/16/16 | $ | 391.99 | PEOPLES NATURAL GAS | 48775 | 48775 |
| 11/16/16 | $ | 35.00 | REGIONAL CHAMBER | 48776 | 48776 |
| 11/16/16 | $ | 1,462.44 | R I T A | 48777 | 48777 |
| 11/16/16 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 48778 | 48778 |
| 11/16/16 | $ | 2,420.81 | UNITED CONCORDIA | 48779 | 48779 |
| 11/16/16 | $ | 66,760.16 | UNITED HEALTHCARE-US BANK | 48780 | 48780 |
| 11/16/16 | $ | 155.89 | UNITED REFINING CO OF PA | 48781 | 48781 |
| 11/16/16 | $ | 219.50 | VERIZON | 48782 | 48782 |
| 11/16/16 | $ | 953.15 | VERNON TWP WATER AUTH | 48783 | 48783 |
| 11/16/16 | $ | 2,150.00 | MARK A VILLERS | 48784 | 48784 |
| 11/16/16 | $ | 249.67 | WINDSTREAM | 48785 | 48785 |
| 11/16/16 | $ | 1,112.98 | YO. WATER DEPT | 48786 | 48786 |
| 11/16/16 | $ | 15,000.00 | W C ZABEL CO | 48787 | 48787 |
| 11/24/16 | $ | 1,166.05 | ABCO FIRE PROTECTION,INC | 48788 | 48788 |
| 11/24/16 | $ | 322.24 | AKAM'S CLEANING | 48789 | 48789 |
| 11/24/16 | $ | 820.80 | ALL PRO LANDSCAPING | 48790 | 48790 |
| 11/24/16 | $ | 3,294.07 | AMER ELEC POWER | 48791 | 48791 |
| 11/24/16 | $ | 167.40 | AMERICAN FARMS PRODUCE | 48792 | 48792 |
| 11/24/16 | $ | 86.80 | AMERICHOICE INC | 48793 | 48793 |
| 11/24/16 | $ | 144.61 | ARMSTRONG | 48794 | 48794 |
| 11/24/16 | $ | 6,361.62 | ATOM-MATIC REFRIGERATION | 48795 | 48795 |
| 11/24/16 | $ | 85.70 | AT&T | 48796 | 48796 |
| 11/24/16 | $ | 100.00 | DOUG BEUGLY | 48797 | 48797 |
| 11/24/16 | $ | 230.05 | BUCKEYE STEEMER | 48798 | 48798 |
| 11/24/16 | $ | 322.75 | BUY ROLLS.COM | 48799 | 48799 |
| 11/24/16 | $ | 300.00 | CARBONS GOLDEN MALTED | 48800 | 48800 |
| 11/24/16 | $ | 440.00 | CARRON SERVICE | 48801 | 48801 |
| 11/24/16 | $ | 1,590.15 | CASELLA WASTE SERVICE 60 | 48802 | 48802 |
| 11/24/16 | $ | 4,943.87 | CINTAS CORPORATION | 48803 | 48803 |
| 11/24/16 | $ | 148.47 | CINTAS FIRE PROTECTION | 48804 | 48804 |
| 11/24/16 | $ | 1,085.51 | CONNEAUT WATER & SEWER DPT | 48805 | 48805 |
| 11/24/16 | $ | 465.84 | CITY LIGHTING PROD | 48806 | 48806 |
| 11/24/16 | $ | 328.10 | COMCAST | 48807 | 48807 |
| 11/24/16 | $ | 31.80 | COZZINI BROS INC | 48808 | 48808 |
| 11/24/16 | $ | 822.03 | DARLING INT INC | 48809 | 48809 |
| 11/24/16 | $ | 92.30 | DAYMARK | 48810 | 48810 |
| 11/24/16 | $ | 85.00 | DISCOVERY BENEFITS INC | 48811 | 48811 |
| 11/24/16 | $ | 685.14 | DIV OF WATER-CITY OF CLEV | 48812 | 48812 |
| 11/24/16 | $ | 503.50 | DOCTOR DEAD-BUG INC | 48813 | 48813 |
| 11/24/16 | $ | 140.62 | DOMINION EAST OHIO | 48814 | 48814 |
| 11/24/16 | $ | 3,937.90 | DUST BUSTERS SERVICE | 48815 | 48815 |
| 11/24/16 | $ | 87.62 | FISH WINDOW CLEANING | 48816 | 48816 |
| 11/24/16 | $ | 98.83 | FRONTIER | 48817 | 48817 |
| 11/24/16 | $ | 100.00 | GERALD R FRY CO INC | 48818 | 48818 |
| 11/24/16 | $ | 30.00 | HAGUE CRYSTAL CLEARWATER | 48819 | 48819 |
| 11/24/16 | $ | 71.04 | HERITAGE FOOD SERVICE GROUP IN | 48820 | 48820 |
| 11/24/16 | $ | 596.46 | HERMITAGE CITY SEWER | 48821 | 48821 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 11/24/16 | $ | 159.56 | THE HITE CO | 48822 | 48822 |
| 11/24/16 | $ | 42.43 | HOME HARDWARE INC | 48823 | 48823 |
| 11/24/16 | $ | 3,277.58 | THE ILLUMINATING CO | 48824 | 48824 |
| 11/24/16 | $ | 81.37 | IRWIN'S OFFICE SUPPLIES | 48825 | 48825 |
| 11/24/16 | $ | 397.25 | J & S LANDSCAPING CO | 48826 | 48826 |
| 11/24/16 | $ | 255.60 | JOSHS LAWN CARE & LANDSCAPING | 48827 | 48827 |
| 11/24/16 | $ | 22,453.01 | KBA SELF FUNDED | 48828 | 48828 |
| 11/24/16 | $ | 169.60 | KENS CUSTOM UPHOLSTERING | 48829 | 48829 |
| 11/24/16 | $ | 176.55 | KOLDCRAFT REFRIGERATION SERV | 48830 | 48830 |
| 11/24/16 | $ | 250.00 | LEWSCO SNOWPLOWING INC | 48831 | 48831 |
| 11/24/16 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 48832 | 48832 |
| 11/24/16 | $ | 145.29 | R E MICHEL CO | 48833 | 48833 |
| 11/24/16 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 48834 | 48834 |
| 11/24/16 | $ | 152.84 | NESHANNOCK TOWNSHIP SEWER | 48835 | 48835 |
| 11/24/16 | $ | 1,487.95 | NORTHEAST OH REG SEWER DST | 48836 | 48836 |
| 11/24/16 | $ | 851.45 | NU CO2 LLC | 48837 | 48837 |
| 11/24/16 | $ | 5,281.93 | OHIO EDISON CO | 48838 | 48838 |
| 11/24/16 | $ | 1,214.00 | OSTERBERG REFRIGERATION | 48839 | 48839 |
| 11/24/16 | $ | 37.40 | J S PALUCH CO INC | 48840 | 48840 |
| 11/24/16 | $ | 1,472.97 | PENELEC | 48841 | 48841 |
| 11/24/16 | $ | 324.38 | PA AMERICAN WATER | 48842 | 48842 |
| 11/24/16 | $ | 986.76 | PA MUNICIPAL SERVICE CO | 48843 | 48843 |
| 11/24/16 | $ | 153.68 | PLUMBMASTER INC | 48844 | 48844 |
| 11/24/16 | $ | 1,894.67 | POS REMARKETING GROUP | 48845 | 48845 |
| 11/24/16 | $ | 126.00 | REILLY SWEEPING INC | 48846 | 48846 |
| 11/24/16 | $ | 408.02 | RUMPKE CONSOLIDATED | 48847 | 48847 |
| 11/24/16 | $ | 1,196.11 | SHOES FOR CREWS LLC | 48848 | 48848 |
| 11/24/16 | $ | 249.10 | SNELL LANDSCAPE SERVICES LLC | 48849 | 48849 |
| 11/24/16 | $ | 1,751.53 | STAPLES ADVANTAGE | 48850 | 48850 |
| 11/24/16 | $ | 1,422.00 | STATE SECURITY&INVESTIGATION S | 48851 | 48851 |
| 11/24/16 | $ | 1,588.30 | T&D LANDSCAPE & LAWN CARE | 48852 | 48852 |
| 11/24/16 | $ | 91.63 | TIME WARNER CABLE | 48853 | 48853 |
| 11/24/16 | $ | 450.00 | THOMAS QUALITY CLEANING | 48854 | 48854 |
| 11/24/16 | $ | 2,239.75 | TOOF AMER DIGT PRINTING | 48855 | 48855 |
| 11/24/16 | $ | 284.45 | TOTAL LINE RFRGRTN INC | 48856 | 48856 |
| 11/24/16 | $ | 8,487.72 | TRABON | 48857 | 48857 |
| 11/24/16 | $ | 2,435.13 | TRUM CO WATER SEWER | 48858 | 48858 |
| 11/24/16 | $ | 3,250.00 | UNITED ASPHALT&SEAL COATING | 48859 | 48859 |
| 11/24/16 | $ | 10.51 | UPS | 48860 | 48860 |
| 11/24/16 | $ | 15,298.00 | UTICA NATIONAL INSURANCE | 48861 | 48861 |
| 11/24/16 | $ | 266.03 | VERIZON | 48862 | 48862 |
| 11/24/16 | $ | 4,930.40 | WASTE MANAGEMENT | 48863 | 48863 |
| 11/24/16 | $ | 962.35 | WASTE MANAGEMENT OHIO INC | 48864 | 48864 |
| 11/24/16 | $ | 152.31 | WEBER ELECTRIC SUPPLY | 48865 | 48865 |
| 11/24/16 | $ | 4,287.76 | WEST PENN POWER | 48866 | 48866 |
| 11/24/16 | $ | 108.88 | WILSON BLDG. SUPPLY, INC | 48867 | 48867 |
| 11/24/16 | $ | 70.20 | WINDOW KING INC | 48868 | 48868 |
| 11/24/16 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 48869 | 48869 |
| 11/24/16 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 48870 | 48870 |
| 11/24/16 | $ | 457.27 | WINDSTREAM | 48871 | 48871 |
| 11/24/16 | $ | 47.18 | WINTERS PLUMBING | 48872 | 48872 |
| 11/24/16 | $ | 140.00 | YARD AT WORK LANDSCAPING | 48873 | 48873 |
| 11/24/16 | $ | 1,056.33 | YARDMASTER OF PENNSYLVANIA LLC | 48874 | 48874 |
| 11/24/16 | $ | 1,646.19 | YO. WATER DEPT | 48875 | 48875 |
| 11/24/16 | $ | 1,464.97 | W C ZABEL CO | 48876 | 48876 |

| Date | | Amount | Payee | | Check |
|---|---|---|---|---|---|
| 11/25/16 | $ | 65,328.21 | REINHART FOOD SERV | ACH | |
| 11/25/16 | $ | 347,457.69 | US FOODSERVICE REC CORP | ACH | |
| | | | void - printer error | | 48877 |
| | | | void - printer error | | 48878 |
| | | | void - printer error | | 48879 |
| | | | void - printer error | | 48880 |
| | | | void - printer error | | 48881 |
| | | | void - printer error | | 48882 |
| | | | void - printer error | | 48883 |
| | | | void - printer error | | 48884 |
| | | | void - printer error | | 48885 |
| | | | void - printer error | | 48886 |
| | | | void - printer error | | 48887 |
| | | | void - printer error | | 48888 |
| | | | void - printer error | | 48889 |
| | | | void - printer error | | 48890 |
| | | | void - printer error | | 48891 |
| | | | void - printer error | | 48892 |
| | | | void - printer error | | 48893 |
| | | | void - printer error | | 48894 |
| | | | void - printer error | | 48895 |
| | | | void - printer error | | 48896 |
| | | | void - printer error | | 48897 |
| 12/1/16 | $ | 1,007.61 | AQUA OHIO INC | 48898 | 48898 |
| 12/1/16 | $ | 68.82 | AT&T | 48899 | 48899 |
| 12/1/16 | $ | 2,967.46 | CITY OF CANFIELD-UTILITY DPT | 48900 | 48900 |
| 12/1/16 | $ | 1,158.90 | CITY OF BRADFORD TREASURER | 48901 | 48901 |
| 12/1/16 | $ | 1,280.50 | COLUMBIA GAS OF OHIO | 48902 | 48902 |
| 12/1/16 | $ | 33.79 | CONSOLIDATED COMMUNICATIONS | 48903 | 48903 |
| 12/1/16 | $ | 932.74 | CONSTELLATION NE-GD | 48904 | 48904 |
| 12/1/16 | $ | 913.45 | DIRECT ENERGY | 48905 | 48905 |
| 12/1/16 | $ | 256.53 | DOMINION EAST OHIO | 48906 | 48906 |
| 12/1/16 | $ | 65.65 | EARTHLINK INC | 48907 | 48907 |
| 12/1/16 | $ | 4,000.12 | ERIE WATER WORKS | 48908 | 48908 |
| 12/1/16 | $ | 4,236.55 | OHIO EDISON CO | 48909 | 48909 |
| 12/1/16 | $ | 16,383.14 | PENELEC | 48910 | 48910 |
| 12/1/16 | $ | 1,486.91 | PA AMERICAN WATER | 48911 | 48911 |
| 12/1/16 | $ | 410.14 | PEOPLES NATURAL GAS | 48912 | 48912 |
| 12/1/16 | $ | 3,069.00 | TOOL CITY SECURITY | 48913 | 48913 |
| 12/1/16 | $ | 899.44 | VERIZON | 48914 | 48914 |
| 12/1/16 | $ | 2,062.50 | MARK A VILLERS | 48915 | 48915 |
| 12/1/16 | $ | 10.00 | VIRGINIA DEPT OF TAXATION | 48916 | 48916 |
| 12/1/16 | $ | - | PAULA WEBSTER | 48917 | 48917 |
| 12/1/16 | $ | 295.41 | WINDSTREAM | 48918 | 48918 |
| 12/2/16 | $ | 1,000.00 | BABST, CALLAND, CLEMENTS & ZOM | 48919 | 48919 |
| 12/2/16 | $ | 180.00 | CITY TREASURER- MEADVILLE | 48920 | 48920 |
| 12/2/16 | $ | 3,000.00 | ELMHURST PROP INC | 48921 | 48921 |
| 12/2/16 | $ | 2,500.00 | GERALD R FRY CO INC | 48922 | 48922 |
| 12/2/16 | $ | 4,958.78 | GAR FIELD CLUB LP | 48923 | 48923 |
| 12/2/16 | $ | 1,000.00 | PETER & CAROL KAPLAN | 48924 | 48924 |
| 12/2/16 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 48925 | 48925 |
| 12/2/16 | $ | 2,760.00 | TRAVAGLINI ENT INC | 48926 | 48926 |
| 12/8/16 | $ | 212.43 | A & S LANDSCAPING | 48927 | 48927 |
| 12/8/16 | $ | 941.85 | ALLEN FLAG & FLAGPOLE | 48928 | 48928 |
| 12/8/16 | $ | 513.53 | ALLPOINTS FOODSERVICE | 48929 | 48929 |

| Date | Amount | Payee | | |
|---|---|---|---|---|
| 12/8/16 | $ 2,646.07 | ALLY | 48930 | 48930 |
| 12/8/16 | $ 323.65 | AMERICHOICE INC | 48931 | 48931 |
| 12/8/16 | $ 32.00 | AMERICHEK INC | 48932 | 48932 |
| 12/8/16 | $ 659.25 | AQUA OHIO INC | 48933 | 48933 |
| 12/8/16 | $ 185.85 | ARMSTRONG | 48934 | 48934 |
| 12/8/16 | $ 1,146.98 | ATOM-MATIC REFRIGERATION | 48935 | 48935 |
| 12/8/16 | $ 773.00 | AT & T MOBILITY | 48936 | 48936 |
| 12/8/16 | $ 906.30 | CHRIS BAER | 48937 | 48937 |
| 12/8/16 | $ 1,088.85 | BUY ROLLS.COM | 48938 | 48938 |
| 12/8/16 | $ 908.00 | CARBONS GOLDEN MALTED | 48939 | 48939 |
| 12/8/16 | $ 207.80 | CENTURY LINK | 48940 | 48940 |
| 12/8/16 | $ 5,275.17 | CINTAS CORPORATION | 48941 | 48941 |
| 12/8/16 | $ 15.00 | CITY OF GALION UTILITIES | 48942 | 48942 |
| 12/8/16 | $ 392.85 | CITY OF TITUSVILLE | 48943 | 48943 |
| 12/8/16 | $ 502.17 | CITY OF CORRY, PA | 48944 | 48944 |
| 12/8/16 | $ 1,112.17 | CITY OF ASHTABULA/WASTWATR | 48945 | 48945 |
| 12/8/16 | $ 4,924.41 | CITY OF NILES | 48946 | 48946 |
| 12/8/16 | $ 1,214.53 | CITY OF OLEAN WATER & SEWER | 48947 | 48947 |
| 12/8/16 | $ 127.20 | CLEAN-N-GREEN OF OHIO | 48948 | 48948 |
| 12/8/16 | $ 444.11 | COCA COLA N AMER | 48949 | 48949 |
| 12/8/16 | $ 36.00 | COMMONWEALTH OF PA | 48950 | 48950 |
| 12/8/16 | $ 55.12 | COZZINI BROS INC | 48951 | 48951 |
| 12/8/16 | $ 3,800.00 | CHUCK DAHLMANN INVESTIGATIONS | 48952 | 48952 |
| 12/8/16 | $ 133.92 | DARLING INT INC | 48953 | 48953 |
| 12/8/16 | $ 45.99 | DAYMARK | 48954 | 48954 |
| 12/8/16 | $ 2,277.09 | DIRECT ENERGY | 48955 | 48955 |
| 12/8/16 | $ 2,973.90 | DIV OF WATER-CITY OF CLEV | 48956 | 48956 |
| 12/8/16 | $ 1,676.82 | DOCTOR DEAD-BUG INC | 48957 | 48957 |
| 12/8/16 | $ 46.59 | DOMINION EAST OHIO | 48958 | 48958 |
| 12/8/16 | $ 641.30 | DUST BUSTERS SERVICE | 48959 | 48959 |
| 12/8/16 | $ 495.00 | FOSTER TWP SEWER FUND | 48960 | 48960 |
| 12/8/16 | $ 602.24 | GOLDNER ASSOCIATES | 48961 | 48961 |
| 12/8/16 | $ 53.11 | GREEN APPLE BARTER SERVICE | 48962 | 48962 |
| 12/8/16 | $ 994.65 | GREENVILLE WATER AUTH | 48963 | 48963 |
| 12/8/16 | $ 363.56 | HAGAN BUS MACH MEADVILLE | 48964 | 48964 |
| 12/8/16 | $ 136.75 | HAGUE CRYSTAL CLEARWATER | 48965 | 48965 |
| 12/8/16 | $ 1,182.50 | HARRINGTON HOPPE & MITCHELL LT | 48966 | 48966 |
| 12/8/16 | $ 45.28 | HD SUPPLY F. M. | 48967 | 48967 |
| 12/8/16 | $ 163.39 | HOME HARDWARE INC | 48968 | 48968 |
| 12/8/16 | $ 2,624.50 | THE ILLUMINATING CO | 48969 | 48969 |
| 12/8/16 | $ 4,150.00 | JBI PAINTING & PWRWSHG | 48970 | 48970 |
| 12/8/16 | $ 349.80 | KENS CUSTOM UPHOLSTERING | 48971 | 48971 |
| 12/8/16 | $ 46.44 | KLINE PEST CONTROL CO INC | 48972 | 48972 |
| 12/8/16 | $ 51.25 | LAMANTIA PRODUCE | 48973 | 48973 |
| 12/8/16 | $ 275.00 | LANG CONCRETE PRODUCTS INC | 48974 | 48974 |
| 12/8/16 | $ 837.30 | MIKE MAZUREK & SON | 48975 | 48975 |
| 12/8/16 | $ 65.00 | MD SERVICES | 48976 | 48976 |
| 12/8/16 | $ 94.87 | MEADVILLE PLATE GLASS CO | 48977 | 48977 |
| 12/8/16 | $ 123.12 | NATIONAL FUEL | 48978 | 48978 |
| 12/8/16 | $ 4,886.68 | NORTHEAST OH REG SEWER DST | 48979 | 48979 |
| 12/8/16 | $ 2,412.91 | NU CO2 LLC | 48980 | 48980 |
| 12/8/16 | $ 100.25 | PENN POWER | 48981 | 48981 |
| 12/8/16 | $ 944.37 | PERKINS REST & BAKERY | 48982 | 48982 |
| 12/8/16 | $ 245.00 | POWELL SANITATION | 48983 | 48983 |
| 12/8/16 | $ 277.99 | PURCHASE POWER | 48984 | 48984 |

| 12/8/16 | $ | 507.00 | REPCO REPLACEMENT | 48985 | 48985 |
| 12/8/16 | $ | 4,165.93 | REPUBLIC WASTE SERVICE | 48986 | 48986 |
| 12/8/16 | $ | 335.00 | SECURITY PRODUCTS INC | 48987 | 48987 |
| 12/8/16 | $ | 1,484.67 | SHOES FOR CREWS LLC | 48988 | 48988 |
| 12/8/16 | $ | 371.00 | THOMAS QUALITY CLEANING | 48989 | 48989 |
| 12/8/16 | $ | 1,011.39 | TOTAL LINE RFRGRTN INC | 48990 | 48990 |
| 12/8/16 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 48991 | 48991 |
| 12/8/16 | $ | 112.00 | TREAS STATE OF OH-OHEPA | 48992 | 48992 |
| 12/8/16 | $ | 2,901.51 | TRI COUNTY IND. | 48993 | 48993 |
| 12/8/16 | $ | 15.12 | TRUMBULL INDUSTRIES | 48994 | 48994 |
| 12/8/16 | $ | 33.88 | UPS | 48995 | 48995 |
| 12/8/16 | $ | 385.23 | UNIVERSAL ENTERPRISES INC | 48996 | 48996 |
| 12/8/16 | $ | 192.10 | VALLEY TELECOM | 48997 | 48997 |
| 12/8/16 | $ | 33.06 | VECTOR SECURITY, INC | 48998 | 48998 |
| 12/8/16 | $ | 192.90 | VENANGO SUPPLY PLBG & HTG | 48999 | 48999 |
| 12/8/16 | $ | 396.99 | VERIZON | 49000 | 49000 |
| 12/8/16 | $ | 1,377.00 | VERNON TWP SANITATION AUTH | 49001 | 49001 |
| 12/8/16 | $ | 426.95 | VOGELS DISP SERVICE INC | 49002 | 49002 |
| 12/8/16 | $ | 2,334.32 | JOHN WALTEMIRE | 49003 | 49003 |
| 12/8/16 | $ | 1,749.00 | WESTERMANS COMM CLNG | 49004 | 49004 |
| 12/8/16 | $ | 626.13 | WEX BANK | 49005 | 49005 |
| 12/8/16 | $ | 70.20 | WINDOW KING INC | 49006 | 49006 |
| 12/8/16 | $ | 30.43 | WINDSTREAM | 49007 | 49007 |
| 12/8/16 | $ | 261.00 | YARD AT WORK LANDSCAPING | 49008 | 49008 |
| 12/8/16 | $ | 15,000.00 | W C ZABEL CO | 49009 | 49009 |
| 12/8/16 | $ | 801.38 | W C ZABEL CO | 49010 | 49010 |
| 12/9/2016 | $ | 74,827.20 | REINHART FOOD SERV | ACH | |
| 12/9/2016 | $ | 409,698.35 | US FOODSERVICE REC CORP | ACH | |
| 12/14/16 | $ | 121.09 | AT&T | 49011 | 49011 |
| 12/14/16 | $ | 249.01 | AT&T | 49012 | 49012 |
| 12/14/16 | $ | 498.84 | CITY OF ASHTABULA RCVR TXS | 49013 | 49013 |
| 12/14/16 | $ | 311.50 | CITY OF CANFIELD RCVR TXS | 49014 | 49014 |
| 12/14/16 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 49015 | 49015 |
| 12/14/16 | $ | 6,394.28 | DIRECT ENERGY | 49016 | 49016 |
| 12/14/16 | $ | 722.11 | DOMINION EAST OHIO | 49017 | 49017 |
| 12/14/16 | $ | 5,500.00 | FIREMAN CREATIVE | 49018 | 49018 |
| 12/14/16 | $ | 319.45 | HOME DEPOT CREDIT SERVICES | 49019 | 49019 |
| 12/14/16 | $ | 2,733.70 | THE ILLUMINATING CO | 49020 | 49020 |
| 12/14/16 | $ | 2,969.51 | NATIONAL FUEL | 49021 | 49021 |
| 12/14/16 | $ | 10,484.70 | OHIO EDISON CO | 49022 | 49022 |
| 12/14/16 | $ | 11,636.91 | PENELEC | 49023 | 49023 |
| 12/14/16 | $ | 100.91 | PA MUNICIPAL SERVICE CO | 49024 | 49024 |
| 12/14/16 | $ | 6,513.53 | PENN POWER | 49025 | 49025 |
| 12/14/16 | $ | 507.17 | PEOPLES NATURAL GAS | 49026 | 49026 |
| 12/14/16 | $ | 1,919.06 | R I T A | 49027 | 49027 |
| 12/14/16 | $ | 250.37 | MICHAEL RUSNOCK | 49028 | 49028 |
| 12/14/16 | $ | 1,329.29 | TRAVAGLINI ENT INC | 49029 | 49029 |
| 12/14/16 | $ | 2,886.21 | UNITED CONCORDIA | 49030 | 49030 |
| 12/14/16 | $ | 361.96 | UNITED REFINING CO OF PA | 49031 | 49031 |
| 12/14/16 | $ | 704.31 | VERIZON | 49032 | 49032 |
| 12/14/16 | $ | 2,200.00 | MARK A VILLERS | 49033 | 49033 |
| 12/14/16 | $ | 1,113.00 | YO. WATER DEPT | 49034 | 49034 |
| 12/22/16 | $ | 185.00 | A-1 SEPTIC TANK SERV, LLC | 49035 | 49035 |
| 12/22/16 | $ | 7,960.00 | ABCO FIRE PROTECTION,INC | 49036 | 49036 |
| 12/22/16 | $ | 1,738.54 | AFLAC | 49037 | 49037 |

| 12/22/16 | $ | 663.36 | AFLAC-NYS | 49038 | 49038 |
| 12/22/16 | $ | 1,124.85 | ALLPOINTS FOODSERVICE | 49039 | 49039 |
| 12/22/16 | $ | 793.80 | ALL PRO LANDSCAPING | 49040 | 49040 |
| 12/22/16 | $ | 3,415.57 | AMER ELEC POWER | 49041 | 49041 |
| 12/22/16 | $ | 30.25 | AMERICAN FARMS PRODUCE | 49042 | 49042 |
| 12/22/16 | $ | 32.00 | AMERICHEK INC | 49043 | 49043 |
| 12/22/16 | $ | 546.99 | AQUA PENNSYLVANIA | 49044 | 49044 |
| 12/22/16 | $ | 214.27 | ARMSTRONG | 49045 | 49045 |
| 12/22/16 | $ | 1,252.63 | ATOM-MATIC REFRIGERATION | 49046 | 49046 |
| 12/22/16 | $ | 507.64 | AT&T | 49047 | 49047 |
| 12/22/16 | $ | 100.00 | DOUG BEUGLY | 49048 | 49048 |
| 12/22/16 | $ | 597.00 | BJS CARPET CLEANING | 49049 | 49049 |
| 12/22/16 | $ | 530.44 | BOROUGH OF INDIANA | 49050 | 49050 |
| 12/22/16 | $ | 904.95 | BUY ROLLS.COM | 49051 | 49051 |
| 12/22/16 | $ | 250.00 | CARBONS GOLDEN MALTED | 49052 | 49052 |
| 12/22/16 | $ | 1,566.93 | CASELLA WASTE SERVICE 60 | 49053 | 49053 |
| 12/22/16 | $ | 135.00 | JEFFREY CASWELL | 49054 | 49054 |
| 12/22/16 | $ | 64.80 | CENTRAL WINDOW CLEANING | 49055 | 49055 |
| 12/22/16 | $ | 1,137.12 | CIGNA LIFE INS CO NY | 49056 | 49056 |
| 12/22/16 | $ | 4,615.83 | CINTAS CORPORATION | 49057 | 49057 |
| 12/22/16 | $ | 685.85 | CITY OF HERMITAGE | 49058 | 49058 |
| 12/22/16 | $ | 237.78 | CITY OF WARREN, UTIL. SERV. | 49059 | 49059 |
| 12/22/16 | $ | 986.07 | CONNEAUT WATER & SEWER DPT | 49060 | 49060 |
| 12/22/16 | $ | 1,265.61 | CITY LIGHTING PROD | 49061 | 49061 |
| 12/22/16 | $ | 244.63 | COCA COLA N AMER | 49062 | 49062 |
| 12/22/16 | $ | 1,367.69 | COLUMBIA GAS OF PA | 49063 | 49063 |
| 12/22/16 | $ | 1,196.57 | COLUMBIA GAS OF OHIO | 49064 | 49064 |
| 12/22/16 | $ | 814.35 | CONSTELLATION NE-GD | 49065 | 49065 |
| 12/22/16 | $ | 127.20 | CORRY PEAT PRODUCTS CO | 49066 | 49066 |
| 12/22/16 | $ | 18.02 | COZZINI BROS INC | 49067 | 49067 |
| 12/22/16 | $ | 1,299.31 | CRANBERRY TOWNSHIP | 49068 | 49068 |
| 12/22/16 | $ | 477.36 | DARLING INT INC | 49069 | 49069 |
| 12/22/16 | $ | 235.34 | DAVIS BROTHER HTG & A/C INC | 49070 | 49070 |
| 12/22/16 | $ | 589.95 | DEETS MECHANICAL INC | 49071 | 49071 |
| 12/22/16 | $ | 471.70 | DEMCUR ELEC MOTOR SERVICE | 49072 | 49072 |
| 12/22/16 | $ | 1,253.69 | DIRECT ENERGY | 49073 | 49073 |
| 12/22/16 | $ | 85.00 | DISCOVERY BENEFITS INC | 49074 | 49074 |
| 12/22/16 | $ | 30.03 | DIX COMMUNICATIONS | 49075 | 49075 |
| 12/22/16 | $ | 477.94 | DOCTOR DEAD-BUG INC | 49076 | 49076 |
| 12/22/16 | $ | 267.34 | DOMINION EAST OHIO | 49077 | 49077 |
| 12/22/16 | $ | 1,908.00 | DUST BUSTERS SERVICE | 49078 | 49078 |
| 12/22/16 | $ | 87.62 | FISH WINDOW CLEANING | 49079 | 49079 |
| 12/22/16 | $ | 100.00 | GERALD R FRY CO INC | 49080 | 49080 |
| 12/22/16 | $ | 76.52 | BRENDA GASS | 49081 | 49081 |
| 12/22/16 | $ | 407.57 | GOLDNER ASSOCIATES | 49082 | 49082 |
| 12/22/16 | $ | 93.59 | GUARDIAN ALARM CO | 49083 | 49083 |
| 12/22/16 | $ | 1,323.12 | HIGHMARK BLUE SHIELD | 49084 | 49084 |
| 12/22/16 | $ | 226.00 | THE HITE CO | 49085 | 49085 |
| 12/22/16 | $ | 12.23 | HOME HARDWARE INC | 49086 | 49086 |
| 12/22/16 | $ | 15.00 | HOME RULE BORO | 49087 | 49087 |
| 12/22/16 | $ | 411.10 | HUZZYS REFRIGERATION INC | 49088 | 49088 |
| 12/22/16 | $ | 9,068.61 | THE ILLUMINATING CO | 49089 | 49089 |
| 12/22/16 | $ | 117.76 | IRWIN'S OFFICE SUPPLIES | 49090 | 49090 |
| 12/22/16 | $ | 120.00 | JAGGI DYNASTY INC | 49091 | 49091 |
| 12/22/16 | $ | 453.25 | J & S LANDSCAPING CO | 49092 | 49092 |

| Date | | Amount | Payee | Check | Check |
|---|---|---|---|---|---|
| 12/22/16 | $ | 500.00 | JV SURFACE WATER SERVICES | 49093 | 49093 |
| 12/22/16 | $ | 689.00 | KENS CUSTOM UPHOLSTERING | 49094 | 49094 |
| 12/22/16 | $ | 57.50 | LAMANTIA PRODUCE | 49095 | 49095 |
| 12/22/16 | $ | 250.00 | LEWSCO SNOWPLOWING INC | 49096 | 49096 |
| 12/22/16 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 49097 | 49097 |
| 12/22/16 | $ | 106.69 | R E MICHEL CO | 49098 | 49098 |
| 12/22/16 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES INC | 49099 | 49099 |
| 12/22/16 | $ | 4,827.96 | NATIONAL GRID | 49100 | 49100 |
| 12/22/16 | $ | 147.96 | NESHANNOCK TOWNSHIP SEWER | 49101 | 49101 |
| 12/22/16 | $ | 659.49 | NEW YORK STATE ELEC & GAS | 49102 | 49102 |
| 12/22/16 | $ | 788.23 | NU CO2 LLC | 49103 | 49103 |
| 12/22/16 | $ | 5,643.58 | OHIO EDISON CO | 49104 | 49104 |
| 12/22/16 | $ | 40.77 | ORKIN PEST CNTRL #928 | 49105 | 49105 |
| 12/22/16 | $ | 46.75 | J S PALUCH CO INC | 49106 | 49106 |
| 12/22/16 | $ | 18,249.52 | PENELEC | 49107 | 49107 |
| 12/22/16 | $ | 2,255.80 | PA AMERICAN WATER | 49108 | 49108 |
| 12/22/16 | $ | 627.93 | PA MUNICIPAL SERVICE CO | 49109 | 49109 |
| 12/22/16 | $ | 3,073.85 | PENN POWER | 49110 | 49110 |
| 12/22/16 | $ | 214.85 | PEOPLES NATURAL GAS | 49111 | 49111 |
| 12/22/16 | $ | 51.36 | PLANT GUYS | 49112 | 49112 |
| 12/22/16 | $ | 250.00 | R & C CONTRACTING | 49113 | 49113 |
| 12/22/16 | $ | 126.00 | REILLY SWEEPING INC | 49114 | 49114 |
| 12/22/16 | $ | 99.00 | REPCO REPLACEMENT | 49115 | 49115 |
| 12/22/16 | $ | 7.10 | ROTO ROOTER | 49116 | 49116 |
| 12/22/16 | $ | 195.00 | ROTO-ROOTER SEWER | 49117 | 49117 |
| 12/22/16 | $ | 101.74 | RUMPKE CONSOLIDATED | 49118 | 49118 |
| 12/22/16 | $ | 134.29 | SECURITY PRODUCTS INC | 49119 | 49119 |
| 12/22/16 | $ | 2,472.90 | SEATING CONSULTANTS, INC | 49120 | 49120 |
| 12/22/16 | $ | 1,850.84 | SHOES FOR CREWS LLC | 49121 | 49121 |
| 12/22/16 | $ | 352.88 | SNELL LANDSCAPE SERVICES LLC | 49122 | 49122 |
| 12/22/16 | $ | 3,379.70 | STAPLES ADVANTAGE | 49123 | 49123 |
| 12/22/16 | $ | 1,815.00 | STATE SECURITY&INVESTIGATION S | 49124 | 49124 |
| 12/22/16 | $ | 90.10 | T'S WINDOW CLEANING | 49125 | 49125 |
| 12/22/16 | $ | 534.97 | T&D LANDSCAPE & LAWN CARE | 49126 | 49126 |
| 12/22/16 | $ | 503.50 | THOMAS QUALITY CLEANING | 49127 | 49127 |
| 12/22/16 | $ | 164.00 | TOTAL LINE RFRGRTN INC | 49128 | 49128 |
| 12/22/16 | $ | 230.00 | TROUTMAN PLBG & HTG | 49129 | 49129 |
| 12/22/16 | $ | 54.34 | TRUM CO WATER SEWER | 49130 | 49130 |
| 12/22/16 | $ | 43,811.60 | UNITED HEALTHCARE INS CO | 49131 | 49131 |
| 12/22/16 | $ | 9.10 | UPS | 49132 | 49132 |
| 12/22/16 | $ | 7,665.00 | UTICA NATIONAL INSURANCE | 49133 | 49133 |
| 12/22/16 | $ | 431.00 | VALLEY TELECOM | 49134 | 49134 |
| 12/22/16 | $ | 467.88 | VERIZON | 49135 | 49135 |
| 12/22/16 | $ | 896.66 | VERNON TWP WATER AUTH | 49136 | 49136 |
| 12/22/16 | $ | 4,930.40 | WASTE MANAGEMENT | 49137 | 49137 |
| 12/22/16 | $ | 938.87 | WASTE MANAGEMENT OHIO INC | 49138 | 49138 |
| 12/22/16 | $ | 220.03 | WEBER ELECTRIC SUPPLY | 49139 | 49139 |
| 12/22/16 | $ | 3,578.55 | WEST PENN POWER | 49140 | 49140 |
| 12/22/16 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 49141 | 49141 |
| 12/22/16 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 49142 | 49142 |
| 12/22/16 | $ | 1,161.99 | WINDSTREAM | 49143 | 49143 |
| 12/22/16 | $ | 223.01 | WINTERS PLUMBING | 49144 | 49144 |
| 12/22/16 | $ | 1,455.67 | YO. WATER DEPT | 49145 | 49145 |
| 12/22/16 | $ | 1,085.08 | W C ZABEL CO | 49146 | 49146 |
| 12/23/16 | $ | 60,689.94 | REINHART FOOD SERV | | |

| Date | | Amount | Payee | | |
|------|---|-------|------|---|---|
| 12/23/16 | $ | 296,245.30 | US FOODSERVICE REC CORP | | |
| 12/29/16 | $ | 526.93 | AQUA OHIO INC | 49147 | 49147 |
| 12/29/16 | $ | 68.64 | AT&T | 49148 | 49148 |
| 12/29/16 | $ | 15,905.00 | BONONI & CO. ATTNY. AT LAW | 49149 | 49149 |
| 12/29/16 | $ | 134.35 | CINTAS CORP #782 | 49150 | 49150 |
| 12/29/16 | $ | 180.00 | CITY TREASURER- MEADVILLE | 49151 | 49151 |
| 12/29/16 | $ | 214.50 | CONSOLIDATED COMMUNICATIONS | 49152 | 49152 |
| 12/29/16 | $ | 1,335.09 | CONSTELLATION NE-GD | 49153 | 49153 |
| 12/29/16 | $ | 784.00 | DIRECT ENERGY | 49154 | 49154 |
| 12/29/16 | $ | 888.08 | DOMINION EAST OHIO | 49155 | 49155 |
| 12/29/16 | $ | 65.65 | EARTHLINK INC | 49156 | 49156 |
| 12/29/16 | $ | 3,000.00 | ELMHURST PROP INC | 49157 | 49157 |
| 12/29/16 | $ | 2,500.00 | GERALD R FRY CO INC | 49158 | 49158 |
| 12/29/16 | $ | 4,958.78 | GAR FIELD CLUB LP | 49159 | 49159 |
| 12/29/16 | $ | 766.35 | HEMPFIELD TWP. AUTHORITY | 49160 | 49160 |
| 12/29/16 | $ | 336.00 | H JACK LANGER INC | 49161 | 49161 |
| 12/29/16 | $ | 41.26 | KOLDROCK | 49162 | 49162 |
| 12/29/16 | $ | 4,237.74 | OHIO EDISON CO | 49163 | 49163 |
| 12/29/16 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 49164 | 49164 |
| 12/29/16 | $ | 6,093.51 | PENELEC | 49165 | 49165 |
| 12/29/16 | $ | 295.61 | PA AMERICAN WATER | 49166 | 49166 |
| 12/29/16 | $ | 2,760.00 | TRAVAGLINI ENT INC | 49167 | 49167 |
| 12/29/16 | $ | 200.00 | TREAS STATE OF OH-OHEPA | 49168 | 49168 |
| 12/29/16 | $ | 553.73 | VERIZON | 49169 | 49169 |
| 12/29/16 | $ | 2,150.00 | MARK A VILLERS | 49170 | 49170 |
| 12/29/16 | $ | 42.96 | WINDSTREAM | 49171 | 49171 |
| 1/5/17 | $ | 185.00 | A-1 SEPTIC TANK SERV, LLC | 49172 | 49172 |
| 1/5/17 | $ | 483.51 | ABCO FIRE PROTECTION,INC | 49173 | 49173 |
| 1/5/17 | $ | 348.23 | ABCO FIRE PROTECTION INC | 49174 | 49174 |
| 1/5/17 | $ | 77.26 | ALLPOINTS FOODSERVICE | 49175 | 49175 |
| 1/5/17 | $ | 55.71 | A & M FIRE AND SAFETY EQUIP IN | 49176 | 49176 |
| 1/5/17 | $ | 120.15 | AMERICHOICE INC | 49177 | 49177 |
| 1/5/17 | $ | 579.57 | AQUA OHIO INC | 49178 | 49178 |
| 1/5/17 | $ | 195.85 | ARMSTRONG | 49179 | 49179 |
| 1/5/17 | $ | 920.85 | ATOM-MATIC REFRIGERATION | 49180 | 49180 |
| 1/5/17 | $ | 1,800.00 | BAINBRIDGE LP | 49181 | 49181 |
| 1/5/17 | $ | 797.00 | BJS CARPET CLEANING | 49182 | 49182 |
| 1/5/17 | $ | 848.40 | BUY ROLLS.COM | 49183 | 49183 |
| 1/5/17 | $ | 49.52 | JOSEPH CATANZARO | 49184 | 49184 |
| 1/5/17 | $ | 2,183.04 | CANTER'S CLASSIC LAWN CARE INC | 49185 | 49185 |
| 1/5/17 | $ | 1,136.00 | CARBONS GOLDEN MALTED | 49186 | 49186 |
| 1/5/17 | $ | 203.81 | CENTURY LINK | 49187 | 49187 |
| 1/5/17 | $ | 4,661.16 | CINTAS CORPORATION | 49188 | 49188 |
| 1/5/17 | $ | 499.65 | CITY OF TITUSVILLE | 49189 | 49189 |
| 1/5/17 | $ | 296.45 | CITY OF CANFIELD-UTILITY DPT | 49190 | 49190 |
| 1/5/17 | $ | 536.06 | CITY OF CORRY, PA | 49191 | 49191 |
| 1/5/17 | $ | 4,778.49 | CITY OF NILES | 49192 | 49192 |
| 1/5/17 | $ | 36.00 | COMMONWEALTH OF PA | 49193 | 49193 |
| 1/5/17 | $ | 55.12 | COZZINI BROS INC | 49194 | 49194 |
| 1/5/17 | $ | 585.88 | DARLING INT INC | 49195 | 49195 |
| 1/5/17 | $ | 68.31 | DAYMARK | 49196 | 49196 |
| 1/5/17 | $ | 89.23 | DESANTIS JAN SPLY/PRTY SHP | 49197 | 49197 |
| 1/5/17 | $ | 1,215.44 | DIRECT ENERGY | 49198 | 49198 |
| 1/5/17 | $ | 1,862.32 | DOCTOR DEAD-BUG INC | 49199 | 49199 |
| 1/5/17 | $ | 641.30 | DUST BUSTERS SERVICE | 49200 | 49200 |

| Date | | Amount | Payee | | |
|---|---|---|---|---|---|
| 1/5/17 | $ | 157.12 | FRANKLIN MACHINE PROD | 49201 | 49201 |
| 1/5/17 | $ | 608.28 | GRAINGER | 49202 | 49202 |
| 1/5/17 | $ | 115.48 | GREAT WAVE COMMUNICATIONS | 49203 | 49203 |
| 1/5/17 | $ | 983.39 | GREEN APPLE BARTER SERVICE | 49204 | 49204 |
| 1/5/17 | $ | 157.10 | HAGAN BUS MACH MEADVILLE | 49205 | 49205 |
| 1/5/17 | $ | 249.74 | HAGUE CRYSTAL CLEARWATER | 49206 | 49206 |
| 1/5/17 | $ | 509.92 | THE HITE CO | 49207 | 49207 |
| 1/5/17 | $ | 216.00 | HUZZYS REFRIGERATION INC | 49208 | 49208 |
| 1/5/17 | $ | 110.23 | IRWIN'S OFFICE SUPPLIES | 49209 | 49209 |
| 1/5/17 | $ | 116.60 | KENS CUSTOM UPHOLSTERING | 49210 | 49210 |
| 1/5/17 | $ | 1,277.00 | MD SERVICES | 49211 | 49211 |
| 1/5/17 | $ | 20.37 | CHLOE MEDDAUGH | 49212 | 49212 |
| 1/5/17 | $ | 38.96 | R E MICHEL CO | 49213 | 49213 |
| 1/5/17 | $ | 362.12 | NU CO2 LLC | 49214 | 49214 |
| 1/5/17 | $ | 77.87 | ORKIN PEST CNTRL #928 | 49215 | 49215 |
| 1/5/17 | $ | 2,539.04 | PENELEC | 49216 | 49216 |
| 1/5/17 | $ | 573.27 | PA AMERICAN WATER | 49217 | 49217 |
| 1/5/17 | $ | 50.48 | PENN POWER | 49218 | 49218 |
| 1/5/17 | $ | 1,543.34 | PEOPLES NATURAL GAS | 49219 | 49219 |
| 1/5/17 | $ | 210.18 | PERKINS REST & BAKERY | 49220 | 49220 |
| 1/5/17 | $ | 51.36 | PLANT GUYS | 49221 | 49221 |
| 1/5/17 | $ | 149.49 | PLUMBMASTER INC | 49222 | 49222 |
| 1/5/17 | $ | 865.40 | PURCHASE POWER | 49223 | 49223 |
| 1/5/17 | $ | 938.00 | REPCO REPLACEMENT | 49224 | 49224 |
| 1/5/17 | $ | 4,166.22 | REPUBLIC WASTE SERVICE | 49225 | 49225 |
| 1/5/17 | $ | 385.58 | RUMPKE CONSOLIDATED | 49226 | 49226 |
| 1/5/17 | $ | 134.17 | SECURITY PRODUCTS INC | 49227 | 49227 |
| 1/5/17 | $ | 1,113.79 | SEATING CONSULTANTS, INC | 49228 | 49228 |
| 1/5/17 | $ | 145.00 | SHAKLEY MECHANICAL INC | 49229 | 49229 |
| 1/5/17 | $ | 1,222.00 | SIGN SAVERS | 49230 | 49230 |
| 1/5/17 | $ | 428.68 | SHOES FOR CREWS LLC | 49231 | 49231 |
| 1/5/17 | $ | 237.15 | STALLION MECHANICAL | 49232 | 49232 |
| 1/5/17 | $ | 86.35 | STAPLES ADVANTAGE | 49233 | 49233 |
| 1/5/17 | $ | 477.00 | THOMAS QUALITY CLEANING | 49234 | 49234 |
| 1/5/17 | $ | 200.00 | TREAS STATE OF OH-OHEPA | 49235 | 49235 |
| 1/5/17 | $ | 2,901.51 | TRI COUNTY IND. | 49236 | 49236 |
| 1/5/17 | $ | 2.03 | UPS | 49237 | 49237 |
| 1/5/17 | $ | 280.03 | UNIVERSAL ENTERPRISES INC | 49238 | 49238 |
| 1/5/17 | $ | 315.15 | US FOODS CULINARY EQUIP & SUPP | 49239 | 49239 |
| 1/5/17 | $ | 210.98 | VENANGO SUPPLY PLBG & HTG | 49240 | 49240 |
| 1/5/17 | $ | 510.48 | VERIZON | 49241 | 49241 |
| 1/5/17 | $ | 1,377.00 | VERNON TWP SANITATION AUTH | 49242 | 49242 |
| 1/5/17 | $ | 427.35 | VOGELS DISP SERVICE INC | 49243 | 49243 |
| 1/5/17 | $ | 25.44 | WEBER ELECTRIC SUPPLY | 49244 | 49244 |
| 1/5/17 | $ | 585.21 | WEX BANK | 49245 | 49245 |
| 1/5/17 | $ | 1,080.00 | WEYMANS LANDSCAPE | 49246 | 49246 |
| 1/5/17 | $ | 243.80 | WINDOW CLEANING BY JIM-OH | 49247 | 49247 |
| 1/5/17 | $ | 147.34 | WINDOW CLEANING BY JIM-PA | 49248 | 49248 |
| 1/5/17 | $ | 686.12 | W C ZABEL CO | 49249 | 49249 |
| 1/12/17 | $ | 35.65 | AT&T | 49250 | 49250 |
| 1/12/17 | $ | 220.04 | AT&T | 49251 | 49251 |
| 1/12/17 | $ | 24,529.27 | BONONI & CO. ATTNY. AT LAW | 49252 | 49252 |
| 1/12/17 | $ | 100.00 | CATTARAUGUS CO HEALTH DEPT | 49253 | 49253 |
| 1/12/17 | $ | 1,247.78 | CITY OF OLEAN WATER & SEWER | 49254 | 49254 |
| 1/12/17 | $ | 17.00 | CITY OF WARREN, UTIL. SERV. | 49255 | 49255 |

| Date | | Amount | Payee | | |
|---|---|---|---|---|---|
| 1/12/17 | $ | 200.00 | CITY OF WARREN | 49256 | 49256 |
| 1/12/17 | $ | 1,255.99 | CRANBERRY TOWNSHIP | 49257 | 49257 |
| 1/12/17 | $ | 702.00 | THE CUTTING BOARD FACTORY | 49258 | 49258 |
| 1/12/17 | $ | 2,850.00 | CHUCK DAHLMANN INVESTIGATIONS | 49259 | 49259 |
| 1/12/17 | $ | 2,543.67 | DIRECT ENERGY | 49260 | 49260 |
| 1/12/17 | $ | 512.20 | DOMINION EAST OHIO | 49261 | 49261 |
| 1/12/17 | $ | 2,888.50 | DUST BUSTERS SERVICE | 49262 | 49262 |
| 1/12/17 | $ | 1,032.17 | GREENVILLE WATER AUTH | 49263 | 49263 |
| 1/12/17 | $ | 2,563.20 | HOME DEPOT CREDIT SERVICES | 49264 | 49264 |
| 1/12/17 | $ | 2,745.08 | THE ILLUMINATING CO | 49265 | 49265 |
| 1/12/17 | $ | 5,915.00 | KBA SELF FUNDED | 49266 | 49266 |
| 1/12/17 | $ | 4,652.02 | NATIONAL FUEL | 49267 | 49267 |
| 1/12/17 | $ | 4,129.43 | NATIONAL GRID | 49268 | 49268 |
| 1/12/17 | $ | 399.23 | NEW YORK STATE ELEC & GAS | 49269 | 49269 |
| 1/12/17 | $ | 3,511.67 | OHIO EDISON CO | 49270 | 49270 |
| 1/12/17 | $ | 9,020.88 | PENELEC | 49271 | 49271 |
| 1/12/17 | $ | 28.31 | PENN POWER | 49272 | 49272 |
| 1/12/17 | $ | 667.70 | STARK CO METRO SEWER DIST | 49273 | 49273 |
| 1/12/17 | $ | 462.98 | VERIZON | 49274 | 49274 |
| 1/12/17 | $ | 2,037.50 | MARK A VILLERS | 49275 | 49275 |
| 1/12/17 | $ | 12.69 | WINDSTREAM | 49276 | 49276 |
| 1/12/17 | $ | 7,300.00 | REGIONAL ROOFING | 49277 | 49277 |
| 1/19/17 | $ | 591.30 | ABCO FIRE PROTECTION,INC | 49278 | 49278 |
| 1/19/17 | $ | 1,698.46 | AFLAC | 49279 | 49279 |
| 1/19/17 | $ | 663.36 | AFLAC-NYS | 49280 | 49280 |
| 1/19/17 | $ | 881.00 | ALLPOINTS FOODSERVICE | 49281 | 49281 |
| 1/19/17 | $ | 1,236.60 | ALL PRO LANDSCAPING | 49282 | 49282 |
| 1/19/17 | $ | 283.10 | AMERICHOICE INC | 49283 | 49283 |
| 1/19/17 | $ | 57.00 | AMERICHEK INC | 49284 | 49284 |
| 1/19/17 | $ | 488.55 | AQUA PENNSYLVANIA | 49285 | 49285 |
| 1/19/17 | $ | 289.22 | ARMSTRONG | 49286 | 49286 |
| 1/19/17 | $ | 1,235.91 | ATOM-MATIC REFRIGERATION | 49287 | 49287 |
| 1/19/17 | $ | 500.71 | AT&T | 49288 | 49288 |
| 1/19/17 | $ | 100.00 | DOUG BEUGLY | 49289 | 49289 |
| 1/19/17 | $ | 655.05 | BOROUGH OF INDIANA | 49290 | 49290 |
| 1/19/17 | $ | 802.50 | BUY ROLLS.COM | 49291 | 49291 |
| 1/19/2017 | | 2,882.25 | CANTER'S CLASSIC LAWN CARE IN | 49292 | 49292 |
| 1/19/17 | $ | 500.00 | CARBONS GOLDEN MALTED | 49293 | 49293 |
| 1/19/17 | $ | 1,613.06 | CASELLA WASTE SERVICE 60 | 49294 | 49294 |
| 1/19/17 | $ | 1,127.77 | JEFFREY CASWELL | 49295 | 49295 |
| 1/19/17 | $ | 135.75 | DEWAYNE CHANDLER | 49296 | 49296 |
| 1/19/17 | $ | 4,805.29 | CINTAS CORPORATION | 49297 | 49297 |
| 1/19/17 | $ | 240.00 | CITY TREASURER- MEADVILLE | 49298 | 49298 |
| 1/19/17 | $ | 127.20 | CLEAN-N-GREEN OF OHIO | 49299 | 49299 |
| 1/19/17 | $ | 2,763.45 | COLUMBIA GAS OF PA | 49300 | 49300 |
| 1/19/17 | $ | 82.00 | COMMONWEALTH OF PA | 49301 | 49301 |
| 1/19/17 | $ | 1,281.03 | CONSTELLATION NE-GD | 49302 | 49302 |
| 1/19/17 | $ | 764.26 | CORRY PEAT PRODUCTS CO | 49303 | 49303 |
| 1/19/17 | $ | 175.00 | DALTON'S SAN-SER | 49304 | 49304 |
| 1/19/17 | $ | 773.96 | DARLING INT INC | 49305 | 49305 |
| 1/19/17 | $ | 529.90 | DEETS MECHANICAL INC | 49306 | 49306 |
| 1/19/17 | $ | 173.84 | DEMCUR ELEC MOTOR SERVICE | 49307 | 49307 |
| 1/19/17 | $ | 12,649.86 | DIRECT ENERGY | 49308 | 49308 |
| 1/19/17 | $ | 85.00 | DISCOVERY BENEFITS INC | 49309 | 49309 |
| 1/19/17 | $ | 37.30 | DIX COMMUNICATIONS | 49310 | 49310 |

| | | | | |
|---|---|---|---|---|
| 1/19/17 | $ | 79.50 | DOCTOR DEAD-BUG INC | 49311 | 49311 |
| 1/19/17 | $ | 1,810.85 | DOMINION EAST OHIO | 49312 | 49312 |
| 1/19/17 | $ | 2,978.60 | DUST BUSTERS SERVICE | 49313 | 49313 |
| 1/19/17 | $ | 1,435.00 | ERIE COUNTY DEPT OF HEALTH | 49314 | 49314 |
| 1/19/17 | $ | 3,420.95 | ERIE WATER WORKS | 49315 | 49315 |
| 1/19/17 | $ | 100.00 | GERALD R FRY CO INC | 49316 | 49316 |
| 1/19/17 | $ | 816.45 | GOLDNER ASSOCIATES | 49317 | 49317 |
| 1/19/17 | $ | 98.74 | GRAINGER | 49318 | 49318 |
| 1/19/17 | $ | 93.59 | GUARDIAN ALARM CO | 49319 | 49319 |
| 1/19/17 | $ | 5.00 | HAB-BPT | 49320 | 49320 |
| 1/19/17 | $ | 1,132.42 | HEATREX INC | 49321 | 49321 |
| 1/19/17 | $ | 1,970.00 | HIGHMARK BLUE SHIELD | 49322 | 49322 |
| 1/19/17 | $ | 154.45 | HUZZYS REFRIGERATION INC | 49323 | 49323 |
| 1/19/17 | $ | 7,713.17 | THE ILLUMINATING CO | 49324 | 49324 |
| 1/19/17 | $ | 1,230.08 | JOSHS LAWN CARE & LANDSCAPING | 49325 | 49325 |
| 1/19/17 | $ | 500.00 | JV SURFACE WATER SERVICES | 49326 | 49326 |
| 1/19/17 | $ | 116.60 | KENS CUSTOM UPHOLSTERING | 49327 | 49327 |
| 1/19/17 | $ | 250.00 | LEWSCO SNOWPLOWING INC | 49328 | 49328 |
| 1/19/17 | $ | 837.30 | MIKE MAZUREK & SON | 49329 | 49329 |
| 1/19/17 | $ | 2,933.00 | MD SERVICES | 49330 | 49330 |
| 1/19/17 | $ | 208.06 | R E MICHEL CO | 49331 | 49331 |
| C 1/19/2017 | $ | 29.96 | MIDWEST SYSTEMS & SERVICES IN | 49332 | 49332 |
| 1/19/17 | $ | 95.00 | MILLER SEWER | 49333 | 49333 |
| 1/19/17 | $ | 3,644.85 | MOOD MEDIA | 49334 | 49334 |
| 1/19/17 | $ | 303.82 | NESHANNOCK TOWNSHIP SEWER | 49335 | 49335 |
| 1/19/17 | $ | 2,619.55 | NU CO2 LLC | 49336 | 49336 |
| 1/19/17 | $ | 5,930.53 | OHIO EDISON CO | 49337 | 49337 |
| 1/19/17 | $ | 310.44 | ORKIN PEST CNTRL #928 | 49338 | 49338 |
| 1/19/17 | $ | 47.45 | J S PALUCH CO INC | 49339 | 49339 |
| 1/19/17 | $ | 3,846.00 | PA TOURISM SIGNING TRUST | 49340 | 49340 |
| 1/19/17 | $ | 3,722.36 | PENELEC | 49341 | 49341 |
| 1/19/17 | $ | 1,761.74 | PA AMERICAN WATER | 49342 | 49342 |
| 1/19/17 | $ | 5,222.73 | PENN POWER | 49343 | 49343 |
| 1/19/17 | $ | 679.68 | PEOPLES NATURAL GAS | 49344 | 49344 |
| 1/19/17 | $ | 987.00 | POSTMASTER | 49345 | 49345 |
| 1/19/17 | $ | 1,055.00 | R & C CONTRACTING | 49346 | 49346 |
| 1/19/17 | $ | 105.00 | REGIONAL CHAMBER | 49347 | 49347 |
| 1/19/17 | $ | 3,550.00 | REGIONAL ROOFING & CONST | 49348 | 49348 |
| 1/19/17 | $ | 94.50 | REILLY SWEEPING INC | 49349 | 49349 |
| 1/19/17 | $ | 102.72 | RUMPKE CONSOLIDATED | 49350 | 49350 |
| 1/19/17 | $ | 1,130.00 | SAELER CONST & REMODELING | 49351 | 49351 |
| 1/19/17 | $ | 762.37 | SECURITY PRODUCTS INC | 49352 | 49352 |
| 1/19/17 | $ | 571.51 | SHAKLEY MECHANICAL INC | 49353 | 49353 |
| 1/19/17 | $ | 1,893.91 | STAPLES ADVANTAGE | 49354 | 49354 |
| S 1/19/2017 | $ | 1,980.00 | STATE SECURITY&INVESTIGATION | 49355 | 49355 |
| 1/19/17 | $ | 2,100.00 | STITT'S NURSERY & LNDSCPG INC | 49356 | 49356 |
| 1/19/17 | $ | 11,016.90 | T&D LANDSCAPE & LAWN CARE | 49357 | 49357 |
| 1/19/17 | $ | 1,537.00 | THOMAS QUALITY CLEANING | 49358 | 49358 |
| 1/19/17 | $ | 1,222.00 | TRACE LAWN&LANDSCAPING INC | 49359 | 49359 |
| 1/19/17 | $ | 1,529.16 | TRAVAGLINI ENT INC | 49360 | 49360 |
| 1/19/17 | $ | 3,257.80 | UNITED CONCORDIA | 49361 | 49361 |
| 1/19/17 | $ | 55,285.88 | UNITED HEALTHCARE INS CO | 49362 | 49362 |
| 1/19/17 | $ | 1,020.00 | W E UNGER & ASSOC | 49363 | 49363 |
| 1/19/17 | $ | 6,350.00 | UNITED ASPHALT&SEAL COATING | 49364 | 49364 |
| 1/19/17 | $ | 93.50 | UNITED REFINING CO OF PA | 49365 | 49365 |

| | | | | | |
|---|---|---|---|---|---|
| P 1/19/2017 | $ | 636.35 | US FOODS CULINARY EQUIP & SUP | 49366 | 49366 |
| 1/19/17 | $ | 3,097.51 | U S TREASURY / IRS | 49367 | 49367 |
| 1/19/17 | $ | 33.06 | VECTOR SECURITY, INC | 49368 | 49368 |
| 1/19/17 | $ | 172.74 | VERIZON | 49369 | 49369 |
| 1/19/17 | $ | 728.25 | VERNON TWP WATER AUTH | 49370 | 49370 |
| 1/19/17 | $ | 5,047.66 | WASTE MANAGEMENT | 49371 | 49371 |
| 1/19/17 | $ | 1,027.24 | WASTE MANAGEMENT OHIO INC | 49372 | 49372 |
| 1/19/17 | $ | 1,032.82 | WEBER ELECTRIC SUPPLY | 49373 | 49373 |
| 1/19/17 | $ | 1,749.00 | WESTERMANS COMM CLNG | 49374 | 49374 |
| 1/19/17 | $ | 865.00 | WEYMANS LANDSCAPE | 49375 | 49375 |
| 1/19/17 | $ | 765.43 | WHITE TWP SEWER SERVICE | 49376 | 49376 |
| 1/19/17 | $ | 70.20 | WINDOW KING INC | 49377 | 49377 |
| 1/19/17 | $ | 705.74 | WINDSTREAM | 49378 | 49378 |
| 1/19/17 | $ | 20.97 | WINTERS PLUMBING | 49379 | 49379 |
| 1/19/17 | $ | 1,169.00 | YARD AT WORK LANDSCAPING | 49380 | 49380 |
| 1/19/17 | $ | 973.76 | YO. WATER DEPT | 49381 | 49381 |
| 1/19/17 | $ | 209.67 | W C ZABEL CO | 49382 | 49382 |
| 1/19/17 | $ | 724.36 | W C ZABEL CO | 49383 | 49383 |
| 1/20/17 | $ | 66,238.57 | REINHART FOODSERVICE | 081 | ACH |
| 1/20/17 | $ | 308,080.64 | US FOODSERVICE REC CORP | 082 | ACH |
| 1/26/17 | $ | 789.76 | AMER ELEC POWER | 49384 | 49384 |
| 1/26/17 | $ | 620.96 | ASHLAND MUNICIPAL INCOME TAX | 49385 | 49385 |
| 1/26/17 | $ | 68.64 | AT&T | 49386 | 49386 |
| 1/26/17 | $ | 165.51 | BAINBRIDGE LP | 49387 | 49387 |
| 1/26/17 | $ | 1,052.75 | BANK OF AMERICA | 49388 | 49388 |
| 1/26/17 | $ | 5,200.18 | BOROUGH OF GROVE CITY | 49389 | 49389 |
| 1/26/17 | $ | 792.35 | CHRYSLER CAPITAL | 49390 | 49390 |
| 1/26/17 | $ | 25.00 | CITIZENS BANK | 49391 | 49391 |
| 1/26/17 | $ | 530.35 | CITY OF ASHTABULA RCVR TXS | 49392 | 49392 |
| 1/26/17 | $ | 298.78 | CITY OF CANFIELD RCVR TXS | 49393 | 49393 |
| 1/26/17 | $ | 646.35 | CITY OF HERMITAGE | 49394 | 49394 |
| 1/26/17 | $ | 432.00 | CITY OF GROVE CITY-LST COLLECT | 49395 | 49395 |
| 1/26/17 | $ | 1,162.67 | CITY OF CONNEAUT RCVR TAXES | 49396 | 49396 |
| 1/26/17 | $ | 212.00 | CITY OF MEADVILLE-LST RCVR | 49397 | 49397 |
| 1/26/17 | $ | 336.00 | CITY OF CORRY-ROT-LST | 49398 | 49398 |
| 1/26/17 | $ | 644.43 | CITY OF BRADFORD TREASURER | 49399 | 49399 |
| 1/26/17 | $ | 1,030.69 | CONNEAUT WATER & SEWER DPT | 49400 | 49400 |
| 1/26/17 | $ | 4,440.02 | COLUMBIA GAS OF OHIO | 49401 | 49401 |
| 1/26/17 | $ | 182.82 | CONSOLIDATED COMMUNICATIONS | 49402 | 49402 |
| 1/26/17 | $ | 3,384.65 | CONSTELLATION NE-GD | 49403 | 49403 |
| 1/26/17 | $ | 55.00 | DIRECT ENERGY | 49404 | 49404 |
| 1/26/17 | $ | 380.00 | FOSTER TWP RCVR TXS | 49405 | 49405 |
| 1/26/17 | $ | 22,697.30 | HAB-EIT/BERKHEIMER | 49406 | 49406 |
| 1/26/17 | $ | 3,418.00 | HAB-LST/BERKHEIMER | 49407 | 49407 |
| 1/26/17 | $ | 552.00 | HARBORCREEK TWP LST | 49408 | 49408 |
| 1/26/17 | $ | 3,282.40 | SCOTT M HARE | 49409 | 49409 |
| 1/26/17 | $ | 176.99 | HOME RULE BORO | 49410 | 49410 |
| 1/26/17 | $ | 3,505.80 | THE ILLUMINATING CO | 49411 | 49411 |
| 1/26/17 | $ | 1,260.96 | KEYSTONE COLLECTIONS GROUP | 49412 | 49412 |
| 1/26/17 | $ | 442.00 | KEYSTONE COLLECTIONS GROUP | 49413 | 49413 |
| 1/26/17 | $ | 3,000.00 | MCGILL, POWER, BELL&ASSOC | 49414 | 49414 |
| 1/26/17 | $ | 847.49 | NATIONAL FUEL | 49415 | 49415 |
| 1/26/17 | $ | 50.00 | NESHANNOCK TWP L.S.T. | 49416 | 49416 |
| 1/26/17 | $ | 2,019.86 | OH DEPT JOB & FMLY SERV | 49417 | 49417 |
| 1/26/17 | $ | 7,705.64 | OHIO EDISON CO | 49418 | 49418 |

| 1/26/17 | $ | 15,027.12 | PENELEC | 49419 | 49419 |
| 1/26/17 | $ | 406.10 | PA AMERICAN WATER | 49420 | 49420 |
| 1/26/17 | $ | 687.72 | PA MUNICIPAL SERVICE CO | 49421 | 49421 |
| 1/26/17 | $ | 6,542.08 | PENN POWER | 49422 | 49422 |
| 1/26/17 | $ | 1,812.71 | R I T A | 49423 | 49423 |
| 1/26/17 | $ | 3,412.89 | TRAVAGLINI ENT MAINT DEPT | 49424 | 49424 |
| 1/26/17 | $ | 1,456.73 | TRUM CO WATER SEWER | 49425 | 49425 |
| 1/26/17 | $ | 6,300.00 | UNITED ASPHALT&SEAL COATING | 49426 | 49426 |
| 1/26/17 | $ | 108.79 | VERIZON | 49427 | 49427 |
| 1/26/17 | $ | 534.00 | VERNON TWP LST | 49428 | 49428 |
| 1/26/17 | $ | 2,050.00 | MARK A VILLERS | 49429 | 49429 |
| 1/26/17 | $ | 3,813.42 | WEST PENN POWER | 49430 | 49430 |
| 1/26/17 | $ | 273.14 | WINDSTREAM | 49431 | 49431 |
| 1/26/17 | $ | 1,602.04 | YO. WATER DEPT | 49432 | 49432 |
| 2/2/2017 | $ | 370.00 | A-1 SEPTIC TANK SERV, LLC | 49433 | 49433 |
| 2/2/2017 | $ | 8,786.08 | ACCESS POINT INC | 49434 | 49434 |
| 2/2/2017 | $ | 98.58 | ALLPOINTS FOODSERVICE | 49435 | 49435 |
| 2/2/2017 | $ | 151.20 | ALL PRO LANDSCAPING | 49436 | 49436 |
| 2/2/2017 | $ | 195.85 | ARMSTRONG | 49437 | 49437 |
| 2/2/2017 | $ | 697.00 | BJS CARPET CLEANING | 49438 | 49438 |
| 2/2/2017 | $ | 230.05 | BUCKEYE STEEMER | 49439 | 49439 |
| 2/2/2017 | $ | 252.99 | BURKHARDT SHEET METAL CO,INC | 49440 | 49440 |
| 2/2/2017 | $ | 1,072.30 | BUY ROLLS.COM | 49441 | 49441 |
| 2/2/2017 | $ | 1,248.98 | CANTER'S CLASSIC LAWN CARE INC | 49442 | 49442 |
| 2/2/2017 | $ | 776.50 | CARBONS GOLDEN MALTED | 49443 | 49443 |
| 2/2/2017 | $ | 129.60 | CENTRAL WINDOW CLEANING | 49444 | 49444 |
| 2/2/2017 | $ | 203.61 | CENTURY LINK | 49445 | 49445 |
| 2/2/2017 | $ | 400.00 | CHEMICAL BANK | 49446 | 49446 |
| 2/2/2017 | $ | 5,312.72 | CINTAS CORPORATION | 49447 | 49447 |
| 2/2/2017 | $ | 180.00 | CITY TREASURER- MEADVILLE | 49448 | 49448 |
| 2/2/2017 | $ | 2,684.63 | COLUMBIA GAS OF OHIO | 49449 | 49449 |
| 2/2/2017 | $ | 164.00 | COMMONWEALTH OF PA | 49450 | 49450 |
| 2/2/2017 | $ | 55.12 | COZZINI BROS INC | 49451 | 49451 |
| 2/2/2017 | $ | 960.00 | CURTIS CONTRACTING&SERVICES | 49452 | 49452 |
| 2/2/2017 | $ | 183.98 | DAVIS BROTHER HTG & A/C INC | 49453 | 49453 |
| 2/2/2017 | $ | 1,989.40 | DIRECT ENERGY | 49454 | 49454 |
| 2/2/2017 | $ | 877.22 | DOMINION EAST OHIO | 49455 | 49455 |
| 2/2/2017 | $ | 65.65 | EARTHLINK INC | 49456 | 49456 |
| 2/2/2017 | $ | 3,000.00 | ELMHURST PROP INC | 49457 | 49457 |
| 2/2/2017 | $ | 3,279.05 | ERIE WATER WORKS | 49458 | 49458 |
| 2/2/2017 | $ | 87.62 | FISH WINDOW CLEANING | 49459 | 49459 |
| 2/2/2017 | $ | 35.14 | ZACHARY FRIDLEY | 49460 | 49460 |
| 2/2/2017 | $ | 2,500.00 | GERALD R FRY CO INC | 49461 | 49461 |
| 2/2/2017 | $ | 298.45 | FUGH REFRIGERATION INC | 49462 | 49462 |
| 2/2/2017 | $ | 4,958.78 | GAR FIELD CLUB LP | 49463 | 49463 |
| 2/2/2017 | $ | 557.14 | GOLDNER ASSOCIATES | 49464 | 49464 |
| 2/2/2017 | $ | 296.63 | HAGAN BUS MACH MEADVILLE | 49465 | 49465 |
| 2/2/2017 | $ | 214.00 | HARRIS WELDING & MACHINE CO | 49466 | 49466 |
| 2/2/2017 | $ | 291.11 | HERITAGE FOOD SERVICE GROUP IN | 49467 | 49467 |
| 2/2/2017 | $ | 404.47 | THE HITE CO | 49468 | 49468 |
| 2/2/2017 | $ | 120.00 | HUZZYS REFRIGERATION INC | 49469 | 49469 |
| 2/2/2017 | $ | 337.08 | KENS CUSTOM UPHOLSTERING | 49470 | 49470 |
| 2/2/2017 | $ | 46.44 | KLINE PEST CONTROL CO INC | 49471 | 49471 |
| 2/2/2017 | $ | 5,000.00 | KLINE KEPPEL & KORYAK PC | 49472 | 49472 |
| 2/2/2017 | $ | 72.51 | KOLDROCK | 49473 | 49473 |

| Date | | Amount | Payee | | |
|---|---|---|---|---|---|
| 2/2/2017 | $ | 352.05 | R E MICHEL CO | 49474 | 49474 |
| 2/2/2017 | $ | 159.00 | MILLER SEWER | 49475 | 49475 |
| 2/2/2017 | $ | 954.41 | NU CO2 LLC | 49476 | 49476 |
| 2/2/2017 | $ | 82.96 | ORKIN PEST CNTRL #928 | 49477 | 49477 |
| 2/2/2017 | $ | 831.72 | Q R S SIGNS INC | 49478 | 49478 |
| 2/2/2017 | $ | 2,791.00 | OSTERBERG REFRIGERATION | 49479 | 49479 |
| 2/2/2017 | $ | 2,500.00 | PARK CENTRE DVLPMT INC | 49480 | 49480 |
| 2/2/2017 | $ | 10,553.13 | C T PARKER ENT | 49481 | 49481 |
| 2/2/2017 | $ | 2,842.88 | PENELEC | 49482 | 49482 |
| 2/2/2017 | $ | 1,211.87 | PA AMERICAN WATER | 49483 | 49483 |
| 2/2/2017 | $ | 887.70 | PEOPLES NATURAL GAS | 49484 | 49484 |
| 2/2/2017 | $ | 48.43 | LONNIE PITMAN | 49485 | 49485 |
| 2/2/2017 | $ | 154.93 | PLUMBMASTER INC | 49486 | 49486 |
| 2/2/2017 | $ | 395.00 | POWELL SANITATION | 49487 | 49487 |
| 2/2/2017 | $ | 369.74 | PURCHASE POWER | 49488 | 49488 |
| 2/2/2017 | $ | 714.85 | RED BOOK SOLUTIONS | 49489 | 49489 |
| 2/2/2017 | $ | 5,029.14 | REPUBLIC WASTE SERVICE | 49490 | 49490 |
| 2/2/2017 | $ | 600.00 | CARL L RICHERT II & ASSOC | 49491 | 49491 |
| 2/2/2017 | $ | 525.00 | STEVE RINGLER | 49492 | 49492 |
| 2/2/2017 | $ | 315.91 | RUMPKE CONSOLIDATED | 49493 | 49493 |
| 2/2/2017 | $ | 1,369.00 | SIGN SAVERS | 49494 | 49494 |
| 2/2/2017 | $ | 800.55 | STALLION MECHANICAL | 49495 | 49495 |
| 2/2/2017 | $ | 95.40 | T'S WINDOW CLEANING | 49496 | 49496 |
| 2/2/2017 | $ | 590.00 | THOMAS QUALITY CLEANING | 49497 | 49497 |
| 2/2/2017 | $ | 2,760.00 | TRAVAGLINI ENT INC | 49498 | 49498 |
| 2/2/2017 | $ | 2,959.54 | TRI COUNTY IND. | 49499 | 49499 |
| 2/2/2017 | $ | 6,300.00 | UNITED ASPHALT&SEAL COATING | 49500 | 49500 |
| 2/2/2017 | $ | 35.00 | UPMC URGENT CARE | 49501 | 49501 |
| 2/2/2017 | $ | 981.87 | UNIVERSAL ENTERPRISES INC | 49502 | 49502 |
| 2/2/2017 | $ | 549.26 | US FOODS CULINARY EQUIP & SUPP | 49503 | 49503 |
| 2/2/2017 | $ | 1,607.76 | VALLEY TELECOM | 49504 | 49504 |
| 2/2/2017 | $ | 33.06 | VECTOR SECURITY, INC | 49505 | 49505 |
| 2/2/2017 | $ | 302.97 | VERIZON | 49506 | 49506 |
| 2/2/2017 | $ | 2,754.00 | VERNON TWP SANITATION AUTH | 49507 | 49507 |
| 2/2/2017 | $ | 427.35 | VOGELS DISP SERVICE INC | 49508 | 49508 |
| 2/2/2017 | $ | 165.56 | WEBER ELECTRIC SUPPLY | 49509 | 49509 |
| 2/2/2017 | $ | 3,180.00 | WESTERMANS COMM CLNG | 49510 | 49510 |
| 2/2/2017 | $ | 70.20 | WINDOW KING INC | 49511 | 49511 |
| 2/2/2017 | $ | 276.11 | WINTERS PLUMBING | 49512 | 49512 |
| 2/2/2017 | $ | 1,161.78 | W C ZABEL CO | 49513 | 49513 |
| 2/2/17 | $ | 18,031.32 | BONONI & CO. ATTNY. AT LAW | 49514 | 49514 |
| 2/2/17 | $ | 267.00 | CANTON CITY TREASURER | 49515 | 49515 |
| 2/2/17 | $ | 194.00 | CITY OF ASHLAND | 49516 | 49516 |
| 2/2/17 | $ | 142.00 | CITY OF CONNEAUT | 49517 | 49517 |
| 2/2/17 | $ | 360.00 | CITY OF WARREN | 49518 | 49518 |
| 2/2/17 | $ | 233.00 | CITY OF NILES | 49519 | 49519 |
| 2/2/17 | $ | 11.00 | COMMISSIONER OF TAXATION & FIN | 49520 | 49520 |
| 2/2/17 | $ | 2,475.00 | SCOTT M HARE | 49521 | 49521 |
| 2/2/17 | $ | 304.00 | PA DEPARTMENT OF REVENUE | 49522 | 49522 |
| 2/2/17 | $ | 426.00 | PA DEPARTMENT OF REVENUE | 49523 | 49523 |
| 2/9/2017 | $ | 662.70 | AQUA OHIO INC | 49524 | 49524 |
| 2/9/2017 | $ | 407.00 | ASHLAND COUNTY HEALTH DEPARTME | 49525 | 49525 |
| 2/9/2017 | $ | 5,553.64 | ASHTABULA CO TREASURER | 49526 | 49526 |
| 2/9/2017 | $ | 702.32 | AT & T MOBILITY | 49527 | 49527 |
| 2/9/2017 | $ | 679.45 | CITY OF TITUSVILLE | 49528 | 49528 |

| | | | | | |
|---|---|---|---|---|---|
| 2/9/2017 | $ | 848.03 | CITY OF CORRY, PA | 49529 | 49529 |
| 2/9/2017 | $ | 368.00 | CITY OF ASHTABULA HEALTH DEPT | 49530 | 49530 |
| 2/9/2017 | $ | 710.54 | CITY OF ASHTABULA/WASTWATR | 49531 | 49531 |
| 2/9/2017 | $ | 4,420.38 | CITY OF NILES | 49532 | 49532 |
| 2/9/2017 | $ | 1,138.55 | CITY OF OLEAN WATER & SEWER | 49533 | 49533 |
| 2/9/2017 | $ | 245.00 | CONNEAUT CITY HEALTH DEPT | 49534 | 49534 |
| 2/9/2017 | $ | 944.00 | CUYAHOGA CO BOARD OF HLTH | 49535 | 49535 |
| 2/9/2017 | $ | 3,527.30 | DIRECT ENERGY | 49536 | 49536 |
| 2/9/2017 | $ | 410.03 | DOMINION EAST OHIO | 49537 | 49537 |
| 2/9/2017 | $ | 995.00 | FOSTER TWP SEWER FUND | 49538 | 49538 |
| 2/9/2017 | $ | 71.00 | GREAT WAVE COMMUNICATIONS | 49539 | 49539 |
| 2/9/2017 | $ | 39.96 | GREEN APPLE BARTER SERVICE | 49540 | 49540 |
| 2/9/2017 | $ | 1,075.00 | GREENVILLE WATER AUTH | 49541 | 49541 |
| 2/9/2017 | $ | 2,597.83 | THE ILLUMINATING CO | 49542 | 49542 |
| 2/9/2017 | $ | 2,000.00 | JV SURFACE WATER SERVICES | 49543 | 49543 |
| 2/9/2017 | $ | 1,775.22 | MAHONING CO DIST BRD HLTH | 49544 | 49544 |
| 2/9/2017 | $ | 5,104.06 | NATIONAL FUEL | 49545 | 49545 |
| 2/9/2017 | $ | 1,304.55 | NEW YORK STATE ELEC & GAS | 49546 | 49546 |
| 2/9/2017 | $ | 1,378.94 | OHIO EDISON CO | 49547 | 49547 |
| 2/9/2017 | $ | 2,683.47 | PENELEC | 49548 | 49548 |
| 2/9/2017 | $ | 130.64 | PENN POWER | 49549 | 49549 |
| 2/9/2017 | $ | 762.25 | PEOPLES NATURAL GAS | 49550 | 49550 |
| 2/9/2017 | $ | 7,900.00 | REGIONAL ROOFING & CONST | 49551 | 49551 |
| 2/9/2017 | $ | 419.93 | SHENANGO CASH REGISTER INC | 49552 | 49552 |
| 2/9/2017 | $ | 458.50 | STARK CO HEALTH DEPT | 49553 | 49553 |
| 2/9/2017 | $ | 1,510.71 | TRAVAGLINI ENT INC | 49554 | 49554 |
| 2/9/2017 | $ | 12,244.27 | TRI MARK SS KEMP | 49555 | 49555 |
| 2/9/2017 | $ | 897.64 | TRUMBULL CO HEALTH DEPT | 49556 | 49556 |
| 2/9/2017 | $ | 323.29 | VERIZON | 49557 | 49557 |
| 2/9/2017 | $ | 2,250.00 | MARK A VILLERS | 49558 | 49558 |
| 2/9/2017 | $ | 550.65 | WEX BANK | 49559 | 49559 |
| 2/9/2017 | $ | 12.16 | WINDSTREAM | 49560 | 49560 |

## Michael Frangoulis' Capital Contributions Summary

### Purpose
The purpose of this Summary is to detail Michael Frangoulis' Capital Contributions into Unique Ventures Group (UVG), as well as tracing the original source of those funds. **[Note:** The Private Investigator (PI) conducted a financial analysis of the capital contributions, but does not express an opinion as to the necessity of the expenditures nor the categorization of the expenditures as "capital contributions".**]**

### Background
Per Raymond Lewis (Frangoulis' CPA), Frangoulis started Elite Restaurant Group, LLC (ERG) as a vehicle to track income and expenses related to his investment in the UVG restaurant businesses. This was done at the suggestion of Attorney Ron Conway. Frangoulis deposited his personal draws from Warner Telecomm into the ERG accounts (mainly Citizens Bank account #9726). From that ERG account, Frangoulis transferred his capital contributions to UVG. **(Exh 1)**

Per UNIQUE VENTURES GROUP, LLC / ELITE RESTAURANT GROUP, LLC Term Sheet, dated July 10, 2015, Michael Frangoulis was to make minimum capital contributions to UVG of $1.5 Million consisting of $750,000 cash investments and a $750,000 Line of Credit, or its equivalent. **(Exh 2)**

To substantiate Frangoulis' compliance with the Term Sheet, a summary sheet titled *Michael Frangoulis' CAPITAL CONTRIBUTIONS into Elite / Unique* was prepared (author unknown). This summary sheet purportedly lists all of Frangoulis' cash investments for 2015 and 2016, as well as draws on the LOC. In total, there are thirty (30) entries on this sheet, showing twenty-eight (28) cash investments, totaling $1,256,291.20, and two (2) LOC draws, totaling $300,000. **(Exh 3)**

The Receiver has subpoenaed financial records of UVG, ERG, et al, from Citizens Bank, PNC Bank, Chemical Bank (formerly Talmer Bank), and others. As the records have been received, the documents have been analyzed and scheduled. These records will be discussed, but are not exhibited. They will be available upon request.

### Comparison and Findings
The Private Investigator (PI) created an Excel spreadsheet **(Exh 4)** patterned after the aforementioned summary sheet of Frangoulis' purported capital contributions (Exh 3).

The spreadsheet (Exh 4) is organized the same as the summary sheet (Exh 3) and lists the items in the same order. The spreadsheet (Exh 4) also lists the "source" of funds used to make the capital contribution. As stated by CPA Raymond Lewis, most of the funds were transferred through ERG's Citizens Bank account #9726. The PI further tracked the "original source" of funds to confirm that the contributions originated from Frangoulis – rather than recycled funds drawn from UVG or ERG.

Following are some of the PI's findings regarding Frangoulis' capital contributions:

**Items 1, 2**      Two (2) wire transfers, totaling $230,000, from ERG were deposited into UVG's Talmer account #887000 6072.  It is unknown from which ERG account the wire transfers originated.  The original source(s) of these funds is also unknown at this time.  Additional subpoenas will be issued to satisfy these outstanding issues.

**Items 3, 4**      These contributions were funded by a Citizens Bank online transfer of $100,000 from Warner Telecomm's account #7364 into ERG account #9726 on August 20, 2015, bringing the balance to $119,864.45.  From this ERG account, ERG check #15005, in the amount of $50,000, was issued to Mask Enterprises towards the purchase of a food truck and a wire transfer of $65,000 was deposited into UVG's Talmer account #887000 6072.

**Item 6**      This contribution was funded by a Citizens Bank online transfer of $50,000 from Warner Telecomm's account #7364 into ERG account #9726 on November 4, 2015.  This money was then wire transferred into UVG's Talmer account #887000 6072.

**Items 7, 8**      Two (2) Citizens Bank online transfers, totaling $110,000, from Warner Telecomm's account #7364 were deposited into ERG account #9726 in December 2015.  From these funds, $92,000 was wired into UVG's Escrow Account #3754 (at Talmer Bank) and $15,000 was wired into UVG's Talmer account #887000 6072.

**Items 9-18, 21-25**   All of these items were funded by a $500,000 online transfer from Warner Telecomm's account #9174 and a $250,000 Home Equity Line of Credit check from Frangoulis' common-law wife, Carol Kortanek – both of which were deposited into ERG account #9726 on January 29, 2016.  Of these funds, a minimum of $680,402.08 was contributed as follows:

| Description | # of Items | Amount |
|---|---|---|
| Allen Black – Damon's (Trademarks) | 1 | $5,000.00 |
| CBK Futures (Airport Location) | 1 | 15,000.00 |
| Computer Items | 5 | 56,352.08 * |
| Conway Law Firm | 2 | 27,500.00 |
| Damon's Artwork | 1 | 6,550.00 |
| ERG – Citizens #630536 5893 | 1 | 25,000.00 |
| Scott Michael Hare – Engagement Funding | 1 | 15,000.00 |
| UVG – Talmer #887000 6072 | <u>3</u> | <u>530,000.00</u> |
| **Totals** | **15** | **$680,402.08** |

\*   The computer items purchases included $27,328.14 for Dell Firewalls which were apparently purchased from Frangoulis' company, Warner Telecomm.

**Items 29, 30**      These two items appear to be checks drawn on a LOC from S&T Bank. A subpoena has been issued to S&T Bank to obtain all records relating to these items.

Item 29 is S&T check #1001, in the amount of $200,000, which was deposited into ERG's Citizens Bank account #9726 on July 27, 2016. This money was then online transferred to ERG Citizens Bank account #6067 and was combined with $190,000 of UVG's funds (wired from PNC account #0706 into ERG Citizens Bank account #0695 and then online transferred into ERG Citizens Bank account #6067). From these funds, a wire transfer, in the amount of $385,150.25, was paid to Perkins & Marie Callenders on July 29, 2016.

Item 30 is S&T check #1003, in the amount of $100,000, which was deposited into ERG's Citizens Bank account #9726 on August 4, 2016. This money was then online transferred to ERG Citizens Bank account #6067 and then wired to US Foods Service, Inc. on August 5, 2016.

In summary, this investigation has substantiated that a minimum of $1,206,902.08 of Frangoulis' capital expenditures originated ERG Citizens Bank accounts, mainly account #9726. Of that amount, the investigation to date has also confirmed that a minimum of $960,050 originated from Frangoulis' company, Warner Telecomm, although that amount will likely increase when additional subpoenaed records are received and analyzed.

The investigation was unable to document the following five (5) items which were classified as capital contributions:

| Item | Date | Amount | Description |
|------|------|--------|-------------|
| 5 | 10/01/2015 | $ 50.00 | Elite Royalty Account Initial Funding (Cash) |
| 19 | 04/19/2016 | $ 10,050.00 | Elite-UVG Operating Account - Initial Balance |
| 20 | 04/19/2016 | $ 220.00 | SAB Escrow & Account Initial Funding |
| 26 | Various | $ 24,069.21 | Office Expenses and Computers |
| 27 | 02/03/2016 | $ 15,000.00 | Michael Rusnock |
| **Total** | | **$49,389.21** | |

Furthermore, there is a high probability that Frangoulis acquired a LOC at S&T Bank, but the specifics are unknown at this time. As stated earlier, a subpoena has been issued to S&T Bank to obtain all records relating to this LOC.

**Potentially Questionable Items**

This section discusses capital contribution items that may raise questions or concerns regarding the propriety of the capital contribution. Again, the PI is not arguing for or against the inclusion of these items, but rather highlighting these as potential concerns for the parties to this matter.

**Item 3**    The food truck was paid via ERG check #15005, in the amount of $50,000, drawn on Citizens Bank account #9726. From all appearances, it is believed that this asset may be titled under ERG, rather than UVG. Therefore, an argument could be made that this was not a capital contribution to UVG.

**Item 7**    The investigation has found that this $92,000 escrow fund was established by court order in an ongoing civil lawsuit, alleging that ERG violated the terms of a contract with Buckeye Vending regarding use of their "claw" machines. It is debatable whether Frangoulis should get credit for a capital contribution correcting a problem that some feel he created.

**Item 19**    Allegedly, $10,050 was used to open an ERG / UVG Operating account, but the investigation has not been able to identify that account to date. Therefore, it is not known if this asset belongs to ERG or UVG.

**Item 25**    ERG paid Warner Telecomm (Frangoulis' company) $27,328.14 for Dell Firewalls. Litigators may dispute several aspects of this item, including whether this was an ordinary and necessary payment; whether there was any competition to this purchase; or even if the products were actually purchased.

**Item 26**    In all likelihood, the "Office Expenses and Computers" would be difficult to document and may be an area of concern to contentious parties.

**Item 27**    According to the capital contributions list, Frangoulis paid Michael Rusnock $15,000 (either directly or indirectly). It could be questioned how a payment to one of the principals was a contribution to the entire entity.

Additionally, there are payments to CBK Futures of $15,000 (Item 13), Damon's Artwork of $6,550 (Item 18), and Allen Black (Damon's Trademarks) of $5,000 (Item 21) – all of which appear to fall outside of the original investment objectives of financing Perkin's restaurants / franchises.

With regard to the required LOC of $750,000, it might be argued that these funds are not accessible for UVG use as they appear to be under the custody and control of Michael Frangoulis. Again, the investigation has documented only two draws, totaling $300,000 from the presumed LOC at S&T Bank.

## Conclusions

Based upon the evidence to date, it appears that Michael Frangoulis has largely complied with the cash contribution clause outlined on the Term Sheet.  The investigation documented that Frangoulis funded his investments through his company, Warner Telecomm and that Frangoulis contributed well in excess of the required capital through Elite Restaurant Group's bank accounts to Unique Venture Group's use.

However, it is unclear, at this time, if Michael Frangoulis complied with the required line of credit provisions.

Date: <u>January 16, 2017</u>

_____

Charles P. Dahlmann
Private Investigator
724-610-0453

## Memorandum of Contact

**Re:**        Unique Ventures Group

**Date:**      December 5, 2016

**Place:**     Panera Bread
               Monroeville, PA

**Present:**   Raymond Lewis, CPA
               Charles Dahlmann, PI

On the above date, I interviewed Raymond Lewis, as prearranged, and he provided the following information:

1. Mr. Lewis is the owner of Lewis Financial Services, LLC and he prepared the initial tax return for Elite Restaurant Group (ERG).

2. Mr. Lewis graduated from Penn State in 1983 where he majored in accounting. He worked for Author Young for one year and then attained his Graduate degree from the University of Pittsburgh in 1985. Mr. Lewis became a Certified Public Accountant (CPA) in 1986 and, in 1987, he started an accounting firm with Bob Warrick known as Warrick and Lewis. In 2007, Mr. Lewis formed Lewis Financial Services, LLC.

3. He met Michael Frangoulis approximately fifteen (15) years ago, who was a referral from an insurance agent.

4. In addition to the ERG return, Mr. Lewis prepared the personal tax returns of Michael Frangoulis; the partnership returns of Warner Telecomm which is owned by Frangoulis (99%) and Frangoulis' common-law wife Carol Kortanek (1%); and returns for Talon, an inactive entity created by Frangoulis.

5. Frangoulis started ERG as a vehicle to track income and expenses related to his investment in the UVG restaurant businesses. This was done at the suggestion of Attorney Ron Conway.

6. ERG started February 23, 2015 operating on a calendar year basis. ERG is a Cash basis Limited Partnership between Michael Frangoulis (98%) and the controlling

partner, Buaiteoir Management, Inc. (2%). Buaiteoir Management, Inc. is a C corporation created for insulation purposes and fully controlled by Frangoulis.

> [Note: Frangoulis asked Mr. Lewis to review the paperwork after he invested in the restaurant venture. Mr. Lewis discovered that ERG originally was designed with Frangoulis and Conway each having 49% interest with the remaining 2% being held by Buaiteoir Management, Inc. Likewise, Buaiteoir Management, Inc. was also evenly split (50%/50%) between Frangoulis and Conway. Knowing that Conway had no involvement or investment in the businesses, Mr. Lewis made the professional decision to assign Frangoulis 98% ownership of ERG and full interest in Buaiteoir Management, Inc.]

7. Frangoulis is Mr. Lewis' sole contact regarding ERG. Mr. Lewis described Frangoulis as "a salt-of-the-earth kinda guy". Frangoulis has an accounting degree from Theil College and is very meticulous in his in his accounting.

8. Frangoulis codes checks for each account per business and handles the financial reports. Frangoulis provides Mr. Lewis with Excel spreadsheets and background reports (i.e. General Ledgers) for his businesses. Mr. Lewis reviews those records and prepares the returns based upon those representations. Upon completion of the returns, Mr. Lewis generally e-mails the completed products to Frangoulis and asks him to review. After Frangoulis' approval, Mr. Lewis electronically files the returns with the IRS and Pennsylvania. Frangoulis is responsible for filing his local returns -- presumably paper returns. Frangoulis also handles the sales tax.

9. Frangoulis contributed capital of approximately $1.2 Million (through ERG) into UVG and established a Line of Credit (LOC) fulfilling his contractual requirements. Mr. Lewis explained that Frangoulis brought capital into UVG because the other partners were mismanaging the business. Per Mr. Lewis, money was "flowing out of" UVG. This mismanagement caused UVG to fall behind on the franchise fees.

10. Frangoulis deposited his personal draws from Warner Telecomm into the ERG accounts (mainly Citizens Bank account #9726). From that ERG account, Frangoulis transferred his capital contributions to UVG.

11. Mr. Lewis does know specifics regarding the establishment of the LOC or the repayment procedures.

12. We reviewed ERG's Partnership Tax Return (Form 1065) for 2015. Mr. Lewis identified it as the return he prepared. This return showed no income and $306 of "Other Deductions".

13. The Analysis of Partners' Capital Accounts (Schedule M-2) showed capital cash contributions of $502,406, minus a net loss of $306 and cash distributions of $452,100, leaving an asset balance of $50,000.  Mr. Lewis reiterated that the contributions represented Frangoulis' personal monies deposited into ERG accounts; the cash distributions represented the ERG transfers / capital contributions to UVG; and the $50,000 asset was the purchase of the food truck.  Mr. Lewis listed the dates and amounts of Frangoulis' UVG capital contributions, as follows:

| Date | Amount |
|------|--------|
| 04/30/2015 | $200,000 |
| 05/08/2015 | 30,000 |
| 10/01/2015 | 65,000 |
| 11/05/2015 | 50,000 |
| 12/15/2015 | 92,000 |
| 12/22/2015 | 15,000 |
| 2015 Total | $452,000 |

14. Mr. Lewis stated that Frangoulis informed him of the following possible improprieties relating to UVG:

a) Ron Conway receives income of $15,000 per week from UVG;
b) About one year ago, Frangoulis thought that Conway attempted to poison him, prior to Frangoulis signing a UVG agreement.  Frangoulis became deathly ill and could not remember anything they discussed;
c) There were rumors that Mike Sabatini (CPA and part-owner of UVG) and his daughter were allegedly involved in theft of monies from UVG.

Mr. Lewis stated that Conway seems to be a nefarious character trying to control the income structure.

This concluded our meeting.  I thanked Mr. Lewis for his input and departed the premises.

Charles P. Dahlmann
Private Investigator

*Michael Frangoulis*
*CAPITAL CONTRIBUTIONS into Elite/Unique*

### 2015

| | | |
|---|---|---|
| 04/30/15 | $ 200,000.00 | UVG – To Talmer # 8870006072 |
| 05/08/15 | 30,000.00 | UVG – To Talmer # 8870006072 |
| 08/21/15 | 50,000.00 | Mask Enterprises – Food Truck 2nd payment |
| 10/01/15 | 65,000.00 | UVG – To Talmer # 8870006072 |
| 10/01/15 | 50.00 | Elite Royalty Account initial funding (Cash) |
| 11/05/15 | 50,000.00 | UVG – To Talmer # 8870006072 |
| 12/15/15 | 92,000.00 | UVG – Buckeye Vending Escrow |
| 12/22/15 | 15,000.00 | UVG – To Talmer # 8870006072 |
| | $ 502,050.00 | |

### 2016

| | | |
|---|---|---|
| 01/29/16 | $ 250,000.00 | UVG – To Talmer # 8870006072 |
| 02/10/16 | 200,000.00 | UVG – To Talmer # 8870006072 |
| 04/08/16 | 80,000.00 | UVG – To Talmer # 8870006072 |
| 04/25/16 | 25,000.00 | UVG – To Citizens # 5893 |
| 2016 – UVG | $ 555,000.00 | |
| | | |
| 02/04/16 | $ 15,000.00 | CBK Futures ( airport location ) |
| 02/08/16 | 15,000.00 | Scott Michael Hare – Engagement Funding |
| 02/08/16 | 15,000.00 | Conway Law Firm |
| 02/14/16 | 12,500.00 | Conway Law Firm |
| 03/08/16 | 4,280.67 | Dell Server |
| 04/01/16 | 6,550.00 | Damon 's Artwork |
| 04/19/16 | 10,050.00 | Elite-UVG operating account – Initial Bal |
| 04/19/16 | 220.00 | SAB Escrow & Account initial funding |
| 04/19/16 | 5,000.00 | Allen Black – Damon's ( Trademarks ) |
| 05/07/16 | 20,994.22 | Dell All-in-One Computers |
| 06/15/16 | 2,932.33 | 2 Dell Computers |
| 06/15/16 | 816.72 | Regional Manager Computer |
| 08/05/16 | 27,328.14 | Dell Firewalls |
| 02/11/16 – 10/03/16 | 24,069.21 | Office Expenses & Computers |
| | $ 159,741.29 | |
| | | |
| 02/03/16 | $ 15,000.00 | Michael Rusnock |
| | | |
| 10/03/16 | 24,500.00 | Company Cash on Hand |

Total Cash Investments per Term Sheet thru 10/03/16 :

| | | |
|---|---|---|
| | $ 1,256,291.20 | MIF Jr Investment |

| | | |
|---|---|---|
| $ 750K LOC - Line of Credit per Term Sheet | | Advances to Date from LOC to Company |
| | $ 200,000.00 | Perkins – in leau of Note |
| | $ 100,000.00 | US Foods – arrearage payment |

UNIQUE VENTURES GROUP, LLC / ELITE RESTAURANT GROUP, LLC

Term Sheet

On this Tenth day of July, 2015, the Members of Unique and Elite agree as follows:

CAPITAL CONTRIBUTION OPTIONS FOR MIKE FRANGOULIS
| $1,500,000 | 30% * Ownership |
| $2,000,000 | 40% Ownership |

UNIQUE VENTURES OWNERSHIP DISTRIBUTION:
| Mike Sabatini Family Trust | 19% |
| Mike Rusnock/Futures663 | 34% |
| Jack Kuhn | 17% |
| Mike Frangoulis | 30% |

ELITE RESTAURANT GROUP OWNERSHIP DISTRIBUTION:
| | Initial | As Assets Accumulate |
|---|---|---|
| Mike Frangoulis | 70% | 30% |
| Mike Sabatini | 10% | 23% |
| Mike Rusnock | 10% | 23% |
| Jack Kuhn | 10% | 23% |

Decisions:
- All decisions about company must be unanimous. If this cannot be accomplished, after 1 week, 3 out of 4 members' votes will carry the decision.
- Mike Frangoulis will have a minimum preferred distribution of 15% based upon his capital contribution.
- Guaranteed draws will be established for performance, as follows:
  - Future663, LP          $60,000 per year
  - Mike Sabatini          $15,000 per year
  - Jack Kuhn              $15,000 per year
  - Peter and Carol Kaplan $12,000 per year
- Quarterly distribution of profits, if applicable.
- All non-preferred and non-guaranteed distributions or draws will be split equally.

Final items to be initiated:
- Upon agreement of all to the above, this unconditional term sheet will be given to Ron Conway for formal governing documents to be drawn, new corporation to be formed and new management structure to be implemented, and board formed and made operative.
- Capital contribution from Mike Frangoulis would be infused as follows: $500,000 will be infused in 2015 with an additional $250,000 infused in 2016.

* Anticipated contribution from Mike Frangoulis of $750,000 cash and $750,000 LOC, or its equivalent [LOC for Elite based on Frangoulis' financial strength], by January 2016.

WITH THE INTENT TO BE LEGALLY BOUND, THE PARTIES HERETO SET THEIR HANDS AND SEALS:

Future663
BY: _____
Mike Rusnock, General Partner

_____
Mike Frangoulis

_____
Jack Kuhn

Sabatini Family Limited Partnership
BY: _____
Michael Sabatini, General Partner

| Item | Date | Amount | Recipient | Source | Original Source Information |
|------|------|--------|-----------|--------|---------------------------|
| 1 | 04/30/2015 | $ 200,000.00 | UVG - Talmer #887000 6072 | ERG Cit. Wire Transfer | Unknown |
| 2 | 05/08/2015 | $ 30,000.00 | UVG - Talmer #887000 6072 | ERG Cit. Wire Transfer | Unknown |
| 3 | 08/21/2015 | $ 50,000.00 | Mask Enterprises - Food Truck 2nd Payment | ERG Cit. #9726 Check #15005 | Warner Telecomm Cit #7364 ($100,000) |
| 4 | 10/01/2015 | $ 65,000.00 | UVG - Talmer #887000 6072 | ERG Cit. #9726 Wire Transfer | Warner Telecomm Cit #7364 ($100,000 + bal.) |
| 5 | 10/01/2015 | $ 50.00 | Elite Royalty Account Initial Funding (Cash) | | |
| 6 | 11/05/2015 | $ 50,000.00 | UVG - Talmer #887000 6072 | ERG Cit. #9726 Wire Transfer | Warner Telecomm Cit. #7364 ($50,000) |
| 7 | 12/15/2015 | $ 92,000.00 | Buckeye Vending Escrow (UVG Talmer #3754) | ERG Cit. #9726 Wire Transfer | Warner Telecomm Cit. #7364 ($100,000 + $10,000) |
| 8 | 12/15/2015 | $ 15,000.00 | UVG - Talmer #887000 6072 | ERG Cit. #9726 Wire Transfer | Warner Telecomm Cit. #7364 ($100,000 + $10,000) |
| 9 | 01/29/2016 | $ 250,000.00 | UVG - Talmer #887000 6072 | ERG Cit. #9726 Wire Transfer | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 10 | 02/10/2016 | $ 200,000.00 | UVG - Talmer #887000 6072 | ERG Cit. #9726 Wire Transfer | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 11 | 04/08/2016 | $ 80,000.00 | UVG - Talmer #887000 6072 | ERG Cit. #9726 Wire Transfer | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 12 | 04/25/2016 | $ 25,000.00 | ERG - Citizens #630536 5893 | ERG Cit. #9726 Online Transfer | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 13 | 02/04/2016 | $ 15,000.00 | CBK Futures (Airport Location) | Possibly Wire on 02/04/2016 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 14 | 02/08/2016 | $ 15,000.00 | Scott Michael Hare -- Engagement Funding | ERG Cit. #9726 Check #15006 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 15 | 02/08/2016 | $ 15,000.00 | Conway Law Firm | ERG Cit. #9726 Check #15007 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 16 | 02/14/2016 | $ 12,500.00 | Conway Law Firm | ERG Cit. #9726 Check #15009 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 17 | 03/08/2016 | $ 4,280.67 | Dell Server | ERG Cit. #9726 Check #15011 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 18 | 04/01/2016 | $ 6,550.00 | Damon's Artwork | ERG Cit. #9726 Check #15013 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 19 | 04/19/2016 | $ 10,050.00 | Elite-UVG Operating Account - Initial Balance | Unknown | |
| 20 | 04/19/2016 | $ 220.00 | SAB Escrow & Account Initial Funding | Unknown | |
| 21 | 04/19/2016 | $ 5,000.00 | Allen Black -- Damon's (Trademarks) | Possibly ERG Cit. #9726 Ck #15018 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 22 | 05/07/2016 | $ 20,994.22 | Dell Business Credit (All-in-One Computers) | ERG Cit. #9726 Check #15020 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 23 | 06/15/2016 | $ 2,932.33 | 2 Dell Computers | ERG Cit. #9726 Check #15023 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 24 | 06/15/2016 | $ 816.72 | Regional Manager Computer | ERG Cit. #9726 Check #15023 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 25 | 08/05/2016 | $ 27,328.14 | Warner Telecomm (Dell Firewalls) | ERG Cit. #9726 Check #15025 | Warner Telecomm Cit. #9174 ($500,000) / Carol Kortanek ($250,000) |
| 26 | Various | $ 24,069.21 | Office Expenses and Computers | Unknown | |
| 27 | 02/03/2016 | $ 15,000.00 | Michael Rusnock | Unknown | |
| 28 | 10/03/2016 | $ 24,500.00 | Company Cash-on Hand | Approx. Balance in ERG Cit. #9726 | |
| | | $ 1,256,291.29 | Total Cash Investments per Term Sheet | | |
| 29 | 07/29/2016 | $ 200,000.00 | Perkins & Marie Callenders ($385,150.25) | ERG Cit. #6067 Wire Transfer | S&T LOC to ERG Cit. #9726 to ERG Cit. #6067 combined with $190,000 from ERG Cit. #0695 (originated from wire from UVG PNC #0706) |
| 30 | 08/05/2016 | $ 100,000.00 | US Foods Service, Inc. | ERG Cit. #6067 Wire Transfer | S&T LOC to ERG Cit. #9726 to ERG Cit. #6067 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Western _____ District Of _Pennsylvania_

**In re**
**Unique Ventures Group, LLC**

Case No. _17-20526-TPA_____

**Debtor**

Chapter __11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_400.00/hr___

    Prior to the filing of this statement I have received . _for chapter 11 counsel_ . $_7,760.00____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _credit_ . . . . . . . . . . . . . . $_4,740.00____

2.  The source of the compensation paid to me was:

    ☒ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☒ Debtor            ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

          Any other counsel that may be required.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/30/17
Date

*Signature of Attorney*

Law Office of Scott M. Hare
*Name of law firm*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re* | Bankruptcy No. 17-20526-TPA |
| **UNIQUE VENTURES GROUP, LLC,** | Chapter 11 |
| Debtor. | |

### AFFIDAVIT OF SCOTT M. HARE

I, Scott M. Hare, being duly sworn according to law, depose and say as follows:

1.      I am an attorney licensed to practice law in the Commonwealth of Pennsylvania and the State of Michigan. I am in good standing in all jurisdictions and before all courts to which I have been admitted. I maintain my office in the Frick Building, Suite 1806, 437 Grant Street, Pittsburgh, PA 15219.

2.      I have agreed to represent Unique Ventures Group, LLC, a Pennsylvania Limited Liability Company (the "Debtor") in this Chapter 11 case, as co-counsel with David K. Rudov, Esquire.

3.      Before the filing of this bankruptcy case, I represented the Debtor in various litigation matters, for which I have been fully compensated.

4.      I am not related to any principal of the Debtor, nor do I hold an interest adverse to the estate, nor do I have any claims against the estate.

5.      To the best of my knowledge, I have no connection with any creditors or any other party in interest, their respective attorneys, accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

6.      I have agreed to represent the Debtor on an hourly basis at the rate of $400 per hour for partner time, $200 per hour for associate time, and $150 per hour for paralegal and legal

assistant time, together with reimbursement of expenses.   I have no agreement to share this compensation with any party.

7.      I received a prepetition retainer from Debtor in the amount of $12,500 on or about February 2, 2017. On that day, the Debtor wire transferred $25,000 into Mr. Rudov's IOLTA account. From those funds, Mr. Rudov issued a check payable to me for $12,500, such that we each received a retainer of $12,500.

8.      Prior to the filing of the voluntary petition, I performed legal services and incurred costs between February 1 and February 12, 2017 totaling $7760, which amounts were paid from the retainer.  The balance of the retainer available for post-petition fees and expenses is $4740.

9.      Based upon the foregoing, I am a "disinterested person" within the meaning of 11 U.S.C. §§ 101(14) and 327. I will supplement this affidavit if I become aware of additional facts or circumstances requiring additional disclosure.  I make this statement under penalty of perjury.

Scott M. Hare, Esquire
Pa. I.D. No. 63818

1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219

Tel:    412-338-8632

Proposed Counsel for Debtor Unique Ventures Group, LLC

Date:   February 13, 2017

Sworn to and subscribed before me
on this 13th day of February, 2017.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Cheryl L. Slepinski, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 3, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

-2-

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

__Western__ District Of __Pennsylvania__

In re
**Unique Ventures Group, LLC**

Case No. __17-20526__

**Debtor**

Chapter __11__

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __400.00/hr__

    Prior to the filing of this statement I have received for chapter 11 counsel . . $ __15,931.00__

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . credit . . . . . . $ __3,233.25__

2.  The source of the compensation paid to me was:

    [X] Debtor            [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [X] Debtor            [ ] Other (specify)

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are
        members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not
        members or associates of my law firm. A copy of the agreement, together with a list of the names of the
        people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

        Any other counsel that may be required.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/27/17
_____
Date

_____
Signature of Attorney

RudovLaw
_____
Name of law firm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

UNIQUE VENTURES GROUP, LLC,

          DEBTOR.

Bankruptcy Case No. 17-20526

Chapter 11

## <u>AFFIDAVIT OF DAVID K. RUDOV PURSUANT TO BANKRUPTCY 2014(a)</u>

I, David K. Rudov, being duly sworn, deposes and says:

1.     That I am an attorney at law and licensed to practice law in the Commonwealth of Pennsylvania. I am in good standing before all courts in this Commonwealth. I maintain my offices at the Frick Building, 437 Grant St. Pittsburgh, PA 15219.  I am also maintaining an accreditation as a Board Certified Business Bankruptcy Specialist.

2.     I have agreed to represent Unique Ventures Group, LLC. a Pennsylvania Limited Liability Company ("Debtor") in connection with this Chapter 11 case as co-counsel with Scott M. Hare, Esq.

3.     Insofar as I have been able to ascertain, I do represent any interest adverse to that of the Debtor's estate in this case. On a prepetition basis, I also represented the Debtor in many matters. I have been fully compensated for that work.

4.     Neither I, nor any member or associate thereof, as we have been able to ascertain, any connection with creditors, or any other party in interest, their respective attorneys, accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

5.     That neither I nor the Firm nor any attorney employed by the Firm is a creditor of the Debtor.

6.     I charge hourly fees for my services and I seek reimbursement of direct charges incurred on behalf of my clients.  My hourly fees for matters of this nature currently range from $400.00 per hour for myself, $280.00 per hour for senior counsel, $185.00 for associates counsel, and between $80.00 to $150.00 per hour for its paralegals and legal assistants.  My fees are adjusted from time to time to reflect changes in seniority, inflation and other factors.  Such adjustments usually occur at the beginning of the calendar year and hourly fees for this matter will be adjusted accordingly.

7.      I have not shared or agreed to share any compensation paid or to be paid to me in connection with this case other than as follows: on February 2, 2017, the Debtor wire transferred $25,000.00 into my IOLTA account. Thereafter, I issued a check made payable to Mr. Scott Hare for $12,500.00 such that each attorney received a prepetition retainer of $12,500.00 each.

8.      That prior to the filing of the voluntary petition, I performed legal services for the Debtor and had been paid in full for those services and I maintained a credit balance on my IOLTA account. In the period of time leading up to the filing of this chapter 11, I incurred costs of $1,717.00 (filing fee for Chapter 11) and fees of $14,214.00 totaling $15,931.00 which amounts were applied against the retainer and the credit balance. Therefore, the balance of the retainer account is $3,233.25, which subject to approval by this Court, will be paid for such future fees and expenses as may be approved and authorized.

9.      That based upon the foregoing, I believe that I am a "disinterested person" with the meaning of section 101(14) and 327 of the Bankruptcy Code and he may supplement this affidavit upon his becoming aware of additional facts or circumstances requiring additional disclosure.

Dated: February 13, 2017

                                        Respectfully submitted,
                                        RudovLaw

                                        David K. Rudov, Esq.
                                        Pa. I.D. #35579

                                        The Frick Building
                                        437 Grant Street, Suite 1806
                                        Pittsburgh, PA 15219
                                        (Tel) 412-223-5030
                                        (Fax) 412-281-1121
                                        david@rudovlaw.com

                                        Proposed Counsel for Debtor Unique Ventures Group, LLC

Sworn to and subscribed before me
on this 13 day of February, 2017

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Donna J. Hirschfield, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires July 22, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Unique Ventures Group LLC**                                          Case No.   **17-20526**

Debtor(s)                                       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Receiver** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 31, 2017**                        Signature   **/s/ Eric Bononi**

**Eric Bononi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Unique Ventures Group LLC**                                      Case No.   **17-20526**
                                        Debtor(s)           Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Receiver of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 31, 2017**                    **/s/ Eric Bononi**
                                        **Eric Bononi**/**Receiver**
                                        Signer/Title