FILED
5/31/17 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: UNIQUE VENTURES GROUP, LLC | : | Bankruptcy No. 17-20526 TPA |
| Debtor | : | |
| ROTHMAN GORDON, PC, | : | Chapter 11 |
| Movant | : | |
| | : | Related to Document No. 314 |
| v. | : | |
| | : | |
| UNIQUE VENTURES GROUP, LLC, | : | |
| Respondent | : | |

## ORDER FOR *PRO HAC VICE* ADMISSION

NOW, this 31st day of May, 2017, upon consideration of the Motion for Pro Hac Vice Admission of Samuel C. Wisotzkey, it is hereby ORDERED, that Samuel C. Wisotzkey of Kohner, Mann & Kailas, S.C. is admitted pro hac vice in the above captioned case.

BY THE COURT:

/s/ Thomas P. Agresti
Hon. Thomas P. Agresti

vas