# David Rudov, Esq. - RudovLaw

**The Frick Building**
**437 Grant Street, Suite 1806**
**Pittsburgh, PA 15219**

PHONE: 412-223-5030   david@rudovlaw.com   rudovlaw.com

## INVOICE

INVOICE NUMBER: 20039
INVOICE DATE: 9/7/2017

Unique Ventures Group- c/o Charlotte Gibbons, Trustee
ICE Miller
600 Superior Ave. East
Cleveland, OH 44114

Federal Tax ID: 81-5334942

| DATE | MATTER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | MATTER: General/Legal | | | |
| 5/15/2017 | General/Legal | Telephone call with Gibbons regarding employment agreements. Meeting with LRF. | 0.50 | $400.00 | $200.00 |
| 5/16/2017 | General/Legal | Receive voice message from A1 Septic Tank Cleaning. Forward the same to Pagliari. | 0.30 | $400.00 | $120.00 |
| 5/19/2017 | General/Legal | Receive, review and respond to email from Jeff Casewell Re: Casewell Construction bill. Forward the same to Pagliari. | 0.40 | $400.00 | $160.00 |
| 5/22/2017 | General/Legal | Draft and forward letter from National Fuel 366 demand. Forward the same to Pagliari. | 0.40 | $400.00 | $160.00 |
| 5/25/2017 | General/Legal | Receive, review and respond to email from Lauraine Samuels Re: mediation invoice. | 0.30 | $400.00 | $120.00 |
| 6/27/2017 | General/Legal | Receive, review and respond to inquiry from Elliot Segal Re: Relief from Stay for personal injury client. Discuss matter with Pagliari. | 0.50 | $400.00 | $200.00 |
| 6/29/2017 | General/Legal | Copies | 212.00 | $0.20 | $42.40 |
| 7/13/2017 | General/Legal | Telephone call with Pagliari to review UVG issues Re: CBK and discussion of trial. Meeting with LRF. | 0.70 | $400.00 | $280.00 |
| 7/17/2017 | General/Legal | Receive and review several proof of claim documents. Forward 2015 UVG Tax Returns to Pagliari per his request. | 0.60 | $400.00 | N/C |
| 8/3/2017 | General/Legal | Receive, review and respond to email from Brian Shelton Re: unemployment payment settlement for UVG employee, Mr. Saylor. | 0.20 | $400.00 | $80.00 |
| 8/10/2017 | General/Legal | Review of emails Re: CBK Futures; forward to Gibbons. | 0.40 | $400.00 | $160.00 |
| | | TOTAL: General/Legal | | | $1,522.40 |
| | | MATTER: Motion to Dismiss | | | |
| 5/18/2017 | Motion to Dismiss | Prepare for and attend Hearings Re: Motion to Dismiss and post meeting. | 3.00 | $400.00 | $1,200.00 |

INVOICE NUMBER: 20039

| DATE | MATTER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/5/2017 | Motion to Dismiss | Telephone call with Gibbons Re: Motion to Dismiss | 0.40 | $400.00 | $160.00 |
| 6/9/2017 | Motion to Dismiss | Telephone call with Gibbons and Pagliari Re: status of Motion to Dismiss | 0.30 | $400.00 | $120.00 |
| 6/14/2017 | Motion to Dismiss | Receive and review subpoena from Hudak. Draft email to Pagliare et. al Work with SMH on Drafting of Rule 11 Letter. TC with Gibbons Re: Deposition | 1.60 | $400.00 | $640.00 |
| 6/15/2017 | Motion to Dismiss | Correspondence with Gibbons and Pagliari Re: Discovery | 0.50 | $400.00 | $200.00 |
| 6/16/2017 | Motion to Dismiss | Meeting with SMH Phone call with counsel Review correspondence with Hudak | 1.00 | $400.00 | $400.00 |
| 6/18/2017 | Motion to Dismiss | Meeting with Hare Re: Motion to Quash/Protective Order | 1.00 | $400.00 | $400.00 |
| 6/21/2017 | Motion to Dismiss | Receive and review additional Motion to Quash Responses to Motion to Quash Draft/edit supplemental statement Prepare for and attend the Expedited Motions to Quash subpoena. Follow up Telephone call w/ Bononi Order transcript | 5.00 | $400.00 | $2,000.00 |
| 6/28/2017 | Motion to Dismiss | Receive and review transcript of Hearing on Motion to Quash Deposition transcript of Sabitini, Kuhn, Rusnock and Maglin | 2.40 | $400.00 | $960.00 |
| 6/29/2017 | Motion to Dismiss | Prepare for and attend Depositions of Bononi and Gibbons. Hudak fail to schedule court reporter. Gibbons cancelled. Meeting with Hare and Bonini. | 5.50 | $400.00 | $2,200.00 |
| 7/5/2017 | Motion to Dismiss | Telephone call with Gibbons Re: Motion to Dismiss | 0.20 | $400.00 | $80.00 |
| 7/7/2017 | Motion to Dismiss | Receive and review Summary Judgement materials. Receive and review Motion to exercise authority over CBK Futures. | 1.60 | $400.00 | $640.00 |
| 7/11/2017 | Motion to Dismiss | Review of docket and make inquiry of parties Re: ordering of Bononi's transcript. Receive and review Trustee's Pre Trial Statement | 0.90 | $400.00 | $360.00 |
| 7/18/2017 | Motion to Dismiss | Receive and review Consolidated Pretrial Statement Insiders Response to Motions for Summary Judgement Creditors Committee Partial Joinder to Motions for Summary Judgement | 1.60 | $400.00 | $640.00 |
| 7/18/2017 | Motion to Dismiss | Telephone call with Gibbons Re: Motion to Dismiss | 0.20 | $400.00 | $80.00 |

| DATE | MATTER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/20/2017 | Motion to Dismiss | Receive and review Order of Judge Agresti Re: Hudak Letter of Recusal.<br>Meeting with LRF. | 0.50 | $400.00 | $200.00 |
| 7/24/2017 | Motion to Dismiss | Review of all motions to dismiss documents and attend hearing.<br>Correspondence to all counsel.<br>Telephone conversation with counsel. | 3.50 | $400.00 | $1,400.00 |
| 7/25/2017 | Motion to Dismiss | Receive and review to emails on deposition for trial designation | 0.40 | $400.00 | $160.00 |
| 7/26/2017 | Motion to Dismiss | Telephone call with Pagliari Re: meeting and trial issues; Receive and review Trial Order of Court; meeting with Hare; Telephone call with Bononi | 1.60 | $400.00 | $640.00 |
| 7/26/2017 | Motion to Dismiss | Draft e-mail to Hudak.<br>Draft email to Delaney Re: Inquiries on upcoming hearing. | 0.70 | $400.00 | $280.00 |
| 7/26/2017 | Motion to Dismiss | Telephone call with Bononi Re: trial appearances; draft of email to Hudak and Pagliari Re: Orderof trial; Telephone call with Peter Kennedy Re: Schaffer.<br>Received and reviewed email from Hare Re: Amended Operating Agreement.. | 1.00 | $400.00 | $400.00 |
| 7/27/2017 | Motion to Dismiss | Receive and review email Re: status of case and Hudak's assertion that case goes on uninterrupted. Telephone call with Bononi Re: scheduling | 0.40 | $400.00 | $160.00 |
| 7/28/2017 | Motion to Dismiss | Receive and review Amended pre-tial as filed on PACER, note that stipulations as to witnesses Sorenson and Blevin. Review intended scope of Rudov for trial; request copies of exhibits from Hudak; Conf. call with parties; follow up with SMH; review tax liabilities of UVG to OH and IRS. | 3.30 | $400.00 | $1,320.00 |
| 8/1/2017 | Motion to Dismiss | Emails to and from Hudak Re: schedule of testimony.<br>Meeting with Pagliari, Gibbons, and Bononi | 1.70 | $400.00 | $680.00 |
| 8/1/2017 | Motion to Dismiss | Travel time to Erie for Motion to Dismiss 2.4 @ $400.00= $960.00<br>Only 50% billed | 1.20 | $400.00 | $480.00 |
| 8/1/2017 | Motion to Dismiss | Travel mileage of 156 miles @ .50 PGH to Erie | 1.00 | $78.00 | $78.00 |
| 8/1/2017 | Motion to Dismiss | Marriott Hotel -Erie | 1.00 | $249.73 | $249.73 |
| 8/2/2017 | Motion to Dismiss | Travel time from Erie for Motion to Dismiss 2.4 @ $400.00= $960.00<br>Only 50% billed | 1.20 | $400.00 | $480.00 |
| 8/2/2017 | Motion to Dismiss | Attend and testify at trial on Motion to Dismiss. | 4.00 | $400.00 | N/C |
| 8/2/2017 | Motion to Dismiss | Travel mileage of 156 miles at .50 Erie to PGH | 1.00 | $78.00 | $78.00 |

INVOICE NUMBER: 20039

| DATE | MATTER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/4/2017 | Motion to Dismiss | Attend hearing for Judge Agresti ruling on Motion to Dismiss. Order transcript. | 1.50 | $400.00 | $600.00 |
| 8/16/2017 | Motion to Dismiss | Receive and review transcript of 8/4/17 Ruling on Motion to Dismiss. | 0.40 | $400.00 | $160.00 |
| 8/16/2017 | Motion to Dismiss | Join in conference call with Gibbons, Lane and Pagliari. | 0.50 | $400.00 | $200.00 |
| | | TOTAL: Motion to Dismiss | | | $17,645.73 |
| | | Total All hours for this invoice | 51.40 | | |
| | | Total No Charge hours for this invoice | 4.60 | | |
| | | Total Billable hours for this invoice | 46.80 | | |
| | | Total amount of this invoice | | | $19,168.13 |