## EXHIBIT A

### UNIQUE VENTURES GROUP, LLC
### EXECUTORY CONTRACTS/UNEXPIRED LEASES

| Contract Counterparty | Description of Contract or Lease | Contact | Proposed Cure Amount |
|---|---|---|---|
| Access Point, Inc. | Commercial Service Agreement for multiple locations (internet/cable) | Access Point, Inc.<br>229 Yardley Way<br>Pittsburgh, PA 15206 | $8,756.08 |
| 3D Acquisitions, LP | Lease of 20013 Route 19, Mars, PA | Vincent A. DiAntonio<br>1520 Gilmore Drive Jefferson Hills, PA 15025<br>Tel: (412) 443-6317<br>Email: vdianton@aol.com<br><br>Dixon R. Rich, Jr., Esquire<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 931-8995<br>Email: dixon@dixonrich.com | $148,520.83 |
| 3D Amusements, Inc. | Location Agreement for Perkins Restaurant Agreement for toy cranes | | $0.00 |
| Bainbridge Limited Partners | Lease of 11299 Baco Road, Meadville, PA | John Bainbridge<br>10245 Nancy Drive<br>Meadville, PA 16335<br>Tel: (814) 336-2174<br>Email: baco@zoominternet.net | $2,131.62 |

{7015507:}

| | | | |
|---|---|---|---|
| Elmhurst Properties, Inc. | Lease of 3870 Elm Road NE, Warren, OH | Tom Terleski, President<br>2170 Millennium Boulevard Suite K<br>Cortland, OH 44410<br>Tel:<br>Email: turksail@gmail.com | $1,255.60 |
| Gar Field Club LP | Lease of 3334 Wilmington Road, New Castle, PA | John A. Mueller, Esquire<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza, Ste. 1700<br>Buffalo, NY 14202-2216<br>Tel: (716) 362-7614<br>Email: jmueller@lippes.com | $16,503.12 |
| Gerald Fry Company | Lease of Route 358 Hadley Road, Greenville, PA | Brian Scott<br>170 Hadley Road<br>Greenville, Pennsylvania 16125<br>Tel: (724) 588-8803<br>Email: flyby.bws@verizon.net | $2,800.00 |
| Perkins & Marie Callender's, LLC | Various Perkins franchise agreements | Joel M. Walker, Esquire<br>Duane Morris, LLP<br>Suite 5010<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Tel: (412) 497-1042<br>Email: jmwalker@duanemorris.com | $138,631.56 |
| Perkins Holdings, LLC | Lease of 348 West Main Street, Conneaut, OH | Benson Mitchell<br>13306 74th Avenue E., Puyallup, Washington 98373<br>Tel: (503) 709-7380<br>Email: benson.mitchell49@gmail.com | $20,675.02 |

{7015507:}

| Reinhart Foodservice, LLC | Customer Incentive Agreement dated August 15, 2016 and various related dishwasher leases dated September 2016 with minimum purchase requirement. | Samuel C. Wisotzkey, Esquire<br>Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Rd.<br>Washington Bldg., 2nd Floor<br>Milwaukee, WI  53212-1059<br>Tel:  (414) 962-5110<br>Email: swisotzkey@kmksc.com | $0.00 |
|---|---|---|---|
| Spirit Master Funding III, LLC | Master Lease of 7175 Engle Road, Middleburg Heights, OH | Tyler Sorensen<br>2727 N. Harwood St., Ste. 300<br>Dallas, TX 75201<br>Tel: (972) 476-1900<br>Email: tsorenson@spiritrealty.com<br><br>Jared S. Roach, Esquire<br>ReedSmith LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Tel: (412) 288-3131<br>Email: jroach@reedsmith.com | $596,983.754 |
| | Master Lease of 1601 Prospect Road, Ashtabula, OH | | |
| | Master Lease of 4334 Buffalo Road, Erie, PA | | |
| | Master Lease of 1871 Oakland Avenue, Indiana, PA | | |

|  | Master Lease of 587 East Main Street, Canfield, OH |  |  |
|---|---|---|---|
|  | Master Lease of 115 Ludlow Street, Warren, PA |  |  |
|  | Master Lease of 2714 West Lake Road, Erie, PA |  |  |
|  | Master Lease of 915 West Main Street, Grove City, PA |  |  |
|  | Master Lease of 78 Perkins Road, Clarion, PA |  |  |
|  | Master Lease of 18276 Conneaut Lake Road, Meadville, PA |  |  |
|  | Master Lease of 207 Plum Street, Edinboro, PA |  |  |
|  | Master Lease of 1953 Niles-Cortland Road, Warren, OH |  |  |
|  | Master Lease of 4403 Peach Street, Erie, PA |  |  |

{7015507:}

| | | | |
|---|---|---|---|
| | Master Lease of 31-35 Bolivar Drive, Bradford, PA | | |
| | Master Lease of 2728 West State Road, Olean, NY | | |
| | Master Lease of 310 West Columbus Avenue, Corry, PA | | |
| | Master Lease of 5550 Interstate Boulevard, Austintown, OH | | |
| | Master Lease of 4896 Everhard Road, Canton, OH | | |
| | Master Lease of 804 Boardman-Poland Road, Youngstown, OH | | |
| Spirit Master Funding IV, LLC | Lease of 658 US Route 250, Ashland, OH | Tyler Sorensen<br>2727 N. Harwood St., Ste. 300<br>Dallas, TX 75201<br>Tel: (972) 476-1900<br>Email: tsorenson@spiritrealty.com<br><br>Jared S. Roach, Esquire<br>ReedSmith LLP<br>Reed Smith Centre | $20,408.67 |

{7015507:}

| | | 225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Tel: (412) 288-3131<br>Email: jroach@reedsmith.com | |
|---|---|---|---|
| Spirit Finance Acquisitions, LLC | Lease of 5180 Tiedeman Road, Brooklyn, OH | Tyler Sorensen<br>2727 N. Harwood St., Ste. 300<br>Dallas, TX 75201<br>Tel: (972) 476-1900<br>Email: tsorenson@spiritrealty.com<br><br>Jared S. Roach, Esquire<br>ReedSmith LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Tel: (412) 288-3131<br>Email: jroach@reedsmith.com | $72,470.02 |
| | Lease of 2945 East State Street, Hermitage, PA | | $25,461.12 |
| | Lease of 219 East Central Avenue, Titusville, PA | | $25,189.86 |