Case 17-20526-TPA    Doc 900    Filed 01/16/18    Entered 01/16/18 16:32:37    Desc Main
                    Document    Page 1 of 1

FILED
1/16/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| UNIQUE VENTURES GROUP, LLC | : | Case No. 17-20526 TPA |
| *Debtor* | : | Chapter 11 |
| | : | |
| U.S. FOODS, INC. | : | Related to Document No. 897 |
| *Movant* | : | |
| v. | : | |
| UNIQUE VENTURES GROUP, LLC | : | |
| *Respondent* | : | Hearing: January 24, 2018 at 10:00 A.M. |

## ORDER SCHEDULING HEARING

*AND NOW*, this **16th** day of **January, 2018,** a *Stipulation Regarding Allowance and Payment of Claim of U.S. Foods, Inc. and Continued Account Service* having been filed by the U.S. Food, Inc. at Document No. 897,

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing is scheduled for *January 24, 2018* at *10:00 A.M.* in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park, Erie, PA 16501. *On or before January 23, 2018 by Noon,* any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

vas

Case Administrator to serve:
    Daniel R. Schimizzi, Esq.
    Christopher J. Azzara, Esq.
    Nicholas R. Pagliari, Esq.
    Leslie Allen Bayle, Esq.