UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-20526(TPA) |
| | : | |
| UNIQUE VENTURES GROUP, LLC, | : | |
| Debtor. | : | CHAPTER 11 |
| | : | |
| M. COLETTE GIBBONS, as Chapter 11 Trustee, | : | Related to Docket No. 970 |
| | : | |
| | : | Hearing Date & Time: |
| | : | N/A |
| Movant, | : | |
| | : | Response Date: |
| v. | : | N/A |
| | : | |
| NO RESPONDENT. | : | |
| | : | JUDGE AGRESTI |

## REPORT OF SALE

M. Colette Gibbons, Chapter 11 Trustee for Unique Ventures Group, LLC (the "Trustee"), by and through her undersigned counsel, hereby files this Report of Sale. In support of the Report of Sale, the Trustee states as follows:

1. On January 29, 2018, at Docket No. 970, the Court entered an *Order (A) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief*, Docket No. 970 (the "Sale Order"), which approved the sale of substantially all of the Debtor's assets to 5171 Campbells Land Co. LLC ("Campbells").

2. The sale to Campbells closed on January 31, 2018.

3. Attached hereto as Exhibit "A" is a spreadsheet showing the cash consideration paid to the estate directly, and the assumed liabilities and cure costs that are being paid/have

been paid to creditors directly.

4.  As set forth on Exhibit "A", on January 31, 2018, the Trustee received cash consideration from Campbells totaling $1,991,320.36.

5.  As also set forth on Exhibit "A", as part of the overall consideration for the Debtor's assets, Campbells has or will make payments directly to creditors totaling $2,770,881.48 for certain prepetition obligations that were to be paid by the Debtor out of the cash portion of the purchase price[1], assumed liabilities, and cure costs.

6.  The Trustee continues to monitor the payment of assumed liabilities, and understands that approximately $230,000 in assumed liabilities have yet to be paid.

Dated: March 30, 2018

Respectfully submitted,

/s/ *Nicholas R. Pagliari*
Nicholas R. Pagliari
PA Supreme Court ID No. 87877
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania16507-1459
Telephone: (814) 870-7754
Facsimile: (814) 454-4647
Email: npagliari@mijb.com

*Counsel to M. Colette Gibbons, Chapter 11 Trustee for Unique Ventures Group, LLC*

#1561529

---

[1] The prepetition obligations include: (a) US Foods, Inc.'s secured claim in the amount of $605,507.12; and (b) Reinhart Foodservice, LLC's 503(b)(9) claim in the amount of $85,203.94.