# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No: 17-20526-TPA |
| | : | |
| UNIQUE VENTURES GROUP, LLC | : | Chapter 11 |
| | : | |
| Debtor. | : | Doc. No. |
| | : | |
| | : | Related to Doc. No.: 1236 |
| ALBERT'S CAPITAL SERVICES, LLC, as Plan Administrator, | : : | |
| | : | |
| Movant, | : | |
| | : | |
| -vs- | : | |
| | : | |
| 3D ACQUISITIONS, LLC; ACCESS POINT; BAINBRIDGE LP; BURGER KING CORPORATION; CASE, SABATINI & CO.; CONSTELLATION NE-GD; D3 INVESTMENT GROUP, LLC A/K/A DAMON'S OF WESTLAKE; DAMON'S RESTAURANT GROUP OF MIDDLEBURG HEIGHTS, LLC, A/K/A DAMON'S OF MIDDLEBURG HEIGHTS; DAMON'S RESTAURANT GROUP – SANDUSKY, LLC, A/K/A DAMON'S OF SANDUSKY; DENNIS ZARRELLI; DIRECT ENERGY BUSINESS MARKETING; DOMINION EAST OHIO; DUQUESNE LIGHT COMPANY; ELMHURST PROPERTY, INC.; ERIE WATER WORKS; FUTURE663, LLP; GARFIELD CLUB, L.P.; GERALD R. FRY & CO., INC.; GORDON & REESE, LLP; GREAT AMERICAN FINANCIAL SERVICES CORP.; J. MICHAEL SABATINI; JOSEPH E. RUSNOCK; LESF HOLDINGS, LLC; MARC GROUP, LLC; MICHAEL I. FRANGOULIS, JR.; MOOD MEDIA; NATIONAL FUEL; NATIONAL FUEL RESOURCES; NEW CARBON COMPANY, LLC; NIKI HOLDINGS, LP; ORACLE AMERICA, INC.; PATRICK JAMES ELLIOTT; PERKINS HOLDINGS, LLC; PERKINS RESTAURANT & | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

1

| | |
|---|---|
| BAKERY & MARIE CALLENDERS; PETER & CAROL KAPLAN; REINHART FOOD SERVICE; SABATINI FAMILY LTD. PARTNERSHIP; SPIRIT FINANCE ACQUISITIONS, LLC; SPIRIT MASTER FUNDING V, LLC; TIME WARNER CABLE; U.S. FOODS, INC.; WC ZABEL CO.; | : : : : : : : : : |
| Respondents. | : |

**STIPULATION AND CONSENT ORDER REGARDING**
**OBJECTION TO CLAIM OF REINHART FOOD SERVICE**

AND NOW COMES Albert's Capital Services, LLC ("Plan Administrator"), as Plan Administrator of Unique Ventures Group, LLC (the "Debtor"), by and through its undersigned counsel, Whiteford, Taylor & Preston, LLP, and with the consent of Reinhart Food Service ("Claimant"), respectfully submits this *Stipulation and Consent Order Regarding Objection to Claim of Reinhart Food Service* (the "Stipulation"), as follows.

**Recitals**

WHEREAS, the Plan Administrator was appointed on February 1, 2018 (the "Effective Date") following confirmation of the Second Amended Plan (the "Plan") by Order dated January 24, 2018, [Docket No. 950] (the "Confirmation Order"); and,

WHEREAS, prior to August 1, 2017 (the "General Bar Date"), Claimant filed a proof of claim in the amount of $260,586.42, at claim no. 61 (the "Claim") asserting a general unsecured claim against the Estate arising from goods sold and equipment leased; and,

WHEREAS, on August 3, 2018, the Plan Administrator filed its *Objection* (the "Reinhart Objection") to the Claim filed by the Claimant; and,

2

WHEREAS, after reviewing the merits of the Claim, the Plan Administrator and its professionals, on the one hand, and Claimant and her attorney, on the other, have engaged in *bona fide* discussions in an effort to reach an amicable resolution to the Reinhart Objection; and,

WHEREAS, as a result of those good faith negotiations, the Plan Administrator, in exercising its sound business judgment, and Claimant have reached an agreement, subject to approval by this Honorable Court, regarding the Claim.

NOW THEREFORE, for and in consideration of the foregoing recitals which the Plan Administrator and Claimant incorporate herein, and for other good and valuable consideration, the receipt and sufficiency of which the parties hereby acknowledge, *and intending to be legally bound hereby*, the Plan Administrator and Claimant hereby stipulate and agree as follows:

1. Claimant shall have a fully and finally allowed, general unsecured claim in the amount of $169,889.85 and such claim shall not be subject to further objection.

2. Within twenty-one (21) days of the entry of an order approving this Stipulation, Claimant shall amend the Claim to assert a general, unsecured claim in the amount of $169,889.85 and attach a copy of the order approving this Stipulation to the amended Claim.

3. The Court retains jurisdiction over the interpretation, implementation, and enforcement of any Order approving the relief requested in this Stipulation.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an appropriate order approving this Stipulation and grant such other relief as is just and proper.

                    Respectfully submitted:

Date: <u>October 29, 2018</u>          WHITEFORD, TAYLOR & PRESTON, LLC

<u>By: /s/ *Daniel R. Schimizzi*</u>
Daniel R. Schimizzi (PA ID No. 311869)
Kelly E. McCauley (PA ID No. 316535)
Michael J. Roeschenthaler (PA ID No. 87647)
200 First Avenue, Third Floor
Pittsburgh, PA 15222
t: 412-275-2401
f: 412-275-2406
Email: dschimizzi@wtplaw.com

Counsel to the Plan Administrator

CONSENTED TO BY:
<u>/s/Samuel C. Wisotzkey</u> _____
Samuel C. Wisotzkey (admitted *pro hac vice*)
Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212
Phone: 414-962-5110
Fax: 41-962-85725
Email: swisotzkey@kmksc.com

Counsel for Reinhart FoodService, LLC