# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No:   17-20526-TPA |
| | : | |
| UNIQUE VENTURES GROUP, LLC | : | Chapter 11 |
| | : | |
| Debtor. | : | Doc. No. |
| | : | |
| | : | Related to Doc. Nos.: |
| ALBERT'S CAPITAL SERVICES, LLC, as Plan Administrator, | : | |
| | : | Hearing Date: September 12, 2018 |
| | : | |
| Movant, | : | Hearing Time: 10:00 AM |
| | : | |
| -vs- | : | Response Deadline: September 5, 2018 |
| | : | |
| 3D ACQUISITIONS, LLC; ACCESS POINT; BAINBRIDGE LP; BURGER KING CORPORATION; CASE, SABATINI & CO.; CONSTELLATION NE-GD; D3 INVESTMENT GROUP, LLC A/K/A DAMON'S OF WESTLAKE; DAMON'S RESTAURANT GROUP OF MIDDLEBURG HEIGHTS, LLC, A/K/A DAMON'S OF MIDDLEBURG HEIGHTS; DAMON'S RESTAURANT GROUP – SANDUSKY, LLC, A/K/A DAMON'S OF SANDUSKY; DENNIS ZARRELLI; DIRECT ENERGY BUSINESS MARKETING; DOMINION EAST OHIO; DUQUESNE LIGHT COMPANY; ELMHURST PROPERTY, INC.; ERIE WATER WORKS; FUTURE663, LLP; GARFIELD CLUB, L.P.; GERALD R. FRY & CO., INC.; GORDON & REESE, LLP; GREAT AMERICAN FINANCIAL SERVICES CORP.; J. MICHAEL SABATINI; JOSEPH E. RUSNOCK; LESF HOLDINGS, LLC; MARC GROUP, LLC; MICHAEL I. FRANGOULIS, JR.; MOOD MEDIA; NATIONAL FUEL; NATIONAL FUEL RESOURCES; NEW CARBON COMPANY, LLC; NIKI HOLDINGS, LP; ORACLE AMERICA, INC.; PATRICK JAMES ELLIOTT; PERKINS HOLDINGS, LLC; PERKINS RESTAURANT & | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

1

| | |
|---|---|
| BAKERY & MARIE CALLENDERS; PETER & CAROL KAPLAN; REINHART FOOD SERVICE; SABATINI FAMILY LTD. PARTNERSHIP; SPIRIT FINANCE ACQUISITIONS, LLC; SPIRIT MASTER FUNDING V, LLC; TIME WARNER CABLE; U.S. FOODS, INC.; WC ZABEL CO.; | : : : : : : : : : |
| Respondents. | : |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2018, upon due consideration of the foregoing *Stipulation and Consent Order Regarding Objection to Claim of Reinhart Food Service* (the "Stipulation") filed by Albert's Capital Services, LLC ("Plan Administrator"), as Plan Administrator of Unique Ventures Group, LLC (the "Debtor"), and with the consent of *Reinhart Food Service* ("Claimant") it is hereby ORDERED ADJUDGED AND DECREED as follows:

1. The Stipulation is hereby APPROVED as follows.

2. Claimant shall have a fully and finally allowed, general unsecured claim of $169,889.85 and such claim shall not be subject to further objection.

3. Within twenty-one (21) days of the date of this Order, Claimant shall amend the claim previously filed herein to assert a general, unsecured claim in the amount of $169,889.85 and attach a copy of this Order to the amended Claim.

4. The Court retains jurisdiction over the interpretation, implementation, and enforcement of any Order approving the relief requested in this Stipulation.

BY THE COURT:

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge