Case 17-20526-TPA    Doc 1395    Filed 10/30/18    Entered 10/30/18 16:24:24    Desc Main
Document    Page 1 of 1

FILED
10/30/18 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
UNIQUE VENTURES GROUP, LLC : Case No. 17-20526 TPA
    *Debtor* : Chapter 11
     :
ALBERT'S CAPITAL SERVICES :
LLC as Plan Administrator :
    *Movant* : Related to Document No. 1394
    v. :
REINHART FOOD SERVICE, et al. :
    *Respondents* : Hearing: November 13, 2018 at 9:30 A.M.

## ORDER SCHEDULING HEARING

*AND NOW*, this **30th** day of ***October, 2018***, a ***Stipulation and Consent Order Regarding Objection to Claim of Reinhart Food Service*** filed at Document No. 1394 ("Stipulation") having been filed in the above-captioned proceeding, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    ***Responses Stipulation*** are to be filed **on or before November 15, 2018**.

(2)    A hearing is scheduled for ***November 29, 2018*** at ***10:00 A.M.*** in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

It is ***FURTHER ORDERED*** that the Pretrial deadlines set forth in this Court's Order dated September 13, 2018, are ***STAYED*** pending resolution of the *Stipulation and Consent Order*.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Daniel R. Schimizzi, Esq.
    Samuel C. Wisotzkey, Esq.
    David K. Rudov, Esq.