
**Exhibit A – Distribution List to Universe of General Unsecured Creditors**

| Creditor | Allowed Amount | Percent Distribution | Proposed Distribution |
|---|---|---|---|
| 3D Acquisitions, LP<br>1520 Gilmore Dr.<br>Jefferson Hills, PA 15025-2706 | $0.00 | 0.17678 | $0.00 |
| A to Z Plumbing & Drain Service<br>419 Youngstown Warren Road<br>Niles, OH 44446 | $128.74 | 0.17678 | $22.76 |
| A&M Fire & Safety Equipment<br>P.O. Box 331<br>Ashland, OH 44805 | $148.95 | 0.17678 | $26.33 |
| A&S Landscaping<br>C/O Art Fiesler<br>9773 Akerl<br>Albion, PA 16401 | $1,160.00 | 0.17678 | $205.07 |
| A-1 Septic Tank Service, LLC<br>1892 Bell Road<br>Wooster, OH 44691 | $1,110.00 | 0.17678 | $196.23 |
| ABCO Fire Protection, Inc.<br>P.O. Box 931933<br>Cleveland, OH 44193 | $13,825.00 | 0.17678 | $2,444.00 |
| Access Point<br>P.O. Box 842447<br>Boston, MA 02284 | $0.00 | 0.17678 | $0.00 |
| Akam's Cleaning<br>c/o Randy Akam<br>10546 Fenn Road<br>Union City, PA 16483 | $644.00 | 0.17678 | $113.85 |
| All Pro Landscaping<br>P.O. Box 360762<br>Strongsville, OH 44136 | $2,462.00 | 0.17678 | $435.23 |
| Allen Flag & Flagpole<br>P.O. Box 6254<br>Cape Elizabeth, ME 04107 | $1,805.00 | 0.17678 | $319.09 |
| Allen J. Sherwood, III<br>Goehring, Rutter & Boehm<br>C/O Matthew C. Fergus, Esq.<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219 | $0.00 | 0.17678 | $0.00 |
| Allpoints Food Service<br>BIN 88464<br>Milwaukee, WI 53288 | $3,872.00 | 0.17678 | $684.50 |
| ALLY<br>Payment Processing<br>P.O. Box 901<br>Louisville, KY 40290 | $0.00 | 0.17678 | $0.00 |
| ALLY<br>Payment Processing<br>P.O. Box 901<br>Louisville, KY 40290 | $0.00 | 0.17678 | $0.00 |
| ALLY<br>Payment Processing<br>P.O. Box 901<br>Louisville, KY 40290 | $0.00 | 0.17678 | $0.00 |
| American Electric & Power<br>P.O. Box 24002<br>Canton, OH 44701 | $559.00 | 0.17678 | $98.82 |

| | | | |
|---|---|---|---|
| American Farms Produce<br>87 Brooklyn Avenue<br>Youngstown OH 44507 | $197.00 | 0.17678 | $34.83 |
| Americheck Inc.<br>27001 La Paz Road Suite 30<br>Mission Viejo, CA 92691 | $196.00 | 0.17678 | $34.65 |
| Americhoice Inc.<br>5 Mockingbird Cove<br>Jackson, TN 38305 | $1,753.00 | 0.17678 | $309.90 |
| Aqua Oh Inc.<br>P.O. Box 1229<br>Newark, NJ 07101 | $662.00 | 0.17678 | $117.03 |
| Aqua Pennsylvania<br>P.O. Box 1229<br>Newark NJ 07101 | $422.00 | 0.17678 | $74.60 |
| Armstrong<br>P.O. Box 37751<br>Philadelphia, PA 19101 | $335.00 | 0.17678 | $59.22 |
| Ashland County Health Dept.<br>1763 State Rt. 60<br>Ashland, OH 44805 | $407.00 | 0.17678 | $71.95 |
| AT&T<br>Bill Payment Center<br>Saginaw, MI 48663 | $1,431.00 | 0.17678 | $252.97 |
| Atom-Matic Refrigeration<br>623 W. Federal St<br>Niles, OH 44446 | $15,076.00 | 0.17678 | $2,665.15 |
| Babst Calland<br>Two Gateway Center<br>603 Stanwix Street, 6th Floor<br>Pittsburgh, PA 15222 | $4,000.00 | 0.17678 | $707.12 |
| Bainbridge LP<br>10245 Nancy Drive<br>Meadville, PA 16335 | $0.00 | 0.17678 | $0.00 |
| Bank of America<br>P.O. Box 15220<br>Wilmington, DE 19886 | $42,376.00 | 0.17678 | $7,491.27 |
| BJS Carpet Cleaning<br>P.O. Box 12<br>Olean, NY 14760 | $2,091.00 | 0.17678 | $369.65 |
| Borough of Edinboro<br>124 Meadville St<br>Edinboro, PA 16412 | $177.00 | 0.17678 | $31.29 |
| Borough of Grove City<br>123 W. Main Street<br>Grove City, PA 16127 | $5,427.00 | 0.17678 | $959.39 |
| Borough of Indiana<br>80 N. 8th Street Ste. 102<br>Indiana, PA 15701 | $585.00 | 0.17678 | $103.42 |
| Buckeye Steemer<br>803 Joselyn Avenue<br>Mansfield, OH 44904 | $690.00 | 0.17678 | $121.98 |
| Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 | $0.00 | 0.17678 | $0.00 |

| | | | |
|---|---|---|---|
| Burkhardt Sheet Metal Co.<br>22780 Highway 77<br>Meadville, PA 16335 | $252.99 | 0.17678 | $44.72 |
| Burns Chemical<br>Division of Auto Clean Systems PA L<br>4 Alta VI<br>Greensburg, PA 15601 | $94,288.48 | 0.17678 | $16,668.40 |
| Buy Rolls.com<br>11150 W. 163rd Place<br>Overland Park, KS 66221 | $4,717.00 | 0.17678 | $833.88 |
| Canter's Classic Lawn Care<br>2312 Aetna Road<br>Ashtabula, OH 44004 | $2,450.00 | 0.17678 | $433.11 |
| Carbons Golden Malted<br>P.O. Box 129<br>Concordville, PA 19331 | $284.00 | 0.17678 | $50.21 |
| Carl L. Reichart II & Associates<br>182 County Road 800<br>Polk, OH 44866 | $1,250.00 | 0.17678 | $220.98 |
| Carron Service<br>9529 C. Rt. 417<br>Ceres, NY 14721 | $728.00 | 0.17678 | $128.70 |
| Case/Sabatini<br>470 Streets Run Road<br>Pittsburgh, PA 15236 | $0.00 | 0.17678 | $0.00 |
| Case/Sabatini<br>470 Streets Run Road<br>Pittsburgh, PA 15236 | $0.00 | 0.17678 | $0.00 |
| Casella Waste Service 60<br>P.O. Box 1372<br>Williston, VT 05495 | $368.45 | 0.17678 | $65.13 |
| Casella Waste Service 60<br>P.O. Box 1372<br>Williston, VT 05495 | $619.34 | 0.17678 | $109.49 |
| Casella Waste Service 60<br>P.O. Box 1372<br>Williston, VT 05495 | $577.64 | 0.17678 | $102.12 |
| Central Window Cleaning<br>P.O. Box 347154<br>Cleveland, OH 44134 | $194.00 | 0.17678 | $34.30 |
| Centre Publications<br>P.O. Box 345<br>Centre Hall, PA 16828 | $292.00 | 0.17678 | $51.62 |
| Century Link<br>P.O. Box 4300<br>Carol Stream, IL 60197 | $203.00 | 0.17678 | $35.89 |
| Chris Baer<br>230 Foxmine Road<br>Jackson Center, PA 16133 | $906.00 | 0.17678 | $160.16 |
| Chrysler Capital<br>P.O. Box 660335<br>Dallas, TX 75266 | $11,845.85 | 0.17678 | $2,094.12 |
| Cintas Corporation<br>97627 Eagle way<br>Chicago, IL 60678 | $3,500.00 | 0.17678 | $618.73 |

| | | | |
|---|---|---|---|
| Cintas Corporation<br>97627 Eagle way<br>Chicago, IL 60678 | $1,500.42 | 0.17678 | $265.25 |
| Citizens Bank<br>One Citizens Drive ROP210<br>Riverside, RI 02915 | $25.00 | 0.17678 | $4.42 |
| City Lighting Production<br>204 Douglas Road<br>Sewickley, PA 15143 | $5,358.00 | 0.17678 | $947.19 |
| City of Canfield Utility<br>104 Lisbon St.<br>Canfield, OH 44406 | $296.00 | 0.17678 | $52.33 |
| City of Hermitage<br>800 N. Hermitage Road<br>Hermitage, PA 16148 | $646.00 | 0.17678 | $114.20 |
| Clean-N-Green of Ohio<br>P.O. Box 389<br>Negley, OH 44441 | $890.00 | 0.17678 | $157.34 |
| Cleveland Electric Illuminating Company<br>Bankruptcy Department<br>6896 Miller Road<br>Brecksville, OH 44141 | $0.00 | 0.17678 | $0.00 |
| Coca Cola North America<br>P.O. Box 102703<br>Atlanta, GA 30368 | $707.00 | 0.17678 | $124.98 |
| Columbia Gas of Ohio<br>P.O. Box 742513<br>Cincinnati, OH 45274 | $1,920.00 | 0.17678 | $339.42 |
| Columbia Gas of Ohio<br>P.O. Box 742513<br>Cincinnati, OH 45274 | $3,098.00 | 0.17678 | $547.67 |
| Columbia Gas of Ohio<br>P.O. Box 742513<br>Cincinnati, OH 45274 | $885.00 | 0.17678 | $156.45 |
| Columbia Gas of PA<br>Revenue Recovery<br>P.O. Box 117<br>Columbus, OH 43216 | $1,066.00 | 0.17678 | $188.45 |
| Columbia Gas of PA<br>Revenue Recovery<br>P.O. Box 117<br>Columbus, OH 43216 | $1,278.00 | 0.17678 | $225.93 |
| Columbia Gas of PA<br>Revenue Recovery<br>P.O. Box 117<br>Columbus, OH 43216 | $934.00 | 0.17678 | $165.11 |
| Commonwealth of PA<br>Unclaimed Property<br>P.O. Box 850<br>Philadelphia, PA 19178 | $246.00 | 0.17678 | $43.49 |
| Conneaut Water and Sewer Dept.<br>294 Main St. City Hall Building<br>Conneaut, OH 44030 | $1,030.00 | 0.17678 | $182.08 |
| Consolidated Communications<br>P.O. Box 66523<br>Saint Louis, MO 63166 | $183.00 | 0.17678 | $32.35 |

| | | | |
|---|---|---|---|
| Constellation NE-GD<br>Bank of America Lock Box Serv<br>15246 Coll<br>Chicago, IL 60693 | $5,401.00 | 0.17678 | $954.79 |
| Conway Law Firm<br>100 First Avenue Suite 500<br>First & Market Building<br>Pittsburgh, PA 15222 | $227,623.87 | 0.17678 | $40,239.56 |
| Corry Peat Products Co.<br>515 Turnpike Road<br>Corry, PA 16407 | $572.00 | 0.17678 | $101.12 |
| Cozzini Bros, Inc.<br>350 Howard Avenue<br>Des Plaines, IL 60018 | $436.00 | 0.17678 | $77.08 |
| Curtis Contracting & Services<br>P.O. Box 118<br>Tiona, PA 16352 | $1,360.00 | 0.17678 | $240.42 |
| Cuyahoga County Board of Health<br>5550 Venture Drive<br>Parma, OH 44130 | $944.00 | 0.17678 | $166.88 |
| D3 Investment Group, LLC<br>a/k/a Damon's of Westlake<br>c/o Patrick J. Milligan, Esq.<br>18615 Detroit Avenue, Suite 201<br>Lakewood, OH 44107-3221 | $0.00 | 0.17678 | $0.00 |
| DAAHG, LLC<br>100 First Avenue<br>Suite 800<br>Pittsburgh, PA 15222 | $0.00 | 0.17678 | $0.00 |
| Dalton's Sanitary Sewer<br>140 Norwood Drive<br>Beaver Falls, PA 15010 | $700.00 | 0.17678 | $123.75 |
| Damon's North America, LLC<br>c/o Patrick J. Milligan, Esq.<br>18615 Detroit Avenue, Suite 201<br>Lakewood, OH  44107 | $0.00 | 0.17678 | $0.00 |
| Damon's Restaurant Group - Sandusky, LLC<br>a/k/a Damon's of Sandusky<br>c/o Patrick J. Milligan, Esq.<br>18615 Detroit Avenue, Suite 201<br>Lakewood, OH  44107 | $0.00 | 0.17678 | $0.00 |
| Damon's Restaurant Group<br>Middleburg Heights, LLC<br>a/k/a Damon's of Middleburg Heights<br>c/o Patrick J. Milligan Esq.<br>18615 Detroit Avenue, Suite 201<br>Lakewood, OH  44107 | $0.00 | 0.17678 | $0.00 |
| Darling Int., Inc.<br>P.O. Box 552210<br>Detroit, MI 48255 | $1,497.00 | 0.17678 | $264.64 |
| Davis Brother Heating & A/C, Inc.<br>1075 Water Street<br>Indiana, PA 15701 | $6,635.00 | 0.17678 | $1,172.94 |
| Dawn M. Jadrych<br>9009 Nesthaven Way<br>North Ridgeville, OH 44039 | $820,000.00 | 0.17678 | $144,960.36 |

| | | | |
|---|---|---|---|
| Daymark<br>12836 South Dixie Highway<br>Bowling Green, OH 43402 | $207.00 | 0.17678 | $36.59 |
| Deets Mechanical, Inc.<br>P.O. Box 225<br>Seneca, PA 16346 | $1,120.00 | 0.17678 | $197.99 |
| Deluxe Business Forms<br>P.O. Box 742572<br>Cincinnati, OH 45274 | $1,116.00 | 0.17678 | $197.29 |
| Demcur Electric Motor Service<br>16318 Harmonsburg Road<br>Meadville, PA 16335 | $972.00 | 0.17678 | $171.83 |
| Dennis Zarrelli<br>167 Nottingham Drive<br>Elyria, OH 44035-1715 | $0.00 | 0.17678 | $0.00 |
| Desantis Janitorial Supply<br>100 Mead Avenue<br>Meadville, PA 16335 | $195.00 | 0.17678 | $34.47 |
| Dinn, Hochman & Potter, LLC<br>5910 Landerbrook Drive, Ste. 200<br>Cleveland, OH 44124 | $6,270.65 | 0.17678 | $1,108.53 |
| Direct Energy Business Marketing<br>194 Wood Ave South, 2nd Fl<br>Iselin, NJ 08830 | $0.00 | 0.17678 | $0.00 |
| Direct Energy Services, LLC<br>c/o Direct Energy Business<br>1001 Liberty Ave., Fl 3<br>Pittsburgh, PA 15222 | $1,600.00 | 0.17678 | $282.85 |
| Discovery Benefits, Inc.<br>P.O. Box 9528<br>Fargo, ND 58106 | $170.00 | 0.17678 | $30.05 |
| Dix Communications<br>P.O. Box 719<br>Wooster, OH 44691 | $170.00 | 0.17678 | $30.05 |
| Doctor Dead-Bug, Inc.<br>1177 Mt. Hope Road<br>Ellwood City, PA 16117 | $3,920.00 | 0.17678 | $692.98 |
| Dominion East Ohio<br>P.O. Box 26786<br>Richmond, VA 23261 | $4,070.79 | 0.17678 | $719.64 |
| Duquesne Light Company<br>c/o Bernstein Burkley PC<br>707 Grant St., Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219 | $0.00 | 0.17678 | $0.00 |
| Dust Busters Service, LLC<br>583 Arch St.<br>Meadville, PA 16335 | $0.00 | 0.17678 | $0.00 |
| Elmhurst Property, Inc.<br>2170 Millennium Boulevard, Suite K<br>Cortland, OH 44410 | $0.00 | 0.17678 | $0.00 |
| Erie Water Works<br>PO Box 251<br>Clearfield, PA 16830 | $0.00 | 0.17678 | $0.00 |
| Fastenal Ind & Const.<br>P.O. Box 978<br>Winona, MN 55987 | $64.00 | 0.17678 | $11.31 |

| | | | |
|---|---|---|---|
| Fine Print<br>287 Chestnut Street<br>Meadville, PA 16335 | $516.00 | 0.17678 | $91.22 |
| First & Market Building, L.P.<br>c/o Scott & McCune Company<br>445 Fort Pitt Blvd Ste 110<br>Pittsburgh, PA 15219 | $0.00 | 0.17678 | $0.00 |
| Fish Window cleaning<br>1064 Tallmadge road<br>Kent Oh 44240 | $438.00 | 0.17678 | $77.43 |
| FM Cleaning Services, Inc.<br>P.O. Box 13<br>45 Spring<br>Homer City, PA 15748 | $381.00 | 0.17678 | $67.35 |
| Foster Township Sewer Fund<br>1185 East Main Street<br>Bradford, PA 16701 | $996.00 | 0.17678 | $176.07 |
| Foulk Decorating, Inc.<br>15627 Conneaut Lake Road<br>Meadville, PA 16335 | $694.00 | 0.17678 | $122.69 |
| Franklin Machine Production<br>PO. Box 781570<br>Philadelphia, PA 19178 | $157.12 | 0.17678 | $27.78 |
| Frantz & Russel, Inc.<br>1428 Foot Ave Ext.<br>Jamestown, NY 14701 | $185.00 | 0.17678 | $32.70 |
| Fugh Refrigeration, Inc.<br>579 Pittsburgh Road<br>Butler, PA 16002 | $298.00 | 0.17678 | $52.68 |
| Future663, LP<br>1000 Lengel Ave.<br>Natrona Heights, PA 15065 | $0.00 | 0.17678 | $0.00 |
| Gallagher Sharp Attorneys<br>1501 Euclid Avenue, 6th Floor<br>Cleveland, OH 44115 | $2,759.40 | 0.17678 | $487.81 |
| Garfield Club LP<br>P.O. Box 823665<br>Philadelphia, PA 19182 | $0.00 | 0.17678 | $0.00 |
| Gerald R. Fry Co., Inc.<br>170 Hadley Road<br>Greenville, PA 16125 | $0.00 | 0.17678 | $0.00 |
| Give the Kids the World<br>6075 Poplar Street, Suite 800<br>Memphis TN 38119 | $66,536.00 | 0.17678 | $11,762.30 |
| Goldner Associates<br>231 Venture Circle<br>Nashville TN, 37228 | $8,603.00 | 0.17678 | $1,520.85 |
| Gordon & Rees, LLP<br>707 Grant St. Ste 3000<br>Pittsburgh, PA 15219 | $20,534.00 | 0.17678 | $3,630.02 |
| Grainger<br>Dept. 871892600<br>Palatine, IL 60038 | $983.81 | 0.17678 | $173.92 |
| Great American Financial Services Corp.<br>PO Box 609 | $5,000.00 | 0.17678 | $883.90 |

8

| | | | |
|---|---|---|---|
| Cedar Rapids, IA 52406 | | | |
| Great Wave Communications<br>P.O. Box 579<br>Conneaut, OH 44030 | $71.00 | 0.17678 | $12.55 |
| Greenville Water Authority<br>44 Clinton Street<br>Greenville, PA 16125 | $1,075.00 | 0.17678 | $190.04 |
| Guardian Alarm Co.<br>1810 Jefferson Ave<br>Toledo, OH 43624 | $280.00 | 0.17678 | $49.50 |
| Guarnieri & Secrest PLL<br>P.O. Box 4270<br>Warren, OH 44482 | $7,463.00 | 0.17678 | $1,319.32 |
| Hagan Bus Machine Meadville<br>P.O. box 660831<br>Dallas, TX 75266 | $817.00 | 0.17678 | $144.43 |
| Hague Crystal Clearwater<br>2570 Ashland Road<br>Mansfield, OH 44905 | $416.00 | 0.17678 | $73.54 |
| Harrington Hoppe & Mitchell<br>P.O. Box 6077<br>Youngstown, OH 44501 | $7,059.00 | 0.17678 | $1,247.90 |
| Harris Welding & Machine Co.<br>2219 Cottage Street<br>Ashland, OH 44805 | $214.00 | 0.17678 | $37.83 |
| HD Supply, F. M.<br>P.O. Box 509058<br>San Diego, CA 92150 | $45.00 | 0.17678 | $7.96 |
| Heatreax, Inc.<br>P.O. Box 538472<br>Cincinnati, OH 45263 | $1,132.00 | 0.17678 | $200.12 |
| Heritage Food Service Group<br>P.O. Box 71595<br>Chicago, IL 60694 | $967.99 | 0.17678 | $171.12 |
| Home Depot Credit Services<br>P.O. Box 9055<br>Des Moines, IA 50368 | $4,536.00 | 0.17678 | $801.88 |
| Home Hardware, Inc.<br>140 Center St. P.O. Box 37<br>Ashland, OH 44805 | $267.00 | 0.17678 | $47.20 |
| Home Rule Boro<br>124 Meadville Street<br>Edinboro, PA 16412 | $177.00 | 0.17678 | $31.29 |
| Huzzys Refrigeration, Inc.<br>2200 Mercer Butler Pike<br>Grove City, PA 16127 | $2,169.00 | 0.17678 | $383.44 |
| Internal Revenue Service<br>1000 Liberty Ave RM 711B<br>Pittsburgh, PA 15222 | $101,091.91 | 0.17678 | $17,871.12 |
| Iron Horse Ventures, LLC<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, Pa 15219 | $400,000.00 | 0.17678 | $70,712.37 |
| Irwin's Office Supply<br>143 Center Street<br>Ashland, OH 44805 | $228.00 | 0.17678 | $40.31 |

| | | | |
|---|---|---|---|
| J&S Landscaping Co.<br>360 Second Avenue<br>Freedom, PA 15042 | $850.00 | 0.17678 | $150.26 |
| J. Michael Sabatini<br>4606 Brownsville Road<br>Pittsburgh, PA 15236 | $0.00 | 0.17678 | $0.00 |
| JBI Painting & Pressure Washing<br>4351 Magnolia Drive<br>Perry, OH 44081 | $2,050.00 | 0.17678 | $362.40 |
| Jeffrey Caswell<br>P.O. Box 258<br>Derrick City, PA 16727 | $751.25 | 0.17678 | $132.81 |
| Joseph E. Rusnock<br>312 Woodcrest Drive<br>Coraopolis PA 15108 | $0.00 | 0.17678 | $0.00 |
| Josh's Lawn Care & Landscaping<br>5830 Broadway Avenue<br>Louisville, OH 44641 | $1,038.00 | 0.17678 | $183.50 |
| JS Paluch Co., Inc.<br>P.O. Box 2703<br>Schiller Park, IL 60176 | $216.00 | 0.17678 | $38.18 |
| JV Surface Water Services<br>325 E. Pendleton Street<br>Loudonville, OH 44842 | $500.00 | 0.17678 | $88.39 |
| Kail's Parking<br>551 Glowood Drive<br>Pittsburgh, PA 15227 | $550.00 | 0.17678 | $97.23 |
| Kline Keppel & Koryak PC<br>611 William Penn Place Suite 302<br>Pittsburgh, PA 15219 | $27,340.00 | 0.17678 | $4,833.19 |
| Kline Pest Control Co., Inc.<br>57 Illinois South<br>Mansfield, OH 44905 | $139.00 | 0.17678 | $24.57 |
| Koldrock<br>P.O. Box 248<br>Edinboro, PA 16412 | $72.00 | 0.17678 | $12.73 |
| LESF Holdings, LLC<br>c/o John Chou<br>9358 Telstar Avenue<br>E Monte, CA 91731 | $125,000.00 | 0.17678 | $22,097.62 |
| Lewsco Snowplowing, Inc.<br>P.O. Box 351<br>McKean PA 16426 | $500.00 | 0.17678 | $88.39 |
| Mahoning Co. Dist. Board of Health<br>50 Westchester Drive<br>Youngstown, OH 44515 | $1,775.00 | 0.17678 | $313.79 |
| Marc Group, LLC<br>Attn: Steven Maglin<br>3323 Washington Rd, Ste. 204<br>McMurray, PA 15317 | $15,000.00 | 0.17678 | $2,651.71 |
| Maven Construction<br>74889 Perry Highway<br>Meadville, PA 16335 | $1,380.00 | 0.17678 | $243.96 |
| MD Services<br>6790 Haskell Drive<br>Fairview, PA 16415 | $1,196.00 | 0.17678 | $211.43 |

| | | | |
|---|---|---|---|
| Meadville Plate Glass Co.<br>299 Pine Street<br>Meadville, PA 16335 | $214.00 | 0.17678 | $37.83 |
| Michael I Frangoulis Family Limited Partnership<br>c/o Warner Telecom<br>229 Yardley Way<br>Pittsburgh, PA 15206 | $0.00 | 0.17678 | $0.00 |
| Michael I. Frangoulis, Jr.<br>229 Yardley Way<br>Pittsburgh, PA 15206 | $0.00 | 0.17678 | $0.00 |
| Michael Rusnock<br>1000 Lengel Avenue<br>Natrona Heights, PA 15065 | $1,155.00 | 0.17678 | $204.18 |
| Midwest Systems & Services<br>P.O. Box 15033<br>Evansville, IN 47716 | $180.00 | 0.17678 | $31.82 |
| Miller Sewer<br>2416 Station Road<br>Erie, PA 16510 | $1,233.00 | 0.17678 | $217.97 |
| Mood Media<br>P.O. Box 71070<br>Charlotte, NC 28272 | $3,645.00 | 0.17678 | $644.37 |
| Muzak-Cleveland<br>1530 St. Clair Avenue<br>Cleveland, OH 44114 | $3,645.00 | 0.17678 | $644.37 |
| National Fuel Resources<br>P.O. Box 9072<br>Williamsville, NY 14231 | $5,500.00 | 0.17678 | $972.30 |
| National Fuel<br>P.O. Box 371835<br>Pittsburgh, PA 15250 | $0.00 | 0.17678 | $0.00 |
| National Grid<br>P.O. Box 11742<br>Newark, NJ 07101 | $8,877.60 | 0.17678 | $1,569.39 |
| NE OH Reg Sewer<br>3900 Euclid Avenue<br>Cleveland, OH 44115 | $1,430.00 | 0.17678 | $252.80 |
| NE OH Reg Sewer<br>3900 Euclid Avenue<br>Cleveland, OH 44115 | $4,887.00 | 0.17678 | $863.93 |
| Neshannock Township Sewer<br>P.O. Box 101116<br>Pittsburgh, PA 15327 | $181.00 | 0.17678 | $32.00 |
| New Carbon Company, LLC<br>c/o Joseph T. Crowley<br>4101 William Richardson Drive<br>South Bend, IN  46628 | $0.00 | 0.17678 | $0.00 |
| New Castle Lock & Key<br>1824 Eastbrook Road<br>New Castle, PA 16101 | $328.00 | 0.17678 | $57.98 |
| New York State Department of Tax & Fin.<br>PO Box 5300<br>Albany, NY  12205 | $1,499.91 | 0.17678 | $265.16 |

| | | | |
|---|---|---|---|
| New York State Elec. & Gas<br>P.O. Box 847812<br>Boston, MA 02284 | $1,804.68 | 0.17678 | $319.03 |
| Niki Holdings LP<br>The Niki Group, LLC<br>11260 El Camino Real, Suite 220<br>San Diego, CA 92130 | $0.00 | 0.17678 | $0.00 |
| NU CO2, LLC<br>PO. Box 417902<br>Boston, MA 02241 | $1,968.80 | 0.17678 | $348.05 |
| Ohio American Water Co.<br>P.O. Box 94551<br>Palatine, IL 60094 | $12,642.00 | 0.17678 | $2,234.86 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | $346,320.25 | 0.17678 | $61,222.81 |
| Ohio Edison<br>76 S. Main St. A-RPC<br>Akron, OH 44308 | $2,400.00 | 0.17678 | $424.27 |
| Ohio Edison Co.<br>P.O. Box 3637<br>Akron, OH 44309 | $1,453.00 | 0.17678 | $256.86 |
| Ohio Edison Co.<br>P.O. Box 3639<br>Akron, OH 44309 | $3,302.00 | 0.17678 | $583.73 |
| Ohio Edison Company<br>PO Box 570<br>Youngstown, OH 44501-0570 | $0.00 | 0.17678 | $0.00 |
| Oracle America, Inc., successor to MICROS Systems, Inc.<br>Buchalter, a Professional Corporation<br>Shawn M. Christianson<br>55 2nd St. 17th Fl<br>San Francisco, CA 94105 | $0.00 | 0.17678 | $0.00 |
| Orkin Pest Control #928<br>2630 S. Work Street<br>Falconer, NY 14733 | $1,152.00 | 0.17678 | $203.65 |
| Osterberg Refrigeration<br>P.O. Box 261<br>Girard, PA 16417 | $25,367.00 | 0.17678 | $4,484.40 |
| PA American Water<br>P.O. Box 371413<br>Pittsburgh, PA 15250 | $582.00 | 0.17678 | $102.89 |
| PA American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250 | $487.00 | 0.17678 | $86.09 |
| PA American Water<br>P.O. Box 578<br>Alton, IL 62002 | $1,445.00 | 0.17678 | $255.45 |
| PA American Water<br>P.O. Box 371414<br>Pittsburgh, PA 15250 | $630.00 | 0.17678 | $111.37 |
| PA Department of Revenue<br>Department 280946<br>Bankruptcy Division<br>Harrisburg, PA 17128 | $110,520.78 | 0.17678 | $19,537.97 |

| | | | |
|---|---|---|---|
| PA Municipal Services<br>336 Delaware Ave Dept. U-500<br>Oakmont, PA 15139 | $688.00 | 0.17678 | $121.63 |
| Park Avenue Tire Co.<br>1182 Park Avenue<br>Meadville, PA 16335 | $12,111.00 | 0.17678 | $2,140.99 |
| Park Centre Development, Inc.<br>One Blue Bird Square<br>Olean, NY 14760 | $2,500.00 | 0.17678 | $441.95 |
| Patrick James Elliott<br>461 Longridge Drive<br>Seven Hills, OH 44131 | $0.00 | 0.17678 | $0.00 |
| Penelec<br>76 S. Main St. A-RPC<br>Akron, OH 44308 | $2,132.00 | 0.17678 | $376.90 |
| Penelec<br>76 S. Main St. A-RPC<br>Akron, OH 44308 | $3,779.00 | 0.17678 | $668.06 |
| Penelec<br>76 S. Main St. A-RPC<br>Akron, OH 44308 | $2,972.00 | 0.17678 | $525.39 |
| Penelec<br>76 S. Main St. A-RPC<br>Akron, OH 44308 | $5,670.00 | 0.17678 | $1,002.35 |
| Penelec<br>P.O. Box 3687<br>Akron, OH 44309 | $3,595.00 | 0.17678 | $635.53 |
| Penn Power c/o Russel R. Johnson<br>2258 Wheatlands drive<br>Manakin Sabot, VA 23103 | $44.44 | 0.17678 | $7.86 |
| Penn Power<br>P.O. Box 3687<br>Akron, OH 44309 | $1,453.00 | 0.17678 | $256.86 |
| Pennsylvania Electric Company<br>c/o Russell Ray Johnson, III<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin Sabot, VA 23103 | $12,000.00 | 0.17678 | $2,121.37 |
| Pennsylvania Power Company<br>c/o Russell Ray Johnson, III<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin Sabot, VA 23103 | $0.00 | 0.17678 | $0.00 |
| Peoples Natural Gas<br>c/o S. James Wallace PC<br>845 N. Lincoln Ave<br>Pittsburgh, PA 15233 | $2,356.15 | 0.17678 | $416.52 |
| Perkins Holdings, LLC<br>14875 Northeast Tangent Road<br>Newberg, OR 97132 | $0.00 | 0.17678 | $0.00 |
| Perkins Rest & Bakery & Marie Callenders<br>6075 Poplar St.<br>Memphis, TN 38119 | $0.00 | 0.17678 | $0.00 |

13

| | | | |
|---|---|---|---|
| Peter & Carol Kaplan<br>106 Mallard Lane<br>McMurray, PA 15317 | $100,000.00 | 0.17678 | $17,678.09 |
| Peter & Carol Kaplan<br>106 Mallard Lane<br>McMurray, PA 15317 | $0.00 | 0.17678 | $0.00 |
| Pitney Bowes Purchase Power<br>P.O. box 856042<br>Louisville, KY 40285 | $1,235.00 | 0.17678 | $218.32 |
| Pitney Bowes, Inc.<br>P.O. Box 371896<br>Pittsburgh, PA 15250 | $92.00 | 0.17678 | $16.26 |
| PJ Lynd T.C.<br>2525 Rochester Road<br>Cranberry Township, PA 16066 | $15,252.00 | 0.17678 | $2,696.26 |
| Plant Guys<br>c/o Leonard Cyhan<br>P.O. Box 83<br>West Farmington, OH 44491 | $308.00 | 0.17678 | $54.45 |
| Plumbmaster, Inc.<br>P.O. Box 842370<br>Boston, MA 02284 | $1,176.00 | 0.17678 | $207.89 |
| Plyler Overhead Door Co.<br>8850 Fry Road<br>McKean PA 16426 | $208.00 | 0.17678 | $36.77 |
| Powell Sanitation<br>18536 Cussewago Road<br>Meadville, PA 16335 | $640.00 | 0.17678 | $113.14 |
| Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250 | $1,235.00 | 0.17678 | $218.32 |
| R&C Contracting, Inc.<br>17200 State Highway 8<br>Centerville, PA 16404 | $1,055.00 | 0.17678 | $186.50 |
| R.E. Michel Co.<br>P.O. Box 2318<br>Baltimore, MD 21203 | $1,059.00 | 0.17678 | $187.21 |
| Red Book Solutions<br>33270 Collection Center Drive<br>Chicago, IL 60693 | $715.00 | 0.17678 | $126.40 |
| Regional Roofing & Construction<br>3478 Creed Avenue<br>Hubbard, OH 44425 | $11,450.00 | 0.17678 | $2,024.14 |
| Reilly Sweeping, Inc.<br>P.O. Box 780415<br>Philadelphia, PA 19178 | $315.00 | 0.17678 | $55.69 |
| Reinhard Food Service<br>226 East View Drive<br>Mt. Pleasant, PA 15666 | $169,899.85 | 0.17678 | $30,035.05 |
| Reinhart Foodservice, LLC<br>100 Harborview Plaza<br>Suite 200<br>La Crosse, WI 54601 | $15,000.00 | 0.17678 | $2,651.71 |
| Rent-a-Space<br>1100 Boyce Road<br>Upper St. Clair, PA 15241 | $200.00 | 0.17678 | $35.36 |

| | | | |
|---|---|---|---|
| Repco Replacement<br>1021 W. Enon Ave.<br>Everman, TX 76140 | $1,544.00 | 0.17678 | $272.95 |
| Republic Services, Inc.<br>PO Box 9001099<br>Louisville, KY 40290 | $0.00 | 0.17678 | $0.00 |
| Republic Waste Service<br>P.O. Box 9001099<br>Lousiville, KY 40290 | $5,029.00 | 0.17678 | $889.03 |
| Ribs of Wilmington, Inc.<br>c/o Jeffrey A. Marks<br>Vorys, Sater, Seymour and Pease LLP<br>301 East Fourth Street, Suite 3500<br>Cincinnati, OH 45202 | $0.00 | 0.17678 | $0.00 |
| Roto-Rooter Service<br>P.O. Box 524<br>Ashtabula, OH 44004 | $630.00 | 0.17678 | $111.37 |
| Rumpke Consolidated<br>P.O. Box 538710<br>Cincinnati, OH 45253 | $804.00 | 0.17678 | $142.13 |
| S.S. Kemp & Co., LLC dba Tri Mark SS Kemp<br>4567 Willow Parkway<br>Cleveland, OH 44125 | $0.00 | 0.17678 | $0.00 |
| Sabatini Family Ltd. Partnership<br>c/o J. Michael Sabatini<br>4606 Brownsville Road<br>Pittsburgh, PA 152365 | $0.00 | 0.17678 | $0.00 |
| Sandra Orr - Moving Expense<br>(address unknown) | $832.00 | 0.17678 | $147.08 |
| Seating Consultants, Inc.<br>323 Pierce Street NE<br>Minneapolis, MN 55413 | $3,997.84 | 0.17678 | $706.74 |
| Security Products, Inc.<br>30950 Corral Drive Ste. B<br>Coarsegold, CA 93614 | $1,492.00 | 0.17678 | $263.76 |
| Shakley Mechanical, Inc.<br>1081 County Road 601<br>Ashland, OH 44805 | $931.73 | 0.17678 | $164.71 |
| Shannon Boeckmann<br>8353 Stewart Road<br>Friendship, NY 14739 | $75,000.00 | 0.17678 | $13,258.57 |
| Sharp Collections Inc<br>P.O. Box 81<br>Sharpsville, PA 16150 | $67.00 | 0.17678 | $11.84 |
| Shenango Cash Register, Inc.<br>P.O. Box 400<br>Campbell, OH 44405 | $420.00 | 0.17678 | $74.25 |
| Shoes For Crews, LLC<br>P.O. Box 504634<br>St. Louis, MO 63150 | $429.00 | 0.17678 | $75.84 |
| Sign Savers<br>c/o John Gregor<br>13307 State<br>Meadville, PA 16335 | $4,515.00 | 0.17678 | $798.17 |

| | | | |
|---|---|---|---|
| Snell Landscape Services, LLC<br>P.O. Box 51<br>Warren, PA 16365 | $353.00 | 0.17678 | $62.40 |
| Spirit Finance Acquisitions, LLC<br>2727 N. Harwood St. Suite 300<br>Dallas, TX 75201 | $0.00 | 0.17678 | $0.00 |
| Spirit Master Funding V, LLC<br>2727 N. Harwood St., Suite 300<br>Dallas, TX 75201 | $0.00 | 0.17678 | $0.00 |
| Staples Advantage<br>Dept. DC<br>P.O. Box 415<br>Boston, MA 02241 | $9,313.00 | 0.17678 | $1,646.36 |
| State Security & Investigation<br>3 South Linden St.<br>Duquesne, PA 15110 | $5,307.00 | 0.17678 | $938.18 |
| Steve Ringler<br>864 County Road 620<br>Ashland< OH 44805 | $52.00 | 0.17678 | $9.19 |
| Stitt's Nursery & Landscaping<br>93 McCloskey Road<br>Leeper, PA 16233 | $2,100.00 | 0.17678 | $371.24 |
| T&D Landscape & Lawn Care<br>1977 Sharon Hogue Rd<br>Masury, OH 44438 | $0.00 | 0.17678 | $0.00 |
| T&D Landscape & Lawn care<br>1977 Sharon Hogue Road<br>Masury, OH 44438 | $21,504.00 | 0.17678 | $3,801.50 |
| Tanya Graves<br>c/o Steve T. Mahan, Esq.<br>2041 Herr Street<br>Harrisburg, PA 17103 | $0.00 | 0.17678 | $0.00 |
| The Hilte Co.<br>P.O. Box 1807<br>Altoona, PA 16603 | $1,729.98 | 0.17678 | $305.83 |
| The Illuminating Co.<br>76 S. Main St. A-RPC<br>Akron, OF 44308 | $813.00 | 0.17678 | $143.72 |
| The Illuminating Co.<br>76 S. Main St. A-RPC<br>Akron, OF 44308 | $3,192.00 | 0.17678 | $564.28 |
| The Illuminating Co.<br>76 S. Main St. A-RPC<br>Akron, OF 44308 | $1,102.00 | 0.17678 | $194.81 |
| The Illuminating Co.<br>P.O. Box 3638<br>Akron, OH 44309 | $302.00 | 0.17678 | $53.39 |
| the W. C. Zabel Company<br>645 Market Street<br>Youngstown, OH 44502 | $8,500.00 | 0.17678 | $1,502.64 |
| Thomas Quality Cleaning<br>c/o John Thomas<br>929 Maryland Ave.<br>New Castle, PA 16101 | $8,804.00 | 0.17678 | $1,556.38 |
| Time Warner Cable<br>808 Wick Road<br>Youngstown OH 44505 | $87.00 | 0.17678 | $15.38 |

| | | | |
|---|---|---|---|
| Toof America Digital Printing<br>P.O. Box 140539<br>Memphis, TN 38114 | $4,605.00 | 0.17678 | $814.08 |
| Total Line Refrigeration, Inc.<br>33530 Pin Oak Parkway<br>Avon Lake, OH 44012 | $1,460.00 | 0.17678 | $258.10 |
| Trabon<br>P.O. Box 87-8700<br>Kansas City, MO 64187 | $8,488.00 | 0.17678 | $1,500.52 |
| Trace Lawn & Landscaping, Inc.<br>14515 Baldwin St. Ext.<br>Meadville, PA 16335 | $980.00 | 0.17678 | $173.25 |
| Travaglini Ent., Inc.<br>231 Chestnut Street, Suite 614<br>Meadville, PA 16335 | $7,225.28 | 0.17678 | $1,277.29 |
| Travaglini Ent., Inc.<br>231 Chestnut Street, Suite 614<br>Meadville, PA 16335 | $3,413.00 | 0.17678 | $603.35 |
| Travaglini Enterprises, Inc.<br>231 Chestnut Street<br>Meadville, PA 16335 | $0.00 | 0.17678 | $0.00 |
| Tri County Industrial<br>P.O. Box 858<br>Mars, PA 16046 | $5,861.00 | 0.17678 | $1,036.11 |
| Tri Mark SS Kemp<br>590 Vista Park Drive Bldg. #5<br>Pittsburgh, PA 15205 | $12,244.27 | 0.17678 | $2,164.55 |
| Trone Outdoor Advertising<br>1345 Abbottstown Pike<br>Hanover, PA 17331 | $1,358.00 | 0.17678 | $240.07 |
| Troutman Plbg & Htg<br>c/o Mark Graffius<br>55 Lafferty Hollow Road<br>Bradford, PA 16701 | $390.00 | 0.17678 | $68.94 |
| Trum Co. Water & Sewer<br>842 Youngstown-Kingsville Road<br>Vienna, OH 44473 | $1,457.00 | 0.17678 | $257.57 |
| Trumbull Co. Health Department<br>176 Chestnut Avenue NE<br>Warren, OH 44482 | $2,960.00 | 0.17678 | $523.27 |
| Trumbull County Water-Sewer<br>842 Youngstown Kingsville Road<br>Vienna, OH 44473 | $1,271.00 | 0.17678 | $224.69 |
| Trumbull Industries<br>P.O. box 638253<br>Cincinnati, OH 45263 | $15.00 | 0.17678 | $2.65 |
| T'S Window Cleaning<br>P.O. Box 314<br>Elderton, PA 15736 | $551.00 | 0.17678 | $97.41 |
| U.S. Foods Culinary Equipment & Services<br>PO. Box 61477<br>St. Paul, MN 55164 | $2,187.15 | 0.17678 | $386.65 |
| U.S. Foods, Inc.<br>9399 W. Higgins Road<br>Des Plaines, IL 60018 | $0.00 | 0.17678 | $0.00 |

17

| | | | |
|---|---|---|---|
| United Appraisal Services<br>37 Wasbash Street<br>Pittsburgh, PA 15220 | $2,500.00 | 0.17678 | $441.95 |
| United Asphalt & Seal Coating<br>P.O. Box 213<br>Pulaski, PA 15143 | $9,550.00 | 0.17678 | $1,688.26 |
| United Asphalt & Seal Coating, LLC<br>PO Box 213<br>Pulaski, PA 16143 | $0.00 | 0.17678 | $0.00 |
| United Concordia<br>P.O. Box 827399<br>Philadelphia, PA 19182 | $2,855.00 | 0.17678 | $504.71 |
| United Refining Co. of PA<br>c/o Wes Bank<br>P.O. Box 433<br>Carol Stream, IL 60197 | $225.00 | 0.17678 | $39.78 |
| Universal Enterprises Inc.<br>545 Beer Road<br>Mansfield, OH 44906 | $1,956.00 | 0.17678 | $345.78 |
| UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19107 | $9.10 | 0.17678 | $1.61 |
| Valley Telecom<br>1227 Youngstown Road SE<br>Warren, OH 44484 | $2,231.00 | 0.17678 | $394.40 |
| Vector Security, Inc.<br>P.O. Box 89462<br>Cleveland, OF 44101 | $273.00 | 0.17678 | $48.26 |
| Venango Supply Plumbing & Heating<br>P.O. Box 1168<br>Oil City, PA 16301 | $1,282.00 | 0.17678 | $226.63 |
| Verizon<br>P.O. Box 15026<br>Albany, NA 12212 | $1,623.00 | 0.17678 | $286.92 |
| Vernon Township Sanitation Authority<br>16678 McMath Avenue<br>Meadville, PA 16335 | $2,754.00 | 0.17678 | $486.85 |
| Vernon Township Water Authority<br>16678 McMath Road<br>Meadville, PA 16335 | $932.00 | 0.17678 | $164.76 |
| Vogels Disp. Service, Inc.<br>P.O. Box 847<br>Mars, PA 16046 | $427.00 | 0.17678 | $75.49 |
| Waste Management Ohio Inc.<br>P.O. Box 4648<br>Carol Stream, IL 60197 | $2,401.55 | 0.17678 | $424.55 |
| Waste Management Ohio Inc.<br>P.O. Box 4648<br>Carol Stream, IL 60197 | $2,646.00 | 0.17678 | $467.76 |
| Watkins Lighting<br>300 Karl Street<br>Berea, OH 44017 | $2,012.00 | 0.17678 | $355.68 |
| WC Zabel Co.<br>645 Market Street<br>Youngstown, OH 44501 | $37,396.23 | 0.17678 | $6,610.94 |

| | | | |
|---|---|---|---|
| WE Unger & Associates<br>P.O. Box 1283<br>Meadville, PA 16335 | $1,020.00 | 0.17678 | $180.32 |
| Weber Electric Supply<br>P.O. Box 585<br>Erie, PA 16512 | $1,527.00 | 0.17678 | $269.94 |
| West Penn Power<br>P.O. Box 3615<br>Akron, OH 44309 | $3,293.00 | 0.17678 | $582.14 |
| Westerman's Commercial Cleaning<br>Michael J. Westerman<br>3555 State Road<br>New Castle, PA 1610 | $4,452.00 | 0.17678 | $787.03 |
| Wex Bank<br>P.O. Box 6293<br>Carol Stream, IL 60197 | $551.00 | 0.17678 | $97.41 |
| Weyman's Landscape<br>c/o Ryan Weyman<br>6741 Old M.<br>Cranberry Township, PA 16066 | $1,155.00 | 0.17678 | $204.18 |
| William Bruce Hinkle<br>c/o Matthew A. Bole<br>Welch, Gold, Siegel & Fiffik, PC.<br>428 Forbes Ave<br>1240 Lawyers Building<br>Pittsburgh, Pa 15219 | $0.00 | 0.17678 | $0.00 |
| Wilson Building Supply, Inc.<br>17080 Cussewago Rd,<br>Meadville, PA 16335 | $137.00 | 0.17678 | $24.22 |
| Window Cleaning by Jim-OH<br>P.O. Box 8841<br>Eire, PA 16505 | $1,219.00 | 0.17678 | $215.50 |
| Window Cleaning by Jim - PA<br>P.O. Box 8841<br>Erie, PA 16505 | $737.00 | 0.17678 | $130.29 |
| Window King, Inc.<br>6510 State Road<br>Parma, OH 44134 | $421.00 | 0.17678 | $74.42 |
| Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290 | $544.00 | 0.17678 | $96.17 |
| Winters Plumbing<br>1179 Park Avenue<br>Meadville, PA 16335 | $712.00 | 0.17678 | $125.87 |
| Yard at Work Landscaping<br>1924 River Road<br>Vintondale, PA 15961 | $2,123.00 | 0.17678 | $375.31 |
| Yardmaster of Pennsylvania<br>Dept. 5587<br>1447 N. Ridge Road<br>Painesville, OH 44077 | $2,518.00 | 0.17678 | $445.13 |
| YO Water Department<br>P.O. Box 6149<br>Youngstown, OH 44501 | $998.00 | 0.17678 | $176.43 |
| Youngstown Water<br>26 S. Phelphs Street<br>Youngstown, OH 44501 | $1,025.00 | 0.17678 | $181.20 |

| | $3,362,382.24 | | $594,405.04 |
|---|---|---|---|
| | **Total of General Unsecured Claims** | | **Total Disbursements of Unsecured Claim Proceeds** |